

7022 1670 0001 9230 2457

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here: CINTI CHEVIOT WESTWOOD BRANCH MAY 14 2025 USPS-45211-9998

Sent To: Dewton Bigham Greenley LLP
Street and Apt. No., or PO Box No.: 312 Walnut St #2450
City, State, ZIP+4®: Cincinnati, Ohio 45202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0001 9230 2488

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here: CINTI CHEVIOT WESTWOOD BRANCH MAY 14 2025 USPS-45211-9998

Sent To: Richard Boydston c/o Konza LLC
Street and Apt. No., or PO Box No.: 312 Walnut St #2450
City, State, ZIP+4®: Cincinnati, Ohio 45202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0001 9230 2471

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here: CINTI CHEVIOT WESTWOOD BRANCH MAY 14 2025 USPS-45211-9998

Sent To: Keller Williams Jennifer Dorn
Street and Apt. No., or PO Box No.: 3505 Columbia Parkway #125
City, State, ZIP+4®: Cincinnati, Ohio 45226

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0001 9230 2464

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here: CINTI CHEVIOT WESTWOOD BRANCH MAY 14 2025 USPS-45211-9998

Sent To: Community Action Agency
Street and Apt. No., or PO Box No.: 1740 Landon Farm Rd
City, State, ZIP+4®: Cincinnati, Ohio 45237

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0001 9230 2495

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here: CINTI CHEVIOT WESTWOOD BRANCH MAY 14 2025 USPS-45211-9998

Sent To: City of Cincinnati
Street and Apt. No., or PO Box No.: 801 Plum St Rm 214
City, State, ZIP+4®: Cincinnati, Ohio 45202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 2601 3958 96

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CINCINNATI, OH 45204 USPS
OFFICIAL USE

0238
25

Certified Mail Fee $4.85
$ $4.10
Extra Services & Fees (check box, add fee as appropriate) $0.00
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $0.73
$
Total Postage and Fees $9.68

05/14/2025

Postmark Here: DONALD MARKS 45238 MAY 14 2025

Sent To: Estrente Angel
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Community Action Agency
1740 Langdon Farm
Cincinnati, Ohio
45237

9590 9402 8307 3094 6255 35

2. Article Number (Transfer from service label)

7022 1670 0001 9230 2464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CAA
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                 Domestic Return Receipt

# USPS Tracking®

FAQs >

Tracking Number: Remove ×

## 70212720000225623162

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 2:57 pm on June 9, 2025 in CINCINNATI, OH 45238.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, To Original Sender**

CINCINNATI, OH 45238
June 9, 2025, 2:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052702601395896

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 2:48 pm on May 22, 2025 in CINCINNATI, OH 45238.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, To Original Sender**

CINCINNATI, OH 45238
May 22, 2025, 2:48 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ∨

**USPS Tracking Plus®** ∨

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70221670000192302488**

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:19 am on May 16, 2025 in CINCINNATI, OH 45202.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

CINCINNATI, OH 45202
May 16, 2025, 10:19 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**        **Email**

☐        ☐ All Below Updates

☐        ☐ Expected Delivery Updates ⓘ

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 70221670000192302464

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:18 am on May 21, 2025 in CINCINNATI, OH 45237.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

CINCINNATI, OH 45237
May 21, 2025, 11:18 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ∨

**USPS Tracking Plus®**  ∨

**Product Information**  ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Tracking Number:

**70221670000192302495**

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:24 pm on May 16, 2025 in CINCINNATI, OH 45202.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

CINCINNATI, OH 45202
May 16, 2025, 12:24 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70221670000192302457

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:13 pm on May 17, 2025 in CINCINNATI, OH 45202.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

CINCINNATI, OH 45202
May 17, 2025, 1:13 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70221670000192302471

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:39 pm on May 21, 2025 in CINCINNATI, OH 45226.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

CINCINNATI, OH 45226
May 21, 2025, 4:39 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ∨

**USPS Tracking Plus®**    ∨

**Product Information**    ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

