# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN,<br>    Plaintiff, | Case No. 1:25-cv-312<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| KONZA, LLC, et al.,<br>    Defendants. | **ORDER** |

On June 26, 2025, the Court ordered plaintiff to file an amended complaint, no longer than 20 pages in length, setting forth in clear, short and concise terms the names of each defendant, the specific claims for relief attributable to each defendant, and the factual allegations supporting each such claim. (Doc. 32). The Court also stayed the deadlines for any responsive pleadings by defendants until plaintiff complies with this Order. (*Id.*).

On June 27, 2025, plaintiff filed an amended complaint in compliance with the Court's order. Therefore, the Court **LIFTS THE STAY** for responsive pleadings.

    **IT IS SO ORDERED.**

Date: 7/1/2025

Karen L. Litkovitz
United States Magistrate Judge