IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **JOHN KLOSTERMAN** | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| **KONZA, LLC, et al.** | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |

Notice is hereby given that Paul T. Saba, Jeffrey M. Nye, Bailey E. Sharpe, and the law firm of SSP Law Co., L.P.A. will appear as counsel for Defendant FRI Mason, LLC, doing business as Keller Williams and Advisors Realty in this matter.

                              Respectfully submitted,

                              */s/ Paul T. Saba*
                              Paul T. Saba, Esq. (0063723)
                              Jeffrey M. Nye, Esq. (0082247)
                              Bailey E. Sharpe, Esq. (0103565)
                              SSP Law Co., L.P.A.
                              2623 Erie Avenue
                              Cincinnati, Ohio 45208
                              (513) 533-2708
                              (513) 533-2999 (fax)
                              pts@sspfirm.com
                              jmn@sspfirm.com
                              bes@sspfirm.com
                              **Attorney for FRI Mason, LLC dba**
                              **Keller Williams Advisors Realty**

## CERTIFICATE OF SERVICE

I certify that on the July 2, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

Respectfully submitted,

*/s/ Paul T. Saba, Esq.*_____
Paul T. Saba, Esq. (0063723)