UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| JOHN KLOSTERMAN, | : | Civil Action No. 1:25-cv-00312-SJD-KLL |
| | : | (Judge Susan J. Dlott) |
| Plaintiff, | : | (Magistrate Judge Karen L. Litkovitz) |
| | : | |
| v. | : | **[PROPOSED] ORDER GRANTING** |
| | : | **JOINT MOTION BY DEFENDANTS** |
| KONZA, LLC, et al., | : | **CITY OF CINCINNATI, TERRY** |
| | : | **JAMES, KONZA, LLC, RICHARD** |
| Defendants. | : | **BOYDSTON, AND DENTONS** |
| | : | **BINGHAM GREENEBAUM LLP FOR** |
| | : | **EXTENSION OF TIME TO RESPOND** |
| | : | **TO AMENDED COMPLAINT AND** |
| | : | **ENLARGE** |
| | : | **PAGE LIMITS** |
| | : | |

Defendants the City of Cincinnati, Terry James, Konza, LLC, Richard Boydston, and Dentons Bingham Greenebaum LLP ("Defendants") have filed a motion for extension of time and page limits to answer or otherwise plead in response to the Amended Complaint of Plaintiff John Klosterman filed on June 27, 2025. For good cause shown, the Court grants said Motion.

Defendants shall have up to and including August 1, 2025, to respond to the Amended Complaint. The City of Cincinnati and Terry James are granted leave to file a brief up to 30 pages, excluding the table of contents/authorities, certificates of service, and any appendices.

The Boydston Defendants (Konza, Dentons and Mr. Boydston) are granted leave to file a brief up to and including 45 pages, excluding the table of contents/authorities, certificates of service, and any appendices.

SO ORDERED.

Dated _____        _____
                                                                        UNITED STATES DISTRICT JUDGE