

**Granted.**
10:19 AM, Jul 7, 2025



Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **JOHN KLOSTERMAN** | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| **KONZA, LLC, et al.** | : | MOTION FOR ADDITIONAL TIME TO ANSWER, MOVE, OR PLEAD BY DEFENDANT KELLER WILLIAMS ADVISORS REALTY |
| | : | |
| Defendants. | : | |
| | | LLP FOR JUDICIAL REVIEW PURSUANT TO 28 U.S.C. § 1915(e)(2)(B) |

Comes now Defendants FRI Mason, LLC., doing business as Keller Williams Advisors Realty ("Keller Williams") and hereby moves the Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.3(a) for an extension of time to answer or otherwise plead in response to the Complaint and Amended Complaint filed by Plaintiff John Klosterman (Doc #1)(the "Complaint") and (Doc #33)(the "Amended Complaint"). Time period to respond to the Amended Complaint has not yet passed, but Keller Williams is requesting an extension of the time on both the Complaint and Amended Complaint because, Doc 26 filed by the Plaintiff reflects that the Complaint was left at the "front desk, reception area or mail room on May 21, 2025" (Doc 26, PageID307).