Denied as moot. See Doc. 40



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| JOHN KLOSTERMAN, | : | Civil Action No. 1:25-cv-00312-SJD-KLL |
| | : | (Judge Susan J. Dlott) |
| Plaintiff, | : | (Magistrate Judge Karen L. Litkovitz) |
| | : | |
| v. | : | **MOTION BY DEFENDANTS KONZA,** |
| | : | **LLC, RICHARD BOYDSTON, AND** |
| KONZA, LLC, et al., | : | **DENTONS BINGHAM GREENEBAUM** |
| | : | **LLP FOR EXTENSION OF TIME AND** |
| Defendants. | : | **PAGE LIMITS** |
| | : | |

Comes now Defendants Konza, LLC, Richard Boydston, and Dentons Bingham Greenebaum LLP ("Defendants") and moves the Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Local Rules 6.1, 7.2(a)(3), and 7.3(a), and this Court's Standing Order, for an extension of time to answer or otherwise plead, and for an extension of the page limits for Defendants' forthcoming motion to dismiss. The length and complexity of the Complaint (Doc. 1) filed by Plaintiff John Klosterman, the need to assess and understand the underlying state court foreclosure and receivership proceeding on which the Complaint is based, and the breadth of defenses – including lack of subject matter jurisdiction, immunity, issue preclusion and abstention doctrines, and failure to state claims for relief under approximately 15 alleged federal and state causes of action – has presented Defendants' counsel with challenges reasonably necessitating 20 additional days to respond, until July 25, 2025, and 75 pages of briefing (excluding the table of contents/authorities, certificates of service, and any appendices), all for the reasons detailed below. Defendants' counsel have consulted with *pro se* Plaintiff Klosterman and asked him to consent to the relief this Motion seeks, but he declined. In further support of this Motion, Defendants state as follows:

Defendants were granted an initial extension of time by this Court's Order (Doc. 13), until

17597213.1

1