UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN KLOSTERMAN, et al
Plaintiff,

v.

Case No. 1:25-cv-00312-SJD-KLL

Judge Susan J. Dlott
Magistrate Karen L. Litkovitz

KONZA, LLC, RICHARD BOYDSTON,

and DENTONS BINGHAM

GREENEBAUM LLP, et al.,

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff John Klosterman respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file a Second Amended Complaint to add FRI Mason, LLC d/b/a Keller Williams Advisors Realty and Jennifer Donnathan as defendants.

Good cause exists for this amendment:

1. **Newly Discovered Evidence:** Through the June 20, 2025 motion for summary judgment (Doc. #27), Plaintiff has documented FRI Mason's hidden corporate identity and Jennifer Donnathan's central role as a "straw woman" for Defendant Boydston in artificially devaluing properties by over $100,000.

2. **No Undue Delay:** This motion is filed promptly upon discovering the full extent of these defendants' participation in the fraudulent enterprise.

3. **No Prejudice:** Adding these defendants will not prejudice any party as the case is in early stages and the claims arise from the same fraudulent scheme already alleged.

4. **Justice Requires Complete Resolution:** These defendants were integral participants in the "engineered sale," with Donathan acting at Boydston's direction and receiving $147,401 in commission for facilitating the fraud.

The proposed Second Amended Complaint is attached

WHEREFORE, Plaintiff respectfully requests leave to file the Second Amended Complaint.

Respectfully submitted,

_____

John Klosterman
*Pro Se* Plaintiff
5615 Sidney Road
Cincinnati, OH 45238

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Second Amended Complaint was served upon all parties listed below on July 7, 2025, by the following method(s):

Service Method: ☐ U.S. Mail, postage prepaid ☐ Email ☐ Other: _____

Parties Served:

1. Konza, LLC c/o Registered Agent
2. Richard Boydston c/o Dentons Bingham Greenebaum LLP
3. Dentons Bingham Greenebaum LLP
4. Tri-State Organization, Inc.

5. Joseph Lentine [Prison address - summons returned, to be served at correctional facility]
6. Angel Strunk [Prison address - summons returned, to be served at correctional facility]
7. Jennifer Donathan
8. Keller Williams Advisors Realty
9. Terry James
10. City of Cincinnati City Solicitor's Office

I declare under penalty of perjury that the foregoing is true and correct.

JOHN KLOSTERMAN Plaintiff Pro Se 5615 Sidney Road Cincinnati, Ohio 45238 Phone: (513) 250-2610 Email: johncklosterman@gmail.com

_____

John Klosterman Date: July 7, 2025