

# COURT OF COMMON PLEAS
# HAMILTON COUNTY, OHIO



D128286479

CITY OF CINCINNATI,

    Plaintiff,    :    Case No. A1905588

v.    :

    :    Judge: Ethna M. Cooper

JOHN KLOSTERMAN, et al.    :    M.J.: Anita P. Berding

    Defendant(s)    :

    :

## NOTICE OF APPEAL

FILED 2020 FEB 28 A 11:30 CLERK OF COURTS HAMILTON COUNTY, OH COMMON PLEAS

Comes now the Defendant, John Klosterman pro se, on this 28th day of February, 2020, in the above captioned matter, and hereby gives Notice of Appeal to the First District Court of Appeals from Order Appointing Receiver (Pursuant to R.C. SS 2735.01(A)(1)), entered by said trial court on the 14th day of February 2020.

Respectfully Submitted on this 28th day of February 2020,

_____

John Klosterman, Plaintiff pro se

## COURT OF COMMON PLEAS

## HAMILTON COUNTY, OHIO

CITY OF CINCINNATI,

        Plaintiff, :     Case No. A1905588

v. :

:     Judge: Ethna M. Cooper

JOHN KLOSTERMAN, et al. :     M.J.: Anita P. Berding

        Defendant(s) :

:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served by ordinary U.S. mail, first class postage paid upon

1. City of Cincinnati
   801 Plum Street #214
   Cincinnati, Ohio 45202

2. Richard Boydston
   Counsel for Konza, LLC, Receiver
   Dentons Bingham Greenebaum LLP
   255 East 5th Street #2350
   Cincinnati, Ohio 45202

On this 28th day of February, 2020.

Respectfully Submitted on this 28th day of February 2020,

_____

John Klosterman, Plaintiff pro se

# FIRST DISTRICT COURT OF APPEALS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | | Appeal No. C200100 |
| Plaintiff, | : | Case No. A1905588 |
| v. | : | |
| | : | Judge: Ethna M. Cooper |
| JOHN KLOSTERMAN, et al. | : | M.J.: Anita P. Berding |
| Defendant(s) | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEAL

Comes now the Defendant, John Klosterman pro se, on this 1st day of April, 2020, and hereby moves this court to withdraw his appeal of the Order Appointing Receiver (Pursuant to R.C. SS 2735.01(A)(1)), entered by the above trial court on the 14th day of February 2020.

Respectfully Submitted on this 1st day of April, 2020,

_[signature]_

John Klosterman, Plaintiff pro se