**ENTERED**
**OCT - 7 2021**

**EXHIBIT**

**G**

**FOR COURT USE ONLY**

S.C. Line #: 10

## HAMILTON COUNTY COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| CITY OF CINCINNATI, | CASE NO.: A 1905588 |
| Plaintiff,. | JUDGE WENDE C CROSS |
| | MAGISTRATE BERDING |
| vs. | ENTRY ADOPTING |
| | MAGISTRATE'S DECISION AND |
| | FINAL DECREE IN |
| | FORECLOSURE |
| | (Foreclosure) |
| JOHN KLOSTERMAN, ET AL, | |
| Defendants. | |

D133142506

This cause was submitted to the Court and heard upon the Complaint and Motion for Default Judgment, Motion to Dismiss Defendants, and Motion for Summary Judgment of the Plaintiff City of Cincinnati ("Plaintiff" or "City"), the Amended Answer of Warsaw Federal Savings & Loan Association, the Answer of the State of Ohio Department of Job and Family Services, the Answer and Disclaimer of Aftab Pureval, Hamilton County Clerk of Courts, the Disclaimer of the State of Ohio Department of Taxation, the Answer of the Hamilton County Auditor and the Hamilton County Treasurer, Amended Answer and Disclaimer of the United States of America, the Answer and Disclaimer of the Hamilton County Child Support Enforcement Agency, Answer of Keith Ziegler, Answer of Defendants, John Klosterman aka, John C. Klosterman, aka John Campbell Klosterman, Susan S. Klosterman, aka Sue S. Klosterman aka Sue Klosterman, Boldface Properties LLC,

Virginia Williamsburg, LLC, Global Sanitation Systems, Inc. formerly known as Worldwide Mobile Latrine, Inc., Sedamsville Heritage Properties LLC, Emily Vets LLC, Sedamsville Historical Society, ("Primary Defendants") and the evidence. The Court finds the Magistrate has issued a decision granting Motion for Default Judgment, Motion to Dismiss Defendants and Motion for Summary Judgment of the Plaintiff City of Cincinnati ("Plaintiff" or "City"), and a copy or the Magistrate's decision has been filed herein on September 8, 2021.

The Court finds on the Motion for Default Judgment that the following Defendants were properly served with process as and failed to answer, move, or otherwise plead within 28 days after either service of summons and complaint, as is required by Ohio Civil Rules 55(a) of Civil Procedure: Defendants (1) Barbara Zeiser; (2) Jane Doe Zeiser, unknown Spouse of Joseph C. Zeiser; (3) Donald R. Roseberry; (4) John Doe Roseberry, unknown spouse of Donna J. Roseberry; (5) Jane Doe Ziegler, unknown Spouse of Kenneth Ziegler; (6) Unknown heirs, devisees, legatees, executors, administrators, spouses of James E. Weber, if deceased; (7) Elaine Mary Jane Zeiser aka Elaine M. Zeiser; (8) Unknown Spouse, Heirs, Devisees, Legatees, Executors, and Administrators, and Spouses of Each of the Estate of James Weber, if deceased; (9) Geneveva Quatkemeyer; (10) Unknown Spouse, Heirs, Devisees, Legatees, Executors, and Administrators and Spouses of Each of the Estate of Geneva Quatkemeyer, if deceased; (11) Jane Doe Ziegler, the unknown spouse of Kenneth Ziegler; (12) Wham Properties X LLC, an Ohio limited liability company; (13) Design Lab, Inc. a Kentucky corporation; (14) Unknown Officer, Directors, Shareholder, or Other Liquidators of the Dissolved Corporation

for Design Lab, Inc., a Kentucky corporation; (15) Dan Schulkers; (16) Jane Doe Schulkers, the Unknown Spouse of Dan Schulkers; (17) David M. Green; (18) Janice A. Green, Jane Doe Green, also known as Janice A. Green, the Unknown Spouse of David M. Green; (19) Raymond P. Davis Jr.; (20) Unknown Spouse, Heirs, Devisees, Legatees, Executors, and  Administrators and Spouses of Each of the Estate of Robert P. Davis Jr. if Deceased; (21) Adeline M. Richards; (22) Unknown Spouse, Heirs, Devisees, Legatees, Executors, and Administrators and Spouses of Each of the Estate of Adeline M. Richards, If Deceased; (23) Violet A. Lucas, Unknown Spouse, Heirs, Devisees, Legatees, Executors, and Administrators of Violet A. Lucas, if deceased; (24) Robert C. Davis; (25) Jane Doe Davis, Unknown Spouse of Robert C. Davis, if any; (26) Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, Spouses of Each of the Estate of Robert C. Davis, if deceased: (27) Joseph Voll, Jr., (28) Queen City Mortgage Co., (29) Unknown Officers, Directors, Shareholders or Other Liquidators of the Dissolved Corporation for Queen City Mortgage Co., an Ohio Corp., (30) Cedar Resources LLC,(31) John Doe Dangerfield; (32) Unknown Spouse of Dovetta Dangerfield, if any, name Unknown;(33) Unknown Occupant Name Unknown of 679 Delhi Avenue; (34) Unknown Occupant Name Unknown of 794 Delhi Avenue; (34) Unknown Occupant Name Unknown of 742 Delhi Avenue; (35) Unknown Occupant Name Unknown of 793 Delhi Avenue;  (36) Unknown Occupant, Name Unknown, of 703 Delhi Avenue; (37) Unknown Occupant, Name Unknown, of 649 Steiner Avenue; (38) Unknown Occupant, Name Unknown, of 705 Delhi Avenue; (39) Unknown Occupant, Name

Unknown, of 654 Steiner Avenue; (40) Home Servicing LLC; (41) Homecomings Financial LLC FKA Homecoming Financial Network Inc. and (42) Chase Manhattan Mortgage Corp. Defendants are hereby defaulted and barred from any interest in the Properties being foreclosed herein.

The Court further finds based on the returns from service for the following Defendants for Unknown Occupants of the below Subject Properties that each are "vacant" or "unable to forward" or no longer a valid party and therefore unnecessary parties and the following Defendants are hereby dismissed without prejudice: (43) Unknown Occupant Name Unknown of 753 Delhi Avenue; (44) Unknown Occupant, Name Unknown, of 646 Sedam Street; (45) Unknown Occupant, Name Unknown, of 4053 Palos Street; (46) Unknown Occupant, Name Unknown, of 685 Halsey Avenue; (47) Unknown Occupant of 671 Delhi Avenue; (48) Unknown Occupant Name Unknown of 673 Delhi Avenue; (49) Unknown Occupant, Name Unknown, of 652 Steiner Avenue; (50) Unknown Occupant, Name Unknown, of 639 Steiner Avenue; (51) Unknown Occupant, Name Unknown, of 638 Steiner Avenue; (52) Unknown Occupant, Name Unknown, of 938 Striker Avenue (Vacant lot); (53) Unknown Occupant, Name Unknown, of 940 Striker Avenue (Vacant lot); (54) Unknown Occupant, Name Unknown, of 640 Steiner Avenue; (55) Unknown Occupant, Name Unknown, of 632 Delhi Avenue; (56) Unknown Occupant, Name Unknown, of 701 Delhi Avenue; (57) Unknown Occupant, Name Unknown, of 659 Sedam Street; (58) Unknown Occupant, Name Unknown, of 667 Delhi Avenue; (59) Unknown Occupant, Name Unknown, of 636 Delhi Avenue; (60) Unknown Occupant, Name

Unknown, of 700 Delhi Avenue; (61) Unknown Occupant, Name Unknown, of 749 Sedam Street, Cincinnati, Ohio (Tract 22); (62) Unknown Occupant, Name Unknown, of 637 Steiner Avenue.

The Court further at request of Plaintiff orders Kenneth Ziegler dismissed without prejudice as the defendant is unnecessary. The Court further finds at the request of the Plaintiff that Counts Eleven and Twenty-seven of the Complaint relating to Properties Tract 8 commonly known as 4053 Palos Street and Tract 22 commonly known as 749 Sedam Street are hereby dismissed without prejudice.

The Court finds that Defendants Hamilton County Child Support and Enforcement Agency having filed its Answer and Disclaimer, the State of Ohio Department of Taxation having filed its Answer and Disclaimer, Aftab Pureval, Hamilton County Clerk of Courts having filed his Answer and Disclaimer and the United States of America having filed its Amended Answer and Disclaimer, all four parties having disclaimed any interest in the Subject Properties *defined supra* being foreclosed herein and requesting to be dismissed are hereby dismissed with prejudiced having disclaimed any interest in the Subject Properties.

The Court finds as to the Motion for Summary Judgment that reasonable minds can come to, but one conclusion and that the conclusion is that there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter of law. Therefore, Plaintiff's Motion for Summary Judgment is hereby granted.

The Court finds that all necessary parties have been served with summons according to law and are properly before the court.

### All Counts Findings

That Court finds that on May 29, 2018, and under Case number A1703772, the City obtained judgment against John Klosterman aka, John C. Klosterman, aka John Campbell Klosterman, Susan S. Klosterman, aka Sue S. Klosterman aka Sue Klosterman, Boldface Properties LLC, Virginia Williamsburg, LLC, Global Sanitation Systems, Inc. formerly known as Worldwide Mobile Latrine, Inc., Sedamsville Heritage Properties LLC, Emily Vets LLC, Sedamsville Historical Society ("Klosterman Defendants") in the amount of $578,801.23, on June 15, 2018 the City filed a certified judgment against the Klosterman Defendants as Certified Judgment No.as CJ18-009542, and on March 12, 2019, the City refiled a certified judgment against the Klosterman Defendants as Certified Judgment No. CJ19003416, ("Certified Judgment"), which attached to real properties owned by Klosterman Defendants.

The Court finds on the evidence presented that as of March 1, 2021, there is due and owing to the plaintiff on its Certified Judgment, the amount of $578,801.23, plus statutory interest at the rate of 4.0% from May 28, 2018 to March 1, 2021 in the amount of $63,874.28, plus costs of $3,052.50 from the prior case and court costs in this case including the costs of the title commitment for which IN REM judgment is hereby rendered in favor of the plaintiff against the Subject Properties defined in the list attached hereto as Exhibit A and set out in the legal descriptions attached hereto as B-1 through B-59 attached hereto as they are owned by Klosterman Defendants.

The Court finds the Defendants own the Subject Properties identified in the Counts set forth in the following listed counts:

### Count 1 671-673 Delhi (Tract 1)
### (Legal Description Exhibit B-1)

The Court finds Defendant Boldface Properties LLC is the owner of the Property commonly known as 671-673 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0094 ("Tract 1"). The Court finds that the Certified Judgment constitutes a valid and subsisting lien, after real estate taxes on Tract 1, and set forth on Exhibit B-1 attached hereto.

The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416, and Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court further finds Defendant City of Cincinnati's additional Certified Judgment Lien against Boldface Properties, LLC in the amount of $1,312.50 filed on August 3, 2016, as CJ 16012409 shall be paid out in the order of its priority. The Court finds the Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 2-679 Delhi Avenue (Tract 2)
### (Legal Description Exhibit B-2)

The Court finds Defendant Boldface Properties LLC is the owner of the Property commonly known as 679 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0092 ("Tract 2"), and set forth in Exhibit B-2. The Court finds the Certified Judgment filed

June 15, 2018, as CJ18-009542 and refiled CJ19-003416 is a valid and subsisting lien on Tract 2.

The Court further finds that the Plaintiff has a valid and subsisting lien on Tract 2 by virtue of a Certified Judgment Lien against Boldface Properties, LLC in the amount of $1,312.50 filed on August 3, 2016, as CJ 16012409.

The Court finds Defendants Aftab Pureval, Hamilton County Clerk of Courts, the State of Ohio the Hamilton County Child Support Enforcement Agency, and United States of America disclaimed any interest in Tract 2 and are hereby dismissed with prejudice. The Court finds the Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed

### Count 3-4 794 Delhi Avenue (Tract 3)
### (Legal Description Exhibit B-3) and Declaratory Action

The Court finds Defendant John Klosterman is the owner of the Property commonly known as 794 Delhi Avenue, Ohio, Parcel ID No. 152-0039-0150 ("Tract 3"), and set forth in Exhibit B-3. The Court finds the Certified Judgment filed June 15, 2018, as CJ18-009542 and refiled CJ19-003416 is a valid and subsisting lien on Tract 3 set forth on Exhibit "B-3" The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court finds the Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court further the Plaintiff has an additional Certified Judgment which is an additional valid lien on Tract 3 by virtue of a Certificate of Judgment from the

{00348758-2}                              8

City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544.

