COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

2022 JAN -1 A 11:32

FILED


D133804409

CITY OF CINCINNATI,

PLAINTIFF

CASE NO. A1905588

V.

(JUDGE WENDE C. CROSS)

JOHN KLOSTERMAN,     MOTION TO DISMISS CASE,
DEFENDANT     ANSWER CITY MOTION TO
DISMISS.

EXHIBIT
H

NOW COMES DEFENDANT, WHO NOW WITH THE NEW INFORMATION REPORTED BY THE CINCINNATI ENQUIRE THE RECENT CHARGES THAT THE U.S. GOVERMENT AFTER THE FBI INVESTIGATED THE PPP AND PUA FRAUD AGAINST JOSEPH LENTINE, ANGEL STRUNK AND KEITH LEE. THE ARREST OF THOSE PERSONS VALIDATES DEFENDANTS ALLEGATIONS IN APRIL 2020. TRISTATE ORGANIZATION, INC. IS A FAKE COMPANY AS DEFENDANT ALLEGED AND FOUND PROOF AND REPORTED IT VIA E-MAIL TO RICHARD BOYDSTON.

DEFENDANT ALLEDGES THAT BOTH THE CITY OF CINCINNATI AND MORE DIRECTLY RICHARD BOYDSTON HAD DIRECT AND SPECIFIC KNOWLEDGE THAT JOSEPH LENTINE AND NOW HIS CO-DEFENDANT ANGEL STRUNK WERE "COOKING THE BOOKS" TO GAIN MONIES FROM THE PPP AND PUA FUNDS, PROGRAMS UNDER THE CARES ACT.

PAGE 1 OF 5

THEREFORE, DEFENDANT WITH THE EXHIBITS AS PROOF FOR CAUSE ASK THIS HONORABLE COURT TO DISMISS THIS CASE WITH PREJUDICE AND ORDER EXHIBITS TO BE ORDERED.

## OVER VIEW

AT THE START THE CASE WAS SIMPLE: JUDGEMENT,- GOT THE COURT ORDER RECEIVER; HIRE A MANAGEMENT COMPANY - READY THE PROPERTIES FOR SALE; SALE THEM; DONE.

THE FACTS IN THE EXHIBIT FURTHER SHOW THE COURT THAT THE DEFENDANT HAS SUFFICIENT CAUSE TO SEEK THE DISMISSAL OF THE CASE AGAINST DEFENDANT.

THE WHEELS STARTED TO FALL OFF IN APRIL 2020 WHEN DEFENDANT WITH 40 YEARS OF BOTH DEVELOPING ACCOUNTING SOFTWARE IN THE LATE 1980'S FOUND THE 2nd MANAGEMENT REPORT WITH NO PROMISED ACCOUNTING REPORTS. NO JOB COSTING, BALANCE SHEETS, AR, PR, AP. SIMPLE TO INPUT INTO "QUICK BOOKS" THAT RECEIVER AND DEFENDANT AGREED UPON TO TRACK PROGRESS. DEFENDANT PAID FOR THE PACKAGE AND PAID ANGEL STRUNK TO SET IT UP. THEY ASKING WHY IT WAS NOT BEING USED. "JOE DID NOT WANT TO USE IT" WAS THE REPLY FROM MS. STRUNK.

PAGE 2 OF 5

Defendant raised the "red flags" on multiple e-mails and phone calls. No reply's on any of the (10)e-mails Defendant and obvication on the phone. No accounting reports, no adjustments, no balance sheets, no bank statements. With eyes wide open these reports passed the hands of the experienced personell in the City of Cincinnati for now 22 months. The City of Cincinnati is the responsible party for the actions of all it's agents.

The City of Cincinnati and Richard Boydston failed to act. They each could have voiced concern to each other about TSO's actions. They could have stepped back did a "think again", made adjustments, (ie fire TSO as Defendant demanded of Mr. Boydston) and moved on. They both failed to "execute."

Why? It was easier. Keep Defendant at bay, and execute the Defendant at all costs, and up until the arrest of Joseph Lentine, Angel Strunk and Keith Lee, it was a well planned and executed program. And if successful the City and Richard Boydston would dance to an undeserved payday.

