**EXHIBIT I**

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **CITY OF CINCINNATI,** | : | Case No. A1905588 |
| **Plaintiff,** | : | |
| | : | |
| -vs- | : | **JUDGE WENDE C. CROSS** |
| | : | |
| **JOHN KLOSTERMAN, ET AL.** | : | |
| | : | **ASSIGNMENT OF JUDGMENT** |
| **Defendants.** | : | |

Plaintiff, CITY OF CINCINNATI ("Assignor"), by and through its undersigned authorized counsel, hereby assigns, transfers and sets over unto the HAMILTON COUNTY LAND REUTILIZATION CORPORATION ("Assignee"), all of its right, title and interest in and to the Judgment Entry Adopting Magistrate's Decision and Final Judgment Decree entered in these proceedings on October 7, 2021, in favor of Assignor and against John Klosterman, et al. The amount due under the judgment is $578,801.23, plus statutory interest of 4.0 % from May 29, 2018, through May 20, 2022, in the amount of $92,164.18, and statutory interest thereafter from May 21, 2022, and costs expended by Assignor.

This Assignment of Judgment is made without warranty and without recourse.

Respectfully submitted,

**ANDREW W. GARTH (0088905)**
**CITY SOLICITOR**

/s/ *Tina F. Woods*
Tina F. Woods (000068720)
Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-2452
Fax: (513) 352-1515
Email: tina.woods@cincinnati-oh.gov
*Counsel for Plaintiff City of Cincinnati*

{00364442-3}

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing documents were sent by regular or electronic mail this May 23, 2022, to the following:

                                           Matthew J. Horwitz
                                           United States Attorney's Office
                                           221 East Fourth Street, Suite 400
                                           Cincinnati, OH 45202
                                           Matthew.Horwitz@USDOJ.gov

| | |
|---|---|
| John Klosterman<br>5615 Sidney Road<br>Cincinnati, Ohio 45238<br>WorldwideMobile@hotmail.com | Richard Boydston<br>Receiver Konza LLC<br>Dentons Bingham Greenebaum LLP<br>255 East 5th Street #2350<br>Cincinnati, Ohio 45202<br>Richard.Boydston@Dentons.com |
| Teresa Perkins<br>CSEA<br>222 E. Central Parkway<br>6NW711<br>Cincinnati, OH 45202<br>PerkiT02@JFS.Hamilton-Co.org | Christian Donovan<br>Luper Neidenthal & Logan, LPA<br>1160 Dublin Road<br>Suite 400<br>Columbus, OH 43215<br>CDonovan@LNLattorneys.com |
| Amy K Kaufman<br>150 E. Gay Street<br>21st Floor<br>Columbus, OH 43215<br>Amy.Kaufman@OhioAttorneyGeneral.gov | |

                                           */s/ Tina F. Woods*
                                           Tina F. Woods(0068720)

{00364442-3}



IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

**ENTERED OCT 19 2022**

| | |
|---|---|
| **CITY OF CINCINNATI** ) | **CASE NO. A1905588** |
| Plaintiff, ) | JUDGE WENDE C. CROSS |
| v. ) | MAGISTRATE ANITA P. BERDING |
| **JOHN KLOSTERMAN,** *et al.*, ) | |
| Defendants. ) | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR SUBSTITUTION OF COUNSEL** |

Upon Motion to Substitute Party Plaintiff, and for good cause shown, Hamilton County Land Reutilization Corporation is hereby substituted in place of Plaintiff City of Cincinnati as party plaintiff.

Attorney Kelley L. Allesee, is hereby substituted in as counsel for substitute Plaintiff, Hamilton County Land Reutilization Corporation.

IT IS SO ORDERED.

Chief Magistrate Berding

## **NOTICE**

Copies of this Order have been mailed to the parties or their counsel. This Order is effective immediately. Either party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.


Copies sent by Clerk of Courts to:

Kelley L. Allesee, Esq.
Three East Fourth Street, Suite 300
Cincinnati, OH 45202

Richard Boydston, Esq.
312 Walnut Street #2450
Cincinnati, Ohio 45202

Amy Kaufman, Esq.
150 East Gay Street
Columbus Ohio 43215

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

SUSAN S. KLOSTERMAN
5615 Sidney Road
Cincinnati, Ohio 45238

Matthew J. Horwitz, Esq.
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202

Christian D. Donovan, Esq.
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

2

Tina Woods, Esq.
Jacklyn Gonzales Martin, Esq.
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing decision have been sent by ordinary mail to all parties or their attorneys as provided above.

Date: 10/14/22   Deputy Clerk: _____

3