

# 621 DELHI AV

## Property Activity Record Details

## RECORD ID:

B201908304

## DESCRIPTION:

Code Enforcement - Buildings with Residences

## DILIGENCE CHECKS

### Ownership Diligence Check

**5000-Ownership Diligence Check** (Required)

**Approved**
Date Added: 1/16/2020
Description:

**Comments:**

HCA & Accurint

.

## INSPECTION TIMELINE

### 12/23/2020 - Re-Inspection

Action: Yes

Comments: Told by Receiver Contractor, Joe Lentine that the building is occupied. Previously told by Richard Boydston that this building is not in the city ordered Receivership.
Knocked on doors, but no answer. No entry. No progress observed. Issuing new Historic Condemnation Case B202006417.

Entered By: MFLANNERY

### 12/18/2020 - Re-Inspection

Action: Yes

Comments: No progress. The illegally occupying tenants have vacated the building. Randy Hatfield received relocation assistance. The building is now vacant & secure.

Entered By: MFLANNERY

### 11/23/2020 - FEES- Abatement Invoices Isued

Action: Yes / Recommended or Complete

Comments: Not Available

Entered By: JDRAKE

### 9/30/2020 - FEES- Abatement Invoices Isued

Action: Yes / Recommended or Complete

Comments: Not Available

Entered By: JDRAKE

### 9/29/2020 - Pre-Hearing Inspection

Action: Yes / Recommended or Complete

Comments: Building occupied w/out approval and in violation of vacate order; no OAH Hearing scheduled; building unsafe and not approved for any occupancy use

Entered By: TJAMES

### 9/15/2020 - Pre-Hearing Inspection

Action: Yes / Recommended or Complete

Comments: No compliance on vacate order, nor any evidence of repair; Civil fine posting prompts call from occupant David H [?] 596-5090; no entry, left door hanger

Entered By: TJAMES

### 9/1/2020 - Civil 1 - Service of Civil 1 Notice

Action: Yes / Recommended or Complete

Comments: SN of Civil 1 by posting building and mailing[s] to listed owner[s]; took photos

Entered By: TJAMES

### 9/1/2020 - Civil 1 - Print Civil 1 Notice

Action: Complete

Comments: Mailed Civil 1 to owner(s); copy to scan, inspector and OAH.

Entered By: LM

### 8/31/2020 - Civil 1 - Print Civil 1 Notice

Action: Yes / Recommended or Complete

Comments: Civil 1 Notice printed@FNLNOTC

Entered By: LWISE

### 8/31/2020 - Civil1 - Supervisor Confirms Civil (Level 1) Fine

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: LWISE

### 8/27/2020 - Final Notice - Inspector Recommends a Civil (Level 1) Fine

Action: Yes / Recommended or Complete

Comments: Civil 1

Entered By: TJAMES

### 8/27/2020 - Final Notice - Inspection

Action: Yes / Recommended or Complete

Comments: Confirmed received complaint that building was still occupied, in direct violation of orders; left door hanger and took photos; both owner, and City Receiver [RB] are aware building is to be vacant. Will Civil 1

Entered By: TJAMES

### 6/3/2020 - Final Notice - Inspection

Action: Yes / Recommended or Complete

Comments: No evidence of any repairs; building appears vacant for both units.

Entered By: TJAMES

| 5/26/2020 - FEES- Abatement Invoices Isued |
|---|

Action: Yes / Recommended or Complete

Comments: Not Available

Entered By: JDRAKE

| 5/11/2020 - Final Notice - Inspection |
|---|

Action: Yes / Recommended or Complete

Comments: Building likely vacant; no evidence of any repairs; will consult.

Entered By: TJAMES

| 3/16/2020 - Final Notice - Inspection |
|---|

Action: Yes / Recommended or Complete

Comments: No one on site; I believe building is likely now vacant; will monitor, reinspect and reissue w/ Historic Dangerous-Unsafe order

Entered By: TJAMES

| 2/25/2020 - Final Notice - Print Final Notice Letter |
|---|

Action: Complete

Comments: Mailed Final Notice to owner(s); copy to scan.

