UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| JOHN KLOSTERMAN, | Civil Action No. 1:25-cv-00312-SJD-KLL |
| Plaintiff, | (Judge Susan J. Dlott) |
| | (Magistrate Judge Karen L. Litkovitz) |
| v. | |
| KONZA, LLC, et al., | |
| Defendants. | |

**DEFENDANTS KONZA, LLC, RICHARD BOYDSTON, AND DENTONS BINGHAM GREENEBAUM LLP'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Konza, LLC, Richard Boydston, and Dentons Bingham Greenebaum LLP (collectively the "Boydston Defendants") respectfully request that this Court dismiss the claims alleged against them in the Amended Complaint of Plaintiff John Klosterman for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. The Boydston Defendants contemporaneously submit a Memorandum in support of this Motion.

Dated: August 1, 2025

Respectfully submitted,

/s/ *James D. Houston*
James D. Houston (OH 0072794)
Stephen E. Schilling (OH 0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
(513) 621-2120
Facsimile (513) 241-8259
jdhouston@strausstroy.com
seschilling@strausstroy.com

1

        Andrew W. Hull (admitted *pro hac vice*)
        Amanda L.B. Mulroony (admitted *pro hac vice*)
        HOOVER HULL TURNER LLP
        111 Monument Circle, Suite 4400
        Indianapolis, IN 46204
        Telephone: (317)-822-4400
        awhull@hooverhullturner.com
        amulroony@hooverhullturner.com

        *Counsel for Defendants Konza, LLC,*
        *Richard Boydston and Dentons Bingham*
        *Greenebaum LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court, Southern District of Ohio this 1st day of August, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The following parties will be served by ordinary United States mail, first class postage prepaid:

Tri-State Organization, Inc.
[no address given by Plaintiff
and no summons filed]

Joseph Lentine
3633 Puhlman
Cincinnati, OH 45211

Angel Strunk
638 Steiner Ave
Cincinnati, OH 45204

Jennifer Donathan
3505 Columbia Parkway #125
Cincinnati, OH 45226

Terry James
[no address given by Plaintiff and no summons filed]

James Neiberding
810 Sycamore Street
Cincinnati, OH 45202

                                                                /s/James D. Houston
                                                                 James D. Houston