COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Ethna M. Cooper) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | RECEIVER'S FIRST REPORT |
| JOHN KLOSTERMAN, et al., | : | |
| | : | |
| Defendants. | : | |

Comes now Konza, LLC by Richard Boydston its manager as receiver appointed by order entered February 14, 2020 (the "Receiver Order") and makes this report for the period from February 14 through March 31, 2020.

<u>Cooperation by John Klosterman.</u> The receivership got off to a bad start. As set forth in the Motion by Receiver for Order that Klosterman Defendants Show Cause Why They Should Not be Held in Contempt for Refusing to Obey Order Approving Receiver filed February 24, 2020 by the Receiver, Gary Lewis, counsel for the Klosterman Defendants (as defined in the motion), failed to provide the Receiver with any information as ordered in the Receiver Order and as he was specifically requested on February 14. Mr. Lewis further refused to give Mr. Boydston a phone number or email address for Defendant John Klosterman. Then on February 19, Mr. Lewis advised that he no longer represented the Klosterman Defendants and on February 25 Mr. Lewis filed a motion to withdraw which remains pending. At the March 2 hearing on the Receiver's show cause motion, Mr. Klosterman agreed to meet with Mr. Boydston. The meeting took place later that day and Mr. Klosterman provided certain information on tenants and on the buildings subject to the receivership. Mr. Klosterman did not have a complete rent role and did not have full names and phone numbers or email addresses for all tenants. Mr. Klosterman

**EXHIBIT 3**

agreed to facilitate Mr. Boydston's inspection of all of the buildings in the receivership and inspections took place on March 5, 6, 9, and 10 for a total of approximately 20 hours during which Mr. Boydston was shown virtually every room in every building Mr. Klosterman owns, directly or indirectly, in the Sedamsville neighborhood. Mr. Klosterman has not provided any accounting of rents or security deposits collected by him at any time.

Sedamsville Overview. The Sedamsville neighborhood is west of downtown Cincinnati and the Price Hill neighborhoods and the Ohio River and is roughly bounded by Mount Echo on the east and Bold Face Creek Valley the west. The 2012 nomination by the Ohio Historical Society to the National Register of Historic Places designation of Sedamsville Historic District lists approximately 175 buildings in the neighborhood, mainly residential but also including the abandoned Church of Our Lady of Perpetual Help and its adjoining school and the abandoned Benjamin Harrison Public School. The Receivership includes 24 buildings owned by Defendant John Klosterman, either outright or through entities he controls.

Properties. The real estate covered by the receivership is listed in the Order Appointing Receiver and consists of 59 "Tracts". Five of the numbered Tracts contain more than one parcel number but are each known as one street address. Tract 8 is 4053 Palos. The Receiver has determined that this property is not, and never was, owned by Mr. Klosterman or any entity with which he is or was affiliated. The Receiver has so advised the City and the City has indicated it will take steps to have the property excluded from the receivership. That said, the receivership consists of 24 addresses with buildings (collectively, the "Buildings"). Twelve of the Buildings are occupied and 12 are vacant. The 12 vacant are without gas or electric or water service and are not winterized. Four of the 12 vacant Buildings appear from records provided by the City of Cincinnati to have been condemned. One of the 12 occupied Buildings is currently being used as

a property management office. Another of the 12 occupied Buildings is occupied by a purchaser under an apparently fully paid land contract. There are 14 tenants in the 10 remaining occupied Buildings. The total monthly rent due from those tenants is $8,590 and arrearages as of March 19, 2020 totaled $3,670. Security deposits appear to total $6,770 and have not been escrowed. A letter from the Receiver with a copy of the Order Appointing Receiver was posted on all the Buildings February 21, 2020. Mr. Klosterman has advised there is no insurance coverage for any of the properties except as may have been placed by Warsaw Federal Savings & Loan Association on two mortgage on four of the Buildings.

Operations. Shortly before entry of the Order Appointing Receiver, Mr. Klosterman entered into an agreement with TriState Organization, Inc., a Connecticut corporation controlled by Joseph Lentine, to manage the Properties. Mr. Lentine was therefore familiar with the Buildings at the time the Receiver Order was entered. Tri State has wrested rent collection from Mr. Klosterman. Tri State has also undertaken repairs to remedy tenant complaints and also to put units in shape to be rented. A report by Tri State to the Receiver for the month of March is attached marked Exhibit A. The Receiver has requested Tri State provide a detailed plan for proposed work including a budget and the Receiver will submit that plan and budget for approval by the City and the Court.

The Receiver has opened an account at Fifth Third Bank for all receipts and expenses related to the receivership. The Receiver has made application for liability insurance through Energy Insurance Agency.

Cincinnati Code Violations. The City has continued to enforce building code and inspections and violation orders. Mr. Klosterman has provided the Receiver with no proper work on existing orders and notices of violation. The Receiver is working with Terry James of the

City Department of Buildings and Inspections to identify what must be done to the Buildings to comply with the City orders and remedy the City identified violations.

