D129818073

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Ethna M. Cooper) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | ORDER DIRECTING DEFENDANT |
| JOHN KLOSTERMAN, et al., | : | JOHN KLOSTERMAN TO REMOVE |
| | : | PERSONAL PROPERTY |
| Defendants. | : | |

This case comes before the Court on the Motion for Order Directing Defendant John Klosterman To Remove Personal Property filed by Konza, LLC as the receiver appointed by order entered February 14, 2020. All capitalized terms not otherwise defined in this Order here shall have the same meaning as in the Motion.

The Court is of the opinion that the Motion is well taken and should be granted and therefore it is hereby.

ORDERED, that the Motion is granted; and it is further

ORDERED, that in the event that Defendant John Klosterman claims that he or any of the Klosterman Entities owns and is entitled to possess any of the Personal Property (collectively, the "Personal Property Claimed"), then Mr. Klosterman shall deliver to Richard Boydston as Manager of Konza, LLC as Receiver no later than _October 15th_, 2020 a written notice containing the following ( the "Personal Property Claimed Papers"):

1. The street address of the Properties at which the Personal Property Claimed is located.

2. An itemized list of the Personal Property Claimed at each street address from which Personal Property Claimed is located.

3. A receipt, bill of sale or other written evidence of the ownership by Mr.

21129068.1

**EXHIBIT 5**

Klosterman or any of the Klosterman Entities of the Personal Property Claimed.

; and it is further

ORDERED, that the Receiver shall respond fully in writing to Mr. Klosterman on all the Personal Property Claimed Papers within 14 calendar days of the receipt by the Receiver of the Personal Property Claimed Papers (the "Receiver's Response"); and it is further

ORDERED, that Mr. Klosterman shall remove all Personal Property Claimed which the Receiver agrees in the Receiver's Response that Mr. Klosterman may remove (collectively, the "Personal Property Claimed Approved for Removal") within 14 calendar days after the delivery of the Receiver's Response to Mr. Klosterman (the "Personal Property Claimed Removal Deadline"); and it is further

ORDERED, that ownership of all Personal Property, both Personal Property Claimed and otherwise which is located at any of the Properties after the Personal Property Claimed Removal Deadline shall be transferred to the Receiver and Mr. Klosterman and the Klosterman Entities shall have no right, title, interest or claim of any sort to the same; and it is further

ORDERED, that any dispute over whether Personal Property Claimed may be removed by Mr. Klosterman from any of the Properties shall be resolved by motion and opportunity for a hearing.

SO ORDERED.

_____
Magistrate

# NOTICE

Copies of this Order have been mailed to the parties or their counsel. This Order is effective immediately. Either party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.

Copies sent by Clerk of Courts to:

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
Hamilton County Clerk of Courts, and
Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County
Child
Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202

Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding
Legal Aid
215 East 9th Street
Cincinnati, OH 45202

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Christian D. Donovan, Esq.
Counsel for Defendant
Warsaw Federal Savings and Loan
Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
Department of Taxation and
Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202

· Richard Boydston, Esq.
Dentons Bingham Greenebaum LLP
255 East Fifth St, No. 2350
Cincinnati, OH 45202

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING ORDER HAVE BEEN SENT BY ORDINARY MAIL TO ALL PARTIES OR THEIR ATTORNEYS AS PROVIDED ABOVE.

Date: 9/17/2020  Deputy Clerk: _____