COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Ethna M. Cooper) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | RECEIVER'S NOTICE ON DISPOSITION |
| JOHN KLOSTERMAN, et al., | : | OF PERSONAL PROPERTY |
| | : | |
| Defendants. | : | |

Comes now Konza, LLC as Receiver appointed by order entered February 14, 2020 and pursuant to the Order Directing Defendant John Klosterman to Remove Personal Property entered September 17, 2020 herewith serves and files notice that Defendant John Klosterman has failed to file or serve anything in response or pursuant to that Order or to otherwise communicate in any form or manner with the Receiver with respect to any personal property which is, or may be, located on any of the real property subject to this receivership by the October 15, 2020 deadline provided in that Order. As a consequence of said failure, the Receiver herewith files and serves notice that the, sole and exclusive ownership of all such personal property has been transferred to the Receiver.

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

**EXHIBIT 6**

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served on each of the following by email on October 19, 2020.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
  City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
jacklyn.martin@cincinnati-oh.gov
tina.woods@cincinnati-oh.gov

Christian D. Donovan, Esq.
Counsel for Defendant
  Warsaw Federal Savings and Loan
  Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
  Hamilton County Clerk of Courts, and
  Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
larry.baron@hcpros.org

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
  Department of Taxation and
  Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
  Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
  America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202
usaohs.state.foreclosure@usdoj.gov

Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding
Legal Aid
215 East 9th Street
Cincinnati, OH 45202
mfitzsimmons@lascinti.org

      I further certify that the foregoing was served by ordinary United States mail, first class postage prepaid, on Defendant John Klosterman, 5615 Sidney Road, Cincinnati, OH 45238 on October 19, 2020.

                                                          /s/ Richard Boydston