COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Ethna M. Cooper) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | RECEIVER'S SECOND REPORT |
| JOHN KLOSTERMAN, et al., | : | |
| | : | |
| Defendants. | : | |

Comes now Konza, LLC by Richard Boydston its manager as receiver appointed by order entered February 14, 2020 (the "Receiver Order") and makes this second report which covers the period from April 1 through 30, 2020.

Operations. TriState Organization, Inc. continues to perform management services for the properties including collection of rent, routine maintenance and readying units for rental. A report by TriState for April 2020 is attached marked Exhibit A. The Receiver and TriState are discussing the terms of a written agreement to replace terms set forth in a property management agreement entered into between TriState and John Klosterman dated February 10, 2020.

Cincinnati Code Violations. Plaintiff City of Cincinnati through its Department of Buildings and Inspections continues to send enforcement notices and demands as to certain of the properties. The Receiver also continues to work with the City of Cincinnati to handle what can be done regarding the various violations given the receivership's limited cash availability.

Personal Property. Miscellaneous personal property, including used furniture and both new and reclaimed building materials, are stored in most of the buildings (collectively, the "Stored Personal Property"). The Receiver does not have a current complete inventory of the Stored Personal Property and the Receiver is not able to estimate even a range of approximate

21062332.1

**EXHIBIT 7**

E-FILED 05/21/2020 12:18 PM / CONFIRMATION 948413 / A 1905588 / JUDGE COOPER / COMMON PLEAS DIVISION / ZZ1

value. The Stored Personal Property must be removed from certain of the buildings to make them rentable and in any event should be removed from all of the buildings for health and safety purposes. The church at 637 Steiner contains the largest amount of Stored Personal Property. The Receiver anticipates the City of Cincinnati will require all personal property in the church be removed to facilitate an engineering study necessary to determine whether the building has been stabilized and can be occupied. The Receiver intends to file a motion for an order compelling defendant John Klosterman to remove all Stored Personal Property which he claims to own and to provide proof of such ownership by a date certain and absent removal to forfeit any right to it.

<u>Receiver Fees and Expenses</u>. The Receiver has incurred fees for work as receiver and also for legal counsel. The latter fees include time worked prior to the entry of the Receiver Order consisting of consultation with the City of Cincinnati and title work on the 66 separate parcels covered by the complaint by Bingham Greenebaum Doll LLP and then Dentons Bingham Greenebaum LLP as Receiver's counsel. The pre-receivership legal work totaled 27.80 hours and $ 9,730.00 in fees at regularly hourly rates. The total hours for receiver work since appointment of the Receiver through April 30, 2020 is 53 hours. The Receiver will charge $250.00 per hour. The total hours for legal work by Dentons Bingham Greenebaum LLP as Receiver's counsel since entry of the Receivership Order through April 30, 2020 is 44.30 hours. The Receiver's counsel will charge the regular hourly rates for all timekeepers for all legal work performed during the receivership except that for Richard Boydston (whose current hourly rate is $585). The Receiver's counsel will charge $350 per hour for Mr. Boydston subject to change as his current regular hourly rate may change, from time to time. Cash flow for operations is not sufficient to cover all current operating expenses and therefore the Receiver will defer for now submission of time and billing statements and request for payment of fees for the Receiver and of

21062332.1                                2

fees for the Receiver's counsel.

          Respectfully submitted,

          /s/ *Richard Boydston*
          Richard Boydston (0022360)
          Counsel for Konza, LLC, Receiver
          Dentons Bingham Greenebaum LLP
          255 East 5th Street #2350
          Cincinnati, Ohio 45202-4728
          513.455.7663
          513.762.7963 (fax)
          richard.boydston@dentons.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on each of the following by ordinary United States mail, first class postage prepaid, and also as indicated by email on May 21, 2020.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
   City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
jacklyn.martin@cincinnati-oh.gov
tina.woods@cincinnati-oh.gov

Christian D. Donovan, Esq.
Counsel for Defendant
   Warsaw Federal Savings and Loan
   Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

Gary R. Lewis, Esq.
Counsel for Defendants John Klosterman;
   Susan Klosterman; Boldface Properties, LLC;
   Virginia Williamsburg, LLC; Global
   Sanitation Systems LLC fka Worldwide
   Mobile Latrine Inc.; Sedamsville
   Heritage Properties; Emily Vets LLC;
   and Sedamsville Historical Society
Lazarus & Lewis, LLC
30 Garfield Place, Suite 915
Cincinnati, OH 45202
garylewis@hllmlaw.com

