COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Ethna M. Cooper) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | RECEIVER'S FIFTH REPORT |
| JOHN KLOSTERMAN, et al., | : | |
| | : | |
| Defendants. | : | |

Comes now Konza, LLC through its Manager Richard Boydston as receiver appointed by order entered February 14, 2020 and for its report for the period July 1 through 31, 2020 says as follows.

<u>Operations</u>. The report for July to the Receiver from TriState Organization, Inc. is attached marked Exhibit A.

<u>Pending Receiver Motions</u>. There are two pending motions by the Receiver: (1) Motion for Order Directing Defendant John Klosterman to Remove Personal Property filed July 1 and (2) Motion by Receiver for Order that Defendant John Klosterman Immediately and Fully Comply with Provisions of Paragraph 15 of the Receiver Order filed July 16. The motions are scheduled for evidentiary hearings at 9:30 a.m. on September 15, 2020. Both remain unopposed by Defendant John Klosterman.

<u>Receiver Fees and Expenses</u>. The Receiver has incurred fees for work as receiver and also for legal counsel and continues to accrue them pending improvement of cash flow from operations and or third party funding of the receivership. An itemization of the Receiver's fees and expenses will be submitted for approval by the Court prior to any payment to the Receiver.

**EXHIBIT 8**

21129144.1

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on each of the following by email on August 14, 2020.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
  City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
jacklyn.martin@cincinnati-oh.gov
tina.woods@cincinnati-oh.gov

Christian D. Donovan, Esq.
Counsel for Defendant
  Warsaw Federal Savings and Loan
  Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

Lawrence C. Baron, Esq.
Counsel for Defendants Hamilton County,
  Hamilton County Clerk of Courts, and
  Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
larry.baron@hcpros.org

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
  Department of Taxation and
  Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
  Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

Matthew J. Horwitz, Esq.
Counsel for Defendant United States of
  America
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202
usaohs.state.foreclosure@usdoj.gov

Matthew T. Fitzsimmons Esq.
Counsel for Dawnte Harding
Legal Aid
215 East 9th Street
Cincinnati, OH 45202
mfitzsimmons@lascinti.org

    I further certify that the foregoing was served by ordinary United States mail, first class postage prepaid, on Defendant John Klosterman, 5615 Sidney Road, Cincinnati, OH 45238 also on August 14, 2020.

                                         /s/ Richard Boydston

# EXHIBIT A

**KLOSTERMAN PROPERTIES**        **JULY 2020 REPORT**

| July Rent Roll | Due | Received | |
|---|---|---|---|
| 628 Delhi | $650.00 | 650 | |
| 632 Delhi | $795.00 | 795 | |
| 636 Delhi - A | $650.00 | 650 | |
| 636 Delhi - B | $650.00 | 1300 | RENT CAUGHT UP |
| 667 Delhi | $650.00 | 650 | |
| 700 Delhi - A | $575.00 | 575 | |
| 700 Delhi - B | $525.00 | 525 | |
| 700 Delhi - C | $750.00 | 750 | |
| 703 Delhi | $400.00 | | |
| 742 Delhi | $850.00 | 850 | |
| 753 Delhi | $390.00 | 390 | |
| 649 Sedam | $795.00 | 795 | |
| 659 Sedam - A | $650.00 | 650 | |
| 659 Sedam - B | $675.00 | 675 | |
| 659 Sedam - C | | | |
| 652 Steiner | | | |
| **TOTAL RENT ROLL (INCOME)** | **$9,005.00** | **$9,255.00** | |

**EXPENSES**

| | |
|---|---|
| AUTOZONE | $34.14 |
| **AUTOZONE TOTAL** | **$34.14** |
| | |
| CASH AMERICA-TOOLS | $243.96 |
| **CASH AMERICA TOTAL** | **$243.96** |
| | |
| CINCINNATI REUSE CENTER | $120.00 |
| CINCY REUSE CENTER | $615.00 |
| **CINCINNATI REUSE CENTER - TOTAL** | **$735.00** |
| | |
| DUKE-671 DELHI | $130.88 |
| DUKE-701 DELHI FL2 | $38.17 |
| **DUKE TOTAL** | **$169.05** |
| | |
| FUEL-KROGER | $8.00 |
| FUEL-KROGER | $8.00 |

1

| | |
|---|---:|
| FUEL-UDF | $45.00 |
| FUEL-UDF | $35.00 |
| **FUEL TOTAL** | **$96.00** |
| | |
| GCWW-628 DELHI | $116.90 |
| GCWW-636 DELHI | $16.43 |
| GCWW-652 STEINER | $78.20 |
| GCWW-671 DELHI | $212.93 |
| GCWW-685 HALSEY | $25.15 |
| GCWW-705 DELHI | $45.95 |
| GCWW-749 SEDAM | $16.12 |
| GCWW-767 DELHI | $13.93 |
| GCWW-794 DELHI | $55.50 |
| GCWW-702 SEDAM | $25.95 |
| **WATER WORKS TOTAL** | **$607.06** |
| | |
| HARBOR FREIGHT | $460.09 |
| **HARBOR FREIGHT TOTAL** | **$460.09** |
| | |
| HOME DEPOT | $234.82 |
| HOME DEPOT | $434.23 |
| HOME DEPOT | $15.45 |
| HOME DEPOT | $73.37 |
| HOME DEPOT | $53.03 |
| HOME DEPOT | $308.90 |
| HOME DEPOT | $234.82 |
| HOME DEPOT- | $96.26 |
| **HOME DEPOT TOTAL** | **$1,450.88** |
| | |
| LOWES | $85.17 |
| LOWES | $334.78 |
| **LOWES TOTAL** | **$419.95** |
| | |
| MCCABE | $27.46 |
| MCCABE | $32.97 |
| MCCABE | $32.08 |
| **MCCABE TOTAL** | **$92.51** |
| | |
| MEYER HDWE | $3.52 |
| MEYER HDWE | $3.52 |
| MEYER HDWE | $12.38 |
| MEYER HDWE | $47.05 |
| MEYER HDWE | $13.66 |

