

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

ENTERED
DEC 20 2022

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Wende C. Cross) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | MAGISTRATE'S ORDER ON MOTION |
| JOHN KLOSTERMAN, et al., | : | BY RECEIVER FOR APPROVAL OF |
| | : | FEES AND EXPENSES THROUGH |
| Defendants. | : | NOVEMBER 30, 2022 AND ORDER |
| | : | DIRECTING PAYMENT |

This case comes before the Court on the Motion by Receiver for Approval of Fees and Expense Through November 30, 2022 and Order Directing Payment filed December 5, 2022 by Konza, LLC as receiver appointed by order entered February 14, 2020 and the hearing on the Motion and the testimony admitted and argument made at said hearing and the pleadings and papers of record and docket sheets in the case. All capitalized terms in this Order not otherwise defined shall have the same meaning as given them in the Motion.

The Magistrate is of the opinion that the Motion is well taken and should be granted and therefore the Magistrate orders as follows:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Title Company shall pay the Receiver the sum of $499,717.76 out of the proceeds of the sale of the Properties pursuant to the PSA and the Magistrate's Order on Motion by Receiver to Approve Sale entered October 19, 2022; and it is further

ORDERED, that the Magistrate expressly determines pursuant to Civ.R 54(B) that there is no just reason for delay.

SO ORDERED.

_Magistrate Beridon for_ Magistrate Anita P. Berding

**EXHIBIT 11**

22559217.v1

submitted by,
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202-4028
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

## NOTICE

Copies of this Order have been mailed to the parties or their counsel. This order is effective immediately. Any party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date of this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.

CC::

Richard Boydston, Esq.
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum, LLP
312 Walnut Street #2450
Cincinnati, OH 45202

Kate Burroughs, Esq.
Erica Faaborg, Esq.
Counsel for Plaintiff
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

James Sayre, Esq.
Counsel for Defendants
  Hamilton County, Hamilton County Clerk
  of Courts and Hamilton County Auditor
  and Treasurer
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202

Christian D. Donovan, Esq.
Counsel for Defendant
  Warsaw Federal Savings and Loan
  Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County
  Child Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
  Department of Taxation and
  Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Kelley L. Allesee, Esq.
Counsel for The Port of Greater
  Cincinnati Development Authority
3 East Fourth Street., Ste. 300
Cincinnati, OH 45202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING ORDER HAS BEEN SENT BY ORDINARY MAIL TO ALL PARTIES OR THEIR ATTORNEYS AS PROVIDED ABOVE.

Date: _____     Deputy Clerk: _____

3

22559217.v1