COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

2022 DEC 28 A 10: 44

City of Cincinnati

vs

John Klosterman et al


D136995908

A 2205588 FILED
Case #A1095588
Judge Wende C. Cross
Magistrate Anita Berding

Objection Magistrates order to Distribute fraudulent sales funds to Receiver and Richard Boydston for unjust enrichment Injunction on all activities of title company. Re-sell properties

---

Now comes Defendant John Klosterman et.al to appeal Magistrate Anita Berdings order to distribute sales funds to Receiver and its manager over Defendants motion filed for hearing It's answer was extended by the Plaintiff ,The Cincinnati Port Authority to January 3, 2023.

Defendant states that the legal fees were a DRAFT (Exhibit A) submission for payment. A draft is defined as *:an initial version of a piece of a written document, which is checked, discussed, and verified before the final version is filed.*

The Defendant has asked this court to grant verification by filing said motion to this court for double billing by Richard Boydston for Konza llc. (Exhibit B)

The Defendant upon further review of the legal billings and investigation since that filing that alleged fraud was committed by Richard Boydston and City Departments.( Exhibit C)

Sales Document

1. <u>Listing</u> ...... A listing price will be assigned to each of the properties. The Sale will be publicized nationally for a minimum of 30 days. Defendant seeks proof

EXHIBIT
12

      by invoices that it was advertised nationally and that prices were listed on the sales document, as well as the 2 agreements hiring said Agent.

15. <u>Current Building Code Violations.</u> All pending Cincinnati Building Code Violations for each of the buildings, to the best of the Receiver's knowledge, are listed in the attached Building Code Violations List marked **Exhibit G**. Defendant found nothing in Exhibit G, when in fact dozens of code were received by mail from the Cincinnati Building department sent defendants home, and they over 100 violations within each violation. Legal billing records show dozens of meetings and multiple communications with inspectors.

    Defendant went to EzTrak data base, a Cincinnati Building Code web site were the public can gain crucial information on past permits or violations that were filed for any property in The City of Cincinnati. It documents the progress of such and the " closed" status if completed.

    Defendant was shocked, to find **all of the Defendants property's violation records were removed or scrubbed of the last 5-6 years.** Any person bidding on any property would come away after reviewing any properties record that " it was clean of current or vacant of past violations or permits." That is clearly a falsehood. Exhibit D

    Clearly Defendant would suggest the Class of 42 bidders would have a legal argument. The Sales document was sent to all with verified fraudulent information that was perpetrated by Richard Boydston and other unnamed individuals. Exhibit B,C

Given the new information found with the legal billing records being only a DRAFT and that Konza llc's s billings match almost exactly what Mr. Richard Boydston billed, In addition Konza over-billed what Mr. Boydston stated it was to charge per hour in sworn testimony by $100.00 or more.

    Defendant asks this court due to the proven fraud found, that the sale be overturned and that an

injunction be place on all activities of the title company. In addition, a new Receiver and Real Estate company conduct the sale for Defendant to pay the judgment to the City.

Respectfully Submitted

_____ Date 12/26/22
John Klosterman pro se

All parties have been sent this action via US mail.

exhibit A

| | | |
|---|---|---|
| Dentons Bingham Greenebaum LLP | Invoice No.: | ****** |
| | Invoice Date: | December 2, 2022 |
| Konza LLC | Page | 3 |
| 131170.000002 | | |

| | |
|---|---|
| Konza LLC | Account No.: 131170.000002 |
| 1835 Dexter Avenue | Invoice No.: ****** |
| Cincinnati, OH 45206 | Invoice Date: December 2, 2022 |

**KLOSTERMAN**

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2022:

