

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CIVIL DIVISION

ENTERED
JAN 18 2023

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A 1905588 |
| *Plaintiff,* | : | |
| v. | : | JUDGE WENDE C. CROSS |
| JOHN KLOSTERMAN, et al. | : | |
| *Defendants.* | : | ENTRY DENYING DEFENDANT'S KLOSTERMAN'S MOTION TO SET ASIDE MAGISTRATE'S ORDER |

This matter is before the Court upon Defendant John Klosterman's Objection to the Magistrate's Order on Motion by Receiver for Approval of Fees and Expenses through November 30, 2022 and Order Directing Payment[1], filed on December 28, 2022. This Court has construed this motion as a Motion to Set Aside the Magistrate's Order pursuant to Ohio Civ. R. 53(D)(2).

The Court having considered the Magistrate's Decision, Defendant's objections, the response to the objections, and other related filings hereby DENIES said motion.

IT IS SO ORDERED.

Date: 1/17/2023

JUDGE WENDE C. CROSS

---

[1] Filed on December 20, 2022.

EXHIBIT 13