# IN THE COURT OF COMMON PLEAS
# HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **CITY OF CINCINNATI,** | : | **Case No. A1905588** |
| Plaintiff, | : | **Judge Wende C. Cross** |
| vs. | : | |
| **JOHN KLOSTERMAN,** | : | **MAGISTRATE'S ORDER** |
| Defendant, et al. | : | |

FILED 2024 MAR 21 A 8:06 CLERK OF COURTS HAMILTON COUNTY, OH COMMON PLEAS

D141040550

Before the Court is Defendant John Klosterman's motion to compel receiver to produce records and executive summary, filed August 21, 2023. The Court finds that the motion is not well taken. The Receiver filed a motion to terminate the Receivership, on September 9, 2023. The Receiver's motion contains a memorandum with a summary of amounts paid to third parties, the Receiver's fees, and a complete accounting of legal fees, from December 1, 2022, through August 31, 2023. The Receiver has fulfilled its obligation to provide documentation to the Court. Therefore, Mr. Klosterman's motion is denied.

IT IS SO ORDERED.

**ANITA BERDING**
**CHIEF MAGISTRATE**
**COURT OF COMMON PLEAS**

**EXHIBIT 15**

## NOTICE

Copies of this Order have been mailed to the parties or their counsel. This Order is effective immediately. Either party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.

CC:
Amy L. Higgins, Esq.
Kelley L. Allesee, Esq.
3 East Fourth Street, Suite 300
Cincinnati, OH 45202

Richard Boydston
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728

JOHN KLOSTERMAN
5615 Sidney Road
Cincinnati, Ohio 45238

SUSAN S. KLOSTERMAN
5615 Sidney Road
Cincinnati, Ohio 45238

Matthew J. Horwitz, Esq.
United States Attorney's Office
221 E. 4th St., Suite 400
Cincinnati, OH 45202

Amy K. Kaufman, Esq.
150 East Gay Street
Columbus, OH 43215-3130

Christian D. Donovan, Esq.
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Teresa Perkins
CSEA
222 East Central Parkway, 6NW711
Cincinnati, OH 45202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING ORDER HAVE BEEN SENT BY ORDINARY MAIL TO ALL PARTIES OR THEIR ATTORNEYS AS PROVIDED ABOVE.

Date: 3/21  Deputy Clerk: _____