COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Wende C. Cross) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | |
| | : | MOTION BY RECEIVER TO APPROVE |
| JOHN KLOSTERMAN, et al., | : | SALE OF PROPERTIES BY |
| | : | <u>PUBLIC AUCTION</u> |
| Defendants. | : | |

Comes now Konza, LLC as the receiver for the properties subject to this judgment lien foreclosure action (collectively, the "Properties") by order entered February 14, 2020 (the "Receivership Order") and moves the Court for entry of an order approving the sale of all the Properties by auction according to substantially the same terms as set forth in the document attached titled Receiver's Auction Terms for Klosterman Sedamsville Properties (the "Auction Term Sheet").

The Receivership Order expressly states in paragraph 17 that the Receiver may sell any of the Properties upon approval by the Court. The Auction Terms Sheet contains terms for an auction conducted by the Receiver and Jennifer Donathan of Keller Williams Advisors as the Receiver's listing realtor. The auction will be publicized for 30 days and bidding will be online and open for 30 days. The Auction Term Sheet establishes a reasonable and expeditious procedure for selling the Properties.

Wherefore the Receiver respectfully prays the Court enter an order approving the sale of the Properties pursuant to the Auction Term Sheet.

**EXHIBIT 16**

21618800.v1

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202-4028
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

CERTIFICATE OF SERVICE

I certify that copies of the foregoing and the attached served on each of the following by email on July 13, 2021.

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
  City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
jacklyn.martin@cincinnati-oh.gov
tina.woods@cincinnati-oh.gov

Christian D. Donovan, Esq.
Counsel for Defendant
  Warsaw Federal Savings and Loan
  Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238
johnklosterman@gmail.com

James S. Sayer, Esq.
Counsel for Defendants
  Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
james.sayer@hcpros.org

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
  Department of Taxation and
  Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
  Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

/s/ Richard Boydston

2

7/13/21 revision

## Receiver's Auction Terms for Klosterman Sedamsville Properties

The following are the terms and conditions of an auction of the properties under the control of Konza, LLC as the Receiver appointed by the Hamilton County Court of Common Pleas in Case Number A1905588, styled *City of Cincinnati v. John C. Klosterman, et al* (the "Receiver"). The properties are all located in the Sedamsville neighborhood of Cincinnati and consist of 23 buildings and 39 vacant lots (collectively, the "Property"). The addresses and parcel numbers of the properties and general descriptions and current monthly rents (if any) are included in the attached Property List attached marked Exhibit A. Legal descriptions of the properties are included in the motion filed March 29, 2021 in the foregoing case by Plaintiff City of Cincinnati (the "City") and the supporting affidavits filed by it that date and on June 3, 2021.

1. The Receiver will offer all the properties for sale through Jennifer Donathan of Keller Williams Advisors as the Receiver's listing realtor (the "Listing Realtor").

2. A listing price will be assigned to each of the Properties.

3. The auction will be publicized nationally for a minimum of 30 days.

4. Bids must be submitted by email to the Listing Realtor and to the Receiver and will not be disclosed by either of them prior to the close of bidding to anyone other than (1) the City of Cincinnati, (2) John Klosterman, and (3) if ordered by the Court, in camera to the Court and any person specified by the Court in a separate order.

5. Bidding will be open for 30 days (the "Bidding Period").

6. All sales will be cash except as may be otherwise agreed by the Receiver and the City.

7. Closing will be within fifteen (15) days after approval of the sale by the Court.

8. In the event there is no acceptable bid on any specific Property, then the Receiver may sell a right of first refusal on that Property.

9. Certain of the buildings will be offered only with and including adjacent vacant lots (the "Buildings with Vacant Lot(s)") and certain of the other vacant lots will be offered only with one or more other vacant lots (the "Grouped Vacant Lots"). Lists of the Buildings with Vacant Lot(s) and the Grouped Vacant Lots are attached respectively marked Exhibit B and C. In addition, a list of vacant lots to be offered for sale separate from any building or any other vacant lot is attached marked Exhibit D ("Single Vacant Lots").

