COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CITY OF CINCINNATI,  :  Case No. A1905588
  :  Judge Wende C. Cross
 Plaintiff,  :  Magistrate Anita P. Berding
  :
v.  :
  :  MAGISTRATE'S DECISION GRANTING
JOHN KLOSTERMAN, et al.,  :  RECEIVER'S MOTION FOR SALE
  :
 Defendants.  :

This case comes before the Court on the Motion by Receiver to Approve Sale of

Properties by Public Auction (the "Sale Motion") filed and served July 13, 2021 by Konza, LLC

(the "Receiver") as the receiver appointed pursuant to the Order Appointing Receiver entered

February 14, 2020 (the "Receiver Order") and the Receiver's Notice of Revised Sale Terms filed

and served October 8, 2021 by the Receiver (the "Notice of Revised Sale Terms") and the

Amended Motion by Receiver to Approve Sale and Sale Terms filed and served October 25,

2021 (the "Amended Sale Motion") with attached to the Amended Sale Motion Further Proposed

Terms of Receiver's Sale of Klosterman Sedamsville Properties (the "Further Revised Sale

Terms"). All capitalized terms not otherwise defined in this Magistrate's Decision shall have the

same meaning as given in the Sale Motion and the Sale Terms.

Having considered the evidence presented, the Receiver has offered good and sufficient

reasons for, and the best interest of the receivership estate will be served by, granting the

Amended Sale Motion.

In light of the condition of the Properties and other circumstances, the Further Revised

Sale Terms, attached hereto as Exhibit 1, are reasonable, fair to all parties and are sufficiently

calculated to maximize the return from the Properties to the receivership estate, taking into the

account the cost to continue to hold and operate the Properties.

EXHIBIT

19

The issuance of this Decision is supported by evidence of compelling business justifications and other circumstances demonstrating that the relief granted by this Decision is necessary to prevent immediate and irreparable harm to the parties.

For these reasons, the Magistrate finds as follows:

The Amended Sale Motion was served on all counsel of record and Defendants John Klosterman and his related purported entities[1] and Susan Klosterman who are the sole persons to have any interest in the Properties as found by the Court in the Order Adopting Magistrate's Decision on Plaintiff's Motion for Summary Judgment entered October 7, 2021 (the "Foreclosure Order") and also all other persons with a recorded or filed lien in any of Properties identified in the Judicial Commitment for All Parcels Listed in the Complaint filed November 28, 2019. The time within which to respond to the Sale Motion or the Amended Sale Motion has run. No party or any other person has filed a timely response to the Sale Motion, the Notice of Revised Sale Terms or the Amended Sale Motion.

It is in the best interest of the receivership estate to sell all of the Properties.

The Receiver is authorized under the Receiver Order to sell any or all of the properties subject to the receivership. The judgment lien of Plaintiff City of Cincinnati (the "City") has been foreclosed pursuant to the Foreclosure Order. Sale by the Receiver of all of the Properties is therefore now authorized and appropriate under the Receiver Order and the Foreclosure Order.

The Further Revised Sale Terms provide a clear, fair and efficient procedure for selling the Properties and is calculated to achieve the highest and best prices for the Properties.

Based upon the foregoing findings and the papers of record and docket sheet in this case, the Magistrate orders as follows:

The Amended Sale Motion is granted and the Further Revised Sale Terms are approved.

---

[1] Being as follows: Boldface Properties, LLC; Emily Vets, LLC; Global Sanitation Systems, Inc.; Sedamsville Heritage Properties, LLC; Sedamsville Historical Society; and Virginia Williamsburg, LLC

The Receiver shall file and serve a report on the results of all sales of the Properties conducted pursuant to and in conformity with the requirements at R.C. 2735.04 (D)(10).

      SO ORDERED.

Magistrate Anita P. Berding

# EXHIBIT 1

revised
10/25/21

Further Revised
Terms of
Receiver's Sale of
Klosterman Sedamsville Properties

The following are the terms for the sale of the properties under the control of Konza,
LLC (the "Receiver") as the Receiver appointed by the Hamilton County Court of Common
Pleas (the "Court") in Case Number A1905588, styled *City of Cincinnati, plaintiff v. John C.
Klosterman, et al, defendants* (the "Case"). The properties are all located in the Sedamsville
neighborhood of Cincinnati and consist of 23 buildings (collectively, the "Buildings") and 33
vacant lots (collectively, the "Vacant Lots") (the Buildings and the Vacant Lots, collectively, the
"Properties" and individually, a "Property"). The addresses and parcel numbers of the Properties
and current monthly rents (if any) are included in the Property List attached marked Exhibit A.
Legal descriptions of the properties are included in the motion filed March 29, 2021 by Plaintiff
City of Cincinnati (the "City") in the Case and in the supporting affidavits filed in the Case by
the City that date and on June 3, 2021.

