ENTERED
OCT 19 2022

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CITY OF CINCINNATI,

    Plaintiff,

v.

JOHN KLOSTERMAN, et al.,

    Defendants.

Case No. A1905588
(Judge Wende C. Cross)
(Magistrate Anita P. Berding)

MAGISTRATE'S ORDER
ON MOTION BY RECEIVER TO
APPROVE SALE



This case comes before the Court on the Motion by Receiver to Approve Sale (the "Motion") filed and served September 26, 2022 by Konza, LLC as the receiver appointed by order entered February 14, 2020 and the Notice of Hearing on Motion by Receiver to Approve Sale filed by the Receiver and the Notice of Hearing on Motion by Receiver to Approve Sale filed and served October 3, 2022 by the Receiver and the hearing on the Motion held October 18, 2022 and the testimony admitted and argument made at said hearing and the pleadings and papers of record and docket sheets in the case. All capitalized terms in this order not otherwise defined in this decision shall have the same meaning as given in the Motion.

The Magistrate is of the opinion that the Motion is well taken and should be granted and therefore the Magistrate orders as follows:

    ORDERED, that the Motion is granted; and it is further

    ORDERED, that the Receiver may sell the Properties to the Landbank in accordance with the PSA; and it is further

    ORDERED, that said sale shall be free and clear of all liens, claims and encumbrances; and it is further

    ORDERED, that out of the proceeds of the sale and at closing the Tile Company shall

1

**EXHIBIT 22**

pay the Closing Costs and the Warsaw Federal Mortgage Balance as provided in paragraph 3 of the PSA.; and it is further

ORDERED, that the Title Company shall pay to the Receiver all costs, expenses and fees as may be approved by the Court by separate order as provided in paragraph 3 of the PSA.

SO ORDERED.

_____
Magistrate Anita P. Berding

submitted by
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202-4028
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

2

22426461.v1

## NOTICE

Copies of this Order have been mailed to the parties or their counsel. This order is effective immediately. Any party may appeal this Order by filing a Motion to Set the Order Aside within ten days of the date of this Order is filed. The pendency of a Motion to Set the Order Aside does not stay the effectiveness of this Order unless the Magistrate or Judge grants a stay.

CC::

Richard Boydston, Esq.
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum, LLP
312 Walnut Street #2450
Cincinnati, OH 45202

Kate Burroughs, Esq.
Erica Faaborg, Esq.
Counsel for Plaintiff
   City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

James Sayre, Esq.
Counsel for Defendants
   Hamilton County, Hamilton County Clerk
   of Courts and Hamilton County Auditor
   and Treasurer
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202

Christian D. Donovan, Esq.
Counsel for Defendant
   Warsaw Federal Savings and Loan
   Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County
   Child Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
   Department of Taxation and
   Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Kelley L. Allesee, Esq.
Counsel for The Port of Greater
   Cincinnati Development Authority
3 East Fourth Street., Ste. 300
Cincinnati, OH 45202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING ORDER HAS BEEN SENT BY ORDINARY MAIL TO ALL PARTIES OR THEIR ATTORNEYS AS PROVIDED ABOVE.

Date: _____     Deputy Clerk: _____