Court of Common Pleas
Hamilton County, Ohio

| | |
|---|---|
| City of Cincinnati | Case No. A1905588 |
| Plaintiff, | Judge Wende C. Cross |
| v | Magistrate Anita B. Beeding |
| John Klosterman, | |
| Defendant | Motion to Order Agent of City Richard Boydston to Sit for Deposition and Dismiss without Prejust. and Audits. |

Comes now Defendant John Klosterman. To inform This Court That The Agent Richard Boydston was not named in the 1st person, but in 2nd and 3rd person as Agents of The City of Cincinnati. Service is not required.

Judge Cross has had some appeals for over one and one half years and Defendant askes her Honorable Court to Rule on Defendants Motions That were Denied.

<u>Defendant Has Given No Reason for Documents</u>
Defendant wants nothing from The Receiver because,
① Receiver has no records to give, TSG has the records That will prove Accounting Fraud.
② Mr. Boydston Refused Defendants Agents

Page 1 of 5

access to the business records under a court order. (3) When Magistrate Bowman stated in court that she erred in allowing Defendant to have access to the records, his agents were denied and when the promise by Mr. Boydston to copy all requested records most were missing and when Defendant asked Mr. Boydston standing 10 inches away from him if he would allow Defendant access to the business records, it was met with silence. A cover up!

### Defendant's Harangue Does Not Support Granting Order

Defendant wants this court to ~~compel~~ ORDER Mr. Boydston to set for a deposition by the Defendant. Mr. Boydston has stated in his motion that the transcript is not a part of this case. The deposition can (1) show the contract that Receiver possesses (2) answer questions concerning emails that went unanswered. (3) Answer the many questions concerning the accounting fraud and other issues.

Any time and date in the courthouse

Page 2 of 5

while Defendant is incarcerated is fine with Defendant. He is ready as soon as possible. Documents will be requested once date is selected. Defendant will pay for transceptionist and video as well. 5 hrs. will be required.

<u>Case Should Proceed To Sale.</u>

Defendant "saw something and said something", but the Agent of the City of Cincinnati, who saw the "real documents" that the FBI saw, will prove that no sale will be held, and if so, the auction will have to include: (1) That TSO the management company laundered over $400,000.00 in repairing units, not buildings, or over $40,000.00 each. (2) No permits were pulled on 90% of the work that was supposedly done. (which Defendant has photographic proof was not done by TSO) (3) No Building Department Rep. has certified that the permits were then pulled after they were reported not to have been pulled. (5 permits were not pulled in management report 23 and 24

Pg 3 of 5

But Defendant will not list the over $5,000.00 in over charges (ie. 657 Sedam) due to this courts past rulings. (4) No Certificate of Occupancy has been issued on 4 of the 8 units TSO (a fake company determined by the FBI) had supposibly completed. (But more work is being done months after the unit was rented.

(5) No Accounts Payable has ever been seen. No Water Bills have been paid in over a year! What other Bills have not been paid. Home Depot, Lowes cut Mr. Leating off for non-payment, but he was paid (laundered) by the Rents. (6) Defendant alledges that TSO is paying the $900.00 Rent at 701 Delhi and collecting it back in the form of "Expenses" Cleaver!! Rumpky over $5,000.00 please check.

Defendant askes this court to dismiss this case without prejudist and order an Audit of Booth the Books and of the work performed. Order a structrial Engeneer to determine the safty of 700 Delhi given what the Cincinnati GCWW has alledged to have done to that structer and 659 Sedam and 667 Delhi, 705 Delhi

Page 4 of 5

**EXHIBIT 23**

John Klosterman
900 Sycamore St
Cincinnati, Ohio
45202
#1732946

Respectfully Submitted

March 17, 2025

*John Klosterman* (signature)
John Klosterman