COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF CINCINNATI, | : | Case No. A1905588 |
| | : | (Judge Wende C. Cross) |
| Plaintiff, | : | (Magistrate Anita P. Berding) |
| | : | |
| v. | : | REPORT OF SALE BY RECEIVER |
| | : | |
| JOHN KLOSTERMAN, et al., | : | |
| | : | |
| Defendants. | : | |

Comes now Konza, LLC as the Receiver appointed for the real properties subject to this judicial lien foreclosure action and herewith files and serves notice of the sale of those properties on May 1, 2023 to the Hamilton County Land Reutilization Corporation pursuant to the Order entered October 19, 2022. A copy of the ATLA Combined Settlement Statement on that sale is attached marked Exhibit A.

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (0022360)
Counsel for Konza, LLC, Receiver
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202-4028
513.455.7663
513.762.7963 (fax)
richard.boydston@dentons.com

**EXHIBIT 25**

22910453.v1

CERTIFICATE OF SERVICE

     I certify that copies of the foregoing and attachment were served on each of the following by email on May 22, 2023.

Kelley L. Allesee, Esq.
Counsel for Plaintiff Hamilton County
    Land Reutilization Corporation
3 East Fourth Street., Ste. 300
Cincinnati, OH 45202
kallesee@cincinnatiport.org

Kate Burroughs, Esq.
Erica Faaborg, Esq.
Counsel for City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202
kate.burroughs@cincinnati-oh.gov
erica.faaborg@cincinnati-oh.gov

Cynthia M. Fisher, Esq.
Counsel for Plaintiff
Hamilton County Land Reutilization Corporation
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
cynthia.fischer@dinsmore.com

James L. Nieberding, Esq.
Counsel for non-parties Joseph Lentine and
    TriState Organization, Inc.
810 Sycamore Street, Ste. 423
Cincinnati, OH 45202
jlnieberding1117@gmail.com

James S. Sayre, Esq.
Counsel for Defendants
    Hamilton County Auditor and Treasurer
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
james.sayre@hcpros.org

Christian D. Donovan, Esq.
Counsel for Defendant
    Warsaw Federal Savings and Loan
    Association aka Warsaw FS & LA
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052
cdonovan@LNLattorneys.com

Teresa Perkins, Esq.
Counsel for Defendant Hamilton County Child
    Support Enforcement Agency
CSEA 222 E. Central Parkway
6NW711
Cincinnati, OH 45202
perkit02@JFS.HAMILTON-CO.org

Amy K. Kaufman, Esq.
Counsel for Defendants State of Ohio,
    Department of Taxation and
    Department of Job & Family Services
Dave Yost, Attorney General of Ohio
Collections Enforcement
150 East Gay Street
Columbus, OH 43215-3130
amy.kaufman@ohioattorneygeneral.gov

John Klosterman
5615 Sidney Road
Cincinnati, OH 45238
johncklosterman@gmail.com

                                          /s/ Richard Boydston

# EXHIBIT A

| Prominent Title Agency, LLC<br>7365 East Kemper Road<br>Suite B<br>Cincinnati, OH 45249<br>(513) 779-7714 | | | | ALTA Combined Settlement Statement | |
|---|---|---|---|---|---|

| File #: | 2022-46757-C | Property | See Addendum | Settlement Date | 05/01/2023 |
|---|---|---|---|---|---|
| Prepared: | 05/02/2023 | Buyer | Hamilton County Land Reutilization Corporation<br>3 East Fourth Street<br>Ste. 300<br>Cincinnati, OH 45202 | Disbursement Date | 05/01/2023 |
| Escrow Officer: | Brian Pyles | | | | |
| | | Seller | Konza LLC, Receiver<br>1835 Dexter Avenue<br>Cincinnati, OH 45206 | | |
| | | Lender | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $1,474,017.00 | Sales Price of Property | $1,474,017.00 | |
| | | Deposit | | $10,000.00 |
| $499,717.76 | | Receiver Fees to Konza LLC | | |
| $674,017.00 | | City of Cincinnati Judgment Lien Credit | | |
| $84,478.04 | | Escrow Held by Prominent Title pursuant to court order | | |
| | | City of Cincinnati Judgment Lien Credit | | $674,017.00 |
| | | | | |
| | | **Payoffs/Payments** | | |
| $67,839.50 | | Payoff to Warsaw Federal S&L | | |
| | | Principal : $67,839.50 | | |
| | | Additional Interest : $0.00 | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $33.00 | | City/County tax/stamps Deed $33.00 Mortgage $ to Hamilton County Auditor | | |
| | | | | |
| | | **Commissions** | | |
| | | --$147,401.70 to Keller Williams Advisors Realty | | |
| $147,401.70 | | Commission paid at settlement | | |
| | | | | |
| | | **Title Charges** | | |
| | | Owner's title insurance to Westcor Land Title Insurance Company | $4,868.75 | |
| $350.00 | | Title-Closing Fee to Prominent Title Agency, LLC | $350.00 | |
| | | Title Exam Fee and Updates to Prominent Title Agency, LLC | $12,500.00 | |
| | | Binder to Prominent Title Agency, LLC | $50.00 | |
| | | Owner's OTIRB OH-112.1 Endorsement to Westcor Land Title Insurance Company | $1,947.50 | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| $180.00 | | Overnight/Wire Services to Prominent Title Agency, LLC | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $1,474,017.00 | $1,474,017.00 | Subtotals | $1,493,733.25 | $684,017.00 |
| | | Due from Buyer | | $809,716.25 |
| | $0.00 | Due from Seller | | |
| $1,474,017.00 | $1,474,017.00 | Totals | $1,493,733.25 | $1,493,733.25 |

Produced by Prominent Title Agency, LLC
Using Qualia
Page 1 of 2
2022-46757-C
Printed on 05/02/2023
E-FILED 05/22/2023 3:44 PM / CONFIRMATION 1323929 / A 1905588 / JUDGE CROSS / COMMON PLEAS DIVISION

DocuSign Envelope ID: 3CE0DB60-2A06-4891-9194-972F8F43896D

See signature addendum

Produced by Prominent Title Agency, LLC
Using Qualia

Page 2 of 2

2022-46757-C
Printed on 05/01/2023

E-FILED 05/22/2023 3:44 PM  /  CONFIRMATION 1323929  /  A 1905588  /  JUDGE CROSS  /  COMMON PLEAS DIVISION  /  ZZ1

DocuSign Envelope ID: 3CE0DB60-2A06-4891-9194-972F8F43896D

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Prominent Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

| Hamilton County Land Reutilization Corporation | Konza LLC, an Ohio Limited Liability Company, Receiver |
|---|---|
| By: Port of Greater Cincinnati Development Authority | |
| Its: Management Company | |
| By: *Laura N. Brunner* — AA4ACA4D70BD4B2...    5/1/2023 | By: _____ |
| Laura N. Brunner, President/CEO    Date | Richard Boydston, Manager    Date |

_____  5-1-23
Settlement Agent                    Date

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Prominent Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

Hamilton County Land Reutilization Corporation Inc., an Ohio Corporation

By: _____
Date

Konza LLC, an Ohio Limited Liability Company, Receiver

By: _Richard Boydston_, MANAGER    5/1/23
Richard Boydston, Manager    Date

_[signature]_    5-1-23
Settlement Agent    Date

Produced by Prominent Title Agency, LLC
Using Qualia
2022-46757-C
Printed on 04/28/2023