# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

# WESTERN DIVISION

JOHN KLOSTERMAN,

Plaintiff,

v.

KONZA, LLC, et al.,

Defendants.

Case No. 1:25-cv-00312-SJD-KLL

Judge Susan J. Dlott

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS**

---

TO THE HONORABLE SUSAN J. Dlott:

Plaintiff John Klosterman, proceeding pro se, respectfully moves this Court for a fifteen (15) day extension of time to respond to the following pending motions to dismiss request to October 13, 2025.

1. Motion to Dismiss filed by Defendants City of Cincinnati and Terry James (Doc. #   );

2. Motion to Dismiss filed by Defendants [Dentions/Boydston and Keller Williams; Doc #

3. Motion to Dismiss filed by Defendant Community Action Agency.

4. Doc's 53 – 56

## GROUNDS FOR EXTENSION

1. **Personal Circumstances:** Plaintiff was serving as executor of the estate of an immediate family member who recently passed away. This responsibility requires significant time and attention, creating substantial demands on Plaintiff's time and resources during the period when responses to these motions are due.
2. **Complexity of Issues:** The motions to dismiss raise multiple complex legal issues including RICO claims, Section 1983 constitutional violations, state law claims, and various immunity doctrines that require extensive research and careful analysis.
3. **Volume of Material:** The motions collectively span numerous pages and cite extensive case law requiring thorough review and response.
4. **Pro Se Status:** As a pro se litigant, Plaintiff requires additional time to research applicable law and prepare adequate responses without the benefit of legal counsel.
5. **Good Faith Effort:** Despite the challenges of managing estate responsibilities, Plaintiff has been diligently working to prepare responses but requires additional time to ensure complete and proper responses to the complex legal arguments raised.
6. **No Prejudice:** The requested extension will not prejudice any party or delay resolution of the case, as discovery and other proceedings can continue during the extension period.

7. First Request: This is Plaintiff's first request for an extension regarding these motions.

WHEREFORE, Plaintiff respectfully requests that this Court grant a fifteen (15) day extension of time to respond to all pending motions to dismiss, extending the response deadline to October 13, 2025 from current deadline.

Respectfully submitted,

/s/ John Klosterman John Klosterman (Pro Se)

5615 Sidney Road

Cincinnati, OH 45238

Phone: (513) 250-2610

Email: johncklosterman@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was served via Email on all counsel of record on September 15, 2025.

/s/ John Klosterman John Klosterman