UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN,<br>　　Plaintiff, | Case No. 1:25-cv-312<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| KONZA, LLC, *et al.*,<br>　　Defendants. | ORDER |

This matter is before the Court on plaintiff's motion for extension of time of 15 days to respond to the motions to dismiss of defendants City of Cincinnati and Terry James (Doc. 54), defendants Konza, LLC, Richard Boydston, and Dentons Bingham Greenebaum LLP (Doc. 55), defendant Community Action Agency (Doc. 47), and "Doc's 53-56".  (Doc. 57).

For good cause shown, plaintiff is **GRANTED** an extension of time until **October 1, 2025** to respond to the motions to dismiss of defendants City of Cincinnati and Terry James (Doc. 54) and defendants Konza, LLC, Richard Boydston, and Dentons Bingham Greenebaum LLP (Doc. 55).

District Judge Dlott has already granted the motion to dismiss of defendant Community Action Agency (Doc. 47).  *See* Doc. 56.  Therefore, plaintiff's motion for extension of time in this regard is **DENIED** as moot.

Plaintiff's motion seeking an extension of time regarding "Doc's 53-56" is encompassed by the above and is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 9/16/2025

Karen L. Litkovitz
United States Magistrate Judge