Appendix B: Properties Owned By Plaintiff







Case: 1:25-cv-00312-SJD-KLL Doc #: 59-1 Filed: 09/30/25 Page: 5 of 15 PAGEID #: 504





Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 08/26/25 Page: 14 of 15 PAGEID #: 573





















Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 08/26/25 Page: 8 of 15 PAGEID #: 557







Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 09/26/25 Page: 11 of 15 PAGEID #: 843







Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 09/26/25 Page: 11 of 25 PAGEID #:









## KEY TO EXHIBIT B PROPERTY LIST

1     669 Delhi Avenue — owned by Land Bank since 2018 prior to receivership.
    Previous owner Jerimy Tausch demolished due to no maintenance from HCLRC

2     716 Delhi Avenue - owned by Fesneko Sergiy since 2017

3     794 Delhi Avenue - HCLRC Receivership Transfer

4     unknown address never owned by Plaintiff

5     708 Delhi   owned by Sky Box Management 2020
    Building was demolished early 2025

6     701 Delhi rear prior to HCLRC Receivership transfer

7     638 Steiner prior to HCLRC Receivership transfer

8     679 Delhi prior to HCLRC transfer

9     630 Delhi not owned by Plaintiff owner Sherry Taylor

10     754 Delhi not owned by Plaintiff owner

11     634 Delhi owned by Plaintiff not the Receivership

12     628 Delhi HCLRC Receivership transfer

13     636 Delhi HCLRC Receivership transfer

14     652 Steiner HCLRC Receivership transfer, prior to fire in receivership

15     654 Steiner HCLRC Receivership transfer, prior to fire in receivership

16     639 Steiner HCLRC Receivership transfer

17     656 Sedam side owned by HCLRC since 2024

18     656 Sedam owned by HCLRC since 2024

19     659 Sedam HCLRC Receivership transfer

20     701 Delhi HCLRC Receivership transfer

21     700 Delhi HCLRC Receivership transfer

22     Unknown lot (plaintiff had no lots where cars could park

23     663 Delhi owner Rosemary Sweeney since 1970

24     652 Delhi Moey Delhi LLC

25     642 Delhi owned by HCLRC since 2023 previous owner Ida Heard

26     Unknown lot possibly on Steiner not Plaintiff owned

Results



EXHIBIT
B Key

13 properties are not owned by Plaintiff but others AND  HCLRC

13 of the listed properties were transferred to HCLRC

50% were incorrectly attributed to Plaintiff creating a false narrative

# KEY TO EXHIBIT B PROPERTY LIST

1    669 Delhi Avenue — owned by Land Bank since 2018 prior to receivership.
     Previous owner Jerimy Tausch demolished due to no maintenance from HCLRC

2    716 Delhi Avenue - owned by Fesneko  Sergiy since 2017

3    794 Delhi Avenue - HCLRC Receivership Transfer

4    unknown address never owned by Plaintiff

5    708 Delhi    owned by Sky Box Management 2020
     Building was demolished early 2025

6    701 Delhi rear  prior to  HCLRC Receivership transfer

7    638 Steiner  prior to  HCLRC Receivership transfer

8    679 Delhi  prior to  HCLRC transfer

9    630 Delhi not owned by Plaintiff  owner Sherry Taylor

10   754 Delhi not owned by Plaintiff owner

11   634 Delhi owned by Plaintiff not the Receivership

12   628 Delhi  HCLRC Receivership transfer

13   636 Delhi  HCLRC Receivership transfer

14   652 Steiner  HCLRC Receivership transfer, prior to fire in receivership

15   654 Steiner  HCLRC Receivership transfer, prior to fire in receivership

16   639 Steiner  HCLRC Receivership transfer

17   656 Sedam side owned by HCLRC since 2024

18   656 Sedam owned by HCLRC since 2024

19   659 Sedam  HCLRC Receivership transfer

20   701 Delhi  HCLRC Receivership transfer

21   700 Delhi  HCLRC Receivership transfer

22   Unknown lot (plaintiff had no lots where cars could park

23   663 Delhi  owner Rosemary Sweeney since 1970

24   652 Delhi Moey Delhi LLC

25   642 Delhi owned by HCLRC since 2023  previous owner Ida Heard

26   Unknown lot possibly on Steiner not Plaintiff owned

Results


EXHIBIT

B Key

13 properties are not owned by Plaintiff but others AND HCLRC

13 of the listed properties were transferred to HCLRC

50% were incorrectly attributed to Plaintiff creating a false narrative

Case: 1:25-cv-00312-SJD-KLL Doc #: 54-1 Filed: 08/25/25 Page: 10 of 15 PAGEID #: 559

Appendix B - Properties Owned By Plaintiff

1
669
DElHI



2
716
DEHI





EXHIBIT
B

3

794

DElHl







4
UNKOWN
ADDRESS





5
708
DElHI

Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 08/26/25 Page: 7 of 15 PAGEID #: 555




6   701 DELHI (REAR)   7   638 STEINER




8   679 REAR DELHI



9. 630 Delhi



10. 754 Delhi





11   634 DELHI

12   628 DELHI

13   636 DELHI



Case: 1:23-cv-00812-SJD-KLL Doc #: 64 Filed: 08/26/24 Page: 53 of 15 PAGEID #: 634





14 652
STEINER

15 654
STEINER



16   639 STEINER

Case: 1:25-cv-00312-SJD-KLL Doc #: 54-5 Filed: 08/26/25 Page: 15 of 15 PAGEID #: 579

17

656
SEDAN
SIDE



18
656
SEDAN



19  SEDAM -659

20 - 701 DELHI -FRONT

21  700 DELHI

Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 08/28/25 Page: 8 of 15 PAGEID #: 557

Case: 1:25-cv-00312-SJD-KLL Doc #: 54-3 Filed: 08/28/25 Page: 12 of 15  PAGEID #: 575

22

UNKNOWN
LOT



23

663
DELHI







24
652
DELHI

25
642
DELHI



26 STEINER LOT