# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN,<br>    Plaintiff, | Case No. 1:25-cv-312<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| KONZA, LLC, *et al.*,<br>    Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion for leave to file a second amended complaint. (Doc. 43). None of the defendants have filed responsive memoranda to plaintiff's motion.

Plaintiff's motion seeks "to add FRI Mason, LLC d/b/a Keller Williams Advisors Realty and Jennifer Donnathan as defendants." (Doc. 43 at PageID 397). However, plaintiff has already named Jennifer Donathan[1] as a defendant in this case. (*See* Doc. 1 at PageID 17, 21, 28 and Doc. 33 at PageID 363, 370). To the extent plaintiff seeks to clarify that the corporate entity for defendant Keller Williams Advisors Realty is FRI Mason, LLC, d/b/a Keller Williams Advisors Realty, plaintiff's motion is granted.

**IT IS SO ORDERED.**

Date: 10/6/2025

Karen L. Litkovitz
United States Magistrate Judge

---

1 The Court believes the correct spelling of defendant's name is Jennifer Donathan.