UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| JOHN KLOSTERMAN, | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| KONZA, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY ALAN ENGLISH**

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), James D. Houston, trial attorney for Defendants, Konza, LLC, Richard Boydston and Dentons Bingham Greenebaum LLP, in the above-referenced action, hereby moves the court to admit Gregory Alan English, *pro hac vice*, to appear and participate as counsel or co-counsel for Defendants, Konza, LLC, Richard Boydston and Dentons Bingham Greenebaum LLP.

Movant represents that Gregory Alan English is a member in good standing of the highest court or Indiana as attested by the accompanying certificate from the court and that Gregory Alan English is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

Gregory Alan English's relevant identifying information is as follows:

HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
(317)-822-4400
Email: genglish@hooverhullturner.com

Respectfully submitted,

*/s/ James D. Houston*
James D. Houston (OH 0072794)
Stephen E. Schilling (OH 0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
(513) 621-2120
Facsimile (513) 241-8259
jdhouston@strausstroy.com
seschilling@strausstroy.com

Counsel for  Defendants Konza, LLC, Richard
Boydston and Dentons Bingham Greenebaum
LLP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court, Southern District of Ohio this 8th day of October, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The following parties will be served by ordinary United States mail, first class postage prepaid:

Joseph Lentine
3633 Puhlman
Cincinnati, OH 45211

Jennifer Donathan
3505 Columbia Parkway #125
Cincinnati, OH 45226

Tri-State Organization, Inc.
[no address given by Plaintiff
and no summons filed]

Angel Strunk
638 Steiner Ave
Cincinnati, OH 45204

*/s/ James D. Houston*
James D. Houston (OH 0072794)

19069553.1