UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| JOHN KLOSTERMAN, | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| KONZA, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

For good cause shown, the Motion to Appear *Pro Hac Vice* of Gregory Alan English is granted.

It is hereby Ordered that Attorney Gregory Alan English is hereby admitted to practice before the Court, *pro hac vice*, in the captioned case.

So Ordered.

_____
Judge

19069556.1