# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JOHN KLOSTERMAN, )
)
    Plaintiff, ) Case No. 1:25-cv-00312-SJD-KLL
)
v. ) MAGISTRATE JUDGE KAREN L. LITKOVITZ
)
KONZA, LLC, et al., ) MOTION TO SEAL
) EX PARTE COMMUNICATION
    Defendants. )

---

Plaintiff John Klosterman respectfully moves this Court, pursuant to Southern District of Ohio Civil Rule 5.9, to file under seal an ex parte letter to the Court regarding case management.

### GROUNDS FOR SEALING

1. The ex parte letter addresses case management and scheduling considerations within the Court's discretion.

2. The letter contains information that, if disclosed to other parties, would interfere with the orderly administration of this case.

3. The matters addressed in the letter do not involve the merits of any pending substantive motion and relate solely to case management timing.

4. The information relates to circumstances affecting a non-party to this litigation.

4. The information relates to circumstances affecting a non-party to this litigation.

5. Good cause exists for sealing under Local Rule 5.9 to protect the integrity of the Court's case management function.

6. The attached exhibit contains correspondence to a non-party that should remain confidential at this time.

## WHY EX PARTE COMMUNICATION IS APPROPRIATE

This ex parte communication is appropriate under the Court's inherent case management authority because it concerns only scheduling and timing matters that do not affect other parties' substantive rights.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. GRANT this Motion to Seal;

2. ORDER that Plaintiff's Ex Parte Letter to the Court dated October 17, 2025, together with its exhibit, be filed under seal;

3. ORDER that said documents shall not be served on other parties or their counsel; and

4. DIRECT the Clerk to maintain these documents under seal.

Plaintiff John Klosterman respectfully moves this Court, pursuant to Southern District of Ohio Civil Rule 5.9, to file under seal an ex parte letter to the Court regarding case management matters.

GROUNDS FOR SEALING

1. The ex parte letter addresses case management and scheduling considerations within the Court's discretion.

2. The letter contains information that, if disclosed to other parties, would interfere with the orderly administration of this case.

3. The matters addressed in the letter do not involve the merits of any pending substantive motion and relate solely to case management timing.

4. The information relates to circumstances affecting a non-party to this litigation.

5. Good cause exists for sealing under Local Rule 5.9 to protect the integrity of the Court's case management function.

6. The attached exhibit contains correspondence to a non-party that should remain confidential at this time.

WHY EX PARTE COMMUNICATION IS APPROPRIATE

This ex parte communication is appropriate under the Court's inherent case management authority because it concerns only scheduling and timing matters that do not affect other parties' substantive rights.

REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. GRANT this Motion to Seal;

2. ORDER that Plaintiff's Ex Parte Letter to the Court dated October 17, 2025. together with its exhibit, be filed under seal;

3. ORDER that said documents shall not be served on other parties or their counsel; and

4. DIRECT the Clerk to maintain these documents under seal.

Respectfully submitted,

/s/ John Klosterman
John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

Dated: October 17, 2025