**EXHIBIT A**

# City of Cincinnati

**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**

Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708

JOHN JENNAGANS LLC
C/O JOHN KLOSTERMAN
621 DELHI PIKE
CINCINNATI OH 45204

**Re: 621 DELHI AV**
BPP: 015300010003
**NOTICE OF VIOLATION**
Case number: B201908304

**NOTICE DATE- January 17, 2020**

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC).** Each code violation in the attached **violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by February 18, 2020. **Please call 352-4788, between 7:00 to 9:00 a.m., or e-mail: terry.james@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If I do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the structure. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

You have a right to appeal certain orders under Section 1101-83 CBC within 30 days of the date of this notice. Appeals must be filed on the appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the Secretary of the Board of Housing Appeals at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202 (an appeal of an order to vacate a property is filed with the Secretary of the Board of Building Appeals, 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202). Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420.

The City of Cincinnati has enacted various codes that regulate housing standards and property maintenance throughout the City. Maintaining our homes and properties ensures the availability of decent and safe housing, contributes to an improved quality of life for all residents, and leads to an increase or stabilization of property values. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality housing and property conditions in your neighborhood.

Sincerely,

Terry James
District Inspector
terry.james@cincinnati-oh.gov

_____ Cert#310
E. Cunningham, OBBS Certified Building Official

DocID-CODE6208V


B201908304

# VIOLATION LISTING

**NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City of Cincinnati Website ( http://www.cincinnati-oh.gov/bldginsp/pages/-17928-/), or call 352-3271, for more information.

January 17, 2020

**INSPECTION FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1: VACATE THE BUILDING

Vacate 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and moving to decent, safe and sanitary housing. Tenants may call #513-352-5291, for further information on assistance currently available.

B201908304

# City of Cincinnati

**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**



Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708

JOHN JENNAGANS LLC
C/O JOHN KLOSTERMAN
5615 SIDNEY RD
CINCINNATI OH 45238-1857

**Re: 621 DELHI AV**
BPP: 015300010003
**NOTICE OF VIOLATION**
Case number: B201908304

## NOTICE DATE- January 17, 2020

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC). Each code violation in the attached violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by February 18, 2020. **Please call 352-4788, between 7:00 to 9:00 a.m., or e-mail: terry.james@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If I do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the structure. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

You have a right to appeal certain orders under Section 1101-83 CBC within 30 days of the date of this notice. Appeals must be filed on the appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the Secretary of the Board of Housing Appeals at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202 (an appeal of an order to vacate a property is filed with the Secretary of the Board of Building Appeals, 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202). Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420.

The City of Cincinnati has enacted various codes that regulate housing standards and property maintenance throughout the City. Maintaining our homes and properties ensures the availability of decent and safe housing, contributes to an improved quality of life for all residents, and leads to an increase or stabilization of property values. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality housing and property conditions in your neighborhood.

Sincerely,

Terry James
District Inspector
terry.james@cincinnati-oh.gov

_____ Cert#310
E. Cunningham, OBBS Certified Building Official

DocID-CODE6208V

B201908304

## VIOLATION LISTING

**NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City of Cincinnati Website ( http://www.cincinnati-oh.gov/bldginsp/pages/-17928-/), or call 352-3271, for more information.

January 17, 2020

**INSPECTION FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1: VACATE THE BUILDING

Vacate 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and moving to decent, safe and sanitary housing. Tenants may call #513-352-5291, for further information on assistance currently available.

B201908304