# City of Cincinnati

**EXHIBIT B**

**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**

Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708

JOHN JENNAGANS LLC
C/O JOHN KLOSTERMAN
5615 SIDNEY RD
CINCINNATI OH 45238-1857

**Re: 621 DELHI AV**
BPP: 015300010003
**NOTICE OF VIOLATION- VACANT BUILDING**
Case number: B202006417

**NOTICE DATE December 30, 2020**

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC).** Each code violation in the attached **violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by January 29, 2021. **Please call the Inspector at 352-3968 between 8:00 to 10:00 a.m., or E-Mail: matthew.flannery@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If we do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the building. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202.

You have a right to appeal orders under Section 1101-81 CBC and Section 1101-83 CBC, within 30 days of the date of this notice. Appeal of an order to vacate a property, or a dangerous and unsafe premises declaration (condemnation) is appealed to the Secretary of the Board of Building Appeals (BBA). Appeals are filed at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202. Appeals must be filed on the BBA appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the secretary of the appropriate board. At the hearing, the owner may be represented by counsel, present arguments or contentions orally or in writing, and present evidence and examine witnesses appearing for or against the owner. Persons subject to the Vacated Building Maintenance License (VBML) requirements may petition the Director of Buildings & Inspections for suspension of fees and/or maintenance standards as prescribed under CBC Section 1101-80.1.

Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality property and building conditions in neighborhoods.

Sincerely,

*[signature]*
Matt Flannery
District Inspector
E-Mail: matthew.flannery@cincinnati-oh.gov

*[signature]* Cert # 310
E. Cunningham, OBBS Certified Building Official

**December 30, 2020**

## VIOLATION LISTING

**INSPECTION FEES CHARGED-** Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1: HISTORIC -DANGEROUS & UNSAFE BUILDING

Vacate order B201908304 was issue on 8/17/20 for this property at 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to promptly cause the dangerous and unsafe condition to be remedied in accordance with the CBC. The building is an historic structure and all alterations to the property must be made in compliance with § 1101-15.6 and Chapter 1435 of the Cincinnati Municipal Code, all material alterations require a certificate of appropriateness. Demolition is not permitted unless such demolition complies with § 1435-23.. Required permits must be obtained and plans and specifications may be required. Submit plans and obtain the required permits prior to starting work. You are ordered to cause the dangerous and unsafe conditions to be remedied within 30 days of the date of this notice.

You are further ordered to barricade the building or repair and restore and lock any open broken doors or windows allowing casual entry into the building within three (3) days of the date of this notice and keep it vacant and secure effective immediately pursuant to Section 1101-65 CBC. Please refer to the enclosed information on barricading buildings. If the building is not made to conform to the CBC and is not approved for re-occupancy within 30 days of the date of this notice, you are ordered to comply with the obligations of owners of vacated buildings per Section 1101-77. CBC within the time provided for in the portion of Section 1101-77. CBC shown in the attachments.

CBC SECTION: 1101-63. Dangerous and unsafe premises.
All buildings having defects as set forth herein shall be deemed dangerous or unsafe buildings as follows:
(1) Those whose walls, floors, foundations or other members are so out of plumb, level, original position, deteriorated, or overloaded as to be unlikely to perform their intended functions, or are in such condition or of such size as to cause stresses in any structural members likely to result in failure or collapse; or
(2) Those which are, or have become, so dilapidated, decayed, or unsafe, or which so substantially fail to provide the basic elements of shelter or safety that they are unfit for human habitation or dangerous to life or property; or
(3) Those which in the opinion of the director of buildings and inspections and a responsible officer of the Fire Division constitutes a serious fire hazard because of their use, construction, unprotected exposure, or lack of maintenance; or
(4) Those which are a hazard to the safety, health or general welfare of the occupants or the public; or
(5) Those which the Director has ordered vacated or kept vacant and which in the time provided by the order have not been brought into compliance with the CBC or into compliance with the terms and conditions of a current vacant building maintenance license.

Any such dangerous or unsafe building is herewith declared to be a public nuisance.