The Court further finds Defendant Warsaw Federal Savings & Loan Association has an interest in Tract 3 by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006 at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton County, Ohio Records, which was modified by a Second Modification of Loan Documents recorded in Official Record Volume 12688, Page 1741, re-recorded in Official Record Volume 12747, Page 1486, Hamilton County, Ohio Records. The Court further finds Defendant Warsaw Federal Savings & Loan Association has an interest in Tract 3 by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association for an unstated amount, dated August 21, 2014, recorded August 25, 2014, at 2:35 p.m. in Official Record Volume 12688, Page 1751, re-recorded November 6, 2014 at 2:16 p.m. in Official Record Volume 12747, Page 1496, Hamilton County, Ohio Records. Defendant Warsaw Federal Savings & Loan Association's interest is superior to Plaintiff's interest. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that on or about January 18, 2009, Elaine Mary Jane Zeiser died, having held a life estate by virtue of deed dated March 5, 1992, in Official Record Volume 5795, Page 2306 of the Hamilton County Records in Tract 3. The Court

further finds that the life estate has been terminated by virtue of the death of Elaine Mary Jane Zeiser in Tract 3 and title is therefore quieted as to any interest of Elaine Mary Jane Zeiser by operation of law.

### Count 5-7 -742 Delhi Avenue (Tract 4)
### (Legal Description Exhibit B-4) and Declaratory Actions

The Court finds Defendant John Klosterman is the owner of the Property commonly known as 742 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0027 ("Tract 4"), and set forth in Exhibit B-4. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 4 as set forth on Exhibit B-4. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416, and Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court further finds the Plaintiff has valid and subsisting lien on Tract 4 by virtue of a Certificate of Judgment that the Plaintiff has against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that on or about October 10, 2007, upon receipt of consideration from Home Servicing LLC, Homecomings Financial LLC fka Homecoming Financial Network Inc. executed by its Attorney-In-Fact Wilshire Credit Corporation by its "Title Services Manager" to Home Servicing LLC a deed with the intend to transfer to Home Servicing LLC its entire interest in Tract 4, its

deed being recorded October 10, 2007 in Official Record Volume10672, Page 885 in the Hamilton County Records. The Court further finds that the conversion documents showing that Home Financial Network Inc. changed its corporate structure to a limited liability corporation were not filed with the State of Ohio. The Court finds that it was the intent of the parties that Defendant Homecomings Financial LLC fka Homecoming Financial Network Inc transfer its entire interest in Tract 4 that described on Exhibit B-4 is vested in Home Servicing LLC on the date of the signing of the deed.

The Court finds that on or about January 18, 2009, Home Servicing LLC, in exchange for consideration from John Klosterman, executed a deed by Its Manager without filing appropriate documents showing authorization to transfer real estate, and transferred Tract 4 to John Klosterman by deed recorded December 31, 2007, in Official Record Volume 10736, Page 1885.

The Court orders and makes manifest the intent of the parties and orders that the recorded deed filed December 31, 2007 in Official Record volume 10736, Page 1885 is a valid transfer by Home Servicing LLC of its entire interest in Tract 4, free and clear, to John Klosterman, and Home Servicing LLC has no interest in Tract 4 as described on Exhibit B-4 and title is quieted in the name of John Klosterman as of the deed recorded filed December 31, 2001 in Official Record Volume 10736, Page 1885.

### Count 8-793 Delhi Avenue (Tract 5)
### (Legal Description Exhibit B-5)

The Court finds Defendant John Klosterman is the owner of the Property commonly known as 793 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0048 ("Tract 5"), and set forth in Exhibit B-5. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds the Certified Judgment is a valid and subsisting lien on Tract 5. The Court finds the Plaintiff has a valid and subsisting in the Tract 5 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 9-753 Delhi Avenue (Tract 6)
### (Legal Description Exhibit B-6)

The Court finds Defendant John C. Klosterman and Sue S. Klosterman are the owners of the Property commonly known as 753 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0063 ("Tract 6"), and set forth in Exhibit B-6. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 6. The Court finds that the Plaintiff has a valid and subsisting lien on

Tract 6 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 10-652 Steiner Avenue (Tract 7A & 7B)
### (Legal Description Exhibit B-7)

The Court finds Defendant John C. Klosterman is the owner of the Property commonly known as 652 Steiner Avenue, Ohio, Parcel ID Nos. 153-0002-0014 & 153-0002-0198 ("Tracts 7A & 7B") and set forth in Exhibit B-7. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tracts 7A & 7B. The Court finds the Plaintiff has a valid and subsisting lien in the Tracts 7A & 7B by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015, as CJ15-004544.

The Court further finds Defendant Warsaw Federal Savings & Loan Association has a valid and superior lien on Tracts 7A & 7B by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006, at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton County, Ohio Records. A Second Modification of Loan Documents was recorded in Official Record Volume 12688, Page 1741, re-recorded in

{00348758-2}                    13

Official Record Volume 12747, Page 1486, Hamilton County, Ohio Records. The Court further finds Defendant Warsaw Federal Savings & Loan Association has an interest in Tracts 7A & 7B by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association for an unstated amount, dated August 21, 2014, recorded August 25, 2014 at 2:35 p.m. in Official Record Volume 12688, Page 1751, re-recorded November 6, 2014 at 2:16 p.m. in Official Record Volume 12747, Page 1496, Hamilton County, Ohio Records. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 12-639 Steiner Avenue (Tract 9A &9B)
### (Legal Description Exhibit B-9)

The Court finds Defendant John Klosterman is the owner of the Property commonly known as 639 Steiner Avenue, Ohio, Parcel ID Nos. 152-0042-0055 & 152-0042-0057 ("Tracts 9A & 9B") and set forth in Exhibit B-9. The Court finds the Certified Judgment is a valid and subsisting lien on Tracts 9A & 9B. The Court finds the Plaintiff has a valid and subsisting in the Tracts 9A & 9B by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015, as CJ15-004544.

The Court finds Defendant Warsaw Federal Savings & Loan Association has a valid and superior lien as to Tracts 9A & 9B by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006, at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton

County, Ohio Records. This mortgage was modified to add other property by a Second

Modification of Loan Documents dated August 21, 2014, recorded August 25, 2014,

at 2:34 p.m. in Official Record Volume 12688, Page 1741, re-recorded November 6,

2014 in Official Record Volume 12747, Page 1486, Hamilton County, Ohio Records.

The Court further orders Plaintiff is entitled to have the equity of redemption

of the defendant-title holders foreclosed.

## Count 13-638 Steiner Avenue (Tract 10A), 938 Striker Avenue (Tract 10B), 940 Striker Avenue (Tract 10C) & 640 Steiner Avenue (Tract 10D), (Legal Description Exhibit B-10)

The Court finds Defendant John Klosterman and Sue Klosterman are the

owners of the Properties commonly known as 638 Steiner Avenue, Ohio, Parcel ID

No. 152-0042-0044 ("Tract 10A"), 938 Striker Avenue Ohio, Parcel ID No. 152-0042-

0043 ("Tract 10B"), 940 Striker Avenue, Ohio, Parcel ID No. 152-0042-0045 ("Tract

10C"), and 640 Steiner Avenue, Ohio, Parcel ID No. 152-0042-0172 ("Tract 10D"),

and set forth in Exhibit B-10. The Court finds the Certified Judgment was filed for

record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of

Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The

Court finds that the Certified Judgment is a valid and subsisting lien on Tracts 10A,

10B, 10C, and 10D. The Court finds that the Plaintiff has a valid and subsisting lien

on Tracts 10A, 10B, 10C, and 10D by virtue of a Certificate of Judgment from the

City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed

March 30, 2015, as CJ15-004544.

The Court finds Defendant Warsaw Federal Savings & Loan Association has a valid first lien on Tracts 10A, 10B, 10C, & 10D by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006, at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton County, Ohio Records. A Second Modification of Loan Documents was recorded in Official Record Volume 12688, Page 1741, re-recorded in Official Record Volume 12747, Page 1486, Hamilton County, Ohio Records.

The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 14-632 Delhi Avenue (Tract 11)
### (Legal Description Exhibit B-11)

The Court finds that Defendant John C. Klosterman and Susan S. Klosterman is the owner of the Property commonly known as 632 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0062 ("Tract 11"), and set forth in Exhibit B-11. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 11. The Court finds that the Plaintiff has a valid and subsisting lien on the Tract 11 by virtue of a Certificate of Judgment by Plaintiff filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544.

The Court finds Defendant Warsaw Federal Savings & Loan Association has a valid and superior lien on Tract 11 by virtue of its mortgage from John C. Klosterman

and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006, at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton County, Ohio Records. A Second Modification of Loan Documents was recorded in Official Record Volume 12688, Page 1741, re-recorded in Official Record Volume 12747, Page 1486, Hamilton County, Ohio Records. Defendant Warsaw Federal Savings & Loan Association is named to assert any interest it may have in Tract 11 by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association for an unstated amount, dated August 21, 2014, recorded August 25, 2014 at 2:35 p.m. in Official Record Volume 12688, Page 1751, re-recorded November 6, 2014 at 2:16 p.m. in Official Record Volume 12747, Page 1496, Hamilton County, Ohio Records. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 15-701 Delhi Avenue (Tract 12) (Legal Description Exhibit B-12)

The Court finds that Defendant John C. Klosterman and Susan S. Klosterman are the owners of the Property commonly known as 701 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0091 ("Tract 12"), and set forth in Exhibit B-12. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsising lien on Tract 12. The Court finds the Plaintiff has a valid and

subsisting lien on the Tract 12 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 16-659 Sedam Street (Tract 13)
### (Legal Description Exhibit B-13)

The Court finds Defendant John C. Klosterman and Susan S. Klosterman are the owners of the Property commonly known as 659 Sedam Street, Ohio, Parcel ID No. 153-0002-0145 ("Tract 13"), and set forth in Exhibit B-13. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 13. The Court finds that the Plaintiff has valid and subsisting lien in the Tract 13 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544.

The Court finds that Defendant Warsaw Federal Savings & Loan Association has a valid and superior lien in Tract 13 by virtue of its mortgage from John C. Klosterman and Susan S. Klosterman, husband and wife, to Warsaw Federal Savings & Loan Association in the amount of $135,000.00, dated November 10, 2006, recorded November 16, 2006, at 8:18 a.m. in Official Record Volume 10401, Page 998, Hamilton County, Ohio Records. A Second Modification of Loan Documents was recorded in Official Record Volume 12688, Page 1741, re-recorded in Official Record Volume

12747, Page 1486, Hamilton County, Ohio Records. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

## Count 17-667 Delhi Avenue (Tract 14A) & 646 Sedam Street (Tract 14B) (Legal Description Exhibit B-14)

The Court finds that Defendant John C. Klosterman and Susan S. Klosterman are the owners of the Property commonly known as 667 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0185 ("Tract 14A") and 646 Sedam Street, Parcel ID No. 153-0002-0182 ("Tract 14B"), and set forth in Exhibit B-14. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tracts 14A & 14B. The Court finds that the Plaintiff has a valid and subsisting interest on the Tracts 14A and 14B by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015, as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 18 &19-703 Delhi Avenue (Tract 15)
### (Legal Description Exhibit B-15) and
### Declaratory Action and Quiet Title

The Court finds that Defendant John Klosterman married to Susan Klosterman is the owner of the Property commonly known as 703 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0090 ("Tract 15"), and set forth in Exhibit B-15. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 15. The Court finds that the Plaintiff has a valid and subsisting interest on the Tract 15 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that Defendant Geneva Quatkemeyer, died on February 20, 2014, and Defendant Unknown Heirs, Devisees, Legatees, Executors, and Administrators of Geneva Quatkemeyer, have no interest in Tract 15.  The Court finds that Defendant Geneva Quatkemeyer transferred the entire Tract 15 to John Klosterman and Susan Klosterman at the time of the signing of the deed, and the properties are quieted as to the interest of the Unknown Heirs, Devisees, Legatees, Executors, and Administrators of Geneva Quatkemeyer, as to **Tract 15**.

## Count 20-649 Steiner Avenue (Tract 16)
## (Legal Description Exhibit B-16)

The Court finds that Defendant John Klosterman is the owner of the Property commonly known as 649 Steiner Avenue, Ohio, Parcel ID No. 153-0002-0057 ("Tract 16"), and set forth in Exhibit B-16. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that The Certified Judgment is a valid and subsisting lien on Tract 16. The Court finds that the Plaintiff has a valid and subsisting lien on the Tract 16 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

## Count 21-705 Delhi Avenue (Tract 17)
## (Legal Description Exhibit B-17)

The Court finds that Defendant John Klosterman is the owner of the Property commonly known as 705 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0089 ("Tract 17"), and set forth in Exhibit B-17. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 17. The Court finds that the Plaintiff has a valid and subsisting lien on the Tract 17 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C.

Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 22-654 Steiner Avenue (Tract 18A & 18B)**
**(Legal Description Exhibit B-18)**

The Court finds that Defendant John Klosterman is the owner of the Property commonly known as 654 Steiner Avenue, Ohio, Parcel ID Nos. 153-0002-0013 and 153-0002-0199 ("Tracts 18A & 18B") and set forth in Exhibit B-18. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019, as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tracts 18A & 18B. The Court finds the Plaintiff has a valid and subsisting lien on the Tracts 18A & 18B by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 23-636 Delhi Avenue (Tract 19)**
**(Legal Description Exhibit B-19)**

The Court finds Defendant John Klosterman is the owner of the Property commonly known as 636 Delhi Avenue, Ohio, Parcel ID No. 153-0002-0064 ("Tract 19"), and set forth in Exhibit B-19. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court

finds that the Certified Judgment is a valid and subsisting lien on Tract 19. The Court finds the Plaintiff has a valid and subsisting lien on the Tract 19 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 24-700 Delhi (Tract 20)
### (Legal Description Exhibit B-20)

The Court finds Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 700 Delhi Avenue, Ohio, Parcel ID Nos. 153-0002-0037 ("Tract 20"), and as set forth in Exhibit B-20. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 20. The Court finds that the Plaintiff has a valid and subsisting lien on Tract 20 by virtue of its mortgage from Virginia Williamsburg, LLC, an Ohio limited liability company, to the City of Cincinnati in the amount of $22,325.00, dated September 11, 2012, recorded September 18, 2012 at 8:36 a.m. in Official Record Volume 12119, Page 680, Hamilton County, Ohio Records, to be paid in the order of its priority. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 25-700 Delhi Avenue (Tract 20)
### (Legal Description Exhibit B-20) and
### Declaratory Judgment and Quiet Title

The Court finds that on or about February 8, 2001, and recorded May 30, 2001 in Official Record Book 8586, Page 3948, David Green, Trustee and Roberto Ramirez transferred Tract 20 to Robert J. Penny and Shannon D. Penny. The Court finds the parties executed the deed with the intent to transfer the entire interest of Tract 20 to Robert J. Penny and Shannon D. Penny, but inadvertently David M. Green failed to note that he was unmarried and failed to sign individually in the deed recorded May 30, 2001, recorded in Official Record Volume 8586, Page 3948 of the Hamilton County Records.

The Court orders the title to the Tract 20 is quieted as to the interest of Defendant David M. Green and Jane Doe Green, Unknown Spouse, if any, of David M. Green, and transferred free and clear into the parties Robert J. Penny and Shannon D. Penny.

### Count 26-685 Halsey Avenue (Tract 21)
### (Legal Description Exhibit B-21)

Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 685 Halsey Avenue, Ohio, Parcel ID No. 155-0048-0001. ("Tract 21"), as set forth in Exhibit B-21. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified

Judgment is a valid and subsisting lien on Tract 21. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 28-740 Delhi Avenue (Tract 23)**
**(Legal Description Exhibit B-23)**

Defendant Boldface Properties, LLC, an Ohio Company is the owner of the Property commonly known as 740 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0028. ("Tract 23"), as set forth in Exhibit B-23. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 23. The Court finds the Plaintiff has a valid and subsisting lien on Tract 23 by virtue of its Certified Judgment Lien against Boldface Properties, LLC in the amount of $1,312.50 filed on August 3, 2016 as CJ 16012409. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 29-739 Sedam Street (Tract 24)**
**(Legal Description Exhibit B-24)**

Defendant Boldface Properties, LLC, an Ohio Company is the owner of the Property commonly known as 739 Sedam Street, Ohio, Parcel ID No. 153-0003-0089. ("Tract 24"), as set forth in Exhibit B-24. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 24. The Court finds the Plaintiff has an additional valid and subsisting lien on Tract 23 by virtue of its

Certified Judgment Lien against Boldface Properties, LLC in the amount of $1,312.50 filed on August 3, 2016 as CJ 16012409. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 30-702 Sedam Street (Tract 25)
### (Legal Description Exhibit B-25)

Defendant Emily Vets LLC is the owner of the Property commonly known as 702 Sedam Street, Ohio, Parcel ID No. 153-0002-0196. ("Tract 25"), as set forth in Exhibit B-25. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 25. The Court finds Plaintiff has a valid and subsisting lien on Tract 25 by virtue of a Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 31-767 Steiner Street (Tract 26)
### (Legal Description Exhibit B-26)

The Court finds that Defendant Emily Vets LLC is the owner of the Property commonly known as 767 Steiner Street, Ohio, Parcel ID No. 153-0003-0003. ("Tract 26") and set forth in Exhibit B-26. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment is a valid and subsisting lien on Tract 26. The Court

finds Plaintiff has a valid and subsisting lien on Tract 26 by virtue of a Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 32-764 Delhi Avenue (Tract 27)
### (Legal Description Exhibit B-32)

Defendant Emily Vets, LLC is the owner of the Property commonly known as 764 Delhi, Ohio, Parcel ID No. 153-0003-0004. ("Tract 27") and set forth in Exhibit B-27. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 27. The Court finds Plaintiff has a valid and subsisting lien on Tract 27 by virtue of its Certified Judgment Lien against Emily Vets LLC and Tract 27 in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 33-762 Delhi Avenue (Tract 28)
### (Legal Description Exhibit B-28)

Defendant Emily Vets, LLC is the owner of the Property commonly known as 762 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0006. ("Tract 28") and set forth in Exhibit B-28. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is

a valid and subsisting lien on Tract 28. The Court finds Plaintiff has a valid and subsisting lien on Tract 27 by virtue of its Certified Judgment Lien against Emily Vets LLC and Tract 28 in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 34-756 Delhi Avenue (Tract 29)
### (Legal Description Exhibit B-29)

Defendant Emily Vets, LLC is the owner of the Property commonly known as 756 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0008, ("Tract 29"), as set forth in Exhibit B-29. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 29. The Court finds Plaintiff has a valid and subsisting lien on Tract 29 by virtue of its Certified Judgment Lien against Emily Vets LLC and Tract 27 in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 35-732 Delhi Avenue (Tract 30)
### (Legal Description Exhibit B-30)

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 732 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0036. ("Tract 30"), as set forth in Exhibit B-30. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 30. The Court finds that Plaintiff has a valid and subsisting lien on Tract 30 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 36-730 Delhi Avenue (Tract 31)
### (Legal Description Exhibit B-31)

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 730 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0038. ("Tract 31") and set forth in Exhibit B-31. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 31. The Court finds that Plaintiff has a valid and subsisting lien on Tract 31 by virtue of the Certified

{00348758-2}                29

Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756.

### Count 37-728 Delhi Avenue (Tract 32)
### (Legal Description Exhibit B-32)

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 728 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0040 ("Tract 32"), as set forth in Exhibit B-32. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 32. The Court finds that Plaintiff has a valid and subsisting lien on Tract 32 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 37- 789 Delhi Avenue (Tract 33)
### (Legal Description Exhibit B-33)

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 789 Delhi Avenue, Parcel ID No. 153-0003-0050 ("Tract 33"), as set forth in Exhibit B-33. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 33. The Court finds that Plaintiff has a valid and subsisting lien on Tract 33 by virtue of the Certified Judgment Lien

against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 39-40-787 Delhi Avenue (Tract 34)
### (Legal Description Exhibit B-34) and Quiet Title

Defendant Emily Vets, LLC is the owner of the Property commonly known as 787 Delhi Avenue, Cincinnati, Ohio, Parcel ID No. 153-0003-0052 ("Tract 34"), as set forth in Exhibit B-34. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 34. The Court finds that Plaintiff has a valid and subsisting lien on Tract 34 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that Tract 34 is held solely in the name of Emily Vets LLC, and finds that Tract 34 is a consolidation of Parcels 153-0003-0052, which includes Parcel 52 (Lot 4), 53 (Lot 5), and 156 (West 7.07' of Lot 6) of the Champlin Trustee Subdivision. The Court further finds that when the property was transferred by Robert C. Davis, he mistakenly retained the residue of Lot 6 in Deed Book 4132, Page 375 of the Hamilton County Records. The Court further finds that Robert C. Davis is deceased. The Court further orders that Tract 34 is quiet as to Defendants Raymond P. Davis, Jr.; Jane Doe Davis Jr., Unknown Spouse of Raymond P. Davis,

Jr.; Unknown Heirs, Devisees, Legatees, Executors ,Administrators and Spouses of each of Estate of Raymond P. Davis Jr., if deceased; Violet A. Davis; John Doe Davis, Unknown Spouse of Violet A. Davis; Unknown Heirs, Devisees, Legatees, Executors ,Administrators and Spouses of each of Estate of Violet A. Davis, if deceased; Defendant Adeline M. Richard; Defendant John Doe Richard, Unknown Spouse of Adeline M. Richard, if any; Unknown Heirs, Devisees, Legatees, Executors ,Administrators and Spouses of each of Estate of Adeline M. Richard, if deceased; Robert C. Davis' Jane Doe Davis, Unknown Spouse of Robert C. Davis, if any; and Unknown Heirs, Devisees, Legatees, Executors ,Administrators and Spouses of each of Estate of Robert C. Davis, if deceased.

### Count 41-773 Delhi Avenue (Tract 35)
### (Legal Description Exhibit B-35)

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 773 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0055 ("Tract 35"), as set forth in Exhibit B-35. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 35. The Court finds that Plaintiff has a valid and subsisting lien on Tract 34 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

{00348758-2}                                    32

### Count 42-737 Delhi Avenue (Tract 36)
### (Legal Description Exhibit B-36)

The Court finds Defendant Emily Vets, LLC is the owner of the Property commonly known as 737 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0070 ("Tract 36"), as set forth in Exhibit B-36. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 36. The Court finds that Plaintiff has a valid and subsisting lien on Tract 36 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 43-735 Delhi Avenue (Tract 37)
### (Legal Description Exhibit B-37)

The Court finds Defendant Emily Vets, LLC is the owner of the Property commonly known as 735 Delhi Avenue, Cincinnati, Ohio, Parcel ID No. 153-0003-0072 ("Tract 37"), as set forth in Exhibit B-37. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 37. The Court finds that Plaintiff has a valid and subsisting lien on Tract 37 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on

May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 44-733 Delhi Avenue (Tract 38)**
**(Legal Description Exhibit B-38)**

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 733 Delhi Avenue, Cincinnati, Ohio, Parcel ID No. 153-0003-0073 ("Tract 38"), as set forth in Exhibit B-38. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 38. The Court finds that Plaintiff has a valid and subsisting lien on Tract 38 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Counts 45 & 46 -714 Delhi Avenue (Tract 39)**
**(Legal Description Exhibit B-39) and Quiet Title**

The Court finds that Defendant Emily Vets, LLC is the owner of the Property commonly known as 714 Delhi Avenue, Cincinnati, Ohio, Ohio, Parcel ID No. 153-0002-0082 ("Tract 39"), as set forth in Exhibit B-39. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 39. The Court finds that Plaintiff has a valid and subsisting lien on Tract 39 by virtue of the

Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that Defendant Joseph Voll, Jr., a prior owner of Tract 39, reserved a life estate in Tract 39. The Court orders that any Life Estate interest of Joseph Voll Jr. is extinguished and quieted as to Tract 39.

### Count 47-709 Delhi Avenue (Tract 40)
### (Legal Description Exhibit B-40)

`        The Court finds that Defendant Emily Vets, LLC. is the owner of the Property commonly known as 709 Delhi Avenue, Cincinnati, Ohio, Parcel ID No. 153-0002-0086 ("Tract 40"), as set forth in Exhibit B-40. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 40. The Court finds that Plaintiff has a valid and subsisting lien on Tract 40 by virtue of the Certified Judgment Lien against Emily Vets LLC in the amount of $5,625.00 filed on May 22, 2017 as CJ 17008756. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

## Count 48-626 Steiner Avenue (Tract 41 & Tract 55)
## (Legal Description Exhibits B-41 & B-55)

The Court finds that Defendant Virginia Williamsburg LLC is the owner of the

Property commonly known as 626 Steiner Avenue, Cincinnati, Ohio, Parcel ID No.

152-0042-0168. ("Tract 41") and Parcel ID No. 152-0042-0034. ("Tract 55"), set forth

in Exhibit B-41 which includes Exhibit B-55. The Court finds the Certified Judgment

was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this

Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416.