THE POLITICAL "NOISE" GAVE EACH OF THE PARTIES "COVER". THE FEDERAL CASE EVEN THOUGH SETTLED, WITH DEFENDANT PAYING $17,500.00 IN FINES AND HAVE A MANAGER MANAGE DEFENDANTS PROPERTIES. DONE.

ANGEL STRUNK AND JOE LENTINE, THE MASTER MIND QUICKLY CONSTRUCTED THE "STALKING" CHARGE AGAINST DEFENDANT (THE CASE: CRB/21168 IS ON APPEAL) THIS ARREST IS THE LAST PIECE OF THE PUZZLE AND IT SHOULD BE IN PLACE SOON. THE FRAUD THAT DEFENDANT REPORTED TO OJFS AND REPORTED HER TO HER PREVIOUS BOSS STARTED THE NIGHTMARE THAT WILL END SOON.

ANGEL STRUNK COLLECTED NEARLY $75,000 IN ILLEGAL FUNDS WHILE SUPPOSEDLY WORKING FULL TIME ON BEING THE "OFFICE MANAGER" IF SHE WORKED 1½ hrs. A DAY ON DEFENDANTS PROPERTIES AND TENNANT ISSUES, THAT WOULD BE HIGH. 90% OF HER PAY WAS WORKING FOR OTHERS TO DEFRAUD THE GOVERNMENT.

WHY DID IT COME TO WHERE PEOPLE HAD THE TIME TO CHANGE WHAT CLEARLY WAS CORPORATE FRAUD, ACCOUNTING FRAUD, BANKING AND WIRE FRAUD (KNOWN BY THE CITY AND THE RECEIVER VIA EMAILS AND MOTIONS TO THIS COURT)

DEFENDANT CAN ONLY THINK OF TWO REASONS:
FEAR AND GREED.

WHY SHOULD THIS HONORABLE COURT HAVE A
CASE SO SIMPLE AT THE START, NOW TOSSED IN YOUR
HONORS COURT THAT IS SO COMPLICATED IF ONE
MUST START AT THE BEGINNING TO MAKE THE CORRECT
RULING, WHEN IF LEADERSHIP WAS PRESENT THIS
CASE WOULD HAVE NEVER BEEN PRESENTED TO THIS
COURT.

PRAY THIS COURT DISMISSES.

EXHIBITS A, B, C, D

RESPECTFULLY SUBMITTED

JOHN KLOSTERMAN
#1732946
900 SYCAMORE
CINCINNATI, OHIO
45202

JOHN KLOSTERMAN

DECEMBER 26, 2021

PAGE 5 of 5

CASE NO. A 1905588

EXHIBIT A

DEFENDANT CAUSES TO REMOVE RICHARD
BOYDSTON AND HIS RECEIVER KONZA, LLC.

1. DEFENDANT ASKED MULTIPLE TIMES IN
E-MAILS AND MOTIONS TO THIS COURT FOR
THE "PLAN AND BUDGET GOING FORWARD AND
PROMISED MARCH OR APRIL 2020. THE REPORT
WAS REQUIRED BY THE CITY OF CINCINNATI
AND THE COURT. NONE WERE RECEIVED BY
DEFENDANT.

So, WITH NO BUDGET OR PLAN THE PROJECT
HAD NO DIRECTION, BUT HAD SUFFICIENT FUNDS
FROM CURRENT RENTS TO GET 5 "FLIPS"
COMPLETED AND 2 RE-HABBS READY TO SELL.
THE 2ND REPORT FROM TSO SAID IT ALL.
FRAUD WAS UNDERWAY.

MR. BOYDSTON VISITED EARLY ON BUT MADE NO
ADJUSTMENTS. DEFENDANT ASKED IF I COULD
FIRE JOSEPH LENTINE. "NO" WAS THE REPLY.