Entered By: LM

| 2/25/2020 - Final Notice - Print Final Notice Letter |
|---|

Action: Yes / Recommended or Complete

Comments: Final Notice ltr printed @ORDERS

Entered By: LWISE

| 2/25/2020 - Final Notice - Supervisor Confirms Final Notice |
|---|

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: LWISE

### 2/24/2020 - Orders - Inspector Recommends Final Notice

Action: Yes / Recommended or Complete

Comments: FN, Klosterman

Entered By: TJAMES

### 2/24/2020 - Orders - Re-Inspection

Action: Yes / Recommended or Complete

Comments: Inspected w/ L.W. and checked structural damage on rear from adjacent property; no update on status of upper tenant, Crystal Fannie, w/ Relocation and Legal Aid; lower tenant off site.

Entered By: TJAMES

### 2/6/2020 - Orders - Print Orders Letter

Action: Complete

Comments: VACATE LTR SIGNED COPIED - 1 TO SCAN/1 TO TENANT - 1 TO RELOCATION

Entered By: AVC

### 2/4/2020 - Orders - Re-Inspection

Action: Yes / Recommended or Complete

Comments: No compliance on any building repairs; posted door hanger[s] result in phone message contact from tenant 2, Crystal Fannie [968-7291], left return message about Relocation

Entered By: TJAMES

### 2/4/2020 - Contact (Non-Inspection)

Action: Yes / Recommended or Complete

Comments: Tenant 2: Crystal Fannie [968-7291]

Entered By: TJAMES

### 1/31/2020 - Orders - Service of Notice

Action: Yes / Recommended or Complete

Comments: SN by posting building and mailing[s] to listed owner J. Klosterman.

Entered By: TJAMES

### 1/28/2020 - Orders - Re-Inspection

Action: Yes / Recommended or Complete

Comments: Attempted contact again w/ given tenant Crystal Fannie [no phone number known]. No answer at door.

Entered By: TJAMES

### 1/23/2020 - Orders - Re-Inspection

Action: Yes / Recommended or Complete

Comments: Left another door hanger to prompt contact w/ 2nd tenant, Crystal Fannie [no phone]; 1st tenant had stated owner J. Klosterman had removed earlier posted door hangers and told tenants nothing was wrong w/ building; advised 1st tenant of Family Relocation service

Entered By: TJAMES

### 1/22/2020 - Contact (Non-Inspection)

Action: Yes / Recommended or Complete

Comments: Tenant 1: Kalen Woodard [502] 203-9447; Tenant 2: Crystal Fannie ph ?

Entered By: TJAMES

### 1/21/2020 - Orders - Re-Inspection

Action: Yes / Recommended or Complete

Comments: Left posted door hangers and cold-knocked on doors to try to get contact info on occupants in vacate action; left side unit known to be occupied; cats in window of right side unit.

Entered By: TJAMES

### 1/21/2020 - Contact (Non-Inspection)

Action: Yes / Recommended or Complete

Comments: Tenant phoned found posted orders. I explained vacate requirements & family relocation

Entered By: lwise

### 1/17/2020 - Orders - Print Orders Letter

Action: Complete

Comments: Mailed NOV-Vacate Bldg to owner(s); copy to scan and inspector.

Entered By: LM

### 1/16/2020 - Orders - Print Orders Letter

Action: Yes / Recommended or Complete

Comments: Print Orders Please

Entered By: LWISE

### 1/16/2020 - Orders - Supervisor Confirms Orders

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: LWISE

### 1/15/2020 - Inspector Recommends Orders

Action: Yes / Recommended or Complete

Comments: Issue to vacate

Entered By: TJAMES

### 1/15/2020 - Inspection

Action: Yes / Recommended or Complete

Comments: Issuing to vacate building, w/ Historic Dangerous-Unsafe orders to follow-up vacate action. Unsure of tenant[s] names and information.

Entered By: TJAMES

### 1/13/2020 - Inspection

Action: Yes / Recommended or Complete

Comments: Granted access by adjacent owner, allows inspection confirmation of complaint: rear, framed section of building is rotted and collapsing; shoring inadequate; building is at least partially occupied; tenant Kalynn allows access to unit, where flooring found to be sagging and out of level; took exterior and interior photos where accessible; will consult.

Entered By: TJAMES

12/11/2019 - Inspection

Action: Yes / Recommended or Complete

Comments: No access w/ anonymous complaint, but as viewable from the public way, the building is deteriorated and in need of repairs and from rear, there is evidence of worse conditions; will reinspect for better access.