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served on each of the following by ordinary United States mail, first class postage prepaid, and also as indicated by email on April 7, 2020.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
   City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
jacklyn.martin@cincinnati-oh.gov
tina.woods@cincinnati-oh.gov

Gary R. Lewis, Esq.
Counsel for Defendants John Klosterman;
   Susan Klosterman; Boldface Properties, LLC;
   Virginia Williamsburg, LLC; Global
   Sanitation Systems LLC fka Worldwide
   Mobile Latrine Inc.; Sedamsville
   Heritage Properties; Emily Vets LLC;
   and Sedamsville Historical Society
Lazarus & Lewis, LLC
30 Garfield Place, Suite 915
Cincinnati, OH 45202
garylewis@hllmlaw.com

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
   Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
   Hamilton County Clerk of Courts, and
   Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
larry.baron@hcpros.org

Christian D. Donovan, Esq.
Counsel for Defendant
   Warsaw Federal Savings and Loan
   Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
   Department of Taxation and
   Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
   America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202
usaohs.state.foreclosure@usdoj.gov

Ms. Maci Withrow
628 Delhi Ave.
Cincinnati, OH 45204

| | |
|---|---|
| Ms. Crystal Phillips<br>632 Delhi Ave.<br>Cincinnati, OH 45204 | Mr. Kevin Asinov<br>636 Delhi Ave.<br>Cincinnati, OH 45204 |
| Mr. Richard Tolbert<br>700 Delhi Ave.<br>Cincinnati, OH 45204 | Ms. Brianna Williams<br>700 Delhi Ave.<br>Cincinnati, OH 45204 |
| Mr. Logan _____<br>700 Delhi Ave.<br>Cincinnati, OH 45204 | Mr. Travis _____<br>700 Delhi Ave.<br>Cincinnati, OH 45204 |
| Mr. Donnell Poole<br>703 Delhi Ave.<br>Cincinnati, OH 45204 | Ms. Iris Anthony<br>742 Delhi Ave.<br>Cincinnati, OH 45204 |
| Mr. Chuck Pritchard<br>753 Delhi Ave.<br>Cincinnati, OH 45204 | Ms. Tara Jernigan<br>649 Sedam St.<br>Cincinnati, OH 45204 |
| Ms. Monica Davis and Jason Davis<br>659 Sedam St.<br>Cincinnati, OH 45204 | Mr. Brandon London<br>659 Sedam St.<br>Cincinnati, OH 45204 |
| Ms. Rebecca Thomas<br>652 Steiner St.<br>Cincinnati, OH 45204 | Tri State Organization, Inc.<br>671-673 Steiner Ave.<br>Cincinnati, OH 45204 |
| Robert C. Davis<br>4061 Lansdowne Ave.<br>Cincinnati, OH 45236 | Homecomings Financial LLC fka<br>   Homecoming Financial Network Inc.<br>8400 Normandale Lake Blvd., Suite 175<br>Minneapolis, MN 55437 |
| Wham Properties X, LLC<br>an Ohio limited liability company<br>c/o Benjamin A. Willingham, Agent<br>P.O. Box 8233<br>Cincinnati, OH 45208 | David M. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 |
| Janice A. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 | Unknown Spouse of David M. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 |

Unknown Spouse of Robert C. Davis
4061 Lansdowne Ave.
Cincinnati, OH 45236

Kenneth Ziegler
2701 Merriway Lane
Cincinnati, OH 45231

Cedar Resources, LLC
c/o B. Scott Boster, Agent
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Dante Harding
749 Sedam Street
Cincinnati, OH 45204

Cody Harding
749 Sedam Street
Cincinnati, OH 45204

The following have not been served because prior mailing to them have been returned unclaimed or the addressee has requested to not be served with filings in the case:

Chase Manhattan Mortgage Corp.
343 Thornall Street
Edison, NJ 08837

Unknown Spouse of Kenneth Ziegler
2701 Merriway Lane
Cincinnati, OH 45231

Home Servicing LLC
c/o Highest Officer or Managing Agent
2431 South Acadian Thruway, Suite 525
Baton Rouge, LA 70808

Dan Schulkers
32 Tower Hill Road
Ft. Thomas, KY 41075

Dan Schulkers
14 Sterling Avenue
Ft. Thomas, KY 41075

Unknown Spouse of Dan Schulkers
32 Tower Hill Road
Ft. Thomas, KY 41075

Unknown Spouse of Dan Schulkers
14 Sterling Avenue
Ft. Thomas, KY 41075

Unknown Spouse of Dovetta Dangerfield
1036 Holderness Lane
Cincinnati, OH 45240

Unknown Occupant
671 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
673 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
679 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
794 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
742 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
793 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
753 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
4053 Palos Street
Cincinnati, OH 45204

Unknown Occupant
638 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
940 Striker Avenue
Cincinnati, OH 45204

Unknown Occupant
632 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
659 Sedam Street
Cincinnati, OH 45204