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
   Department of Taxation and
   Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
  Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding
Legal Aid
215 East 9th Street
Cincinnati, OH 45202
mfitzsimmons@lascinti.org


Ms. Maci Withrow
628 Delhi Ave.
Cincinnati, OH 45204

Ms. Crystal Phillips
632 Delhi Ave.
Cincinnati, OH 45204

Mr. Richard Tolbert
700 Delhi Ave.
Cincinnati, OH 45204

Mr. Logan Hamm
700 Delhi Ave.
Cincinnati, OH 45204

Mr. Donnell Poole
703 Delhi Ave.
Cincinnati, OH 45204

Mr. Chuck Pritchard
753 Delhi Ave.
Cincinnati, OH 45204

Ms. Monica Davis and Jason Davis
659 Sedam St.
Cincinnati, OH 45204

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
  America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202
usaohs.state.foreclosure@usdoj.gov

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
  Hamilton County Clerk of Courts, and
  Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
larry.baron@hcpros.org

Mr. Kevin Asinov
636 Delhi Ave.
Cincinnati, OH 45204

Ms. Brianna Williams
700 Delhi Ave.
Cincinnati, OH 45204

Ms. Iris Anthony
742 Delhi Ave.
Cincinnati, OH 45204

Ms. Tara Jernigan
649 Sedam St.
Cincinnati, OH 45204

Mr. Brandon Lundy
659 Sedam St.
Cincinnati, OH 45204

TriState Organization, Inc.
671 Steiner Ave.
Cincinnati, OH 45204

Homecomings Financial LLC fka
  Homecoming Financial Network Inc.
8400 Normandale Lake Blvd., Suite 175
Minneapolis, MN 55437

21062332.1

4

| | |
|---|---|
| Ms. Rebecca Thomas<br>652 Steiner St.<br>Cincinnati, OH 45204 | David M. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 |
| Robert C. Davis<br>4061 Lansdowne Ave.<br>Cincinnati, OH 45236 | Unknown Spouse of David M. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 |
| Jane Doe Davis<br>Unknown Spouse of Robert C. Davis<br>4061 Lansdowne Ave.<br>Cincinnati, OH 45236 | Kenneth Ziegler<br>2701 Merriway Lane<br>Cincinnati, OH 45231 |
| Janice A. Green<br>5195 Hendrickson Rd.<br>Franklin, OH 45005 | Wham Properties X, LLC<br>an Ohio limited liability company<br>c/o Benjamin A. Willingham, Agent<br>P.O. Box 8233<br>Cincinnati, OH 45208 |
| Unknown Spouse of Robert C. Davis<br>4061 Lansdowne Ave.<br>Cincinnati, OH 45236 | Cedar Resources, LLC<br>c/o B. Scott Boster, Agent<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202 |

The following have not been served because prior mailing to them have been returned unclaimed or the addressee has requested to not be served with filings in the case:

| | |
|---|---|
| Chase Manhattan Mortgage Corp.<br>343 Thornall Street<br>Edison, NJ 08837 | Unknown Spouse of Kenneth Ziegler<br>2701 Merriway Lane<br>Cincinnati, OH 45231 |
| Chase Manhattan Mortgage Corp.<br>194 Wood Avenue, South Floor 2<br>Iselin, NJ 08830 | Dan Schulkers<br>32 Tower Hill Road<br>Ft. Thomas, KY 41075 |
| Home Servicing LLC<br>c/o Highest Officer or Managing Agent<br>2431 South Acadian Thruway, Suite 525<br>Baton Rouge, LA 70808 | Unknown Spouse of Dan Schulkers<br>32 Tower Hill Road<br>Ft. Thomas, KY 41075 |
| Dan Schulkers<br>14 Sterling Avenue<br>Ft. Thomas, KY 41075 | Unknown Spouse of Dovetta Dangerfield<br>1036 Holderness Lane<br>Cincinnati, OH 45240 |