2

| | |
|---|---|
| MEYER HDWR | $8.87 |
| MEYER HDWR | $13.77 |
| MEYER HDWR | $3.73 |
| MEYER HDWR | $26.48 |
| MEYER HDWR | $19.25 |
| MEYER HDWR | $1.38 |
| MEYER HDWR | $5.66 |
| **MEYER HDWR** | **$159.27** |
| | |
| SMALLS | $11.71 |
| SMALLS HDWR | $12.83 |
| SMALLS HDWR | $11.71 |
| **SMALLS HDWR** | **$36.25** |
| | |
| SPECTRUM | $199.13 |
| **SPECTRUM TOTAL** | **$199.13** |
| | |
| STAPLES | $39.00 |
| STAPLES | $482.82 |
| STAPLES | $316.96 |
| **STAPLES TOTAL** | **$838.78** |
| | |
| WESSELLS ELECTRIC | $650.00 |
| **WESSELLS ELECTRIC TOTAL** | **$650.00** |
| | |
| *TRUCK PAYMENT | -$500.00 |

| | |
|---|---|
| **TOTAL EXPENSES PAID BY TSO** | **$10,245.36** |

| | |
|---|---|
| **TSO Management Fee - 10% of Rent Roll** | **$900.50** |

Labor Costs paid by TSO

| | |
|---|---|
| WORKER 1 | $1,256.25 |
| WORKER 2 | $1,332.50 |
| WORKER 3 | $1,629.78 |
| WORKER 4 | $1,437.00 |
| WORKER 5 | $1,230.50 |
| WORKER 6 | $1,304.83 |
| WORKER 7 | $711.50 |

3

| | |
|---|---:|
| WORKER 8 | $261.00 |
| WORKER 9 | $456.00 |
| **TOTAL LABOR PAID BY TSO** | **$9,619.36** |
| | |
| TOTAL OWED TO TSO | $20,765.22 |
| TOTAL PAID TO TSO | $9,255.00 |
| AMOUNT DUE TSO FOR JULY | **$11,510.22** |
| | |
| CARRYOVER FROM JUNE | $16,183.95 |
| **AMOUNT STILL DUE TO TSO** | **$27,694.17** |

\* CREDIT FOR TRUCK PAYMENT BILLED TO RECEIVER

Respectfully submitted, on this 7th day of August, 2020, to Receiver Richard Boydston of Konza Inc.

_____
Tristate Organization Inc.

4

KLOSTERMAN PROPERTIES - July 2020

## Summary of Maintenance & Repairs

### 638 Steiner
Has been resecured and is in process of renovation.

### 652 Steiner
Property has been secured again and trashed out, and is pending the addressing of City orders held over from Klosterman's management.

### 654 Steiner
Property has been re-secured and remains unrenovated.

### 628 Delhi
Repaired defective electrical switches, outlets and provided new fixtures. Addressed issues of uncapped, untapped electrical wires buried in the walls which caused the shorting of switches and outlets.
Consulted with a local plumber on the sewage issue and he relayed to us that it's a collapsed sewer line. We reported this to MSD on 7/31/2020 and as of today, we are still awaiting their dispatch of a camera truck.

### 636 Delhi
**Unit 2**
Installed electric stove supply line which was absent during Klosterman management period.

### 677 Delhi

### 700 Delhi
Electrician is pulling the permit for the Meeker test in previously smoke-damaged unit.

### 659 Sedam

**Unit A** Replaced the stove and repaired water damage in the hallway.

**Unit B** Addressed the electrical issue which was existent for over a year, which resulted in no power in half of the unit.

Tenant complained of water leaking into their home for over a year. The water was a result of Klosterman not properly grouting tile and caulking tubs. The issue has been addressed and the leaking water has stopped.

Additionally, we addressed water damage in the kitchen and we cut out and replaced the drywall. We still need to address finished.

**Unit C**

Renovations completed and awaiting inspection. Repaired the roof as the vent stack has come loose during recent rain and wind. Also had to repair and repaint the wall in the closet damaged by the leak.

*2 of 3 hot water heaters were venting carbon monoxide directly into the basement and subsequently, were venting into the apartments above. We have completed the work and all hot water tanks have been vented correctly and we plan to install carbon monoxide detectors in the basement. Although this work was completed in August, considering the urgency to ensure the safety of our tenants, we want to let the court know that it has been addressed.

---

All properties have been secured again and we continue to maintain the grass cutting.

Respectfully submitted, on this 7th day of August, 2020, to Receiver Richard Boydston of Konza Inc.

_____
Tristate Organization Inc.