# DRAFT

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/31/19 | RB | Emails Jaci Martin on property charts and amended judgment entry; email Robert Hines on PJR quotes for cost and timing | 0.60 | 210.00 |
| 02/01/19 | RB | Edit property chart; emails Jaci Martin | 0.40 | 140.00 |
| 02/04/19 | RB | Emails Robert Hines and Jaci Martin on judicial commitment versus preliminary judicial reports and time and expense estimates for 22-40 year tittles | 0.60 | 210.00 |
| 02/06/19 | RB | Phone conference Jaci Martin; organize folders for 22 properties | 0.50 | 175.00 |
| 02/07/19 | RB | Organize folders on 22 properties | 0.20 | 70.00 |
| 02/11/19 | RB | Phone conference Robert Hines; file creation | 0.30 | 105.00 |
| 02/18/19 | RB | Driveby of properties; augment property files | 2.00 | 700.00 |
| 02/19/19 | RB | Review City 713 Sedamsville development plan | 0.30 | 105.00 |
| 03/07/19 | RB | Emails Robert Hines on judicial commitment | 0.10 | 35.00 |
| 03/21/19 | RB | Emails Robert Hines on status of title searchers for supplemental complaint | 0.50 | 175.00 |
| 03/25/19 | RB | Emails on status Jaci Martin and Robert Hines; review Mr. Hines, draft judicial commitment | 0.20 | 70.00 |
| 03/26/19 | RB | Emails Robert Hines and phone conference Mr. Hines and Jaci Martin; review draft judicial commitment | 0.70 | 245.00 |
| 03/27/19 | RB | Prepare for and attend conference Robert Hines, Jaci Martin, Virginia Tallent | 2.00 | 700.00 |
| 03/28/19 | RB | Review Phase 2 charts; issue of naming unknown | 0.20 | 70.00 |

*exhibit B*

| | | | | |
|---|---|---|---|---|
| Dentons Bingham Greenebaum LLP | | | Invoice No.: | ****** |
| | | | Invoice Date: | December 2, 2022 |
| Konza LLC | | | Page | 45 |
| 131170.000002 | | | | |

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | current draft | | |
| 09/12/22 | RB | Prepare for and attend chapter 11 hearing; phone Joseph Lentine and Ryan Lett; emails Amy Higgins, Erica Faaborg | 3.50 | 1,225.00 |
| 09/13/22 | RB | Phone conference Joseph Lentine; email David Boe; phone conferences Central Insurance and Gallagher agency; emails Jennifer Donathan and Kelley Allesee | 0.30 | 105.00 |
| 09/14/22 | RB | Phone conferences Joseph Lentine, Kelley Allesee, Jennifer Donathan; emails Ms. Allesee, Ms. Donathan; edit motion to approve sale; meetings Mr. Lentine and Ms. Allesee; emails Michelle Johnson | 1.20 | 420.00 |
| 09/15/22 | RB | Phone conference and emails Quay Stallworth; phone Joseph Lentine; emails Anna Ausman, Jennifer Donathan and Prominent Title | 0.60 | 210.00 |
| 09/16/22 | RB | Phone conferences Joseph Lentine, Erica Faaborg; emails Monica Kindt, Moira Lyon, Ms. Faaborg | 0.50 | 175.00 |
| 09/19/22 | RB | Phone conferences Joseph Lentine, email Moira Lyon | 0.20 | 70.00 |
| 09/20/22 | RB | Emails Joseph Lentine, Matthew Strauss, Shannon Price, Nick DiNardo, Deanna White, Quay Stallworth and Jeff Harris; complete property chart; phone conferences and texts Joseph Lentine | 1.00 | 350.00 |
| 09/21/22 | RB | Phone conferences Joseph Lentine; review and update monthly reports; emails Douglas Logsdon, Nick DiNardo, Deanna White | 0.50 | 175.00 |
| 09/22/22 | RB | Phone conferences Joseph Lentine, Deanna White; emails Ms. White, Moira Lyon, Nick DiNardo | 0.50 | 175.00 |
| 09/23/22 | RB | Phone conferences Joseph Lentine, Erica Faaborg, Kate Burroughs and Shannon Price, Mark Gillespie, Deanna White; review and organize Mr. Gillespie photos, emails Ms. White, Kelley Allesee, Ms. Faaborg et al, Matthew Strauss | 0.70 | 245.00 |
| 09/24/22 | RB | Phone conferences Joseph Lentine | 0.10 | 35.00 |
| 09/25/22 | RB | Review City 652 Steiner code violation charts | 0.10 | 35.00 |
| 09/26/22 | RB | Phone conferences Joseph Lentine; emails Deanna White, Marty Arlinghaus, Kelley Allesee; texts Ayman Nabi and Rob Wells; arrange filing of sale motion | 0.70 | 245.00 |
| 09/27/22 | RB | Meeting Ayman Nabi; phone conferences Gary Teetor, Joseph Lentine, Rob Wells; emails Alexis Royse, Nick DiNardo, Shannon Price, Kelley Allesee, Jennifer Donathan; respond to Prominent closing questions | 0.80 | 280.00 |
| 09/28/22 | RB | Phone conferences Gary Teetor, Joseph Lentine; meeting Rob Wells; emails Shannon Price, Nick | 0.50 | 175.00 |