10. The church at 637 Steiner and the rectory at 639 Steiner will be sold together and subject to the following conditions:

    a. the purchaser must remove all Cincinnati Building Code violations on the church within two years of closing. The two year deadline shall be extended for events beyond the purchaser's control, such as delays caused by force majeure events or delays caused by the City of Cincinnati.

    b. the purchaser must escrow $50,000 to secure the performance of the purchaser's obligation to remove all Cincinnati Building Code violations on

1

  the church. Such escrow may be drawn upon by purchaser by submitting invoices to the escrow agent for labor and materials for the church and/or the rectory. The escrow agent will be agreed upon by the Receiver and the purchaser and if there is no agreement then the escrow agent will be designated by the City of Cincinnati. The escrow fee will be paid 75% by the Receiver and 25% by the purchaser.

  c. In the event the purchaser fails to remove all Cincinnati Building Code violations within two years (or as extended as provided above), then the title to the church and rectory shall revert to an entity formed to hold title to the Properties pending liquidation and the purchaser shall have a lien on the church and the rectory in an amount equal to the funds expended by the purchaser to remove the violations.

  11. All of the Properties will be offered for sale as set forth above and also in bulk, first including the church and rectory and, second, also in bulk but excluding the church and the rectory.

  12. Unoccupied building will be available for inspection at specified times and on three days during the bidding period and announced prior to commencement of the 30 day bidding period.

  13. At the conclusion of the bidding period all bidders will be notified of the highest bid for each Property on which they bid. All bidders on each Property will have five calendar days after such notification is sent to rebid on any Property on which the bidder made a bid during the initial 30 day bidding period.

  14. In the event no winning bid is received on any set of Grouped Vacant Lots or on any Single Vacant Lot, then the Grouped Vacant Lots and the Single Vacant Lots without a winning bid will be sold to the winning bidder of the building set forth in the list marked Exhibit E (collectively, the "Added Lots") or as the Receiver may otherwise specify in the final bidding instructions published prior to the Bidding Period. The sale of the Added Lots shall be a requirement for the sale of the building to the winning bid on the building.

  15. All Cincinnati Building Code violations for each of the buildings, to the best of the Receiver's knowledge, are listed in the attached Building Code Violation List marked Exhibit F.

  16. All purchasers of all of the Properties must be acceptable to the City and that acceptance is primarily conditioned on the absence of any violation of the Cincinnati Building Code, either open or closed, on property owned or managed by the purchaser or a person or entity in which the purchaser has any interest, directly or indirectly.

  17. Deeds to the following buildings will be held by the Receiver after closing until proof acceptable to the Receiver is delivered to the Receiver that there is no existing Cincinnati Building Code violation on the building:

  a. 628 Delhi
  b. 632 Delhi
  c. 636 Delhi

7/13/21 revision

    d. 667 Delhi
    e. 671-673 Delhi
    f. 679 Delhi
    g. 700 Delhi
    h. 701 Delhi
    i. 705 Delhi
    j. 742 Delhi
    k. 753 Delhi
    l. 794 Delhi
    m. 649 Sedam
    n. 659 Sedam
    o. 638 Steiner
    p. 649 Steiner
    q. 652 Steiner
    r. 654 Steiner

In the event no such proof is received by the Receiver within 90 days of the closing (or such other later date specifically agreed to in writing by the City), then title to the building shall revert to the Receiver (or to an entity formed to hold title to the Properties pending liquidation), the Receiver shall refund to the purchaser 50% of the purchase price paid to the Receiver and the sale will be voided and the purchaser shall have no further right, title or interest in the buildings and may not bid, either directly or indirectly, for the building in any subsequent sale by the Receiver.

      18. The Receiver seeks to recover the highest possible price for all of the Property and to sell all of the Property in the auction. The Receiver will select the winning bids based on those two goals.

      19. All sales of all of the Properties will be free and clear of all claims, liens, mortgages and encumbrances which could be removed by payment of money of any kind or nature. Sale proceeds will be aggregated and paid first to the costs of sale and closing including a reasonable commission to the Listing Realtor, next to the Treasurer of Hamilton County, Ohio for unpaid real estate taxes and assessments on all properties, next to Warsaw Federal Savings and Loan Association on its mortgage claims, next to the Receiver for fees and expenses approved by the Court, next to the City of Cincinnati toward its judgment lien and for fees, fines and other amounts due by defendants to the City of Cincinnati, then the balance to John Klosterman.