1. Listing. The Receiver will offer the Properties for sale through Jennifer Donathan of
Keller Williams Advisors as the Receiver's listing realtor (the "Listing Realtor"). A listing price
will be assigned to each of the Properties. The sale will be publicized nationally for a minimum
of 30 days.

2. Offers. Offers to purchase will be received for 30 days (the "Offer Period"). Offers to
purchase must be submitted by email to the Listing Realtor and to the Receiver and will not be
disclosed by either of them prior to the close of the Offer Period to anyone other than (1) the
City, (2) John Klosterman, and (3) if ordered by the Court, in camera to the Court and any person
specified by the Court in a separate order.

3. Cash Sale. All sales will be cash except as may be otherwise agreed by the Receiver
and the City.

4. Closing. Closing will be within fifteen (15) days after entry of an order by the Court
approving the sale.

5. Right of First Refusal. In the event there is no acceptable offer on any specific one of
the Properties, then the Receiver may sell a right of first refusal on each of those specific
Properties.

6. Sales of Buildings and Vacant Separately and in Combination. Certain of the
buildings will be offered only with and including adjacent vacant lots (collectively "Buildings
with Vacant Lot(s)") and certain of the other vacant lots will be offered only with one or more
other vacant lots (collectively "Grouped Vacant Lots"). Lists of the Buildings with Vacant
Lot(s) and the Grouped Vacant Lots are attached marked, respectively, Exhibit B and Exhibit C.
In addition, a list of vacant lots to be offered for sale separate from any building or any other
vacant lot is attached marked Exhibit D (collectively, "Single Vacant Lots").

10/15/21
revision

7. <u>Sale of Church</u>. The church at 637 Steiner (the "Church") will be sold subject to the following conditions:

    a. After the closing on the sale, the purchaser must (1) within 30 days apply to the City for a Vacated Building Maintenance License (a "VBML") (2) within 180 days obtain the VBML (3) within 365 days prepare plans and specifications for the renovation and reuse of the building and apply for all required building permits and a Certificate of Occupancy and (4) within 730 days completed the renovation and obtained a Certificate of Occupancy. Any of the foregoing deadlines may be extended for events beyond the purchaser's control, such as delays caused by force majeure events or delays caused by the City.

    b. At the closing the purchaser must escrow $50,000 (which will not to be credited against the purchase price) to secure the performance of the purchaser's obligations set forth in Section 10.a. Such escrow may be drawn upon by the purchaser by submitting invoices to the escrow agent for labor and materials incurred for renovation of the Church. The escrow agent will be agreed upon by the Receiver and the purchaser and if there is no agreement then the escrow agent will be designated by the City. The escrow fee will be paid 75% by the Receiver and 25% by the purchaser.

    c. In the event the purchaser fails to obtain a Certificate of Occupancy within two years (or as extended as provided in Section 10.a. above), then the title to the Church shall revert to an entity formed to hold title to the Properties pending liquidation and the purchaser shall have a lien on the Church in an amount equal to the funds expended by the purchaser to improve the Church as agreed by the Receiver and the City or provided by order of the Court.

8. <u>Sale of Church and Rectory to Single Purchaser</u>. In the event that an offer is made by a single offeror for both the church and the rectory at 639 Steiner (the "Rectory") for the total amount of $300,000 or more, then that offer will be considered by the Receiver to be the highest offer for both the Church and Rectory regardless of the amount of any separate offer for the Church or the Rectory separately by any other offeror.

9. <u>Bulk Sale and Modified Bulk Sale</u>. All of the Properties will be offered for sale separately and also in bulk, first including the Church and Rectory and, second, also in bulk but excluding the Church and the Rectory. In either event, a bulk sale offer will not be accepted without payment of a deposit of $10,000.00.

10. <u>Inspections</u>. Unoccupied buildings will be available for inspection at specified times and on three days during the Offer Period and announced prior to commencement of the Offer Period.

11. <u>Offer Form</u>. The form to be used to make an offer is attached marked Exhibit E.