This building is located within a National and/or Local Historic District and may qualify for financial assistance for rehabilitation through grants or tax credits. Failure to comply with this order and/or failure to obtain a required COA will subject the owner to enforcement of Cincinnati Zoning Code Section 1451-11. -Historic Conservation Prohibitions in addition to the building code requirements in this order.

## THIS IS A NOTICE OF VIOLATION AND ORDER TO:

1.) Apply for a Vacated Building Maintenance License (VBML) within 30 days of the date of this notice by completing the VBML/permit application form, paying the prescribed fee (See attached invoice), and filing the application at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202, and;

2.) Obtain liability insurance within 30 days of the date of this notice. Any insurance policy acquired after an order to vacate or keep the building vacant shall provide for written notice to the director of buildings and inspections within 30 days of any lapse, cancellation, or change in coverage and;

3.) Cause the premises to conform to the minimum standards of safety and structural integrity set forth in 1101-79.4 below within 90 days of the date of this notice. NOTE: Merely applying for a VBML, paying the fee, and showing proof of insurance does not constitute full compliance with the VBML requirements and this order. You must make all necessary repairs and clean up on the building and premises and obtain the license to be considered in compliance. The license will not be issued until full compliance with the maintenance conditions set forth in Section 1101-79.4 CBC Vacated Building Maintenance Standards shown below is achieved.

**1101-79.4 Vacated Building Maintenance Standards:** A building shall be deemed adequately protected from intrusion by trespassers and from deterioration by the weather if:

**(1) Building openings:** Doors, windows, areaways and other openings are weathertight and secured against entry by birds, vermin and trespassers. Missing or broken doors, windows and opening coverings are covered with at least one-half inch of CDX plywood, weather protected, tightly fitted to the opening and secured by screws or bolts.

**(2) Roofs:** The roof and flashings are sound, tight, will not admit moisture, and drained to prevent dampness or deterioration in the walls or interior.

**(3) Drainage:** The building gutters and downspouts are watertight and entire storm drainage system is adequately sized, installed in an approved manner, functional and discharged in an approved manner.

**(4) Building Structure:** The building is maintained in good repair, structurally sound, free from debris, rubbish and garbage, and sanitary, and interior floors, walking surfaces and stairs are structurally sound, and interior walls and ceilings are free of loose or hanging plaster and finishes, so as not to pose a threat to the public health or safety.

**(5) Structural Members:** The structural members are free of deterioration and capable of safely bearing imposed dead and live loads.

**(6) Foundation Walls:** The foundation walls are plumb, free from open cracks and breaks, and ratproof.

**(7) Exterior Walls:** The exterior walls are free of holes, breaks, and loose or rotting materials. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(8) Decorative Features:** The cornices, belt courses, corbels, terra cotta trim, wall facings and similar decorative features are safe, anchored, and in good repair. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(9) Structure Extensions:** All balconies, porches, canopies, marquees, signs, metal awnings, cornices, stairways, fire escapes, standpipes, exhaust ducts and similar features are in good repair, anchored, safe and sound. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(10) Chimneys and Towers:** Chimneys, cooling towers, smokestacks, and similar appurtenances are structurally safe. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(11) Sidewalk Openings:** Yardwalks, steps, and openings in sidewalks are safe for pedestrian travel.

**(12) Accessory and Appurtenant Structures:** Accessory and appurtenant structures such as garages, sheds, and fences are free from safety, health, and fire hazards.

**(13) Premises:** The premises on which a structure is located is clean, safe and sanitary, maintained free of weeds, junk cars, and litter, and does not pose a threat to the public health or safety.

THIS PAGE IS INTENTIONALLY LEFT BLANK

**Remit To:**

# INVOICE

City of Cincinnati
Code Enforcement, Attn: L. Briede
805 Central Avenue, Suite 500
Cincinnati, Ohio 45202

| | |
|---|---|
| JOHN JENNAGANS  LLC | Case Number:   B202006417 |
| C/O JOHN KLOSTERMAN | Invoice Date:    December 30, 2020 |
| 5615 SIDNEY RD | **Amount Due: $936.00** |
| CINCINNATI OH 45238-1857 | **Due Date:       January 29, 2021** |