The Certified Judgment is a valid and subsisting lien on Tracts 41 and 55. The Court

further orders Plaintiff is entitled to have the equity of redemption of the defendant-

title holders foreclosed.

## Count 49-637 Steiner Avenue (Tract 42)
## (Legal Description Exhibit B-42)

The Court finds that Defendant John Klosterman is the owner of the Property

commonly known as 637 Steiner Avenue, Cincinnati Ohio, Parcel ID No. 152-0042-

0059 ("Tract 42"), and set forth in Exhibit B-42. The Court finds the Certified

Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-

009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No.

CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 42.

Plaintiff has a valid and subsisting lien on Tract 42 by virtue of a Certificate of

Judgment from the City of Cincinnati filed against John C. Klosterman in the amount

{00348758-2}                           36

of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 50-759 Delhi Street (Tract 43)
### (Legal Description Exhibit B-50)

The Court finds that Defendant John Klosterman and Sue Klosterman are the owners of the Property commonly known as 759 Delhi Street, Ohio, Parcel ID No. 153-0003-0060. ("Tract 43") and set forth in Exhibit B-43. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 43. The Court finds that the Plaintiff has a valid and subsisting lien on Tract 43 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 51-712 Steiner Avenue (Tract 44)
### (Legal Description Exhibit B-44)

The Court finds that Defendant John Klosterman and Sue Klosterman are the owners of the Property commonly known as 712 Steiner Avenue, Cincinnati Ohio, Parcel ID No. 152-0038-0011. ("Tract 44") and set forth in Exhibit B-44. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and

{00348758-2}                    37

subsisting lien on Tract 44. The Court finds that the Plaintiff has a further valid and subsisting lien on Tract 44 by virtue of a Certificate of Judgment in favor City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 52-757 & 755 Delhi Avenue (Tract 45 & Tract 46)
### (Legal Description Exhibits B-45 & B-46)

The Court finds that Defendant John Klosterman and Susan S. Klosterman are the owners of the Property commonly known as 757 and 755 Delhi Avenue, Cincinnati Ohio, Parcel ID No. 153-0003-0061 ("Tract 45") and Parcel ID No. 153-0003-0062 ("Tract 46") and set forth in Exhibit B-45-46. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tracts 45 and 46. The Court further finds the Plaintiff has another subsisting and valid lien on Tracts 45 and 46 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 53-751 Delhi Avenue (Tract 47)
### (Legal Description Exhibit B-47)

The Court finds Defendant John C. Klosterman and Sue S. Klosterman are the owners of the Property commonly known as 751 Delhi Avenue, Cincinnati, Ohio,

Ohio, Parcel ID No. 153-0003-0064. ("Tract 47") and set forth in Exhibit B-47. The Certified Judgment is a valid and subsisting lien on Tract 47. The City of Cincinnati has an additional interest in the Tract 47 by virtue of a Certificate of Judgment from the City of Cincinnati filed against John C. Klosterman in the amount of $1,000.00 filed March 30, 2015 as CJ15-004544. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

<b>Count 54 & 55 -924 Striker Avenue & 624 Steiner Avenue and<br>Declaratory Action (Tract 48 & Tract 49)<br>(Legal Description Exhibits B-48 & B-49)</b>

The Court finds that Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 924 Striker Avenue, Ohio, Parcel ID No. 152-0042-0031. ("Tract 49") and commonly known as 624 Steiner Avenue Parcel ID No. 152-0042-0032 ("Tract 48"), and set forth in Exhibit B-48-49. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tracts 48 and Tract 49. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

The Court finds that on November 15, 2005, Cedar Resources LLC executed a deed to OAA Properties LLC recorded December 1, 2005 as Official Record Volume 10105, Page 1104, and mistakenly and inadvertently omitted the legal description for parcel 31 (Lot 234), and meant to transfer the property described as Tract 48 and Tract 49 described in Exhibit B-48-49. The Court orders that the legal

description on the deed is reformed to the legal that is attached hereto as Exhibit B-48-49.

### Count 56-624 Steiner Avenue (Tract 50)
### (Legal Description Exhibit B-50)

The Court finds that Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 624 Steiner Avenue, Ohio, Parcel ID No. 152-0042-0166 ("Tract 50"), and set forth in Exhibit B-50. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 50. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 57-Steiner Avenue (Tract 51)
### (Legal Description Exhibit B-51)

The Court finds that Defendant Sedamsville Historical Society is the owner of the Property commonly known as Steiner Avenue, Ohio, Parcel ID No. 152-0042-0067. ("Tract 51") and set forth in Exhibit B-51. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 51. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

## Count 58-Steiner Avenue (Tract 52)
## (Legal Description Exhibit B-52)

The Court finds that Defendant Sedamsville Historical Society is the owner of the Property commonly known as Steiner Avenue, Ohio, Parcel ID No. 152-0042-0069. ("Tract 52") and set forth in Exhibit B-52. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 52. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

## Count 59-767 Delhi Avenue & 769 Delhi Avenue (Tract 53 & Tract 54)
## (Legal Description Exhibits B-53 & B-54)

The Court finds that Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 769 Delhi Avenue, Ohio, Parcel ID No. 153-0003-0056. ("Tract 53"), and commonly known as 767 Delhi Avenue, Ohio Parcel ID No. 153-0003-0058 ("Tract 54") set forth in Exhibit B-53-54. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 53 and Tract 54. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 60-679 Fernland Avenue & 677 Halsey Avenue
### (Tract 56 & Tract 57)
### (Legal Description Exhibit B-56 & B-57)

The Court finds that Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 679 Fernland Avenue Street, Ohio, Parcel ID No. 153-0002-0154 ("Tract 56"), and commonly known as 677 Halsey Avenue, Ohio Parcel ID No. 153-0002-0155. ("Tract 57") and set forth in Exhibit T. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Certified Judgment is a valid and subsisting lien on Tract 56 and Tract 57. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

### Count 61-628 Delhi Avenue (Tract 58)
### (Legal Description Exhibit B-58)

Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 628 Delhi Avenue, Ohio, Parcel ID No. 152-0042-0058. ("Tract 58"), and set forth in Exhibit T. The Certified Judgment is a valid and subsisting lien on Tract 58. Plaintiff City of Cincinnati has an additional interest in Tract 58 by virtue of a Certificate of Judgment against Dovetta Dangerfield in the amount of $6,312.50 filed April 13, 2017, as CJ17-004562. The Court further orders Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**Count 62-649 Sedam Street (Tract 59)**
**(Legal Description Exhibit B-59)**

Defendant Virginia Williamsburg LLC is the owner of the Property commonly known as 749 Sedam Street, Ohio, Parcel ID No. 153-0002-0140. ("Tract 59"), and set forth in Exhibit T. The Certified Judgment is a valid and subsisting lien on Tract 59. The Court finds the Certified Judgment was filed for record on June 15, 2018, as Certified Judgment No. CJ18-009542 of this Clerk of Courts and refiled March 12, 2019 as Certified Judgment No. CJ19003416. The Court finds that the Certified Judgment constitutes a valid and subsisting lien, after real estate taxes on Tract 59, and Plaintiff is entitled to have the equity of redemption of the defendant-title holders foreclosed.

**All Subject Properties**

The Court finds that unless the sums hereinabove found to be due to Plaintiff and the costs of this action, be fully paid within three (3) days from the date of the entry of this decree, the equity of redemption of Defendant-titleholders in the Subject Properties shall be foreclosed and the real estate sold, free of the interest of all parties herein, and at the request of the Plaintiff, or Receiver, an order of sale all or any one or more of the Subject Properties shall issue to the Sheriff of this County or to a private selling officer, or to the Receiver, directing the Sheriff or private selling officer, or Receiver[1],  to appraise, advertise and sell said Subject Properties, or any one of them by Order of this Court, and said terms of sale being cash on day

---

[1] If Receiver, it will be by separate motion and order and possibly terms by Receiver's motion.

of sale, according to the Court. If the United States of America holds a lien on the Subject Properties, the United States of America shall have the right to redeem as provided Title 28, Section 2410(C), United States Code.

The Court finds that the Sheriff shall send counsel for the party requesting the Order of Sale a copy of the publication notice promptly upon its first publication.

The Court finds that the Sheriff, Selling Officer, or Receiver, upon confirmation of said sale, shall pay from the proceeds of said sale, upon the claims herein found, the amounts thereof in the following order of priority per Court order.

The Court finds that the Sheriff, Selling Officer or Receiver shall send counsel for the party requesting the Order of Sale a copy of the publication notice promptly upon its first publication. The Court finds that the Sheriff, Selling Officer or Receiver, upon confirmation of said sale, shall pay from the proceeds of said sale, upon the claims herein found, the amounts thereof in the following order of priority and as set forth in the Order Appointing the Receiver entered in this Action.

The Court further finds there is no just reason for delay.

DATED: _10 - 7 - 2021_

> **COURT OF COMMON PLEAS**
> **ENTER**
> HON. WENDE C. CROSS
> JUDGE WENDE C. CROSS
> THE CLERK SHALL SERVE NOTICE
> TO PARTIES PURSUANT TO CIVIL
> RULE 58 WHICH SHALL BE TAXED
> AS COSTS HEREIN.

> **MAGISTRATE**
> OCT 0 4 2021
> **HAS SEEN**

44

**PREPARED AND SUBMITTED:**

*/s/Tina F. Woods*
Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202


/s/submitted for review by email 9/16/2021
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728
richard.boydston@dentons.com

/s/submitted for review by U.S. mail 9/16/021
JOHN KLOSTERMAN, also known as
John C. Klosterman and
John Campbell Klosterman
778594-Inmate no.
Hamilton County Justice Center
900 Sycamore Street
Cincinnati, Ohio 45202

/s/submitted for review by U.S. mail 9/16/021
JOHN KLOSTERMAN, also known as
John C. Klosterman and
John Campbell Klosterman
5615 Sidney Road
Cincinnati, Ohio 45238

/s/submitted for review by U.S. mail 9/16/021
SUSAN S. KLOSTERMAN, also known as
Sue S. Klosterman and
Sue Klosterman
5615 Sidney Road
Cincinnati, Ohio 45238

/s/submitted for review by email 9/16/2021
James Sayre
Counsel for Defendants Hamilton County,
Hamilton County Clerk of Courts, and
Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202


/s/submitted for review by email 9/16/2021
Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
  Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

/s/submitted for review by email 9/16/2021
Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding
Legal Aid
215 East 9th Street
Cincinnati, OH 45202
mfitzsimmons@lascinti.org


/s/submitted for review by email 9/16/2021
Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
    America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202
usaohs.state.foreclosure@usdoj.gov


/s/submitted for review by email 9/16/2021
Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
Department of Taxation and
Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

/s/Christian D. Donovan by email authority 9/22/2021
Christian D. Donovan, Esq.
Counsel for Defendant
Warsaw Federal Savings and Loan
Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

## EXHIBIT B-1

### TRACT 1

Being known as Lot Number One Hundred Two (102) of H.F. Sedem's Subdivision fronting thirty (30) feet west side Delhi Avenue by One Hundred (100) feet more or less in depth back to Sedem Street and known as Nos. 671-673 Delhi Avenue; said subdivision is recorded in Plat Book 10, Page 29, Hamilton County, Ohio Plat Records.

Prior Deed recorded June 20, 2008 at 12:28 p.m. in Official Record Volume 10881,

Page 1389

**Address: 671-673 Delhi Avenue, Cincinnati, Ohio**
**Parcel No. 153-0002-0094**

EXHIBIT B-2

TRACT 2

Situated in the City of Cincinnati, County of Hamilton and State of Ohio, and beginning at a point in the southwesterly corner of Lodwick Street and Delhi Avenue; thence westwardly along the southerly line of said Lodwick Street ninety and 32/100 feet to the easterly line of Sedam Street; thence southerly along the easterly line of Sedam Street fifty and 34/100 feet more or less to the northerly line of Lot Number One Hundred Three of a subdivision made by the administrators of H. F. Sedam in Case No. 2957 Hamilton County Probate Court and recorded in Plat Book Number 10, pages 29 and 30 of the Hamilton County, Ohio Records; thence easterly along the northerly line of said Lot Number One Hundred Three of said subdivision ninety and 32/100 feet more or less to the westerly line of Delhi Avenue; thence northerly along the said westerly line of Delhi Avenue forty feet more or less to the place of beginning. Being all of Lot Number One Hundred Four of the subdivision aforesaid lying between the southerly line of Lodwick Street and the northerly line of said Lot Number One Hundred Three.