2. RICHARD BOYDSTON ALLOWED OVER $15,000.⁰⁰
IN TOOLS AND NEW EQUIPMENT TO BE PURCHASED.
IN ADDITION, I WAS SURPRISED TO SEE ON A REPORT
THAT TSO HAD PURCHASED A FORD F 250 TRUCK
FOR $5,500.⁰⁰. LENTINE LIED THAT HE PURCHASED
THE TRUCK, IN FACT HE PURCHASED

CASE # A1905588

EXHIBIT A

2. Cont. PARTS AND SUPPLIES WERE BILLED TO DEFENDANT TO "FIX" THE TRUCK, RECORDS SHOW, AND THEN TSO WHO OWNED THE OLD FORD F250 TRUCK "SOLD" THE TRUCK TO RECEIVER, BUT STATED THAT HE JOE LENTINE "PURCHASED" THE TRUCK FOR $5,500.00. THE VALUE WAS UNDER $2000.00 MR. BOYDSTON DID NOT APPROVE THE PURCHASE BUT SAID NOTHING WHEN DEFENDANT QUESTIONED THAT AND ALL THE TOOLS TO START A BUSINESS.

FRAUDULANT TRANSACTION and NOTHING DONE TO CORRECT IT.

3. MR. BOYDSTON WAS ORDERED BY MAGISTRATE ANITA BERDING TO ALLOW THE DEFENDANT TO REVIEW THE "BUSINESS RECORDS" OF TSO. A WEEK LATER DEFENDANT'S AGENTS (2) ARRIVED AT THE OFFICES OF TSO. MR. BOYDSTON HAD ON A TABLE A MILK CRATE WHERE THE RECORDS WERE. THE 1st TWO REQUESTS WERE DENIED ONE WAS FOR THE BANK STATEMENTS AND THE 2ND ONE WAS FOR THE PAYROLL RECORDS AFTER THE 3RD REQUEST TO VIEW RECEIPTS FROM HOME DEPOT, MR. BOYDSTON POLITELY DECLINED STATING IT WOULD TAKE TOO MUCH TIME, AND OFFER TO MAKE COPIES OF THE RECORDS. ONLY 60% OF RECORDS OF INVOICES WERE COPIED.

CASE # A1905588

EXHIBIT A

3. NO BANK STATEMENTS WERE DELIVERED.
THERE WERE NO PR RECORDS, ACCOUNTS PAYABLE, AR,
OR BALANCE SHEETS. NO LEASES, NO TRUCK TITLE.
AND WHEN WE TRIED TO RECONCILE WITH THE
REPORTED SPENDING 35% OF THE INVOICES WERE
MISSING.

DEFENDANT FILED WITH THIS COURT OF THE
MISSING DOCUMENTS, BUT THEY WERE NEVER PRODUCED.
IN FACT MAGISTRATE ANITA BERDING STATED IN COURT
THAT THERE WAS DEFENDANTS MOTION TO REMOVE
RECEIVER 8 MONTHS AGO THAT HAD NOT BEEN RULED
ON BY YOUR HONOR.

MR. BOYDSTON, WHEN ASKED IN COURT WHETHER
HE WOULD TURN OVER RECORDS? NO REPLY, DEFENDANT
ASKED A 2ND TIME, NO REPLY. MR. BOYDSTON WAS
INVOLVED IN A "COVER UP." WE NOW KNOW, WHEN HE KNEW.
FRAUD! HE SHOULD BE REMOVED.

4. MR. BOYDSON PURCHASED LIABILITY INSURANCE
FOR SUBCONTRACTORS WORKING FOR TSO! DEFENDANT
HAS THE POLICY (COPY) THE 1099 CONTRACTORS
WERE REALLY EMPLOYEES OF TSO. IT WAS A
FRAUDULANT APPLICATION AND POLICY. MR. BOYDSTON
WAS PROVIDING "COVER" FOR LENTINE.

CASE NO # A1905588

EXHIBIT B

DEFENDANT CAUSES TO DISMISS
CITY CASE AGAINST DEFENDANT

1. THE CITY OF CINCINNATI WAS AWARE
THAT DEFENDANTS FUNDS WERE BEING USED EVERY
MONTH TO KEEP THE SIDEWALKS AND GRASS ON CURBS,
CLEAN PAPER, TRASH, AND ANY GRASS WAS PICKED UP,
CURBS MAINTAINED.