Entered By: TJAMES

# VIOLATIONS

### VACATE THE BUILDING

Vacate 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and

moving to decent, safe and sanitary housing. Tenants may call #513-352-5291, for further information on assistance currently available.

# 621 DELHI AV

## Property Activity Record Details

### RECORD ID:

B202004576

### DESCRIPTION:

Code Enforcement - Buildings with Residences

## DILIGENCE CHECKS

### Ownership Diligence Check

**5000-Ownership Diligence Check** (Required)

**Approved**
Date Added: 10/29/2020
Description:

**Comments:**

YES

.

## INSPECTION TIMELINE

### 12/22/2020 - Orders - Inspector Recommends Closing Case

Action: Yes / Recommended or Complete

Comments: See B202006417

Entered By: lwise

### 12/18/2020 - Orders - Inspector Recommends Closing Case

Action: Yes

Comments: The tenants have vacated the building. Randy Hatfield received relocation assistance. The building is now vacant & secure.

C290-Compliance on orders achieved. Close Case.

Entered By: MFLANNERY

### 12/18/2020 - Orders - Re-Inspection

Action: Yes

Comments: The tenants have vacated the building. Randy Hatfield received relocation assistance. The building is now vacant & secure.
C290-Compliance on orders achieved. Close Case.

Entered By: MFLANNERY

### 12/18/2020 - Orders - Service of Notice

Action: Yes

Comments: The tenants have vacated the building. Randy Hatfield received relocation assistance. The building is now vacant & secure.
C290-Compliance on orders achieved. Close Case.

Entered By: MFLANNERY

### 11/4/2020 - Orders - Print Orders Letter

Action: Complete

Comments: Printed and mailed Notice of Violation to owner(s). Copy to inspector and to be scanned.

Entered By: FABROWN

### 10/28/2020 - Inspection

Action: Yes / Recommended or Complete

Comments: Photo Taken
L.W. and I met Mr Randy Hatfield and is son and daugther in law Joe and Zell Hatfield at the building.
Interior and exterior inspection completed at 621 and 623 Delhi Ave.
Mr Hatfield is staying on the 1st floor behind the old store front area. 1st floor furnace is not working.
The rear left side basement wall has structural issues.
The 2nd floor furnace is not installed per manufacturers in instructions.

Entered By: LKAMPHAUS

### 10/29/2020 - Orders - Print Orders Letter

Action: Complete

Comments: Mailed NOV to owner(s); copy to scan and inspector.

Entered By: LM

### 10/29/2020 - Orders - Print Orders Letter

Action: Yes / Recommended or Complete

Comments: Print Orders Please

Entered By: LWISE

### 10/29/2020 - Orders - Supervisor Confirms Orders

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: LWISE

### 10/28/2020 - Supervisor Inspection Review

Action: Yes / Recommended or Complete

Comments: Inspect interior with Inspector Kamphaus. Building does have structural defects at the south (left) side of the wall and floor framing. First floor furnace not working. Second floor furnace not installed correctly. Will issue vacate notices to all occupants.

Entered By: LWISE

### 10/21/2020 - Inspection

Action: Yes / Recommended or Complete

Comments: C140-Left a Door Hanger. Unable to enter for Inspection.
Photo Taken

Entered By: LKAMPHAUS

### 9/15/2020 - Inspection

Action: Yes / Recommended or Complete

Comments: Building was ordered vacated, B201908304, for structural defects and interior defects; owner, Klosterman has not complied w/ orders, nor appealed to BBA. Civil fine issued on vacate case; occupant David H [?] ph 596-5090, leaves message; no entry, left door hanger; will consult for VBML orders

Entered By: TJAMES

# VIOLATIONS

### VACATE THE BUILDING

Vacate 621 Delhi Ave, as building is unsafe for any occupancy. The furnace serving the 1st floor is not in operation. The furnace serving the 2nd floor is not safely installed per the manufactures instructions. The building has the following is defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and moving to decent, safe and sanitary housing. Tenants may call #513-352-5291, for further information on assistance currently available.

Action: Compliance achieved. Estimated costs: $500-$1000 (A023591995)

### VACATE THE BUILDING

Vacate 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the HVAC equipment is defective and installed in an unapproved manner, the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and moving to decent, safe and sanitary housing. Tenants may call #513-352-5291, for further information on assistance currently available.

Action: Compliance achieved. Estimated costs: $1-$100 (A023591994)