Unknown Occupant
646 Sedam Street
Cincinnati, OH 45204

Unknown Occupant
649 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
654 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
700 Delhi Avenue
Cincinnati, OH 45204

Unknown Spouse of Joseph C. Zeiser
3492 Cheviot Avenue
Cincinnati, OH 45211

Unknown Occupant
652 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
639 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
938 Striker Avenue
Cincinnati, OH 45204

Unknown Occupant
640 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
701 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
667 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
703 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
705 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
636 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
685 Halsey Avenue
Cincinnati, OH 45204

Unknown Spouse of Joseph C. Zeiser
P.O. Box 862
Florence, KY 41022

Donald R. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Unknown Occupant
793 Delhi Avenue
Cincinnati, OH 45204

Unknown Spouse of Donna J. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Barbara J. Zieser
3492 Cheviot Avenue
Cincinnati, OH 45211

/s/ Richard Boydston

# EXHIBIT A

20929425.1

10

**KLOSTERMAN PROPERTIES**                **MARCH 2020 REPORT**

**March Rent Roll**

| | |
|---|---|
| 628 Delhi | $650.00 |
| 632 Delhi | $795.00 |
| 636 Delhi | $0.00 |
| 700 Delhi - A | $575.00 |
| 700 Delhi - B | $450.00 |
| 700 Delhi - C | $750.00 |
| 703 Delhi | $400.00 |
| 742 Delhi | $875.00 |
| 753 Delhi | $390.00 |
| 649 Sedam | $795.00 |
| 659 Sedam - A | $650.00 |
| 659 Sedam - B | $675.00 |
| 652 Steiner | $895.00  rent not paid |
| **TOTAL RENT ROLL (INCOME)** | **$7,900.00** |

**EXPENSES**

**John Klosterman - paid out of pocket**

| | |
|---|---|
| Move refrigerator to 742 - Contractor | $30.00 |
| Refrigerator for 636 Delhi | $175.00 |
| Stove for 636 Delhi | $150.00 |
| Supplies for 652 Steiner | $62.00  Reimbursed by TSO |
| Home Depot - Gas connector | $30.29 |
| Couplings from JK stock | $5.00  Reimbursed by TSO |
| Supplies (636 Delhi) | $12.21  Reimbursed by TSO |
| **Owed to John - out of pocket expenses** | **$435.08** |

**TSO paid out of pocket**

| | |
|---|---|
| Cincinnati Reuse Center - 659 Sedam Durorock | $65.00 |
| Paid to JK | $79.21 |
| Staples-Office Supplies | $76.61 |
| McCabe - Supplies | $10.83 |
| Home Depot - Supplies | $85.67 |
| Meyer Hardware - Supplies | $1.68 |
| Meyer Hardware - Supplies | $16.97 |
| Meyer Hardware - Supplies | $1.89 |
| Meyer Hardware - Supplies | $80.11 |
| Meyer Hardware - Supplies | $40.09 |
| Bam Roofing | $110.00 |

1

| | |
|---|---:|
| Fax Order to GCWW | $15.41 |
| GCWW 794 Delhi | $16.55 |
| GCWW 652 Steiner | $48.82 |
| GCWW 767 Delhi | $9.65 |
| GCWW 749 Sedam | $13.61 |
| GCWW 667 Delhi | $13.61 |
| GCWW 685 Halsey | $16.55 |
| GCWW 753 Delhi | $15.08 |
| GCWW 703 Delhi | $13.61 |
| GCWW 793 Delhi | $13.61 |
| GCWW 679 Delhi | $13.61 |
| Meyer Hardware - Supplies | $5.02 |
| Meyer Hardware - Supplies | $46.66 |
| McCabe Hardware | $66.24 |
| Keidel - lead coupling for 671 | $41.11 |
| Allied Redi Rooter 742 Delhi | $240.00 |
| McCabe Hardware - Supplies | $108.41 |
| Meyer Hardware - Roofing Supplies | $28.10 |
| **TOTAL EXPENSES PAID BY TSO** | **$1,293.71** |
| | |
| **TSO Management Fee - 10% of Rent Roll** | **$790.00** |
| | |
| **TSO Labor Management Fee - 6% of Labor Cost** | **$109.62** |

**Labor Costs paid by TSO**

| | |
|---|---:|
| Angel | $334.00 |
| Harry Tye | $1,021.00 |
| Ryan Kinnard | $236.00 |
| Marshall Todd | $236.00 |
| **TOTAL LABOR PAID BY TSO** | **$1,827.00** |

| | |
|---|---:|
| TOTAL OWED TO TSO | $4,020.33 |
| TOTAL PAID TO TSO | $3,855.00 |
| **AMOUNT STILL DUE TO TSO** | **$165.33** |

Respectfully submitted, on this 1st day of April, 2020, to Receiver Richard Boydston of Konza Inc.

*[signature]*
Tristate Organization Inc.

2