21062332.1

| | |
|---|---|
| Unknown Spouse of Dan Schulkers<br>14 Sterling Avenue<br>Ft. Thomas, KY 41075 | Unknown Occupant<br>673 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>671 Delhi Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>794 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>679 Delhi Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>793 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>742 Delhi Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>652 Steiner Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>753 Delhi Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>639 Steiner Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>4053 Palos Street<br>Cincinnati, OH 45204 | Unknown Occupant<br>938 Striker Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>638 Steiner Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>640 Steiner Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>940 Striker Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>701 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>632 Delhi Avenue<br>Cincinnati, OH 45204 | Unknown Occupant<br>667 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>659 Sedam Street<br>Cincinnati, OH 45204 | Unknown Occupant<br>703 Delhi Avenue<br>Cincinnati, OH 45204 |
| Unknown Occupant<br>646 Sedam Street<br>Cincinnati, OH 45204 | Unknown Occupant<br>705 Delhi Avenue<br>Cincinnati, OH 45204 |

Unknown Occupant
649 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
654 Steiner Avenue
Cincinnati, OH 45204

Unknown Occupant
700 Delhi Avenue
Cincinnati, OH 45204

Jane Doe Zieser
Unknown Spouse of Joseph C. Zeiser
3492 Cheviot Avenue
Cincinnati, OH 45211

Donald R. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Unknown Occupant
793 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
636 Delhi Avenue
Cincinnati, OH 45204

Unknown Occupant
685 Halsey Avenue
Cincinnati, OH 45204

Jane Doe Zeiser
Unknown Spouse of Joseph C. Zeiser
P.O. Box 862
Florence, KY 41022

Jane Doe Rosenberry
Unknown Spouse of Donna J. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Barbara J. Zieser
3492 Cheviot Avenue
Cincinnati, OH 45211

/s/ Richard Boydston

# EXHIBIT A

**KLOSTERMAN PROPERTIES**     **APRIL 2020 REPORT**

**April Rent Roll**

| | Due | Received | |
|---|---|---|---|
| 628 Delhi | $650.00 | $650.00 | |
| 632 Delhi | $795.00 | $795.00 | |
| 636 Delhi - A | $650.00 | | not moved in yet |
| 636 Delhi - B | $650.00 | $315.42 | new tenant-prorated rent |
| 700 Delhi - A | $575.00 | $575.00 | |
| 700 Delhi - B | $575.00 | $525.00 | |
| 700 Delhi - C | $750.00 | $750.00 | |
| 703 Delhi | $400.00 | | Donnell Poole |
| 742 Delhi | $895.00 | $895.00 | |
| 753 Delhi | $390.00 | $1,560.00 | |
| 649 Sedam | $795.00 | $795.00 | |
| 659 Sedam - A | $650.00 | $600.00 | |
| 659 Sedam - B | $675.00 | $675.00 | |
| 652 Steiner | $895.00 | | Rebecca Thomas |
| **TOTAL RENT ROLL (INCOME)** | **$9,345.00** | **$8,135.42** | |

**EXPENSES**

**TSO paid out of pocket**

| | |
|---|---|
| Speedway - propane for office heat | $23.53 |
| Meyer Hardware - supplies | $4.27 |
| Cincinnati Reuse Center - tile | $22.50 |
| McCabe - tools | $37.43 |
| McCabe - tools | $9.61 |
| Meyer Hardware - supplies | $2.13 |
| Meyer Hardware - supplies | $74.72 |
| Home Depot - tools (lawn equipment) | $254.03 |
| Bridgetown Hardware - supplies | $39.54 |
| Meyer Hardware - supplies | $19.74 |
| Home Depot - material | $305.63 |
| Meyer Hardware - supplies | $21.35 |
| Lost receipt - can of foam | $8.00 |
| Meyer Hardware - supplies | $5.97 |
| McCabe - supplies- bleach, adhesive | $9.49 |
| Meyer Hardware - supplies | $21.53 |
| Home Depot - 700 Delhi C - toilet repair | $28.50 |
| Home Depot - tools - work light | $40.00 |
| Staples - office supplies (ink) | $21.39 |