| date | description | time | amount |
|---|---|---|---|
|  | Klosterman show cause motion and edit response to UST motion to dismiss; photograph exteriors of buildings |  |  |
| 9/7/22 | phone conferences Erica Faaborg and Amy Higgins, Joseph Lentine; review chapter 11 filings; edit objection to show cause motion | .30 | 90.00 |
| 9/8/22 | emails Kelley Allesee, Jennifer Donathan, Steve Bushman, Amy Higgins, David Boe; review chapter 11 filings; phone conferences Joseph Lentine, Michael Galasso, Ryan Lett, Ohio Fair Plan | 1.20 | 360.00 |
| 9/12/22 | prepare for and attend chapter 11 hearing; phone Joseph Lentine and Ryan Lett; emails Amy Higgins, Erica Faaborg | 1.00 | 300.00 |
| 9/13/22 | phone conference Joseph Lentine; email David Boe; phone conferences Central Insurance and Gallagher agency; emails Jennifer Donathan and Kelley Allesee | .90 | 270.00 |
| 9/14/22 | phone conferences Joseph Lentine, Kelley Allesee, Jennifer Donathan; emails Ms. Allesee, Ms. Donathan; edit motion to approve sale; meetings Mr. Lentine and Ms. Allesee; emails Michelle Johnson | .80 | 240.00 |
| 9/15/22 | phone conference and emails Quay Stallworth; phone Joseph Lentine; emails Anna Ausman, Jennifer Donathan and Prominent Title | .60 | 180.00 |
| 9/16/22 | phone conferences Joseph Lentine, Erica Faaborg; emails Monica Kindt, Moira Lyon, Ms. Faaborg | .50 | 150.00 |
| 9/19/22 | phone conferences Joseph Lentine, email Moira Lyon | .40 | 120.00 |
| 9/20/22 | emails Joseph Lentine, Matthew Strauss, Shannon Price, Nick DiNardo, Deanna White, Quay Stallworth and Jeff Harris; complete property chart; phone conferences and texts Joseph Lentine | 1.00 | 300.00 |
| 9/21/22 | phone conferences Joseph Lentine; review and update monthly reports; emails Douglas Logsdon, Nick DiNardo, Deanna White | 1.50 | 450.00 |
| 9/22/22 | phone conferences Joseph Lentine, Deanna White; emails Ms. White, Moira Lyon, Nick DiNardo | 1.00 | 300.00 |
| 9/23/22 | phone conferences Joseph Lentine, Erica Faaborg, Kate Burroughs and Shannon Price, Mark Gillespie, Deanna White; review and organize Mr. Gillespie photos, emails Ms. White, Kelley Allesee, Ms. Faaborg et al, Matthew Strauss | 2.80 | 840.00 |
| 9/24/22 | phone conferences Joseph Lentine | .30 | 90.00 |
| 9/25/22 | review City 652 Steiner code violation charts | .50 | 150.00 |
| 9/26/22 | phone conferences Joseph Lentine; emails Deanna White, Marty Arlinghaus, Kelley Allesee; texts Ayman Nabi and Rob Wells; arrange filing of sale motion | 1.30 | 390.00 |

34

22514176.v1

Exhibit C
10/15/21
revision

## Offer to Purchase Property at Receiver's Sale of Klosterman Sedamsville Properties

1. I have read the Revised Terms of Receiver's Sale of Klosterman Sedamsville Properties and this offer is made pursuant to the terms stated therein.