      20. The sale of the properties is made without representation or warranty of any kind or nature other than expressly set forth in this term sheet and the auction notice and instructions.

      21. The Receiver has to right to amend these auction terms (a) to correct errors and, subject to the agreement of the City, and (b) based upon any objection to the Receiver's motion to approve these auction terms and/or comments made by prospective bidders which, in the judgment of the Receiver, would likely increase the prospect of more bidders and/or higher bids.

7/13/21 revision

## Property List

### Buildings

| this list number | tract # | building street address | building parcel number(s) | current monthly rent |
|---|---|---|---|---|
| 1 | 58 | 628 Delhi | 152-0042-0058 | |
| 2 | 11 | 632 Delhi | 153-0002-0062 | |
| 3 | 19 | 636 Delhi | 153-0002-0064 | |
| 4 | 14A | 667 Delhi | 153-0002-0185 | |
| 5 | 1 | 671-673 Delhi | 153-0002-0094 | |
| 6 | 2 | 679 Delhi | 153-0002-0092 | |
| 7 | 20 | 700 Delhi | 153-0002-0037 | |
| 8 | 12 | 701 Delhi | 153-0002-0091 | |
| 9 | 15 | 703 Delhi | 153-0002-0090 | |
| 10 | 17 | 705 Delhi | 153-0002-0089 | |
| 11 | 4 | 742 Delhi | 153-0003-0027 | |
| 12 | 6 | 753 Delhi | 153-0003-0063 | |
| 13 | 5 | 793 Delhi | 153-0003-0048 | |
| 14 | 3 | 794 Delhi | 152-0039-0150 | |
| 15 | 21 | 685 Halsey | 155-0048-0001 | |
| 16 | 16 | 649 Sedam | 153-0002-0140 | |
| 17 | 13 | 659 Sedam | 153-0002-0145 | |
| 18 | 42 | 637 Steiner | 152-0042-0059<br>152-0042-0061<br>152-0042-0063 | |
| 19 | 10A | 638 Steiner | 152-0042-0044 | |
| 20 | 9A+9B | 639 Steiner | 152-0042-0055<br>152-0042-0057 | |
| 21 | 59 | 649 Steiner | 153-0002-0057 | |
| 22 | 7A+7B | 652 Steiner | 153-0002-0014<br>153-0002-0198 | |
| 23 | 18A+18B | 654 Steiner | 153-0002-0013<br>153-0002-0199 | |
| | | | total | |

EXHIBIT A

4

7/13/21 revision

Property List

Vacant Lots

| this list # | tract # | address | parcel #(s) |
|---|---|---|---|
| 1 | 40 | 709 Delhi | 153-0002-0086 |
| 2 | 39 | 714 Delhi | 153-0002-0082 |
| 3 | 32 | 728 Delhi | 153-0003-0040 |
| 4 | 31 | 730 Delhi | 153-0003-0038 |
| 5 | 30 | 732 Delhi | 153-0003-0036 |
| 6 | 38 | 733 Delhi | 153-0003-0073 |
| 7 | 37 | 735 Delhi | 153-0003-0072 |
| 8 | 36 | 737 Delhi | 153-0003-0070 |
| 9 | 46 | 755 Delhi | 153-0003-0062 |
| 10 | 29 | 756 Delhi | 153-0003-0008 |
| 11 | 45 | 757 Delhi | 153-0003-0061 |
| 12 | 43 | 759 Delhi | 153-0003-0060 |
| 13 | 28 | 762 Delhi | 153-0003-0006 |
| 14 | 27 | 764 Delhi | 153-0003-0004 |
| 15 | 26 | 767 Delhi | 153-0003-0058 |
| 16 | 53 | 769 Delhi | 153-0003-0056 |
| 17 | 35 | 773 Delhi | 153-0003-0055 |
| 18 | 34 | 787 Delhi | 153-0003-0052 |
| 19 | 33 | 789 Delhi | 153-0003-0050 |
| 20 | 56 | 679 Fernland | 153-0002-0154 |
| 21 | 57 | 677 Halsey | 153-0002-0155 |
| 22 | 14B | 646 Sedam | 153-0002-0182 |
| 23 | 24 | 739 Sedam | 153-0003-0089 |
| 24 | 48 | 624 Steiner | 152-0042-0032 |
| 25 | 50 | 624 Steiner | 152-0042-0166 |
| 26 | 41 | 626 Steiner | 152-0042-0168 |
| 27 | 55 | 626 Steiner | 152-0042-0034 |
| 28 | 10D | 640 Steiner | 152-0042-0172 |
| 29 | 44 | 712 Steiner | 152-0038-0011 |
| 30 | 26 | 767 Steiner | 153-0003-0003 |
| 31 | 49 | 924 Striker | 152-0042-0031 |
| 32 | 10B | 938 Striker | 152-0042-0043 |
| 33 | 10C | 940 Striker | 152-0042-0045 |