12. <u>Topping Bids</u>. At the conclusion of the Offer Period all offerors will be notified of the highest offer for each of the Properties on which they made an offer. All offerors on each of

the Properties will then have five calendar days after such notification is sent to make an additional offer.

13. <u>Sale of Lots</u>. In the event no offer is accepted by the Receiver on any set of Grouped Vacant Lots or on any Single Vacant Lot, then the Grouped Vacant Lots and the Single Vacant Lots without an accepted offer will be sold to the winning offeror of the building set forth in the list marked Exhibit F (collectively, the "Added Lots") or as the Receiver may otherwise specify after the end of the Offer Period. The sale of the Added Lots shall be a requirement for the sale of the building to the winning offeror on the Building.

14. <u>Back Up Offers</u>. In the event that the sale of any of the Properties with an offer accepted by the Receiver does not close by the deadline stated above, then the Receiver may declare that acceptance of the offer is rescinded and thereupon the offeror shall have no right to purchase the Property and the Receiver may accept another offer previously made and the offeror of that other previous offer will be obliged to purchase the Property.

15. <u>Current Building Code Violations</u>. All pending Cincinnati Building Code violations for each of the buildings, to the best of the Receiver's knowledge, are listed in the attached Building Code Violation List marked Exhibit G.

16. <u>City Approval of Purchasers</u>. All purchasers of all of the Properties must be approved by the City and that approval is primarily conditioned on the absence of any violation of the Cincinnati Building Code, either open or closed, on property owned or managed by the prospective purchaser or any person or entity in which the prospective purchaser has, or had, any interest, direct or indirect.

17. <u>Purchase Contracts</u>. Purchase contracts for all accepted offers will be prepared by the Receiver.

18. <u>Title Work</u>. All title work in connection with the closing on all sales of all of the Properties will be performed by one title agent chosen by the Receiver and approved by the City.

19. <u>Receiver Goals</u>. The Receiver seeks to recover the highest possible price for all of the Properties and to sell all of the Properties as soon as possible. The Receiver will select the winning offer based on those two goals.

20. <u>Sale Free and Clear/Disbursement of Proceeds</u>. All sales of all of the Properties will be free and clear of all claims, liens, mortgages and encumbrances of any kind or nature which could be removed by payment of money. Sale proceeds will be aggregated and paid pursuant to subsequent order of the Court, first for the costs of sale and closing including a reasonable commission to the Listing Realtor, second to the Treasurer of Hamilton County, Ohio (the "Treasurer") for unpaid real estate taxes and assessments on all of the Properties sold, third to Warsaw Federal Savings and Loan Association ("Warsaw Federal") on its mortgage claims on the Properties sold, fourth to the Receiver for fees and expenses approved by the Court, fifth to the City toward its judgment lien and for fees, fines and other amounts due by defendants to the City, and last the remaining balance to John Klosterman. The foregoing notwithstanding, in the event of the sale of any of the Properties subject to a mortgage to Warsaw Federal, to the extent the sale price is for, and only for, a specific one of the mortgaged Properties (and not including

10/15/21
revision

any of the other Properties), then those sale proceeds shall paid first to the Treasurer for unpaid real estate taxes and assessments on that specific one of the Properties, second to Warsaw Federal on its mortgage, third to the Receiver for fees and expenses approved by the Court, fourth to the City toward its judgment lien and for fees, fines and other amounts due by defendants to the City, and last the remaining balance to John Klosterman. In the further event of any sale of any of the Properties on which there is not a mortgage to Warsaw Federal, no part of any of the sale proceeds will be paid to Warsaw Federal.

21. <u>Sale As Is, Where Is</u>. The sale of the Properties is made without representation or warranty of any kind or nature other than expressly set forth in statement of sale terms sheet and any subsequent notices and or instructions made in writing by the Receiver.