*Please detach this stub and return with your signed application and payment*

---

**IN RE: VBML APPLICATION- 621 DELHI AV**

To: JOHN JENNAGANS  LLC

The subject building was originally ordered to be vacated or kept vacant on January 17, 2020. A Vacant Building Maintenance License (VBML) for the subject building is due for renewal each year on the anniversary of the date the building was originally vacated. You are required to apply for a VBML by the due date annually for as long as the building is ordered to be vacated to avoid a late fee equal to the license fee or $1,000.00, whichever is less: Section 1101-77 Cincinnati Building Code (CBC). **Contact the District Inspector Matt Flannery, at 352-3968, between, 8:00 to 10:00 a.m.-Mon- Fri, with questions regarding the renewal process.**

The renewal fee for this year for the VBML is **$936.00.** This amount must accompany a signed application form to obtain or renew the license. *Make check payable to the City of Cincinnati.* You are required to maintain general liability insurance in the amount of $300,000.00 for residential buildings (up to four dwelling units) or $1,000,000.00 for commercial buildings. Send the license fee of $900.00, and the signed application form with parts A, B and D completed to:

*City of Cincinnati,*
*Code Enforcement, Attn: L. Briede*
*805 Central Avenue, Suite 500*
*Cincinnati, Ohio  45202*

Or apply in person, between 9:00 am and 5:00 pm Mon.-Fri.

Persons subject to the Vacated Building Maintenance License (VBML) requirements may petition the Director of Buildings & Inspections for suspension of fees and/or maintenance standards as prescribed under Section 1101-80.1. Contact the District Inspector for further information on appeals. There are Civil and/or Criminal penalties for failure to apply for the license, maintain the building, and obtain the license under the CBC Section 1101-61.4. <u>VBML fees and late fees remaining unpaid are considered a debt due and owed to the City and will be referred to the solicitor's office for collection.</u> The collection efforts include, but are not limited to, obtainment of a civil judgment and recording of a lien against the subject property.

      Enclosure: VBML Application Form

# City of Cincinnati

**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**

Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708



JOHN JENNAGANS LLC
C/O JOHN KLOSTERMAN
621 DELHI PIKE
CINCINNATI OH 45204

**Re: 621 DELHI AV**
BPP: 015300010003
**NOTICE OF VIOLATION- VACANT BUILDING**
Case number: B202006417

**NOTICE DATE December 30, 2020**

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC).** Each code violation in the attached **violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by January 29, 2021 . **Please call the Inspector at 352-3968 between 8:00 to 10:00 a.m., or E-Mail: matthew.flannery@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If we do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the building. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202.

You have a right to appeal orders under Section 1101-81 CBC and Section 1101-83 CBC, within 30 days of the date of this notice. Appeal of an order to vacate a property, or a dangerous and unsafe premises declaration (condemnation) is appealed to the Secretary of the Board of Building Appeals (BBA). Appeals are filed at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202. Appeals must be filed on the BBA appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the secretary of the appropriate board. At the hearing, the owner may be represented by counsel, present arguments or contentions orally or in writing, and present evidence and examine witnesses appearing for or against the owner. Persons subject to the Vacated Building Maintenance License (VBML) requirements may petition the Director of Buildings & Inspections for suspension of fees and/or maintenance standards as prescribed under CBC Section 1101-80.1.

Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality property and building conditions in neighborhoods.

Sincerely,

Matt Flannery
District Inspector
E-Mail: matthew.flannery@cincinnati-oh.gov

_____ Cert # 310
E. Cunningham, OBBS Certified Building Official

Doc-id 6208VB          B202006417          Page-1

**December 30, 2020**

## VIOLATION LISTING

**INSPECTION FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1: HISTORIC -DANGEROUS & UNSAFE BUILDING

Vacate order B201908304 was issue on 8/17/20 for this property at 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to promptly cause the dangerous and unsafe condition to be remedied in accordance with the CBC. The building is an historic structure and all alterations to the property must be made in compliance with § 1101-15.6 and Chapter 1435 of the Cincinnati Municipal Code, all material alterations require a certificate of appropriateness. Demolition is not permitted unless such demolition complies with § 1435-23.. Required permits must be obtained and plans and specifications may be required. Submit plans and obtain the required permits prior to starting work. You are ordered to cause the dangerous and unsafe conditions to be remedied within 30 days of the date of this notice.