Prior deed recorded January 16, 2018 at 12:03 p.m. in Official Record Volume 13584, Page 1959, Hamilton County, Ohio Records.

Address: 679 Delhi Avenue, Cincinnati, Ohio

Parcel 153-0002-0092:

49

EXHIBIT B-3
TRACT 3

*Situate in the City of Cincinnati, County of Hamilton and State of Ohio, and in
Section 35, Storrs Township, and being part of Lot No. 2 on the recorded plat of
G.H. Otte, et al., Subdivision of Lots, same plat being of record in Plat Book 2, Page
275 of the records of Hamilton County, Ohio, and more particularly described as
follows:*

*Beginning at a point in the northerly line of Delhi Avenue as now improved, said
point being South 55 ° 21' East, 26.8 feet from the intersection of said north line of
Delhi Avenue and the west line of the above mentioned Lot No. 2; thence North 33°
East, 324.10 feet to a point in the northerly line of said Lot No. 2; thence South 87°
16' East along the north line of Lot No. 2, 60.53 feet; thence South 34° 39' West,
356.35 feet to a point in the north line of Delhi Avenue, as now improved; thence
North 55° 21' West along the North line of Delhi Avenue, 42 feet to the point of
beginning.*

Prior deed reference: recorded June 11, 2007 at 10:46 a.m. in Official Record
Volume 10570, Page 1292, Hamilton County, Ohio Records

Address: 794 Delhi Avenue, Cincinnati, Ohio
Parcel 152-0039-0150

EXHIBIT B-4
TRACT 4

Situated in the City of Cincinnati, County of Hamilton, State of Ohio, and being the West one-half of Lot No. 21 of H.F. Sedam's Second Subdivision of Sedamaville as recorded in Plat Book 3, Page 182, Hamilton County, Ohio Recorder's office.

Prior deed reference: recorded December 31, 2007 at 11:47 a.m. in Official Record Volume 10736, Page 1885, Hamilton County, Ohio Records

Address: 742 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0003-0027

EXHIBIT B-5
TRACT 5

SITUATED IN THE COUNTY OF HAMILTON IN THE STATE OF OHIO AND
IN THE CITY OF CINCINNATI, AND BOUNDED AND DESCRIBED AS
FOLLOWS:

SITUATE IN SECTION 35, TOWN 4, FRACTIONAL RANGE 1, STORRS
TOWNSHIP IN THE CITY OF CINCINNATI, OHIO; BEGINNING AT A
POINT IN THE SOUTHERLY SIDE OF DELHI AVENUE WHERE THE
EASTERLY LINE OF LOT NO. 5, PLAT "A" OF G.K. REYNOLDS ESTATE
INTERSECTS THE SAME; RUNNING THENCE SOUTHERLY ALONG THE EAST
LINE OF SAID LOT NO. 5, ONE HUNDRED AND ONE AND 39/100
(101.39) FEET MORE OR LESS TO THE NORTH SIDE OF SEDAM STREET;
THENCE WESTERLY ALONG THE NORTH SIDE OF SEDAM STREET
EIGHTY-FIVE (85) FEET MORE OR LESS TO THE CENTER LINE OF SAID
LOT NO. 5; THENCE IN A NORTHERLY DIRECTION ALONG THE CENTER
LINE OF SAID LOT NO. 5, ONE HUNDRED (100) FEET MORE OR LESS
TO THE SOUTHERLY SIDE OF DELHI AVENUE; THENCE EASTWARDLY
ALONG SAID DELHI AVENUE ONE HUNDRED AND TWO (102) FEET MORE
OR LESS TO THE PLACE OF BEGINNING, BEING THE NORTH EASTERLY
PART OF LOT NO. 5, PLAT "A" OF G.K. REYNOLDS ESTATE; BEING
THE SAME PREMISES CONVEYED BY THE FORTHSCHRITT BAU VEREIN TO
RICHARD JOHN WELSH, BY DEED DATED JUNE 8, 1903, RECORDED IN
DEED BOOK 893, PAGE 64, HAMILTON COUNTY, OHIO RECORDS.

THE LOCATION OF THE POINT OF BEGINNING FOR THIS DESCRIPTION
BEING DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF
THE CENTER LINE OF DELHI AVENUE WITH THE CENTER LINE OF
FAIRBANKS AVENUE; THENCE ALONG THE CENTER LINE OF DELHI
AVENUE SOUTH 57 DEGREES 13 MINUTES EAST 40.45 FEET TO AN
ANGLE; THENCE CONTINUING ALONG THE CENTER LINE OF DELHI
AVENUE SOUTH 52 DEGREES 53 MINUTES EAST 199.49 FEET; THENCE
SOUTH 46 DEGREES 27 MINUTES WEST 20.27 FEET TO THE PLACE OF
BEGINNING.

Prior deed reference: recorded April 22, 2008 at 10:19 a.m. in Official Record
Volume 10831, Page 755, Hamilton County, Ohio Records;

Address: 793 Delhi Avenue, Cincinnati, Ohio
Parcel No. 153-0003-0048

{00348758-2}                    52

EXHIBIT B-6
TRACT 6

Situated in the County of Hamilton, State of Ohio, and known
as Lot No. Eighteen (18) on the plat of H. F. Sedam's Second
subdivision of lots in Sedamsville, Section 35, Storrs
Township, now part of Cincinnati, Ohio, recorded in Plat
Book 3, page 226 of the records of said County; said lot
fronts thirty (30) feet on the west side of Delhi and
Industry Pike and runs westwardly in parallel lines one
hundred (100) feet to Sedam Street.

Prior deed reference: recorded November 7, 1991 at 2:52 p.m. in Official Record
Volume 5700, Page 1500, Hamilton County, Ohio Records

Address: 753 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0003-0063

EXHIBIT B-7A & 7B
TRACTS 7A & 7B

Situated in the City of Cincinnati, County of Hamilton and State of Ohio: And known as being Lots No. 195 and 222 on the plat of the subdivision made in Case No. 2957 Probate Court of Hamilton County, Ohio, by J. A. Jordan and H.D. Pack, Administrators of the estate of Henry F. Sedam, deceased, said Lot No. 195 fronts 30 feet on the easterly side of Orchard Street, now known as Steiner Street, and runs back between parallel lines 100 feet, said Lot No. 222 fronts 30 feet on the westerly side of Stricker Street and runs back between parallel lines 100 feet.

Prior deed reference: recorded July 21, 2014 at 11:34 a.m. in Official Record Volume 12658, Page 1477, Hamilton County, Ohio Records

Address: 652 Steiner Avenue, Cincinnati, Ohio
Parcel Nos. 153-0002-0014 and 153-0002-0198

EXHIBIT B-9A & 9B
TRACTS 9A & 9B

Situate in the City of Cincinnati, County of Hamilton, State of Ohio and being Lots 154 and 155 on the plat of subdivision made by the Administrators of Henry F. Sedam, Deceased, in Case No. 2957, Hamilton County Probate Court, as recorded in Plat Book 10, Pages 29 and 30 of the Plat Records of Hamilton County, Ohio.

Prior deed reference: recorded April 17, 1995 at 10:19 a.m. in Official Record Volume 6734, Page 527, Hamilton County, Ohio Records

Address: 639 Steiner Avenue, Cincinnati, Ohio
Parcel Nos. 152-0042-0055 and 152-0042-0057

## EXHIBIT B-10A, 10B, 10C & 10D
## TRACTS 10A, 10B, 10C & 10D

Situated in Sedamsville, City of Cincinnati, County of Hamilton, and State of Ohio, and being Lots Nos. 189, 190, 227, and 228 and a strip of ground 2 feet wide off the northerly side of Lot No. 188 Lying immediately south of and bounding said Lot No. 189, being 2 feet front on Steiner Avenue and extending back eastwardly between parallel lines the full depth of said Lot No. 188, and a strip of ground 2 feet wide off the northwardly side of Lot No. 229, lying immediately south of and bounding said Lot No. 228, being 2 feet front on Striker Avenue and extending back westwardly between parallel lines the full depth of said Lot No. 229 as said lots are designated on a plat of subdivision made in Case No. 2957 Hamilton County Probate Court by J. A. Jordan and H.O. Peck, Administrators of the estate of Henry F. Sedam, deceased. Also part of unnamed vacated alley lying between said lots.

Prior deed reference: recorded October 10, 1991 at 3:26 p.m. in Official Record Volume 5679, Page 1159, Hamilton County, Ohio Records

Addresses:  638 Steiner Avenue, Cincinnati, Ohio, being Parcel 152-0042-0044,
938 Striker Avenue, Cincinnati, Ohio, being Parcel 152-0042-0043,
940 Striker Avenue, Cincinnati, Ohio, being Parcel 152-0042-0045,
640 Steiner Avenue, Cincinnati, Ohio, being Parcel 152-0042-0172

EXHIBIT B-11
TRACT 11

Situate in the City of Cincinnati, County of Hamilton, and State of Ohio, and more particularly described as being Lot No. One Hundred and Twenty-two (122) on a plat called Henry F. Sedam's Subdivision by his administrators made in Case No. 2957, Hamilton County Probate Court; said lot fronting thirty feet on the easterly side of Delhi Avenue and running back for depth one hundred feet.

Prior deed reference: recorded November 6, 2014 at 2:15 p.m. in Official Record Volume 12747, Page 1483, Hamilton County, Ohio Records

Address: 632 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0062

EXHIBIT B-12
TRACT 12

**SITUATED IN THE CITY OF CINCINNATI, HAMILTON COUNTY, OHIO AND BEING ALL THAT CERTAIN LOT OR PARCEL OF LAND KNOWN, NUMBERED AND DESIGNATED AS ALL OF LOT NO. 105 ON A PLAT OF SUBDIVISION MADE BY JORDAN AND PECK, ADMINISTRATORS OF THE ESTATE OF HENRY F. SEDAM, DECEASED, FILED AND MADE PART OF THE RECORD IN THE PROBATE COURT OF HAMILTON COUNTY, OHIO, IN CASE NO. 957, OF SAID COURT; SAID PLAT BEING NOW RECORDED IN PLAT BOOK 10, PAGES 29 AND 30, IN THE RECORDER'S OFFICE OF HAMILTON COUNTY, OHIO SAID PROPERTY BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT IN THE NORTHWEST CORNER OF DELHI AND LODWICK STREET, SAID POINT ALSO BEING THE SOUTHEAST CORNER OF LOT NO. 105; THENCE ALONG THE WEST SIDE OF DELHI AVENUE 23.17 FEET TO A POINT; SAID POINT BEING THE SOUTHEAST CORNER OF REGISTERED LAND CERTIFICATE NO. 39378; THENCE IN A SOUTHWESTERLY DIRECTION ALONG THE SOUTHERLY LINE OF PROPERTY DESCRIBED IN CERTIFICATE OF TITLE NO. 39378, 90.61 FEET, MORE OR LESS TO A POINT IN THE EASTERLY LINE OF SEDAM STREET; SAID POINT ALSO BEING THE SOUTHWESTERLY CORNER OF THE PROPERTY DESCRIBED IN CERTIFICATE OF TITLE NO. 39378; THENCE SOUTHEASTWARDLY ALONG THE EAST LINE OF SEDAM STREET 18.90 FEET TO A POINT; SAID POINT BEING THE NORTHEASTERLY CORNER OF SEDAM AND LODWICK STREETS AND ALSO THE SOUTHWESTERLY CORNER OF LOT NO. 105; THENCE EASTWARDLY ALONG THE NORTHERLY SIDE OF LODWICK STREET 90.32 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.**

Prior deed reference: recorded July 2, 1992 at 11:17 a.m. in Official Record Volume 5894, Page 922, Hamilton County, Ohio Records

Address: 701 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0091

EXHIBIT B-13
TRACT 13

Situated in the City of Cincinnati, County of Hamilton, State of Ohio, and being Lot. No. 100 of a subdivision made by the administrators of the Estate of N. F. Sedam, deceased, in Case No. 2957, Hamilton County, Ohio Probate Court, said Lot No. 100, fronting 34.88 feet along the westerly side of Sedam Street and running back for depth and along the southerly line of Lodwick Street, a plat of said subdivision is also recorded in Plat Book 10, page 29 of the Hamilton County, Ohio Plat Records.