IN ADDITION THE ENTRANCE AREA GRASS WAS ALSO CUT,
WHICH WAS THE CITY'S RESPONSIBILITY TO MAINTAIN.
2 PEOPLE AND AT TIMES 4 PEOPLE WERE OUT MAINTAINING
THE STREETS. $29,000.00 COULD HAVE BEEN SPENT.
NO ONE WILL EVER KNOW. BUT, THE CITY KNEW. IT
WAS MENTIONED ABOVE THE SIGNATURE LINE ON
THE REPORTS EVERY MONTH.

2. IT IS NOW KNOWN WHY THE CITY WAS
SO INVOLVED IN THE CRIMINAL CASE INVOLVING
ANGEL STRUNK AND DEFENDANT. THEY SUPPORTED
THE PROSECUTION WITH MR. BOYDSTON AND JOSEPH
LENTINE GETTING VERY CONCERNED THAT DEFENDANT
WAS VERY CLOSE TO PRYING OPEN THE CHEST
OF LIES.

CASE #A1905589
EXHIBIT B. cont.

2. cont. SO, THE FIX WAS DEVELOPED AND CAREFULLY EXECUTED. DEFENDANT CAN SAY NO MORE OTHER THAN THE CITY WAS SUCCESSFUL. THANKS TO MR. BOYDSTON AND JOE LENTINE'S COMPLAINTS TO MS. MARTIN OF THE CITY OF CINCINNATI.

3. THE CITY STEPPED IN AGAIN WHEN DEFENDANT WROTE AN E-MAIL TO MS. MARTIN STATING THAT DOORS WERE LEFT OPEN ON STEINER AVE. ANGEL STRUNK WAS NOTIFIED BY MR. BOYDSTON WHO HAD BEEN NOTIFIED OF THE VIOLATION OF THE PROTECTION ORDER EVEN THOUGH DEFENDANT HAD PERMISSION TO BE THERE AND NO ALARMS WERE SET OFF BY E.M.U..

MARTIN CALLED OR E MAILED BOYDSTON, BOYDSTON CALLED ANGEL OR LENTINE AND THEY REPORTED THAT ANGEL HAD "SEEN" ME AT THE RECTORY (639 Steiner) THE CITY CAME TO BOYDSTONS, LENTINE, AND STRUNKS TO HELP JUSTIFY YET ANOTHER CHARGE TO KEEP ME IN JAIL BEFORE THE TRIAL.

THE CITY COLLUDED WITH BOYDSTON. RECORDS WILL SHOW.

CASE # A1905588

EXHIBIT C

DEFENDANT CAUSES TO NEGATE MOST ALL OF THE OVER BUDGET AND PROPERTY MANAGEMENT FEE'S SUPPORTING DISMISSAL FROM JOSEPH LENTINES FAKE COMPANY TSO.

1. KEITH LEE IS THE MISSING LINK.

KEITH HAS ALSO BEEN CHARGED ALONG WITH JOSEPH LENTINE. LENTINE AND ANGEL STRUNK RECEIVED A PERCENTAGE OF THE FUNDS MR. LEE RECEIVED FROM PPP AND OJFS's PUA FUND. THERE IS LITTLE DOUBT THAT SOME OF THE SAME EMPLOYEES TSO WAS USING MR. LEE WAS USING IN THE FRAUD SCHEME.

MR. LEE, AN ASSOCIATE OF MR. LENTINE MET WITH DEFENDANT IN LATE FEBRUARY 2020. WE VISITED ALL THE "FLIP" RENTAL UNITS AND WE WERE ON THE SAME PAGE AND # NUMBER ON EACH UNIT 8 IN ALL. THE RANGE THAT I MADE NOTES ON WERE FROM 3-8 THOUSAND MOST WERE IN THE 4 K. RANGE FOR HIS SERVICES. HE STATED HE AND 2 OTHER SKILLED WORKERS WOULD BE ABLE TO FINISH 5 UNITS IN UNDER 2 MONTHS AND THE OTHERS 2 MONTHS + 2 WEEKS. HE ASKED ABOUT FUNDS.