1

| | |
|---|---|
| UDF - fuel for truck | $20.00 |
| Kroger - propane for office | $21.39 |
| Meyer Hardware - supplies | $10.68 |
| Meyer Hardware - supplies | $4.04 |
| Meyer Hardware - supplies | $22.22 |
| Speedway - propane for office heat | $23.53 |
| Meyer Hardware - supplies | $49.01 |
| Meyer Hardware - supplies | $6.84 |
| Autozone - parts for tractor | $20.31 |
| Autozone - parts for tractor | $17.10 |
| Autozone - tools | $53.48 |
| Bud Herbert Motors - parts for tractor | $224.96 |
| UDF - fuel for truck | $20.00 |
| Meyer Hardware - supplies | $4.89 |
| Delfair Lock & Key | $32.10 |
| Home Depot - tools (DuoPump) | $127.33 |
| Meyer Hardware - supplies | $11.76 |
| Kroger - propane | $21.39 |
| Cash America - tools - grinder, reciprocating saw | $57.78 |
| McCabe - tools - saw blades, garden hose | $79.31 |
| UDF - fuel for truck | $20.00 |
| True Value | $8.52 |
| McCabe - tools | $14.96 |
| Uline - fire extinguishers | $372.11 |
| Home Depot | $115.25 |
| Uline - supplies - fire extinguishers | $316.00 |
| Uline - supplies - fire extinguishers | $609.83 |
| Uline - supplies - pvc boots | $314.05 |
| Autozone - tools | $21.38 |
| McCabe - supplies | $10.68 |
| McCabe - supplies | $6.80 |
| Keidel Supply Co | $180.82 |
| Meyer - supplies | $37.81 |
| Schwabs-tire for tractor | $60.77 |
| Uline - fire extinguishers | $432.17 |
| Walgreens - office supplies | $8.01 |
| Allied Reddi Rooter - 628 Delhi service | $390.00 |
| Delfair Lock & Key - master key setup, rekey | $431.10 |
| **TOTAL EXPENSES PAID BY TSO** | **$5,127.74** |

2

| | |
|---|---|
| TSO Management Fee - 10% of Rent Roll | $934.50 |
| TSO Labor Management Fee - 6% of Labor Cost | $334.38 |
| TSO Bonus For New Tenant | $400.00 |

Labor Costs paid by TSO

| | |
|---|---|
| Angel | $1,007.00 |
| Harry Tye | $1,108.00 |
| Ryan Kinnard | $977.50 |
| Jake | $735.00 |
| Andre Orso | $238.00 |
| Marshall Todd | $1,507.50 |
| **TOTAL LABOR PAID BY TSO** | **$5,573.00** |

| | |
|---|---|
| TOTAL OWED TO TSO | $12,369.62 |
| TOTAL PAID TO TSO | $8,135.42 |
| **AMOUNT STILL DUE TO TSO** | **$4,234.20** |

Respectfully submitted, on this 1st day of May, 2020, to Receiver Richard Boydston of Konza Inc.

_____
Tristate Organization Inc.

3

KLOSTERMAN PROPERTIES - April 2020

**Summary of Maintenance & Repairs**

As directed by the Receiver, TSO has purchased and installed smoke detectors and fire extinguishers in all occupied, and unoccupied, structures.

TSO has been cutting grass for all properties and vacant lots, in addition to sweeping up sidewalks and trying to improve curb appeal for Sedamsville.

### 628 Delhi
TSO has been addressing a serious sewer pipe issue at 628 Delhi, which required a 20ft section of 8" non standard pipe in the interior of the property which is completed. On the exterior there are multiple pipe sections collapsing, and we're still trying to clear the blockage, which is very labor intensive work.

### 632 Delhi
Replaced mailbox lock, recaulked bathtub/shower, bathroom tile needed regrouting, replaced rotten kitchen cabinets, replaced shelving, repaired kitchen drawers, baseboards reaffixed, smoke detectors and extinguishers.

### 636 Sedam
2nd floor unit, replaced hot water heater, rebuilt hatch on roof, new drywall and mudding, mold and mushrooms remediation for kitchen cabinets, installed new kitchen faucet and drain traps, repair of upper cabinets.

### 659 Sedam
Drywall repaired and sanded, prepped for paint. Unit is already rented, waiting for inspection.

We're in the process of creating a budget and a unified and coherent plan for moving forward. This plan will be submitted to the Receivership by June 1, 2020.

Respectfully submitted, on this 4th day of May, 2020, to Receiver Richard Boydston of Konza Inc.

_____
Tristate Organization Inc.