2. My name and contact information are as follows:

   name _____

   phone _____

   email _____

   mailing address: _____

   _____

3. I offer to purchase the following for the price stated next to the address:

### Buildings

| item | address | parcel number(s) | list price | offer price |
|---|---|---|---|---|
| 1 | 628 Delhi | 152-0042-0058 | | |
| 2 | 632 Delhi | 153-0002-0062 | | |
| 3 | 636 Delhi | 153-0002-0064 | | |
| 4 | 671-673 Delhi | 153-0002-0094 | | |
| 5 | 679 Delhi | 153-0002-0092 | | |
| 6 | 700 Delhi | 153-0002-0037 | | |
| 7 | 701 Delhi | 153-0002-0091 | | |
| 8 | 705 Delhi | 153-0002-0089 | | |
| 9 | 793 Delhi | 153-0003-0048 | | |
| 10 | 794 Delhi | 152-0039-0150 | | |
| 11 | 685 Halsey | 155-0048-0001 | | |
| 12 | 649 Sedam | 153-0002-0140 | | |
| 13 | 659 Sedam | 153-0002-0145 | | |
| 14 | 637 Steiner | 152-0042-0059 152-0042-0061 152-0042-0063 | | |
| 15 | 639 Steiner | 152-0042-0055 152-0042-0057 | | |
| 16 | 649 Steiner | 153-0002-0057 | | |
| 17 | 652 Steiner | 153-0002-0014 153-0002-0198 | | |
| 18 | 654 Steiner | 153-0002-0013 153-0002-0199 | | |

EXHIBIT E

10

21618285.v2

Exhibit C

10/15/21
revision

## Grouped Vacant Lots

| Group # | vacant lot /full list # | tract # | address | parcel #(s) | description | list p |
|---|---|---|---|---|---|---|
| 1 | 3 | 32 | 728 Delhi | 153-0003-0040 | | |
|  | 4 | 31 | 730 Delhi | 153-0003-0038 | contiguous to north line of 728 | |
|  | 5 | 30 | 732 Delhi | 153-0003-0036 | contiguous to north line of 730 | |
| 2 | 6 | 38 | 733 Delhi | 153-0003-0073 | contiguous to south line of 735 | |
|  | 7 | 37 | 735 Delhi | 153-0003-0072 | next south of 5 door garage on Sedam | |
|  | 8 | 36 | 737 Delhi | 153-0003-0070 | contiguous to line of 735; north half of 5 door garage on Sedam | |
|  |  | 33 |  | 153-0003-0071 | south half of 5 door garage on Sedam | |
| 3 | 11 | 46 | 755 Delhi | 153-0003-0062 | | |
|  | 13 | 45 | 757 Delhi | 153-0003-0061 | contiguous to north line of 755 | |
|  | 14 | 43 | 759 Delhi | 153-0003-0060 | contiguous to north line of 757 | |
| 4 | 12 | 29 | 756 Delhi | 153-0003-0008 | | |
|  | 15 | 28 | 762 Delhi | 153-0003-0006 | contiguous to north line of 756 | |
|  | 16 | 27 | 764 Delhi | 153-0003-0004 | contiguous to north line of 762 | |
| 5 | 18 | 53 | 769 Delhi | 153-0003-0056 | contiguous to north line of 761 – 0058 | |
|  | 19 | 35 | 773 Delhi | 153-0003-0055 | contiguous to north line of 769 | |
| 6 | 22 | 56 | 679 Fernland | 153-0002-0154 | at southeast side of curve Halsey & Fernland | |
|  | 23 | 57 | 677 Halsey | 153-0002-0155 | at southeast side of curve Halsey & Fernland | |
| 7 | 26 | 48 | 624 Steiner | 152-0042-0032 | contiguous to west line of 624 Steiner –0166 | |
|  | 27 | 50 | 624 Steiner | 152-0042-0166 | contiguous to west line of 924 Striker –0031 | |
|  | 32 | 49 | 924 Striker | 152-0042-0031 | contiguous to east line of 624 Steiner –0166 | |
|  | 28 | 41 | 626 Steiner | 152-0042-0168 | contiguous to east line of 626 Steiner –0034 | |
|  | 29 | 55 | 626 Steiner | 152-0042-0034 | contiguous to west line of 626 Steiner –0168 | |