EXHIBIT A

5

7/13/21 revision

## Buildings with Vacant Lots

| this list number | tract # | building street address | building parcel number(s) | contiguous vacant lot(s) tract #(s) address(es) | contiguous vacant lot(s) parcel number(s) | list price |
|---|---|---|---|---|---|---|
| 1 | 58 | 628 Delhi | 152-0042-0058 | | | |
| 2 | 11 | 632 Delhi | 153-0002-0062 | | | |
| 3 | 19 | 636 Delhi | 153-0002-0064 | | | |
| 4 | 14A | 667 Delhi | 153-0002-0185 | 14B/646 Sedam | 153-0002-0182 | |
| 5 | 1 | 671-673 Delhi | 153-0002-0094 | | | |
| 6 | 2 | 679 Delhi | 153-0002-0092 | | | |
| 7 | 20 | 700 Delhi | 153-0002-0037 | | | |
| 8 | 12 | 701 Delhi | 153-0002-0091 | | | |
| 9 | 15 | 703 Delhi | 153-0002-0090 | 52/702 Sedam | 153-0002-0196 | |
| 10 | 17 | 705 Delhi | 153-0002-0089 | | | |
| 11 | 4 | 742 Delhi | 153-0003-0027 | 23/740 Delhi | 153-0003-0028 | |
| 12 | 6 | 753 Delhi | 153-0003-0063 | 47/751 Delhi | 153-0003-0064 | |
| 13 | 5 | 793 Delhi | 153-0003-0048 | | | |
| 14 | 3 | 794 Delhi | 152-0039-0150 | | | |
| 15 | 21 | 685 Halsey | 155-0048-0001 | | | |
| 16 | 16 | 649 Sedam | 153-0002-0140 | | | |
| 17 | 13 | 659 Sedam | 153-0002-0145 | | | |
| 18 | 42 | 637 Steiner | 152-0042-0059<br>152-0042-0061<br>152-0042-0063 | 51/621 Steiner<br>52/619 Steiner | 152-0042-0067<br>152-0042-0069 | |
| 19 | 10A | 638 Steiner | 152-0042-0044 | 10B/938 Striker<br>10C/940 Striker<br>10D/640 Steiner | 152-0042-0043<br>152-0042-0045<br>152-0042-0172 | |
| 20 | 9A+9B | 639 Steiner | 152-0042-0055<br>152-0042-0057 | | | |
| 21 | 59 | 649 Steiner | 153-0002-0057 | | | |
| 22 | 7A+7B | 652 Steiner | 153-0002-0014<br>153-0002-0198 | | | |
| 23 | 18A+18B | 654 Steiner | 153-0002-0013<br>153-0002-0199 | | | |