4

10/15/21
revision

## Property List

### Buildings

| this list number | tract # | building street address | building parcel number(s) | current monthly rent |
|---|---|---|---|---|
| 1 | 58 | 628 Delhi | 152-0042-0058 | |
| 2 | 11 | 632 Delhi | 153-0002-0062 | |
| 3 | 19 | 636 Delhi | 153-0002-0064 | |
| 4 | 14A | 667 Delhi | 153-0002-0185 | |
| 5 | 1 | 671-673 Delhi | 153-0002-0094 | |
| 6 | 2 | 679 Delhi | 153-0002-0092 | |
| 7 | 20 | 700 Delhi | 153-0002-0037 | |
| 8 | 12 | 701 Delhi | 153-0002-0091 | |
| 9 | 15 | 703 Delhi | 153-0002-0090 | |
| 10 | 17 | 705 Delhi | 153-0002-0089 | |
| 11 | 4 | 742 Delhi | 153-0003-0027 | |
| 12 | 6 | 753 Delhi | 153-0003-0063 | |
| 13 | 5 | 793 Delhi | 153-0003-0048 | |
| 14 | 3 | 794 Delhi | 152-0039-0150 | |
| 15 | 21 | 685 Halsey | 155-0048-0001 | |
| 16 | 16 | 649 Sedam | 153-0002-0140 | |
| 17 | 13 | 659 Sedam | 153-0002-0145 | |
| 18 | 42 | 637 Steiner | 152-0042-0059 152-0042-0061 152-0042-0063 | |
| 19 | 10A | 638 Steiner | 152-0042-0044 | |
| 20 | 9A+9B | 639 Steiner | 152-0042-0055 152-0042-0057 | |
| 21 | 59 | 649 Steiner | 153-0002-0057 | |
| 22 | 7A+7B | 652 Steiner | 153-0002-0014 153-0002-0198 | |
| 23 | 18A+18B | 654 Steiner | 153-0002-0013 153-0002-0199 | |
| | | | total | |

EXHIBIT A

5

10/15/21
revision

## Property List

### Vacant Lots

| this list # | tract # | address | parcel #(s) |
|---|---|---|---|
| 1 | 40 | 709 Delhi | 153-0002-0086 |
| 2 | 39 | 714 Delhi | 153-0002-0082 |
| 3 | 32 | 728 Delhi | 153-0003-0040 |
| 4 | 31 | 730 Delhi | 153-0003-0038 |
| 5 | 30 | 732 Delhi | 153-0003-0036 |
| 6 | 38 | 733 Delhi | 153-0003-0073 |
| 7 | 37 | 735 Delhi | 153-0003-0072 |
| 8 | 36 | 737 Delhi | 153-0003-0070 |
| 9 | 46 | 755 Delhi | 153-0003-0062 |
| 10 | 29 | 756 Delhi | 153-0003-0008 |
| 11 | 45 | 757 Delhi | 153-0003-0061 |
| 12 | 43 | 759 Delhi | 153-0003-0060 |
| 13 | 28 | 762 Delhi | 153-0003-0006 |
| 14 | 27 | 764 Delhi | 153-0003-0004 |
| 15 | 26 | 767 Delhi | 153-0003-0058 |
| 16 | 53 | 769 Delhi | 153-0003-0056 |
| 17 | 35 | 773 Delhi | 153-0003-0055 |
| 18 | 34 | 787 Delhi | 153-0003-0052 |
| 19 | 33 | 789 Delhi | 153-0003-0050 |
| 20 | 56 | 679 Fernland | 153-0002-0154 |
| 21 | 57 | 677 Halsey | 153-0002-0155 |
| 22 | 14B | 646 Sedam | 153-0002-0182 |
| 23 | 24 | 739 Sedam | 153-0003-0089 |
| 24 | 48 | 624 Steiner | 152-0042-0032 |
| 25 | 50 | 624 Steiner | 152-0042-0166 |
| 26 | 41 | 626 Steiner | 152-0042-0168 |
| 27 | 55 | 626 Steiner | 152-0042-0034 |
| 28 | 10D | 640 Steiner | 152-0042-0172 |
| 29 | 44 | 712 Steiner | 152-0038-0011 |
| 30 | 26 | 767 Steiner | 153-0003-0003 |
| 31 | 49 | 924 Striker | 152-0042-0031 |
| 32 | 10B | 938 Striker | 152-0042-0043 |
| 33 | 10C | 940 Striker | 152-0042-0045 |

EXHIBIT A (continued)