You are further ordered to barricade the building or repair and restore and lock any open broken doors or windows allowing casual entry into the building within three (3) days of the date of this notice and keep it vacant and secure effective immediately pursuant to Section 1101-65 CBC. Please refer to the enclosed information on barricading buildings. If the building is not made to conform to the CBC and is not approved for re-occupancy within 30 days of the date of this notice, you are ordered to comply with the obligations of owners of vacated buildings per Section 1101-77. CBC within the time provided for in the portion of Section 1101-77. CBC shown in the attachments.

CBC SECTION: 1101-63. Dangerous and unsafe premises.
All buildings having defects as set forth herein shall be deemed dangerous or unsafe buildings as follows:
(1) Those whose walls, floors, foundations or other members are so out of plumb, level, original position, deteriorated, or overloaded as to be unlikely to perform their intended functions, or are in such condition or of such size as to cause stresses in any structural members likely to result in failure or collapse; or
(2) Those which are, or have become, so dilapidated, decayed, or unsafe, or which so substantially fail to provide the basic elements of shelter or safety that they are unfit for human habitation or dangerous to life or property; or
(3) Those which in the opinion of the director of buildings and inspections and a responsible officer of the Fire Division constitutes a serious fire hazard because of their use, construction, unprotected exposure, or lack of maintenance; or
(4) Those which are a hazard to the safety, health or general welfare of the occupants or the public; or
(5) Those which the Director has ordered vacated or kept vacant and which in the time provided by the order have not been brought into compliance with the CBC or into compliance with the terms and conditions of a current vacant building maintenance license.

Any such dangerous or unsafe building is herewith declared to be a public nuisance.

This building is located within a National and/or Local Historic District and may qualify for financial assistance for rehabilitation through grants or tax credits. Failure to comply with this order and/or failure to obtain a required COA will subject the owner to enforcement of Cincinnati Zoning Code Section 1451-11. -Historic Conservation Prohibitions in addition to the building code requirements in this order.

## THIS IS A NOTICE OF VIOLATION AND ORDER TO:

1.) Apply for a Vacated Building Maintenance License (VBML) within 30 days of the date of this notice by completing the VBML/permit application form, **paying the prescribed fee (See attached invoice)**, and filing the application at 805 Central Avenue, Suite 500, Cincinnati, Ohio, 45202, and;

2.) Obtain liability insurance within 30 days of the date of this notice. Any insurance policy acquired after an order to vacate or keep the building vacant shall provide for written notice to the director of buildings and inspections within 30 days of any lapse, cancellation, or change in coverage and;

3.) Cause the premises to conform to the minimum standards of safety and structural integrity set forth in 1101-79.4 below within 90 days of the date of this notice. NOTE: Merely applying for a VBML, paying the fee, and showing proof of insurance does not constitute full compliance with the VBML requirements and this order. You must make all necessary repairs and clean up on the building and premises and obtain the license to be considered in compliance. The license will not be issued until full compliance with the maintenance conditions set forth in **Section 1101-79.4 CBC Vacated Building Maintenance Standards** shown below is achieved.

**1101-79.4 Vacated Building Maintenance Standards:** A building shall be deemed adequately protected from intrusion by trespassers and from deterioration by the weather if:

**(1) Building openings:** Doors, windows, areaways and other openings are weathertight and secured against entry by birds, vermin and trespassers. Missing or broken doors, windows and opening coverings are covered with at least one-half inch of CDX plywood, weather protected, tightly fitted to the opening and secured by screws or bolts.

**(2) Roofs:** The roof and flashings are sound, tight, will not admit moisture, and drained to prevent dampness or deterioration in the walls or interior.

**(3) Drainage:** The building gutters and downspouts are watertight and entire storm drainage system is adequately sized, installed in an approved manner, functional and discharged in an approved manner.

**(4) Building Structure:** The building is maintained in good repair, structurally sound, free from debris, rubbish and garbage, and sanitary, and interior floors, walking surfaces and stairs are structurally sound, and interior walls and ceilings are free of loose or hanging plaster and finishes, so as not to pose a threat to the public health or safety.