Prior deed reference: recorded June 8, 1992 at 2:59 p.m. in Official Record Volume 5873, Page 1568, Hamilton County, Ohio Records

Address: 659 Sedam Street, Cincinnati, Ohio
Parcel 153-0002-0145

EXHIBIT B-14A & 14B
TRACTS 14A & 14B

Situated in the City of Cincinnati, County of Hamilton, and State of Ohio, and further described as follows:

Beginning at the northwest corner of Lot No. 20 of the H.F. Sedam Estate, ⁻lat of which Subdivision is recorded in Plat Book 10, page 30 of the Plat Records of said County; thence along the northerly line of said Lot #20, 34 feet to a point, thence southeastwardly along a straight line to a point in the southerly line of Lot 19 of said Subdivision, which point is 29 feet distant from the southwest corner of said Lot #20; thence northwestwardly along the south lines of said Lots #19 and #20, 29 feet to the southwest corner of said Lot #20; thence northeastwardly along the westerly line of said Lot #20, 127 feet, more of less to the northwest corner of said Lot #20 and the place of beginning.

Prior deed reference: recorded September 9, 1993 at 8:21 a.m. in Official Record Volume 6265, Page 81, Hamilton County, Ohio Records

Addresses:
667 Delhi Avenue, Cincinnati, Ohio, being Parcel 153-0002-0185
646 Sedam Street, Cincinnati, Ohio, being Parcel 153-0002-0182

EXHIBIT B-15
TRACT 15

SITUATE IN THE CITY OF CINCINNATI, AND BEING MORE PARTICULARLY
DESCRIBED                                    AS                              FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF DELHI AVENUE AND
LODWICK STREET AND RUNNING THENCE NORTH 29°25' WEST ALONG THE
WESTERLY LINE OF DELHI AVENUE A DISTANCE OF 23.17 FEET TO THE
TRUE PLACE OF BEGINNING; THENCE SOUTH 62°00' WEST A DISTANCE OF
53.00 FEET TO A POINT; THENCE NORTH 29°25' WEST A DISTANCE OF 30.39
FEET TO AN IRON PIPE; THENCE NORTH 62°00' EAST A DISTANCE OF 53.00
FEET TO A POINT IN THE WESTERLY LINE OF DELHI AVENUE; AND
THENCE SOUTH 29°25' EAST ALONG SAID WESTERLY LINE A DISTANCE OF
30.39 FEET TO THE TRUE PLACE OF BEGINNING.

Prior deed reference: recorded May 9, 2019 at 1:45 p.m. in Official Record Volume
13914, Page 1804, Hamilton County, Ohio Records

Address: 703 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0090

EXHIBIT B-16
TRACT 16

Situated in the City of Cincinnati, Hamilton County, Ohio and known and designed as Lots 149, 150 and 151 as shown on a plat of subdivision made in Case No. 2957, Hamilton County Probate Court by J. A. Jordan and H. D. Peck, administrators of the estate of Henry F. Sedan, said plat being of record in Plat Book 10, Pages 29 and 30 in the office of the Recorder of Hamilton County, Ohio.  Said premises together front 90 feet on the southwesterly side' of Steiner Street (formerly Orchard Street) by 100 feet in depth.  Also, the following described real estate, to-wit: A strip off of the south side of Lot 148 as designated on said plat of subdivision made in Case No. 2957, Hamilton County Probate Court, by J. A. Jordan and H. D. Peck, Administrators of the Estate of Henry F. Sedam, deceased, said plat being of record in Plat Book 10, Pages 29 and 30 in the office of said Recorder, being 6.10 feet in front on Steiner Street and 5.06 feet in width on rear of said lot.

Prior deed reference: recorded May 9, 2019 at 10:30 a.m. in Official Record Volume 13914, Page 00958, Hamilton County, Ohio Records

Address: 649 Steiner Avenue, Cincinnati, Ohio
Parcel 153-0002-0057

## EXHIBIT B-17
## TRACT 17

Situate in Section 35, Township 4, Fractional Range 1, Hamilton County, Ohio, Beginning at the Southeast corner of a Lot on the Westerly side of Delhi Avenue, Leased by Henry F. Sedam to Henry Lange by Lease recorded in Lease Book 40, Page 590 of said county Lease records; said corner being 82 feet Westwardly from the Westerly Line of Lodwick Street, running thence on the Westerly Line of Delhi Avenue, Southwardly 30 feet; thence Westwardly parallel to Henry Lang's South Line 90 feet, more or less, to the beginning; being known as Lot One hundred Seven(107) as shown on plat of subdivision made by the administrator of Henry P. Sedam, as recorded in Plat Book 10, Page 29, Hamilton County, Ohio Records.

Prior deed reference: recorded May 9, 2019 at 10:30 a.m. in Official Record Volume 13914, Page 00958, Hamilton County, Ohio Records

Address:705 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0089

EXHIBIT B-18A & 18B
TRACT 18A & 18B

Situate in the City of Cincinnati, Hamilton County, Ohio and being lots 196 and 221 of H.F. Sedam's Estate as recorded in Plat Book 10, Page 30, Hamilton County Records.
together with that portion of a vacated four foot alleyway adjoining said lots.

Prior deed reference: recorded May 9, 2019 at 10:30 a.m. in Official Record Volume 13914, Page 00958, Hamilton County, Ohio Records

Address: 654 Steiner Avenue, Cincinnati, Ohio
Parcel Nos: 153-0002-0013 and 153-0002-0199

EXHIBIT B-19
TRACT 19

**Situated in the City of Cincinnati, County of Hamilton, State of Ohio and being known, numbered and designated as Lot No. 124 of H.F. Sedam's Estate Case No. 2957, Probate Court, of a Ten Acre Tract in Section 36, Town 4, Fractional Range 1, and recorded in Plat Book 10, Page 29 of the Plate Records of Hamilton County, Ohio**

Prior deed reference: recorded May 9, 2019 at 10:30 a.m. in Official Record Volume 13914, Page 00958, Hamilton County, Ohio Records

Address: 636 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0064

EXHIBIT B-20
TRACT 20

***Situated in the City of Cincinnati, County of Hamilton, State of Ohio, described as follows:***

***All that certain lot of land in Sedamsville, known as the west half of Lot 3 on a plat made by H.F. Sedam as recorded in Plat Book 3, page 182, Hamilton County, Ohio Records. Said lot being 30 feet front on the east side of Delhi Avenue and Industry Road by 100 feet deep back half way to Orchard Street, now Steiner Avenue. Also, the east half of Lot 3 designated on the plat of subdivision of Henry F. Sedam by T.S.Huntington, recorded in Plat Book 3, page 182, Hamilton County, Ohio Records.***

Prior Deed reference: recorded April 22, 2004 at 3:23 p.m. in Official Record Volume 9598, Page 5254, Hamilton County, Ohio Records

Address: 700 Delhi Avenue, Cincinnati, Ohio
Parcel 153-0002-0037

EXHIBIT B-21
TRACT 21

All that certain lot or parcel of land, being a part of a tract of 6-17/100 acres, formerly owned by Marcus D. Lykins, and situated, lying and being in Section 35, Township 4, and First Fractional Range of Townships, in the Miami Purchase, bounded and described, as follows to-wit:

Beginning at a stone in the northeast corner of said tact of 6-17/100 acres, the location of which stone is established by survey made by the County Surveyor, a plat of which survey is recorded in Plat Book 21, Page 12 of the County Surveyor's Records; and running thence South 42° East, 1 chain and 87 links to a stake on the east bank of Boldface Creek; thence South 53° East, 89 links to a point in said Creek; thence South 49° West, 4 chains and 38 links; thence North 50° 30' West, 3 chains and 10-1/3 links to a stake in the north line of the aforesaid tract of 6-17/100 acres; and thence with said line North 53° East 4 chains and 66 links to the place of beginning, and containing 1-29/100 acres; subject to legal highways.

EXCEPTING THEREFROM: the following described real estate:

Situate in Section 35, Town 4, Fractional Range I, Storrs Township, Hamilton County Ohio, and more particularly described as follows:

Beginning at the most northerly corner of Lot 13 of Lodwick's Subdivision of Broad Oak as recorded in Plat Book 11, page 34, Hamilton County, Ohio Recorder's Office; thence along the northwesterly line of Lot 13 and the southeasterly line o9f Archie Banfield and Bertha Bandfield property, South 48° 29' 20" West 42.03 feet; thence North 52° 06' West, 183.04 feet to the northwesterly line of said Bandfield property; thence along said northwesterly line North 53° 57' 30" East, 67.21 feet to the northeasterly line of said Bandfield property; thence along said northeasterly line South 44° 23' 40" East, 173.76 feet to the most northerly corner of said Lot 13 and the southeasterly line of said Banfield property and the place of beginning and being the same premises conveyed to the City of Cincinnati by deed dated 3-3-53 recorded n Deed Book 2260, Page 9, Hamilton County, Ohio Records.

Also an easement for a fill descending toward the street on a 1% grade, on the following described strip of land:

Beginning at the most westerly corner of the above-described parcel; thecae southeastwardly along the southwesterly line of said parcel 183.04 feet to the southeasterly line of said Banfield property; thence southwestwardly along said southeasterly line 25 feet; thence northwestwardly 78 feet to a point 23 feet southwest at right angles from the southwesterly line of said parcel; thence northwestwardly 75 feet to a point 23 feet southwest at right angles from the southwesterly line of said parcel; thence north westwardly 31 feet to a point in the northwesterly line of said Banfield property, said point being 18 feet southwest of the most westerly corner of said parcel as measured along the northwesterly line; thence northeastwardly along said northwesterly line 18 feet to the pilafs of beginning.

Prior deed reference: recorded May 17, 2005 in Official Record Volume 9937, Page 1741, Hamilton County, Ohio Records

Address: 685 Halsey Avenue, Cincinnati, Ohio
Parcel 155-0048-0001

EXHIBIT B-23
TRACT 23

Situate in the City of Cincinnati, Hamilton County, State of Ohio and being the
West half of Lot No. 20 of H. F. Sedam's Second Subdivision, a plat of which is
recorded in Plat Book 3, Page 182 of the Hamilton Avenue and having a depth
of 100 feet.

Prior Deed reference: recorded July 23, 2008 at 7:34 a.m. in Official Record Volume
10907, Page 219, Hamilton County, Ohio Records

Address: 740 Delhi Avenue
Parcel 153-0003-0028

EXHIBIT B-24
TRACT 24


Situate in Sedamsville, in the City of Cincinnati, Hamilton County, State of
Ohio and being Lot No. 37 on the plat of subdivision of Henry F. Sedam's
Estate as per plat recorded in Plat Book 3, Page 226, Hamilton County, Ohio
Plat Records; said Lot No. 37 fronting 30 feet on the West side of Sedam Street
by 100 feet in depth.


Prior Deed reference; recorded July 22, 2008, at 9:12 a.m. in Official Record
Volum 10906, Page 1312, Hamilton County, Ohio Records

Address: 739 Sedam Street

Parcel 153-0003-0089

EXHIBIT B-25
TRACT 25

SITUATE IN THE CITY OF CINCINNATI, AND BEING MORE PARTICULARLY
DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF DELHI AVENUE AND
LODWICK STREET AND RUNNING THENCE NORTH 29°25' WEST ALONG
THE WESTERLY LINE OF DELHI AVENUE A DISTANCE OF 23.17 FEET TO A
POINT; THENCE SOUTH 62°00' WEST A DISTANCE OF 53.00
FEET TO THE TRUE PLACE OF BEGINNING; THENCE CONTINUING
SOUTH 62°00' WEST A DISTANCE OF 37.61 FEET TO A POINT IN THE
EASTERLY LINE OF SEDAM STREET; THENCE NORTH 31°42'30" WEST
ALONG SAID EASTERLY LINE A DISTANCE OF 30.45 FEET TO A POINT;
THENCE NORTH 62°00' EAST A DISTANCE OF 38.82 FEET TO AN IRON
PIPE; AND THENCE SOUTH 29°25' EAST A DISTANCE 30.39 FEET TO
THE TRUE PLACE OF BEGINNING.

Prior Deed reference: November 23, 2010 at 9:17 a.m.in Official Record Volume
11588, Page 500 and Registered Land Certificate of Title No. 227648, Hamilton
County, Ohio Records

Address: 702 Sedam Street
Parcel:  153-0002-0196

EXHIBIT B-26
TRACT 26

Situate in the City of Cincinnati, Hamilton County, Ohio, and being the East half of Lots 31, 32 and 33 of H. F. Sedam's Second Subdivision, a plat of which is recorded in Plat Book 3, Page 182 of the Hamilton County, Ohio Records.

The East half of said Lots 32 and 33 were conveyed to the said Matthew W. Allen by a deed recorded in Deed Book 558, Page 278 of the Hamilton County, Ohio Records.