CASE #A1905588

EXHIBIT C

1. Cont

IF WE DO THE MATH ON MR. LENTINE AND HIS BAND OF UNSKILLED AND GHOST EMPLOYEES, THE CALCULATION IS:

A. TOTAL EXPENDITURES OVER 20 MONTHS.

A. $375,000.00

B. DIVIDE BY 10 OR A BREATHTAKING $37,500.00 PER UNIT.

THAT IS THIRTY SEVEN THOUSAND FIVE HUNDRED DOLLARS FOR EACH UNIT. —

DEFENDANT WAS FORCED TO SUPPLY ALL TOOLS, TRUCK, LAWN EQUIPMENT, CHAINSAWS, WEEDWACKERS, BLOWERS, INSURANCE, INTERNET, OFFICE EQUIPMENT, GAS (OVER $700.00 IN ONE MONTH) PARKING FEES DOWNTOWN.

DEFENDANT CAN WALK THROUGH WITH ANOTHER PROFESSIONAL REHABBER AND CALCULATE WHAT MATERIALS AND LABOR WAS EXPENDED.

DEFENDANT PRAYS THIS COURT ORDERS THE CITY AND ITS AGENT RICHARD BOYDSTON THE BALANCE OF RENTS COLLECTED IN 21 MONTHS, AND AWARD THE MONIES TO DEFENDANT.

CASE #A1905588

EXHIBIT C

1. CONT. I TOLD HIM HE WOULD HAVE $10,000.⁰⁰ PER MONTH TO BE SPENT ON LABOR + MATERIALS. HE SAID THAT WOULD BE PLENTY TO COMPLETE THE JOBS. WE BOTH AGREED THAT PLUS OR MINUS 10% FOR "WELCOME TO HISTORIC RE-HAB" YOU NEVER KNOW WHAT YOU WILL RUN INTO.

DEFENDANT KEPT ASKING MR. LENTINE WHEN WE WOULD SEE KEITH. SOON. SOON DEFENDANT NEVER SAW "KEITH" AGAIN

BUT IF YOU RUN THE NUMBERS THAT WE BOTH FELT WERE ACCURATE THE TOTAL AMOUNT TO COMPLETE THE JOBS IN JUST OVER 4 MONTHS, AND NOT RENT THEM, BUT SELL THEM, WOULD COST ON THE HIGH END FOR ALL UNITS WOULD HAVE BEEN $65,000.⁰⁰ NOT OVER BUDGET OF OVER $200,000.⁰⁰ IN ADDITION THE OVER $175,000⁰⁰ OF RENTAL INCOME COLLECTED AND SPENT!! It IS ALL THERE IN BLACK AND WHITE, AND NO-ONE CARED EXCEPT THE DEFENDANT BECAUSE IT WOULD BE IMPOSSIBLE TO SPEND OVER $375,000.⁰⁰ ON 8 or EVEN 10 REHABS

CASE #A1905588

EXHIBIT C

1. CONT.

    SO FOR EXAMPLE (BECAUSE I DON'T HAVE ALL THE NUMBERS, THE REBATE TO DEFENDANT WOULD BE.

      $ 130,000.$^{00}$  COLLECTED IN 21 MONTHS

      $-$ 65,000

      $ 75,000.$^{00}$  DUE DEFENDANT

      FROM FRAUDULANT OVER CHARGES.

THE OVER BUDGET AMOUNT IS MOOT. OR Ø OWED.

## SUGGESTED ORDERS

(1) MR KLOSTERMAN IS ORDERED TO PAY HAMILTON COUNTY PROPERTY TAX DEPARTMENT ALL BACK TAXES IN 60 DAYS

(2) MR KLOSTERMAN IS TO SET UP MEETING WITH THE NEW MAYOR OF CINCINNATI AND ALONG WITH A MEADIATOR WHEN THE TIME IS RIGHT AND SIGN A "SEALED SETTLEMENT"

(3) MR. BOYDSTON IS ORDERED TO COLLECT ALL KEYS OF ALL PROPERTIES, COLLECT ALL BUSINESS RECORDS INCLUDING ALL LEASES, LICENCES, INSURANCE POLICIES, BANK PASSWORD(S), CASH AND DEPOSIT THE RECORD(S) WITH THIS COURT WITHIN 48 hr.