EXHIBIT C

21618785.v2

8

Exhibit C

10/8/21 revision

## Building Code Violation List

| list # | address | violation number | description |
|--------|---------|------------------|-------------|
| 1.     |         |                  |             |
| 2.     |         |                  |             |
| 3.     |         |                  |             |
| 4.     |         |                  |             |
| 5.     |         |                  |             |
| 6.     |         |                  |             |
| 7.     |         |                  |             |

EXHIBIT G

21618285.v2

*exhibit C*

## EXHIBIT A

revised
10/25/21

### Further Revised
### Terms of
### Receiver's Sale of
### Klosterman Sedamsville Properties

The following are the terms for the sale of the properties under the control of Konza, LLC (the "Receiver") as the Receiver appointed by the Hamilton County Court of Common Pleas (the "Court") in Case Number A1905588, styled *City of Cincinnati, plaintiff v. John C. Klosterman, et al, defendants* (the "Case"). The properties are all located in the Sedamsville neighborhood of Cincinnati and consist of 23 buildings (collectively, the "Buildings") and 33 vacant lots (collectively, the "Vacant Lots") (the Buildings and the Vacant Lots, collectively, the "Properties" and individually, a "Property"). The addresses and parcel numbers of the Properties and current monthly rents (if any) are included in the Property List attached marked Exhibit A. Legal descriptions of the properties are included in the motion filed March 29, 2021 by Plaintiff City of Cincinnati (the "City") in the Case and in the supporting affidavits filed in the Case by the City that date and on June 3, 2021.

1. Listing. The Receiver will offer the Properties for sale through Jennifer Donathan of Keller Williams Advisors as the Receiver's listing realtor (the "Listing Realtor"). A listing price will be assigned to each of the Properties. The sale will be publicized nationally for a minimum of 30 days.

2. Offers. Offers to purchase will be received for 30 days (the "Offer Period"). Offers to purchase must be submitted by email to the Listing Realtor and to the Receiver and will not be disclosed by either of them prior to the close of the Offer Period to anyone other than (1) the City, (2) John Klosterman, and (3) if ordered by the Court, in camera to the Court and any person specified by the Court in a separate order.

3. Cash Sale. All sales will be cash except as may be otherwise agreed by the Receiver and the City.

4. Closing. Closing will be within fifteen (15) days after entry of an order by the Court approving the sale.

5. Right of First Refusal. In the event there is no acceptable offer on any specific one of the Properties, then the Receiver may sell a right of first refusal on each of those specific Properties.

6. Sales of Buildings and Vacant Separately and in Combination. Certain of the buildings will be offered only with and including adjacent vacant lots (collectively "Buildings with Vacant Lot(s)") and certain of the other vacant lots will be offered only with one or more other vacant lots (collectively "Grouped Vacant Lots"). Lists of the Buildings with Vacant Lot(s) and the Grouped Vacant Lots are attached marked, respectively, Exhibit B and Exhibit C. In addition, a list of vacant lots to be offered for sale separate from any building or any other vacant lot is attached marked Exhibit D (collectively, "Single Vacant Lots").

21618285.v2

10/15/21
revision

the Properties will then have five calendar days after such notification is sent to make an additional offer.

13. <u>Sale of Lots</u>. In the event no offer is accepted by the Receiver on any set of Grouped Vacant Lots or on any Single Vacant Lot, then the Grouped Vacant Lots and the Single Vacant Lots without an accepted offer will be sold to the winning offeror of the building set forth in the list marked Exhibit F (collectively, the "Added Lots") or as the Receiver may otherwise specify after the end of the Offer Period. The sale of the Added Lots shall be a requirement for the sale of the building to the winning offeror on the Building.

14. <u>Back Up Offers</u>. In the event that the sale of any of the Properties with an offer accepted by the Receiver does not close by the deadline stated above, then the Receiver may declare that acceptance of the offer is rescinded and thereupon the offeror shall have no right to purchase the Property and the Receiver may accept another offer previously made and the offeror of that other previous offer will be obliged to purchase the Property.

15. <u>Current Building Code Violations</u>. All pending Cincinnati Building Code violations for each of the buildings, to the best of the Receiver's knowledge, are listed in the attached Building Code Violation List marked Exhibit G.