EXHIBIT B

6

7/13/21 revision

## Grouped Vacant Lots

| Group # | vacant lot full list # | tract # | address | parcel #(s) | description | list price |
|---|---|---|---|---|---|---|
| 1 | 3 | 32 | 728 Delhi | 153-0003-0040 | | |
| | 4 | 31 | 730 Delhi | 153-0003-0038 | contiguous to north line of 728 | |
| | 5 | 30 | 732 Delhi | 153-0003-0036 | contiguous to north line of 730 | |
| 2 | 6 | 38 | 733 Delhi | 153-0003-0073 | contiguous to south line of 735 | |
| | 7 | 37 | 735 Delhi | 153-0003-0072 | next south of 5 door garage on Sedam | |
| | 8 | 36 | 737 Delhi | 153-0003-0070 | contiguous to line of 735; north half of 5 door garage on Sedam | |
| | | | | 153-0003-0071 | south half of 5 door garage on Sedam | |
| 3 | 11 | 46 | 755 Delhi | 153-0003-0062 | | |
| | 13 | 45 | 757 Delhi | 153-0003-0061 | contiguous to north line of 755 | |
| | 14 | 43 | 759 Delhi | 153-0003-0060 | contiguous to north line of 757 | |
| 4 | 12 | 29 | 756 Delhi | 153-0003-0008 | | |
| | 15 | 28 | 762 Delhi | 153-0003-0006 | contiguous to north line of 756 | |
| | 16 | 27 | 764 Delhi | 153-0003-0004 | contiguous to north line of 762 | |
| 5 | 18 | 53 | 769 Delhi | 153-0003-0056 | contiguous to north line of 761 – 0058 | |
| | 19 | 35 | 773 Delhi | 153-0003-0055 | contiguous to north line of 769 | |
| 6 | 22 | 56 | 679 Fernland | 153-0002-0154 | at southeast side of curve Halsey & Fernland | |
| | 23 | 57 | 677 Halsey | 153-0002-0155 | at southeast side of curve Halsey & Fernland | |
| 7 | 26 | 48 | 624 Steiner | 152-0042-0032 | contiguous to west line of 624 Steiner – 0166 | |
| | 27 | 50 | 624 Steiner | 152-0042-0166 | contiguous to west line of 924 Striker – 0031 | |
| | 32 | 49 | 924 Striker | 152-0042-0031 | contiguous to east line of 624 Steiner – 0166 | |
| | 28 | 41 | 626 Steiner | 152-0042-0168 | contiguous to east line of 626 Steiner – 0034 | |
| | 29 | 55 | 626 Steiner | 152-0042-0034 | contiguous to west line of 626 Steiner – 0168 | |

EXHIBIT C

7

7/13/21 revision

## Single Vacant Lots

| this list # | vacant lot full list # | tract # | address | parcel #(s) | description | list price |
|---|---|---|---|---|---|---|
| 1 | 1 | 40 | 709 Delhi | 153-0002-0086 | contiguous to north line of 707 Delhi all way to Sedam | |
| 2 | 2 | 39 | 714 Delhi | 153-0002-0082 | contiguous to south line of building at 716 Delhi - 0083 | |
| 3 | 15 | 26 | 767 Delhi | 153-0003-0058 | contiguous to north line of 761 Delhi – 0059 | |
| 4 | 18 | 34 | 787 Delhi | 153-0003-0052 | south of building at 787 Delhi | |
| 5 | 19 | 33 | 789 Delhi | 153-0003-0050 | north of building at 787 Delhi | |
| 6 | 22 | 24 | 739 Sedam | 153-0003-0089 | contiguous to north line of 737 Sedam | |
| 7 | 27 | 44 | 712 Steiner | 152-0038-0011 | east side south of 13 houses | |
| 8 | 28 | 26 | 767 Steiner | 153-0003-0003 | west side north of 13 houses across street | |

EXHIBIT D

8

7/13/21  
revision

## Added Lots

| vacant lot addresses | parcel number | building address | parcel number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



EXHIBIT E

9

7/13/21
revision

## Building Code Violation List

| list # | address | violation number | description |
|--------|---------|------------------|-------------|
| 1.     |         |                  |             |
| 2.     |         |                  |             |
| 3.     |         |                  |             |
| 4.     |         |                  |             |
| 5.     |         |                  |             |
| 6.     |         |                  |             |
| 7.     |         |                  |             |



EXHIBIT F

10