6

10/15/21
revision

## Buildings with Vacant Lots

| this list number | tract # | building street address | building parcel number(s) | contiguous vacant lot(s) tract #(s) and address(es) | contiguous vacant lot(s) parcel number(s) | list price |
|---|---|---|---|---|---|---|
| 1 | 14A | 667 Delhi | 153-0002-0185 | 14B/646 Sedam | 153-0002-0182 | |
| 2 | 15 | 703 Delhi | 153-0002-0090 | 52/702 Sedam | 153-0002-0196 | |
| 3 | 4 | 742 Delhi | 153-0003-0027 | 23/740 Delhi | 153-0003-0028 | |
| 4 | 6 | 753 Delhi | 153-0003-0063 | 47/751 Delhi | 153-0003-0064 | |
| 5 | 42 | 637 Steiner | 152-0042-0059 152-0042-0061 152-0042-0063 | 51/621 Steiner 52/619 Steiner | 152-0042-0067 152-0042-0069 | |
| 6 | 10A | 638 Steiner | 152-0042-0044 | 10B/938 Striker 10C/940 Striker 10D/640 Steiner | 152-0042-0043 152-0042-0045 152-0042-0172 | |

EXHIBIT B

21618285.v2

10/15/21
revision

## Grouped Vacant Lots

| Group # | vacant lot full list # | tract # | address | parcel #(s) | description | list price |
|---|---|---|---|---|---|---|
| 1 | 3 | 32 | 728 Delhi | 153-0003-0040 | | |
| | 4 | 31 | 730 Delhi | 153-0003-0038 | contiguous to north line of 728 | |
| | 5 | 30 | 732 Delhi | 153-0003-0036 | contiguous to north line of 730 | |
| 2 | 6 | 38 | 733 Delhi | 153-0003-0073 | contiguous to south line of 735 | |
| | 7 | 37 | 735 Delhi | 153-0003-0072 | next south of 5 door garage on Sedam | |
| | 8 | 36 | 737 Delhi | 153-0003-0070 | contiguous to line of 735; north half of 5 door garage on Sedam | |
| | | | | 153-0003-0071 | south half of 5 door garage on Sedam | |
| 3 | 11 | 46 | 755 Delhi | 153-0003-0062 | | |
| | 13 | 45 | 757 Delhi | 153-0003-0061 | contiguous to north line of 755 | |
| | 14 | 43 | 759 Delhi | 153-0003-0060 | contiguous to north line of 757 | |
| 4 | 12 | 29 | 756 Delhi | 153-0003-0008 | | |
| | 15 | 28 | 762 Delhi | 153-0003-0006 | contiguous to north line of 756 | |
| | 16 | 27 | 764 Delhi | 153-0003-0004 | contiguous to north line of 762 | |
| 5 | 18 | 53 | 769 Delhi | 153-0003-0056 | contiguous to north line of 761 – 0058 | |
| | 19 | 35 | 773 Delhi | 153-0003-0055 | contiguous to north line of 769 | |
| 6 | 22 | 56 | 679 Fernland | 153-0002-0154 | at southeast side of curve Halsey & Fernland | |
| | 23 | 57 | 677 Halsey | 153-0002-0155 | at southeast side of curve Halsey & Fernland | |
| 7 | 26 | 48 | 624 Steiner | 152-0042-0032 | contiguous to west line of 624 Steiner – 0166 | |
| | 27 | 50 | 624 Steiner | 152-0042-0166 | contiguous to west line of 924 Striker – 0031 | |
| | 32 | 49 | 924 Striker | 152-0042-0031 | contiguous to east line of 624 Steiner – 0166 | |
| | 28 | 41 | 626 Steiner | 152-0042-0168 | contiguous to east line of 626 Steiner – 0034 | |
| | 29 | 55 | 626 Steiner | 152-0042-0034 | contiguous to west line of 626 Steiner – 0168 | |

EXHIBIT C

8

10/15/21
revision

## Single Vacant Lots

| this list # | vacant lot full list # | tract # | address | parcel #(s) | description | list price |
|---|---|---|---|---|---|---|
| 1 | 1 | 40 | 709 Delhi | 153-0002-0086 | contiguous to north line of 707 Delhi all way to Sedam | |
| 2 | 2 | 39 | 714 Delhi | 153-0002-0082 | contiguous to south line of building at 716 Delhi - 0083 | |
| 3 | 15 | 26 | 767 Delhi | 153-0003-0058 | contiguous to north line of 761 Delhi – 0059 | |
| 4 | 18 | 34 | 787 Delhi | 153-0003-0052 | south of building at 787 Delhi | |
| 5 | 19 | 33 | 789 Delhi | 153-0003-0050 | north of building at 787 Delhi | |
| 6 | 22 | 24 | 739 Sedam | 153-0003-0089 | contiguous to north line of 737 Sedam | |
| 7 | 27 | 44 | 712 Steiner | 152-0038-0011 | east side south of 13 houses | |
| 8 | 28 | 26 | 767 Steiner | 153-0003-0003 | west side north of 13 houses across street | |

EXHIBIT D

10/15/21
revision

Offer to Purchase Property at
Receiver's Sale of
Klosterman Sedamsville Properties

1. I have read the Revised Terms of Receiver's Sale of Klosterman Sedamsville Properties and this offer is made pursuant to the terms stated therein.