**(5) Structural Members:** The structural members are free of deterioration and capable of safely bearing imposed dead and live loads.

**(6) Foundation Walls:** The foundation walls are plumb, free from open cracks and breaks, and ratproof.

**(7) Exterior Walls:** The exterior walls are free of holes, breaks, and loose or rotting materials. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(8) Decorative Features:** The cornices, belt courses, corbels, terra cotta trim, wall facings and similar decorative features are safe, anchored, and in good repair. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(9) Structure Extensions:** All balconies, porches, canopies, marquees, signs, metal awnings, cornices, stairways, fire escapes, standpipes, exhaust ducts and similar features are in good repair, anchored, safe and sound. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(10) Chimneys and Towers:** Chimneys, cooling towers, smokestacks, and similar appurtenances are structurally safe. Exposed metal and wood surfaces are protected from the elements and against decay or rust by periodic application of weather coating materials, such as paint or similar surface treatment.

**(11) Sidewalk Openings:** Yardwalks, steps, and openings in sidewalks are safe for pedestrian travel.

**(12) Accessory and Appurtenant Structures:** Accessory and appurtenant structures such as garages, sheds, and fences are free from safety, health, and fire hazards.

**(13) Premises:** The premises on which a structure is located is clean, safe and sanitary, maintained free of weeds, junk cars, and litter, and does not pose a threat to the public health or safety.

THIS PAGE IS INTENTIONALLY LEFT BLANK

**Remit To:**

# INVOICE

City of Cincinnati
Code Enforcement, Attn: L. Briede
805 Central Avenue, Suite 500
Cincinnati, Ohio 45202


| | |
|---|---|
| JOHN JENNAGANS LLC | Case Number: B202006417 |
| C/O JOHN KLOSTERMAN | Invoice Date: December 30, 2020 |
| 621 DELHI PIKE | **Amount Due: $936.00** |
| CINCINNATI OH 45204 | Due Date: January 29, 2021 |

*Please detach this stub and return with your signed application and payment*

---

**IN RE: VBML APPLICATION- 621 DELHI AV**

To: JOHN JENNAGANS LLC

The subject building was originally ordered to be vacated or kept vacant on January 17, 2020. A Vacant Building Maintenance License (VBML) for the subject building is due for renewal each year on the anniversary of the date the building was originally vacated. You are required to apply for a VBML by the due date annually for as long as the building is ordered to be vacated to avoid a late fee equal to the license fee or $1,000.00, whichever is less: Section 1101-77 Cincinnati Building Code (CBC). **Contact the District Inspector Matt Flannery, at 352-3968, between, 8:00 to 10:00 a.m.-Mon- Fri, with questions regarding the renewal process.**

The renewal fee for this year for the VBML is **$936.00.** This amount must accompany a signed application form to obtain or renew the license. *Make check payable to the City of Cincinnati.* You are required to maintain general liability insurance in the amount of $300,000.00 for residential buildings (up to four dwelling units) or $1,000,000.00 for commercial buildings. Send the license fee of $900.00, and the signed application form with parts A, B and D completed to:

*City of Cincinnati,*
*Code Enforcement, Attn: L. Briede*
*805 Central Avenue, Suite 500*
*Cincinnati, Ohio 45202*

Or apply in person, between 9:00 am and 5:00 pm Mon.-Fri.

Persons subject to the Vacated Building Maintenance License (VBML) requirements may petition the Director of Buildings & Inspections for suspension of fees and/or maintenance standards as prescribed under Section 1101-80.1. Contact the District Inspector for further information on appeals. There are Civil and/or Criminal penalties for failure to apply for the license, maintain the building, and obtain the license under the CBC Section 1101-61.4. <u>VBML fees and late fees remaining unpaid are considered a debt due and owed to the City and will be referred to the solicitor's office for collection.</u> The collection efforts include, but are not limited to, obtainment of a civil judgment and recording of a lien against the subject property.

Enclosure: VBML Application Form

Doc-id 6208VB        B202006417         Page-6