Prior Deed reference: reorded September 15, 2009 at 10:36 a.m. in Official Record Volume 11240, Page 1368, Hamilton County, Ohio Records

Address:  767 Steiner Avenue
Parcel:  153-0003-0003

EXHIBIT B-27
TRACT 27

Situated in the City of Cincinnati, Hamilton County and State of Ohio and bounded and described as follows: Being the west one-half of that certain parcel of land known as Lot Number 33 of the Second Subdivision made by Henry F. Sedam and recorded in Plat Book 3, Page 182, Hamilton County, Ohio Records; fronting 30 feet on the northeastwardly side of Delhi Pike; thence running back northeastwardly the width of said lot for a depth of 100 feet, together with and subject to easements, restrictions, conditions and covenants of record and subject to all legal highways.

Prior Deed Reference: recorded November 12, 2004, at 9:29 a.m. in Official Record Volume 9780, Page 2246, Hamilton County, Ohio Records

Address: 764 Delhi Avenue
Parcel: 153-0003-0004

EXHIBIT B-28
TRACT 28


Situated in the City of Cincinnati, Hamilton County and State of Ohio and bounded and described as follows: Being the west one-half of that certain parcel of land known as Lot Number 32 of the Second Subdivision made by Henry F. Sedam and recorded in Plat Book 3, Page 182, Hamilton County, Ohio Records; fronting 30 feet on the northeastwardly side of Delhi Pike; thence running
back northeastwardly the width of said lot for a depth of 100 feet, together with and subject to easements, restrictions, conditions and covenants of record and subject to all legal highways.


Prior Deed reference: recorded November 12, 2004, at 9:29 a.m. in Official Record Volume 9780, Page 2246, Hamilton County, Ohio Records


Address:  762 Delhi Avenue
Parcel:  153-0003-0006

EXHIBIT B-29
TRACT 29

Situate in the City of Cincinnati, Hamilton County, and State of Ohio and bounded and described as follows:

Being the West one-half of that certain parcel of land known as Lot Number 31 of the second subdivision made by Henry F. Sedam and recorded in Plat Book 3, Page 182 of the Hamilton County, Ohio Records, fronting 30 feet on the northeastwardly side of Delhi Pike; thence running back northeastwardly the width of said lot for a depth of 100 feet.

Prior Deed reference: recorded September 15, 2009 at 10:49 a.m. in Official Record Volume 11240, Page 1468, Hamilton County, Ohio Records

Address:  756 Delhi Avenue
Parcel:  153-0003-0008

EXHIBIT B-30
TRACT 30


Situate in the City of Cincinnati, Hamilton County, Ohio, and being the West half of Lot #17 of H. F. Sedam's Second Subdivision, a plat of which is recorded in Plat Book 3, Page 182 of the Hamilton County, Ohio Records.

Said West half of Lot No. 17 was conveyed to said Matthew W. Allen and Emily Allen by a deed recorded in Deed Book 696, Page 490 of the Hamilton County, Ohio Records, the interest of Emily Allen therein having been devised to the said Matthew W. Allen under a Last Will and Testament and codicils thereto of the said Emily Allen recorded in Will Book 86, Page 200 in the Records of Probate Court, Hamilton County, Ohio.


Prior Deed reference: recorded September 15, 2009 at 10:36 a.m. in Official Record Volume 11240, Page 1371, Hamilton County, Ohio Records


Address: 732 Delhi Avenue
Parcel: 153-0003-0036

EXHIBIT B-31
TRACT 31

Situate in the City of Cincinnati, County of Hamilton and State of Ohio, and more particularly described as follows:
Being the West part of Lot 16 of H. F. Sedam's Second Subdivision as the same is recorded in
Plat Book 3, Page 182, Hamilton County, Ohio Records and more particularly described as follows:

Beginning at the westerly corner of said Lot 16; thence northeastwardly along the northwesterly line of said Lot 16 one hundred feet; thence southeastwardly at right angles to said northwesterly line 30 feet to the southeasterly line of said lot; thence southwestwardly along the southeasterly line of said lot 100 feet, to the most southerly corner of said lot; thence northwesterly along the southwesterly line of said lot 30 feet to the place of beginning.

Prior Deed reference: recorded September 15, 2009 at 10:36 a.m. in Official Record Volume 11240, Page 1373, Hamilton County, Ohio Records

Address: 730 Delhi Avenue
Parcel: 153-0003-0038

EXHIBIT B-32
TRACT 32

Situate in the City of Cincinnati, County of Hamilton and State of Ohio, and more particularly described as follows:

Being the West part of Lot 15 of H. F. Sedam's Second Subdivision as the same is recorded in
Plat Book 3, Page 182, Hamilton County, Ohio Records and more particularly described as follows:

Beginning at the most westerly corner of said Lot 15; thence northeastwardly along the northwesterly line of said Lot 15 one hundred feet; thence southeastwardly at right angles to said northwesterly line 30 feet to the southeasterly line of said lot; thence southwesterly along the southeasterly line of said lot 100 feet to the most southerly corner of said lot; thence northwesterly along the southwesterly line of said lot 30 feet to the place of beginning.

Prior Deed reference: recorded September 15, 2009 at 10:36 a.m. in Official Record Volume 11240, Page 1375, Hamilton County, Ohio Records

Address: 728 Delhi Avenue
Parcel: 153-0003-0040

EXHIBIT B-33
TRACT 33

*Situate in the City of Cincinnati, Hamilton County, Ohio, being easterly half of Lot 2 of Champlin's Subdivision, Case 101999, Book 236, page 510 C.P. CT. and being more particularly described as follows:*

*Beginning at a point in the Southerly line of Delhi Avenue at the Northeasterly corner of said Lot 2; Thence South 40 degrees 31' West along the line between lot 2 and 3 said subdivision a distance of 100.03 feet to a point in the Northerly line of Sedam Street; Thence North 43 degrees 00' West along the Northerly line of Sedam Street a distance of 15.00 feet to a point; Thence North 48 degrees 31' East a distance of 100.03 feet to a point in the Southerly line of Delhi Avenue; Thence South 43 degrees 00' East, along the Southerly line of Delhi Avenue a distance of 15.00 feet to a point the place of beginning*

Prior Deed reference: recorded July 11, 2005 at 11:12 a.m. in Official Record Volume 9982, Page 2049, Hamilton County, Ohio Records

Address: 789 Delhi Avenue
Parcel: 153-0003-0050

EXHIBIT B-34
TRACT 34

*The following real estate situated in the City of Cincinnati, in the County of Hamilton and State of Ohio of being known as Lot No. 4 and 5 of Champlins Subdivision of a subdivision of Lot 6 Plat "A" on the plat of G.K. Reynold's Estate in Section 35, Storr's Township made by J. Workum, Trustee, in Case No. 101999, Hamilton County Common Pleas Court, a plat of which is recorded in Plat Book 236, page 510, Hamilton County, Ohio Common Pleas Plat Records. Said Lot 4 fronts 30 feet on the southwesterly side of Delhi Avenue and running back between southwesterly side of Delhi Avenue and running back between parallel lines 100.003 feet more or less to Sedam Street, and said Lot 5 fronting 30 feet on the southwesterly side of Delhi Avenue and running back between parallel line 100.003 feet, more or less to Sedam Street.*

Also the following:

Situate in the City of Cincinnati, County of Hamilton, State of Ohio and being part of Lot 6 of Champlin's Subdivision and being more particularly described as follows:

Beginning at a point at the most northerly corner of Lot 6 of Champlin's Subdivision, said point also being in the southwesterly line of Delhi Avenue; thence South 43° 00' East along the northeasterly line of Lot 6 of Champlin's Subdivision and the southwesterly line of Delhi Avenue, a distance of 0.93 feet to a point; thence South 47° 52' West, a distance of 100.00 feet to a point in the southwesterly line of Lot 6 and the northeasterly line of Sedam Street; thence North 43° 00' West along the southwesterly line of Lot 6 of said subdivision and the northeasterly line of Sedam Street, a distance of 2.07 feet to a point at the most westerly corner of Lot 6 of Champlin's Subdivision; thence North 48° 31' East along the northwesterly line of Lot 6 of said subdivision, a distance of 100.03 feet to a point, the place of beginning.

Prior Deed reference: recorded July 11, 2005 at 11:12 a.m. in Official Record Volume 9982, Page 2048, Hamilton County, Ohio Records

Address:  787 Delhi Avenue
Parcel:  153-0003-0052

EXHIBIT B-35
TRACT 35

Beginning at a point in the westerly line of Delhi Avenue, which point is the southeasterly corner of Lot Six (6) of a subdivision made by the Trustee of Kleanor Champlin, Deceased, of Lot Six (6), Plat A, G.K. Reynold's Estate in Case No. 101999, Hamilton County Common Pleas Court; thence southwardly along the said westerly line of Delhi Avenue 31.35 feet to a point; thence South 41 7" West 100 feet to a point in the easterly line of Sedam Street; thence northerly along the

easterly line of Sedam Street 31.78 feet, more or less, to the southwesterly corner of said Lot Six (6), of Trustee of Champlin's Subdivision aforesaid; thence North 41 22" East along the southerly line of said Lot Six (6), 100 feet, more or less, to the place of beginning.

Being part of Lot Seven (7), Plat A, of Subdivision made in the division of the land among the heirs of G.K. Reynolds, Deceased in Case No. 26315, Hamilton County, Common Pleas Court.

Prior Deed reference: recorded September 15, 2009 at 10:37 a.m. in Official Record Volume 11240, Page 1377, Hamilton County, Ohio Records

Address:  773 Delhi Avenue

Parcel:  153-0003-0055

EXHIBIT B-36
TRACT 36

:

Situated in the City of Cincinnati, Hamilton County, Ohio and being Lot No.
10 and Lot No. 11 of A. Bork's Subdivision of the lands of H.F. Sedam as
recorded in Plat Book 3, Page 226, Hamilton County, Ohio Records; said lots
each fronting 30 feet on the west side of Delhi Pike and running back to Sedam
Street, together with and subject to easements, restrictions, conditions, and
covenants of record and subejct to all legal highways.

Prior Deed reference: recorded November 12, 2004 at 9:29 a.m. in Official
Record Volume 9780, Page 2246, Hamilton County, Ohio Records

Address:  737 Delhi Avenue
Parcel:  153-0003-0070

EXHIBIT B-37
TRACT 37

Situate in the City of Cincinnati, Hamilton County, Ohio and being Lot No. 9 of Sedam's Second Subdivision, plat of which is recorded in Plat Book 3, Page 226 of the Hamilton County, Ohio Records, fronting 30 feet each on the west side of Delhi Avenue and having a depth of 100 feet, together with and subject to easements, restrictions, conditions and covenants of record and subject to all legal highways.

Prior Deed reference: recorded November 12, 2004 at 9:29 a.m. in Official Record Volume 9780, Page 2246, Hamilton County, Ohio Records

Address: 735 Delhi Avenue
Parcel: 153-0003-0072

EXHIBIT B-38
TRACT 38

Situated in the City of Cincinnati, Hamilton County, Ohio and being Lot No. 8
of H.F. Sedam's Second Subdivision, plat of which is recorded in Plat Book 3,
Page 226 of the Hamilton County, Ohio Records, fronting 30 feet each on the
West side of Delhi Avenue consecutively, and having a depth of 100 feet each.

Prior Deed reference: recorded September 14, 2009 at 9:03 a.m. in Official
Record Volume 11239, Page 1108, Hamilton County, Ohio Records

Address: 733 Delhi Avenue
Parcel: 153-0003-0073

EXHIBIT B-39
TRACT 39

SITUATED IN THE CITY OF CINCINNATI, COUNTY OF HAMILTON AND STATE OF OHIO: TO-WIT: SITUATED IN SECTION 35, TOWNSHIP 4, FRACTIONAL RANGE 1, MIAMI PURCHASE, AND BEING THE WEST HALF OF LOT NO. 9 OF H.P. SEDAMS SUBDIVISION AS RECORDED IN PLAT BOOK 3, PAGE 132 RECORDER'S OFFICE AS SURVEYED AND PLATTED BY T.E. HUNTINGTON SURVEYOR, APRIL 1870, AND BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING ON THE EAST SIDE OF DELHI AND INDUSTRY TURNPIKE 765 FEET AND 8 INCHES SOUTH OF H.P. SEDAM NORTH LINE; THENCE AT RIGHT ANGLES TO SAID DELHI AND INDUSTRY TURNPIKE NORTH 43 DEG. 40' EAST, 100 FEET; THENCE SOUTH 40 DEG. 20' EAST, 30 FEET; THENCE SOUTH 43 DEG. 40' WEST, 100 FEET TO THE EAST LINE OF SAID DELHI AND INDUSTRY TURNPIKE; THENCE THE SAID EAST LINE OF SAID TURNPIKE NORTH 40 DEG. 20' WEST, 30 FEET TO THE PLACE OF BEGINNING.