(4) SECURE ALL TOOLS, TRUCK WHERE IT IS SAFE FROM VANDALISIM.

(5) PLACE A RESTRAINING ORDER AGAINST JOSEPH LENTINE FROM BEING WITHIN 1 MILE OF SEDAMSVILLE

(6) PLACE ALL RENT IN ESCROW, OR HAVE A CITY REPRESENTI- TIVE BE AT 673 DELHI TO COLLECT RENTS AT TIME(S) POSTED ON THE DOOR OF THE OFFICE — GIVE MR. KLOSTERMANS MANAGER CONTACT NUMBER FOR RENTS AND MAINTNANCE ISSUES.

⑦ ORDER THE CITY TO FILE RELEASES ON ALL PROPERTIES
WHEN TAXES ARE PAID. EXCEPT 679 DELHI.

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **CITY OF CINCINNATI,** | : | **Case No. A 1905588** |
| | : | |
| **Plaintiff,** | : | **Judge Wende C. Cross** |
| | : | **Magistrate Anita P. Berding** |
| | : | |
| | : | **MAGISTRATE'S ORDER ON** |
| **vs.** | : | **DEFENDANT JOHN C.** |
| | : | **KLOSTERMAN'S MOTIONS** |
| | : | |
| | : | |
| **JOHN KLOSTERMAN,** | : | |
| | : | |
| **Defendant, et al.** | : | |
| | : | |
| | : | |
| | : | |

Before the Court is the Defendant's "Motion to Dismiss Case; Answer City

Motion to Dismiss" filed January 4, 2022, which is fully briefed and ready for

decision. The Court, having reviewed the motion and having reviewed the docket,

denies Defendant's motion.

Pro se civil litigants "are bound by the same rules and procedures as those

litigants who retain counsel." *Obasogie v. Obasogie*, 1st Dist. Hamilton No. C-

170096, 2018 Ohio App. LEXIS 1985, AT *2 (May 9, 2018), citing *Meyers v. First

Nat'l Bank*, 3 Ohio App. 3d 209, 210, 444 N.E.2d 412 (1st Dist. 1981).

The Court reviewed the "Motion to Dismiss Case; Answer City Motion to

Dismiss" filed January 4, 2022, and the "City's Motion to Strike and/or

Memorandum in Opposition to Defendant's Motion to Dismiss" filed January 11,

2022. This Court finds that the filing of a motion to dismiss is a nullity when filed



D134130333

post-judgment. *Stroud v. Four E Properties*, 1st Dist. Hamilton No. C-170215, 2018-Ohio-1910, ¶18. Accordingly, the "Motion to Dismiss Case; Answer City Motion to Dismiss" is hereby stricken.

IT IS SO ORDERED.

Magistrate Anita P. Berding

## NOTICE

Copies of this Order have been mailed to the parties or their counsel. This Order is effective immediately. Either party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

Christian D. Donovan, Esq.
Counsel for Defendant
Warsaw Federal Savings and Loan
Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
Hamilton County Clerk of Courts, and
Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney  ✓
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202

Amy K. Kaufman, Esq.  ✓
Counsel for Defendants State of Ohio,
Department of Taxation and
Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County
Child
Support Enforcement Agency  ✓
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
America  ✓
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202

Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding  ✓
Legal Aid
215 East 9th Street
Cincinnati, OH 45202

John Klosterman  ✓
5615 Sidney Road
Cincinnati, OH 45238

Richard Boydston, Esq.  ✓
Dentons Bingham Greenebaum LLP
255 East Fifth St, No. 2350
Cincinnati, OH 45202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING ORDER HAVE BEEN
SENT BY ORDINARY MAIL TO ALL PARTIES OR THEIR ATTORNEYS AS PROVIDED
ABOVE.

Date: 2|11|22 Deputy Clerk: _____