16. <u>City Approval of Purchasers</u>. All purchasers of all of the Properties must be approved by the City and that approval is primarily conditioned on the absence of any violation of the Cincinnati Building Code, either open or closed, on property owned or managed by the prospective purchaser or any person or entity in which the prospective purchaser has, or had, any interest, direct or indirect.

17. <u>Purchase Contracts</u>. Purchase contracts for all accepted offers will be prepared by the Receiver.

18. <u>Title Work</u>. All title work in connection with the closing on all sales of all of the Properties will be performed by one title agent chosen by the Receiver and approved by the City.

19. <u>Receiver Goals</u>. The Receiver seeks to recover the highest possible price for all of the Properties and to sell all of the Properties as soon as possible. The Receiver will select the winning offer based on those two goals.

20. <u>Sale Free and Clear/Disbursement of Proceeds</u>. All sales of all of the Properties will be free and clear of all claims, liens, mortgages and encumbrances of any kind or nature which could be removed by payment of money. Sale proceeds will be aggregated and paid pursuant to subsequent order of the Court, first for the costs of sale and closing including a reasonable commission to the Listing Realtor, second to the Treasurer of Hamilton County, Ohio (the "Treasurer") for unpaid real estate taxes and assessments on all of the Properties sold, third to Warsaw Federal Savings and Loan Association ("Warsaw Federal") on its mortgage claims on the Properties sold, fourth to the Receiver for fees and expenses approved by the Court, fifth to the City toward its judgment lien and for fees, fines and other amounts due by defendants to the City, and last the remaining balance to John Klosterman. The foregoing notwithstanding, in the event of the sale of any of the Properties subject to a mortgage to Warsaw Federal, to the extent the sale price is for, and only for, a specific one of the mortgaged Properties (and not including

3

21618285.v2

# CINCINNATI — GEOGRAPHIC INFORMATION SYSTEMS

- ezTrak Home
- Review Records
- Contractors »
- Pay Online »
- ezLinks »
- Apply-Permits »
- Sign In
- ezTrak Registration

## ezTrak Search Results- Records List

### View Permits, Projects and Other Records

The following records matched your request for the location at

● 794 Delhi av, Cincinnati ●

Please select a record from the following table to view more information. Selecting the Project/Case# Number from a row in the table will link you to detailed Information.

Note: The table below lists records from Friday, January 01, 1999 only.

| Number | Type | Sub Type | Status | Applied On | Jurisdiction |
|---|---|---|---|---|---|
| JV06001507 | Junk Veh Private Property-HLTH | JUNK VEH ON PRIVATE PROP | CLOS-NO | 12/13/2006 | CINC |

Copyright © 1999-2022 Cagis. All rights reserved. Terms of Service | Privacy Policy

The following records matched your request for the location at

● 636 Delhi av, Cincinnati ●

Please select a record from the following table to view more information. Selecting the Project/Case# Number from a row in the table will link you to detailed Information.

Note: The table below lists records from Friday, January 01, 1999 only.

| Number | Type | Sub Type | Status | Applied On | Jurisdic |
|---|---|---|---|---|---|
| 2017P09614 | 2022 Building Combo | Alter Residential | APP_EXP | 10/30/2017 | CINC |
| CIC1501711 | Inspection Bureau | R Added Wiring | FINAL | 5/5/2015 | CINC |
| 2015P01338 | 2022 Building Combo | Repair Residential | EXPIRED | 2/13/2015 | CINC |
| 2015P00238 | 2022 Plumbing Permit WEB | New Residential Fixtures | CLOSED | | |

● 701 Delhi av, Cincinnati ●

Please select a record from the following table to view more information. Selecting the Project/Case# Number from a row in the table will link you to detailed Information.

Note: The table below lists records from Friday, January 01, 1999 only.

| Number | Type | Sub Type | Status | Applied On | Jurisdiction |
|---|---|---|---|---|---|
| CBG1700008 | COMMERCL Code Enforce-GBIBCI | Permit Violation-NEW CONST | CLOSED | 1/9/2017 | CINC |

Copyright © 1999-2022 Cagis. All rights reserved. Terms of Service | Privacy Policy