2. My name and contact information are as follows

name _____

phone _____

email _____

mailing address: _____

_____

3. I offer to purchase the following for the price stated next to the address:

Buildings

| item | address | parcel number(s) | list price | offer price |
|------|---------|------------------|------------|-------------|
| 1 | 628 Delhi | 152-0042-0058 | | |
| 2 | 632 Delhi | 153-0002-0062 | | |
| 3 | 636 Delhi | 153-0002-0064 | | |
| 4 | 671-673 Delhi | 153-0002-0094 | | |
| 5 | 679 Delhi | 153-0002-0092 | | |
| 6 | 700 Delhi | 153-0002-0037 | | |
| 7 | 701 Delhi | 153-0002-0091 | | |
| 8 | 705 Delhi | 153-0002-0089 | | |
| 9 | 793 Delhi | 153-0003-0048 | | |
| 10 | 794 Delhi | 152-0039-0150 | | |
| 11 | 685 Halsey | 155-0048-0001 | | |
| 12 | 649 Sedam | 153-0002-0140 | | |
| 13 | 659 Sedam | 153-0002-0145 | | |
| 14 | 637 Steiner | 152-0042-0059<br>152-0042-0061<br>152-0042-0063 | | |
| 15 | 639 Steiner | 152-0042-0055<br>152-0042-0057 | | |
| 16 | 649 Steiner | 153-0002-0057 | | |
| 17 | 652 Steiner | 153-0002-0014<br>153-0002-0198 | | |
| 18 | 654 Steiner | 153-0002-0013<br>153-0002-0199 | | |

EXHIBIT E

10

10/15/21
revision

### Buildings with Vacant Lots

|  | address | building parcel number(s) | contiguous vacant lot(s) tract #(s) address(es) | contiguous vacant lot(s) parcel number(s) | list price | offer price |
|---|---|---|---|---|---|---|
| 18 | 667 Delhi | 153-0002-0185 | 14B/646 Sedam | 153-0002-0182 | | |
| 19 | 703 Delhi | 153-0002-0090 | 52/702 Sedam | 153-0002-0196 | | |
| 20 | 742 Delhi | 153-0003-0027 | 23/740 Delhi | 153-0003-0028 | | |
| 21 | 753 Delhi | 153-0003-0063 | 47/751 Delhi | 153-0003-0064 | | |
| 22 | 637 Steiner | 152-0042-0059 152-0042-0061 152-0042-0063 | 51/621 Steiner 52/619 Steiner | 152-0042-0067 152-0042-0069 | | |
| 23 | 638 Steiner | 152-0042-0044 | 10B/938 Striker 10C/940 Striker 10D/640 Steiner | 152-0042-0043 152-0042-0045 152-0042-0172 | | |

### Grouped Vacant Lots

|  | address | parcel #(s) | list price | offer price |
|---|---|---|---|---|
| 36 | 728 Delhi | 153-0003-0040 | | |
|  | 730 Delhi | 153-0003-0038 | | |
|  | 732 Delhi | 153-0003-0036 | | |
| 37 | 733 Delhi | 153-0003-0073 | | |
|  | 735 Delhi | 153-0003-0072 | | |
|  | 737 Delhi | 153-0003-0070 | | |
|  | | 153-0003-0071 | | |
| 38 | 755 Delhi | 153-0003-0062 | | |
|  | 757 Delhi | 153-0003-0061 | | |
|  | 759 Delhi | 153-0003-0060 | | |
| 39 | 756 Delhi | 153-0003-0008 | | |
|  | 762 Delhi | 153-0003-0006 | | |
|  | 764 Delhi | 153-0003-0004 | | |
| 40 | 769 Delhi | 153-0003-0056 | | |
|  | 773 Delhi | 153-0003-0055 | | |
| 41 | 679 Fernland | 153-0002-0154 | | |
|  | 677 Halsey | 153-0002-0155 | | |
| 42 | 624 Steiner | 152-0042-0032 | | |
|  | 624 Steiner | 152-0042-0166 | | |
|  | 924 Striker | 152-0042-0031 | | |
|  | 626 Steiner | 152-0042-0168 | | |
|  | 626 Steiner | 152-0042-0034 | | |