Prior Deed reference: recorded December 31, 2014 at 9:02 a.m. in Official Record Volume 12787, Page 723, Hamilton County, Ohio Records

Address: 714 Delhi Avenue
Parcel: 153-0002-0082

EXHIBIT B-40
TRACT 40

Situate in the City of Cincinnati, County of Hamilton, and State of Ohio, and beginning at a point in the westerly line of Delhi Avenue where the same is intersected by the southerly line of what is now known as Lot 109 on the plat of H.F. Sedams Estate Subdivision, as recorded in Plat Book 10, Pages 29 and 30, Hamilton County, Ohio Plat Records; running thence northerly along the westerly line of said Delhi Avenue, 49.91 feet to a point; thence southwestwardly 94.54 feet more or less to a point in the easterly line of Sedam Street to a point which is 50 feet northwestwardly from the southeast corner of said Lot 109; thence southeast along the northeast line of said Sedam Street, 50 feet to the southeast corner of said Lot 109; thence northeast along the southeasterly line of said Lot No. 109, 94.50 feet to the place of beginning.

Prior Deed reference: recorded December 31, 2014 at 9:02 a.m. in Official Record Volume 12787, Page 723, Hamilton County, Ohio Records

Address: 709 Delhi Avenue
Parcel: 153-0002-0086

EXHIBIT B-41
TRACT 41

**Situate in the City of Cincinnati, Hamilton County, State of Ohio, being part of an alley vacated by Ordinance of the City of Cincinnati, being two feet more or less in width by 30 feet in length, the West line of said alley being adjacent to the East line of said Lot 184, as designated on a plat of subdivision made in Case No. 2957, Hamilton County Probate Court, by J.A. Jordan and H.D. Peek, Administrators of the Estate of Henry F. Sedam, deceased, as recorded in Plat Book 10, pages 29 and 30 of plat records of Hamilton County, Ohio.**

Prior Deed reference: recorded July 14, 2017 at 12:03 p.m. in Official Record Volume 13459, Page 2505, Hamilton County, Ohio Records

Address: 626 Steiner Avenue
Parcel: 152-0042-0168

Exhibit B-55-
TRACT 55

Situate in the City of Cincinnati, Hamilton County, State of Ohio and being
Lot No. 184 as designated on the plat of subdivision made in Case No. 2957,
Hamilton County Probate Court, by J.A. Jordan and H.D. Peek,
Administrators of Estate of Henry F. Sedam, deceased, as recorded in Plat
Book 10, pages 29 and 30 of plat records of Hamilton County, Ohio.

Prior Deed reference: recorded April 21, 2004 at 3:24 p.m. in Official Record
Volume 9598, Page 5255, Hamilton County, Ohio Records

Address: 626 Steiner Avenue
Parcel: 152-0042-0034

EXHIBIT B-42
TRACT 42

Situate in Sedamsville, Cincinnati, Hamilton County, Ohio and being known as Lot Number One Hundred Fifty-six (156) in the subdivision of the Estate of said Henry F. Sedam, Deceased, made by Jordan & Peck Administrators, as appears by a plat thereof in Case No. 2957, Hamilton County, Ohio Probate Court.

Prior Deed reference: recorded April 17, 1995 at 10:19 a.m. in Official Record Volume 6734, Page 527, Hamilton County, Ohio Records

Address: 637 Steiner Avenue
Parcel: 152-0042-0059

EXHIBIT B-43
TRACT 43

Situated and fronting 30 feet on the southwest side of Delhi Avenue (formerly Delhi Pike), running back southwardly for a distance, the width of the Lot, 100 feet to Sedam Street, and numbered 21 on a Plat of Subdivision of Lots in Sedamsville, in Section 35, Storre Township, now a part of Cincinnati, Hamilton County, Ohio, made by H.F. Sedam, recorded in Plat Book 3, Page 226, Hamilton County, Ohio Records.

Prior Deed reference: recorded June 29, 2006 at 8:45 a.m. in Official Record Volume 10283, Page 1247, Hamilton County, Ohio Records

Address: 759 Delhi Avenue
Parcel: 153-0003-0060

EXHIBIT B-44
TRACT 44

Situate in the City of Cincinnati, Hamilton County, Ohio and in Section 35 of Storrs Township, and being the southerly 95 feet of Lot B of H.F. Sedam's Estate, as recorded in Plat Book 10, Page 29, Hamilton County, Ohio Records.

Prior Deed reference: recorded August 30, 2004 at 7:56 a.m. in Official Record Volume 9714, Page 519, Hamilton County, Ohio Records

Address:712 Steiner Avenue
Parcel: 152-0038-0011

EXHIBIT B-45 & B-46
TRACT 45 AND TRACT 46

Situate in the City of Cincinnati, County of Hamilton, State of Ohio and bounded and described as follows:

Being all of Lot No. 19 and Lot No. 20 of Henry F. Sedam's Subdivision, as recorded in Plat Book 3, Page 226 of the Plat Records in the Recorder's Office of said County, said lot being 30 feet in front on the west side of Delhi Pike, and running back westwardly 100 feet to Sedam Street.

Prior Deed reference: recorded June 11, 1992 at 1:30 p.m. in Official Record Volume 5876, Page 946, Hamilton County, Ohio Records

Address: 757 Delhi Avenue and 755 Delhi Avenue
Parcel: 153-0003-0061 and 153-003-0062

EXHIBIT B-47
TRACT 47

Situate in the City of Cincinnati, Hamilton County, Ohio, to wit:

Known and designated as Lot No. Seventeen (17) on the plat of subdvision of H.F. Sedam, recorded in Plat Book 3, Page 26, Hamilton County, Ohio Records, and being thirty (30) feet in front on the west side of Delhi Pike and one hudnred (100) feet deep back to Sedam Street.


Prior Deed reference: recorded November 7, 1991 at 2:52 p.m. in Official Record Volume 5700, Page 1500, Hamilton County, Ohio Records


Address:  751 Delhi Avenue
Parcel:  153-0003-0064

EXHIBIT B-48 & B-49
TRACT 48 AND TRACT 49

Situated in the City of Cincinnati, Hamilton County, State of Ohio, and being Lots Number 183 and 234 as designated on a plat of subdivision made in Case No. 2957, Hamilton County Probate Court by J.A. Jordan and H.B. Peek, Administrators of the Estate of Henry F. Sedam, deceased, as recorded in Plat Book 10, page 29 and 30 of the Plat Records of Hamilton County, Ohio. Said lot 183 fronts thirty (30) feet along the easterly side of Steiner Avenue and extends back eastwardly parallel lines a distance of one hundred (100) feet for depth to an alley; said Lot 234 fronts thirty (30) feet along the westerly side of Striker Avenue and extends back westwardly between parallel lines a distance of one hundred (100) feet for depth to an alley.

Address: 924 Striker Avenue and 624 Steiner Avenue

Parcel: 152-0042-0032 and 152-0042-0031

EXHIBIT B-50
TRACT 50

Being a 4 foot by 30 foot unnamed vacated alley situated between Lots
number 183 and 234 as designated on a plat of subdivision made in case
No. 2957, Hamilton County Probate Court, by J.A. Jordan and H.D. Peek,
Administrators of the Estate of Henry E. Sedam, deceased, as recorded in
Plat Book 10, page 29 and 30 of the Plat Records of Hamilton County, Ohio.

Address: 624 Steiner Avenue

Parcel: 152-0042-0166

EXHIBIT B-51
TRACT 51

Situate in the City of Cincinnati, County of Hamilton and State of Ohio, and being all that lot of land known as Lot Number One Hundred Sixty-One (161) on the plat of subdivision made by the administrators of Henry F. Sedam, Deceased, and on file in Case No. 2957, Hamilton County Probate Court; said Lot Number One Hundred Sixty-One (161) is thirty (30) feet in front on the west side of Orchard Street and One Hundred (100) feet deep.

Prior Deed reference: recorded February 12, 2007 at 2:34 p.m. in Official Record Volume 10471, Page 2836, Hamilton County, Ohio Records

Address: Steiner Avenue
Parcel: 152-0042-0067

EXHIBIT B-52
TRACT 52

Situate in Sedamsville in the City of Cincinnati, Ohio, to-wit:

Lot Number One Hundred Sixty-two (162) on the plat of subdivision made by
Jordan & Peck, Administrators of the Estate of Henry F. Sedam, Deceased, in
Case No. 2957, Hamilton County Probate Court and recorded in Plat Book 10,
Pages 29-30, Hamilton County, Ohio Records.

Prior Deed reference: recorded February 12, 2007 at 2:34 p.m. in Official
Record Volume 10471, Page 2836, Hamilton County, Ohio Records

Address: Steiner Avenue
Parcel: 152-0042-0069

EXHIBIT B-53 & B-54
TRACT 53 AND TRACT 54

Situate in the City of Cincinnati, Hamilton County, Ohio and in Section 28, Township 4, Fractional Range 1, of the Miami Purchase, and being more particularly described as follows:

Beginning at a point in the westerly line of Delhi Avenue 31.38 feet southeastwardly of the southeasterly corner of Lot No. Six (6) of a subdivision made by the trustee of Kleanor Champlin, Deceased in Case No. 01019999, Hamilton County, Ohio Common Pleas Court; thence
Southwardly along the westerly line of Delhi Avenue 118.65 feet to a point; thence South 45°
55 minutes West along the northerly line of Lot No. Twenty-two (22) of H.F. Sedam's Second Subdivision as recorded in Plat Book 3, Page 228, Hamilton County, Ohio Records, 100 feet to a point in the easterly line of Sedam Street; thence northerly along the easterly line of Sedam Street 110.27 feet to a point; thence North 44° 07 minutes East 100 feet to the place of beginning. Being a part of Lot No. Seven (7), Plat "A" of Subdivision made in the division of the land among the heirs of G. K. Reynolds, Deceased in Case No. 26315, Hamilton County, Ohio Common Pleas Court, and all of Lot Twenty-three (23) of M.F. Sedam's Second Subdivision as Recorded in Plat Book 3, Page 226, Hamilton County, Ohio Records.

Prior Deed reference: recorded April 22, 2004 at 3:24 p.m. in Official Record Volume 9598, Page 5255, Hamilton County, Ohio Records

Address: 769 Delhi Avenue and 767 Delhi Avenue
Parcel: 153-003-0056 & 153-003-0058

EXHIBIT B-56 & B-57
TRACT 56 AND TRACT 57


Situate in the City of Cincinnati, Hamilton County, Ohio in Section 35, Township 1 of the Miami Purchase, namely: Lots 11 and 12 of Lodwick's Subdivision of Broad Oak, as recorded in Plat Book 11, Pages 34 and 325, Hamilton County, Ohio Records.


Address: Tracts 56 and 57: 679 Fernland Avenue and 677 Halsey Avenue
Parcel: 153-0002-0154 and 153-0002-0155

EXHIBIT B-58
TRACT 58

Situated in the City of Cincinnati, County of Hamilton and State of Ohio and being all that certain lot of land known and designated as Lot No. 120 on the plat of subdivision made by Jordan and Pack, Administrators of the Estate of Henry F. Sedam, deceased (in Plat Book 10, Pages 29 and
30) and filed and made a part of the record of Probate Court of Hamilton County, Ohio Case No.
2957; said Lot 120 is 30 feet on the east side of Delhi Industry Pike and 100 feet deep.

Prior Deed reference: recorded June 23, 2017 at 11:52 a.m. in Official Record Volume 13445, Page 1025, Hamilton County, Ohio Records

Address:  628 Delhi Avenue
Parcel:  152-0042-0058

EXHIBIT B-59
TRACT 59

Situated in the City of Cincinnati, County of Hamilton and State of Ohio and being all of Lot 95 as designated on the plat of subdivision in Case No. 2957, Hamilton County Probate Court by J.A. Horden and H.D. Peck, as Administrators of the Estate of Henry F. Sedam, Deceased, as recorded in Plat Book 10, Page 29, Hamilton County, Ohio Plat Records.

Save and except a triangular parcel off of the southeastern side of said lot conveyed to the City of Cincinnati and recorded in Deed Book 2660, Page 5, Hamilton County, Ohio Records.

Prior Deed reference: recorded June 23, 2017 at 11:51 a.m. in Official Record Volume 13445, Page 1023, Hamilton County, Ohio Records

Address: 649 Sedam Street
Parcel: 153-0002-0140