EXHIBIT E (continued)

11

10/15/21
revision

<u>Vacant Lots</u>

|    | address | parcel number(s) | list price | offer price |
|----|---------|------------------|------------|-------------|
| 24 | 709 Delhi | 153-0002-0086 | | |
| 25 | 714 Delhi | 153-0002-0082 | | |
| 26 | 767 Delhi | 153-0003-0058 | | |
| 27 | 787 Delhi | 153-0003-0052 | | |
| 28 | 789 Delhi | 153-0003-0050 | | |
| 29 | 646 Sedam | 153-0002-0182 | | |
| 30 | 739 Sedam | 153-0003-0089 | | |
| 31 | 640 Steiner | 152-0042-0172 | | |
| 32 | 712 Steiner | 152-0038-0011 | | |
| 33 | 767 Steiner | 153-0003-0003 | | |

    3. I have emailed this offer to Konza LLC, Receiver at richard.boydston@dentons.com and to Jennifer Donathan at jennifer.donathan@kwcommercial.com on _____, 2021.

_____
signature

_____
print signature

EXHIBIT E continued

12

10/11/21
revision

Added Lots

| Group # | Grouped Vacant Lots | | Building | |
| --- | --- | --- | --- | --- |
| | address | parcel # (s) | address | parcel # |
| 1 | 728 Delhi<br>730 Delhi<br>732 Delhi | 153-0003-0040<br>153-0003-0038<br>153-0003-0036 | 742 Delhi | 153-0003-0027 |
| 2 | 733 Delhi<br>735 Delhi<br>737 Delhi | 153-0003-0073<br>153-0003-0072<br>153-0003-0070 | 742 Delhi | 153-0003-0027 |
| 3 | 755 Delhi<br>757 Delhi<br>759 Delhi | 153-0003-0062<br>153-0003-0061<br>153-0003-0060 | 794 Delhi | 152-0039-0150 |
| 4 | 756 Delhi<br>762 Delhi<br>764 Delhi | 153-0003-0008<br>153-0003-0006<br>153-0003-0004 | 794 Delhi | 152-0039-0150 |
| 5 | 769 Delhi<br>773 Delhi | 153-0003-0056<br>153-0003-0055 | 794 Delhi | 152-0039-0150 |
| 6 | 679 Fernland<br>677 Halsey | 153-0002-0154<br>153-0002-0155 | 685 Halsey | 155-0048-0001 |
| 7 | 624 Steiner<br>624 Steiner<br>624 Steiner<br>626 Steiner<br>626 Steiner | 152-0042-0032<br>152-0042-0166<br>152-0042-0031<br>152-0042-0168<br>152-0042-0034 | 637 Steiner | 152-0042-0059<br>152-0042-0061<br>152-0042-0063 |

| Vacant Lots | | Building | |
| --- | --- | --- | --- |
| addresses | parcel # | address | parcel # |
| 709 Delhi | 153-0002-0086 | 705 Delhi | 153-0002-0089 |
| 714 Delhi | 153-0002-0082 | 705 Delhi | 153-0002-0089 |
| 767 Delhi | 153-0003-0058 | 794 Delhi | 152-0039-0150 |
| 787 Delhi | 153-0003-0052 | 794 Delhi | 152-0039-0150 |
| 789 Delhi | 153-0003-0050 | 794 Delhi | 152-0039-0150 |
| 739 Sedam | 153-0003-0089 | 793 Delhi | 153-0003-0048 |
| 712 Steiner | 152-0038-0011 | 654 Steiner | 153-0002-0013<br>153-0002-0199 |
| 767 Steiner | 153-0003-0003 | 794 Delhi | 152-0039-0150 |

EXHIBIT F

13

10/8/21
revision

## Building Code Violation List

| list # | address | violation number | description |
|--------|---------|------------------|-------------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

EXHIBIT G

14

## NOTICE

Objections to the Magistrate's Decision must be filed within fourteen days of the filing date of the Magistrate's Decision. A party shall not assign as error on appeal the Court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion of law under Civ. R. 53(D)(3)(a)(ii), unless the party timely and specially objects to that factual finding or legal conclusion as required by Civ. R. 53(D)(3)(b).

Copies sent by Clerk of Courts to:

Richard Boydston, Esq.
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum, LLP
312 Walnut Street #2450
Cincinnati, OH 45202


James Sayre, Esq.
Counsel for Defendants
   Hamilton County, Hamilton County Clerk
   of Courts and Hamilton County Auditor
   and Treasurer
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County
   Child Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202


John Klosterman, also known as
John C. Klosterman and John Campbell
Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Susan S. Klosterman, also known as Sue S,
Klosterman
and Sue Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Jacklyn Gonzales Martin, Esq.
Tina Woods, Esq.
Counsel for Plaintiff
   City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202


Christian D. Donovan, Esq.
Counsel for Defendant
   Warsaw Federal Savings and Loan
   Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
   Department of Taxation and
   Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130

John Klosterman
JMS # 1732946
Hamilton County Justice Center
900 Sycamore Street
Cincinnati, OH 45202

Emily Klosterman
6135 North Ewing Street
Indianapolis, IN 46220-5146

4

Virginia Williamsburg, LLC
c/o Any Officer or Managing Agent
5616 Sidney Road
Cincinnati, OH 45238

Sedamsville Heritage Properties LLC
c/o Any Officer or Managing Agent
5616 Sidney Road
Cincinnati, OH 45238

Emily Vets LLC
c/o Any Officer or Managing Agent
5616 Sidney Road
Cincinnati, OH 45238

Chase Manhattan Mortgage Corp.
c/o Any Officer or Managing Agent
1111 Polaris Pkway
Columbus, OH 43240

Homecomings Financial LLC fka
Homecoming Financial Network Inc.
8400 Normandale Lake Blvd., Suite 175
Minneapolis, MN 55437

Jane Doe Zeiser
unknown spouse of Joseph C. Zeiser
3492 Cheviot Avenue
Cincinnati, OH 45211

John Doe Roseberry,
unknown spouse of Donna J. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Kenneth Ziegler
2701 Merriway Lane
Cincinnati, OH 45231

Wham Properties X, LLC
an Ohio limited liability company
c/o Benjamin A. Willingham, Agent
P.O. Box 8233
Cincinnati, OH 45208

Boldface Properties LLC
c/o Any Officer or Managing Agent
5615 Sidney Road
Cincinnati, OH 45238

Global Sanitation Systems, Inc.
formerly known as Worldwide Mobile
Latrine, Inc.
c/o Any Officer or Managing Agent
5616 Sidney Road
Cincinnati, OH 45238

Sedamsville Heritage Properties LLC
c/o Any Officer or Managing Agent
5616 Sidney Road
Cincinnati, OH 45238

Home Servicing LLC
c/o Highest Officer or Managing Agent
2431 South Acadian Thruway, Suite 525
Baton Rouge, LA 70808

Barbara Zeiser
3492 Cheviot Avenue
Cincinnati, OH 45211

Donald R. Roseberry
4459 Mayhew Avenue
Cincinnati, OH 45238

Jane Doe Ziegler,
Unknown Spouse of Kenneth Zeiser
P.O. Box 862
Florence, KY 41022

Jane Doe Ziegler,
Unknown Spouse of Kenneth Ziegler
2701 Merriway Lane
Cincinnati, OH 45231

Dan Schulkers
32 Tower Hill Road
Ft. Thomas, KY 41075

Dan Schulkers
14 Sterling Avenue
Ft. Thomas, KY 41075

Jane Doe Schulker
Unknown Spouse of Dan Schulkers
14 Sterling Avenue
Ft. Thomas, KY 41075

Janice A. Green
5195 Hendrickson Rd.
Franklin, OH 45005

Robert C. Davis
4061 Lansdowne Ave.
Cincinnati, OH 45236

Cedar Resources, LLC
c/o B. Scott Boster, Agent
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Jane Doe Schulker
Unknown Spouse of Dan Schulkers
32 Tower Hill Road
Ft. Thomas, KY 41075

David M. Green
5195 Hendrickson Rd.
Franklin, OH 45005

Jane Doe Green
also known as David M. Green
    the unknown spouse of David M. Green
5195 Henderickson Road
Franklin, OH 45005

Jane Doe Davis, Unknown Spouse of
Robert C. Davis
4061 Lansdowne Avenue
Cincinnati, OH 45236-3025

John Doe Dangerfield
Unknown Spouse of Dovetta Dangerfield
1036 Holderness Lane
Cincinnati, OH 45240