# 621 DELHI AV

## Property Activity Record Details

**EXHIBIT C**

### RECORD ID:

B202006417

### DESCRIPTION:

Code Enforcement - Buildings with Residences

## DILIGENCE CHECKS

### Ownership Diligence Check

**5000-Ownership Diligence Check** (Required)

**Approved**
Date Added: 12/29/2020
Description:

.

### CONDITIONED ON SALE

**1700-CONDITIONED ON SALE** (Optional)

**No information available**
Date Added: n/a
Description:

.

## INSPECTION TIMELINE

### 10/6/2025 - Final Notice - Inspection

Action: Yes

Comments: Ranking inspection and updated.

Entered By: KRHODES

### 9/12/2025 - Orders - Re-Inspection

Action: Yes

Comments: No change in condition. See B202500013

Entered By: RROBINSON

### 5/27/2025 - Orders - Re-Inspection

Action: Yes

Comments: No change in condition. See B202500013

Entered By: RROBINSON

### 2/18/2025 - Final Notice - Inspection

Action: Yes

Comments: Notice of public hearing posted on property.

Entered By: KRHODES

### 1/3/2025 - 1CIVIL Refer to HAZ ABATEMT

Action: Pass Back

Comments: Not Available

Entered By: WAM

### 1/3/2025 - HAZABT- Supervisor App.

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: WMOELLER

### 12/31/2024 - 1CIVIL Refer to HAZ ABATEMT

Action: Yes

Comments: No compliance, ownership same, request civil and need hazard case

Entered By: KRHODES

#### 12/31/2024 - Final Notice - Inspector Recommends a Civil (Level 1) Fine

Action: Yes

Comments: No compliance, ownership same, request civil and need hazard case

Entered By: KRHODES

#### 12/31/2024 - Final Notice - Inspection

Action: Yes

Comments: No compliance, ownership same, request civil and need hazard case

Entered By: KRHODES

#### 10/8/2024 - Final Notice - Inspection

Action: Yes

Comments: C230-No progress visible on inspection.C140-Left a Door Hanger.

Entered By: SFEHN

#### 4/10/2024 - Civil1 - Supervisor Confirms Civil (Level 1) Fine

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: WMOELLER

#### 4/9/2024 - Final Notice - Inspector Recommends a Civil (Level 1) Fine

Action: Yes

Comments: No compliance, ownership same, request civil and need hazard case

Entered By: KRHODES

#### 4/9/2024 - Final Notice - Inspection

Action: Yes

Comments: No compliance, ownership same, request civil and need hazard case

| | |
|---|---|
| | Entered By: KRHODES |
| 12/13/2023 - Final Notice - Inspection | |
| | Action: Yes |
| | Comments: The building is vacant & secure. No progress observed and the building continues to deteriorate, particularly the left rear corner which is structurally unstable. Called owner, John Klosterman and told him he has to stabilize this corner immediately. He said he has a new property manager and will have him contact me. I then gave him a heads-up that a Civil citation is overdue and this contact needs to be made extremely soon. |
| | Entered By: MFLANNERY |
| 10/5/2023 - Final Notice - Inspection | |
| | Action: Yes |
| | Comments: The building is vacant & secure. No progress observed or contact by owner, John Klosterman. The left rear corner of the building is not structurally stable. Called JK and left a v.m. message requesting a callback and gave a heads-up regarding the issuance of a Civil citation. |
| | Entered By: MFLANNERY |
| 8/28/2023 - Final Notice - Inspection | |
| | Action: Yes |
| | Comments: The building is vacant & secure. No progress observed or recent contact. Called property manager, Angel Skelton and she stated that she is no longer working for John Klosterman because he will not approve any work to be done on the buildings. The left rear corner of this building is in extremely poor condition and continues to deteriorate. Will consult with Supervisor Wise and the city Law Department as to how the cases should be escalated for 621, 623 & 634 Delhi Ave. |
| | Entered By: MFLANNERY |
| 4/21/2023 - Final Notice - Inspection | |
| | Action: Yes |
| | Comments: No progress observed or recent contact by the property manager, Angel Skelton. |
| | Entered By: MFLANNERY |
| 1/19/2023 - Final Notice - Inspection | |
| | Action: Yes |

Comments: Appointment to inspect with property manager, Angel Skelton. The building is vacant & secure. There are stored items and rubbish on the first floor and in the basement that need to be removed. The second floor has been cleaned out for the most part. Inspected the roof framing and underside of the roof 1X decking from inside the attic and it appeared to be in fairly good condition with minimal leakage.
The left basement and 1st floor wall and the flooring system for the 1st floor as viewed from the interior at the rear of the basement is in a very hazardous state and extremely deteriorated condition. It needs extensive repair in order to be code compliant. Took eight photos and added them to this case. I told Ms. Skelton that a Building Permit with plans is required in order to complete the repair of this area. She gave me a copy of an engineering report from Richard A. Graman, P.E. with GEI Engineering dated September 18, 2020. In it, the report states "The temporary shoring and temporary wall were installed to help support the deteriorated members. The existing temporary shoring is not adequate to support the code required loads." Will have the full report scanned into this case.

Entered By: MFLANNERY

### 1/9/2023 - Final Notice - Inspection

Action: Yes

Comments: The front door needs to be resecured. The lockset will not secure the building when thumb-turn is locked. The building is fill of rubbish and haphazard storage. The left rear of the building is badly rotted and the exterior wall is not stable. Called the property manager, Angel Skelton regarding the building not being secure. She said she will get the door locked today.

Entered By: MFLANNERY

### 12/5/2022 - Final Notice - Inspection

Action: Yes

Comments: The building remains vacant & secure. No progress observed on the exterior. Called JK property manager, Angel Skelton and discussed 621 & 623 Delhi. Told her Interior inspections need to be arranged for in both buildings. There are structural issues that are known to exist in 621. See Reissued Case B201908304 for photos.

Entered By: MFLANNERY

### 7/21/2022 - Final Notice - Inspection

Action: Yes

Comments: The building is vacant & secure. No progress observed on the exterior. Saw a man named Calvin who said he was working in 623 Delhi. Gave him my business card and asked him to get a message to JK to call me.
No voice mail available to leave a message when calling JK's listed phone number.
No response to ICL sent. Left a door-hanger for owner, John Klosterman requesting he call me. Also, gave a heads-up regarding a Civil 1 citation being issued if no contact/progress. Took photos of DH and added them to this case.

Entered By: MFLANNERY

### 6/27/2022 - MISC Inspector Contact Print

Action: Complete

Comments: Printed and mailed Inspector Contact Notice to owner(s). Copy to be scanned.

Entered By: FABROWN

### 6/17/2022 - MISC Inspector Contact Print

Action: Yes

Comments: Please send Inspector Contact Letter.

Entered By: MFLANNERY

### 6/17/2022 - Inspector Contact Letter

Action: Yes

Comments: Please send Inspector Contact Letter.

Entered By: MFLANNERY

### 6/17/2022 - Final Notice - Inspection

Action: Yes

Comments: The building is vacant & secure. No progress observed on the exterior. Called owner, John Klosterman, but no v.m. recorded message and no beep, but I left a message at the pause when the ringing stopped.
Please send Inspector Contact Letter.

Entered By: MFLANNERY

### 2/24/2022 - Final Notice - Inspection

Action: Yes

Comments: Same status - The building remains vacant and secure. It is not in the Receivership. The owner, John Klosterman is unavailable to schedule an interior inspection still and no contact info relayed from him for a representative to gain entry in his absence.

Entered By: MFLANNERY

### 12/6/2021 - Final Notice - Inspection

Action: Yes

Comments: The building remains vacant and secure. It is not in the Receivership. The owner, John Klosterman is unavailable to schedule an interior inspection still and no contact info for a representative to gain entry.

Entered By: MFLANNERY

### 7/22/2021 - Final Notice - Inspection

Action: Yes

Comments: No entry for inspection. The building is vacant and secure. The owner, John Klosterman is not available to schedule an interior inspection at this time and no contact info for a representative.

Entered By: MFLANNERY

### 5/21/2021 - Final Notice - Inspection

Action: Yes

Comments: The new door and lockset has been installed and the opening is secure. The deadbolt still needs to be added though.

Entered By: MFLANNERY

### 4/23/2021 - Final Notice - Inspection

Action: Yes

Comments: The new door and hardware has not been installed yet, but the opening has been been barricaded with plywood by the owner, John Klosterman's maintenance man. The building is vacant & secure.

Entered By: MFLANNERY

### 4/19/2021 - Final Notice - Inspection

Action: Yes

Comments: The building is vacant & secure. The front door is still only secured by the thumb-turn lockset which is often broken into. Owner, John Klosterman sent an email stating his maintenance man will be installing the new front door this week.

Entered By: MFLANNERY

### 4/15/2021 - Final Notice - Print Final Notice Letter

Action: Comment

Comments: Return mail received in office 4-15-2021 current address--John Jennagans LLC c/o John Klosterman 5615 Sidney Rd Cincinnati OH 45238-1857; previous address--John Jennagans LLC c/o John Klosterman 61 Delhi Pk Cincinnati OH 45204; remailed to 5615 Sidney Rd Cincinnati OH 45238-1857.

Entered By: EB

### 4/9/2021 - Final Notice - Inspection

Action: Yes

Comments: Inspected for Numeric Ranking System: 4-1-2-2. The vacant building was secure at time of reinspection, but only by lockset with thumbturn lock. It has been found to be open or unlocked on several occasions. Talked recently to owner, John Klosterman. He said he was going to have a new door with a new lock and deadbolt installed promptly. Will check again in a week.
He also said he has a stamped engineer's evaluation regarding the building's structural issues. Haven't received it yet.
Will contact him for an interior inspection soon. No VBML or waiver has been acquired.

Entered By: MFLANNERY

### 4/7/2021 - Contact (Non-Inspection)

Action: Yes

Comments: Owner, John Klosterman 250-2610

Entered By: MFLANNERY

### 4/6/2021 - Final Notice - Print Final Notice Letter

Action: Complete

Comments: Printed and mailed Final Notice to owner(s). Copy to be scanned.

Entered By: FABROWN

### 4/6/2021 - Final Notice - Print Final Notice Letter

Action: Yes / Recommended or Complete

Comments: Final Notice ltr printed @ORDERS

Entered By: LWISE

| | |
|---|---|
| | **4/6/2021 - Final Notice - Supervisor Confirms Final Notice** |
| | Action: Yes / Recommended or Complete |
| | Comments: Entered at Supevisr Status Chng |
| | Entered By: LWISE |
| | **4/2/2021 - Orders - Inspector Recommends Final Notice** |
| | Action: Yes |
| | Comments: Created Specs for Barricade Case BAR2100055. The front door needs to be secured. Locking the thumbturn on the lockset does not prevent trespassers from getting into the building. Previous hasp and padlock has been pried open.<br>Stated on BAR specs "Use 3/4" plywood barricade after making sure the building is vacant."<br>No progress to note and no contact from the owner, John Klosterman.<br>Previously informed by Receiver, Richard Boydston that this building is not in the Receivership.<br>Please send Final Notice. |
| | Entered By: MFLANNERY |
| | **4/2/2021 - Orders - Re-Inspection** |
| | Action: Yes |
| | Comments: Created Specs for Barricade Case BAR2100055. The front door needs to be secured. Locking the thumbturn on the lockset does not prevent trespassers from getting into the building. Previous hasp and padlock has been pried open.<br>Stated on BAR specs "Use 3/4" plywood barricade after making sure the building is vacant."<br>No progress to note and no contact from the owner, John Klosterman.<br>Previously informed by Receiver, Richard Boydston that this building is not in the Receivership.<br>Please send Final Notice. |
| | Entered By: MFLANNERY |
| | **3/26/2021 - Orders - Inspector Recommends Barricade Program** |
| | Action: Pass Back |
| | Comments: Secure building under BAR2100055 |
| | Entered By: lwise |
| | **3/23/2021 - Orders - Inspector Recommends Barricade Program** |
| | Action: Yes |

Comments: Observed that the front door was unlocked again. Announced loudly inside the open doorway "Building Inspector" to no response. No one observed to be inside the building from the doorway.
Please create a 3 DAY Barricade order.

Entered By: MFLANNERY

### 3/23/2021 - Orders - Re-Inspection

Action: Yes

Comments: Observed that the front door was unlocked again. Announced loudly inside the open doorway "Building Inspector" to no response. No one observed to be inside the building from the doorway.
Please create a 3 DAY Barricade order.

Entered By: MFLANNERY

### 3/19/2021 - Orders - Re-Inspection

Action: Yes

Comments: No progress or owner contact. Observed that the front door was unlocked. Announced loudly inside the open doorway "Building Inspector" to no response. No one observed to be inside the building from there. I then locked the thumbturn on the lockset and the building returned to being secure. Will ask the Receiver Contractor, Joe Lentine if he knows if there have been any vagrants or squatters getting inside. Will keep complaint B202101524 open and monitor a short while before requesting it be closed.

Entered By: MFLANNERY

### 1/13/2021 - Orders - Re-Inspection

Action: Yes

Comments: C210-I posted a copy of orders on the premises.
C230-No progress visible on inspection.
The building may be occupied, but no answer when knocking on front doors.

Entered By: MFLANNERY

### 1/13/2021 - Orders - Service of Notice

Action: Yes

Comments: C210-I posted a copy of orders on the premises.
C230-No progress visible on inspection.
The building may be occupied, but no answer when knocking on front doors.

Entered By: MFLANNERY

### 12/30/2020 - Orders - Print Orders Letter

Action: Complete

Comments: Mailed NOV-Vacant Building to owner(s); copy to scan and inspector.

Entered By: LM

### 12/29/2020 - Orders - Print Orders Letter

Action: Yes / Recommended or Complete

Comments: Print Orders Please

Entered By: LWISE

### 12/29/2020 - Orders - Supervisor Confirms Orders

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: LWISE

### 12/23/2020 - Inspection

Action: Yes

Comments: Told by Receiver Contractor, Joe Lentine that the building is occupied. Previously told by Richard Boydston that the building is not in the city ordered Receivership.
Knocked on doors, but no answer. No entry.
C100-Violations observed; Issue orders.

Entered By: MFLANNERY

### 12/23/2020 - Inspector Recommends Orders

Action: Yes

Comments: Told by Receiver Contractor, Joe Lentine that the building is occupied. Previously told by Richard Boydston that the building is not in the city ordered Receivership.
Knocked on doors, but no answer. No entry.
C100-Violations observed; Issue orders.

Entered By: MFLANNERY

## VIOLATIONS

### HISTORIC -DANGEROUS & UNSAFE

BUILDING

Vacate order B201908304 was issue on 8/17/20 for this property at 621 Delhi Ave, as building is unsafe for any occupancy. Building is defective for, but not limited to, these listed defects: the left side, rear framed constructed portion of the building, is in a state of structural failure. Support framing is rotted and collapsing; sills, plates, joists, beams and posts have rotted away and the attempted shoring of these structural members is inadequate, undersized and unapproved. The exterior wall envelope in this building section is incomplete and open to weather and water penetration; floors have sagged, walls have cracked, ceilings have failed and doors and windows are racked and inoperable, leaving required housing conditions compromised and unsafe and below the occupancy standards of CBC 1117 and 1101-65.

You are ordered to promptly cause the dangerous and unsafe condition to be remedied in accordance with the CBC. The building is an historic structure and all alterations to the property must be made in compliance with § 1101-15.6 and Chapter 1435 of the Cincinnati Municipal Code, all material alterations require a certificate of appropriateness. Demolition is not permitted unless such demolition complies with § 1435-23.. Required permits must be obtained and plans and specifications may be required. Submit plans and obtain the required permits prior to starting work. You are ordered to cause the dangerous and unsafe conditions to be remedied within 30 days of the date of this notice.

You are further ordered to barricade the building or repair and restore and lock any open broken doors or windows allowing casual entry into the building within three (3) days of the date of this notice and keep it vacant and secure effective immediately pursuant to Section 1101-65 CBC. Please refer to the enclosed information on barricading buildings. If the building is not made to conform to the CBC and is not approved for re-occupancy within 30 days of the date of this notice, you are ordered to comply with the obligations of owners of vacated buildings per Section 1101-77. CBC within the time provided for in the portion of Section 1101-77. CBC shown in the attachments.

CBC SECTION: 1101-63. Dangerous and unsafe premises.
All buildings having defects as set forth herein shall be deemed dangerous or unsafe buildings as follows:
(1) Those whose walls, floors, foundations or other members are so out of plumb, level, original position, deteriorated, or overloaded as to be unlikely to perform their intended functions, or are in such condition or of such size as to cause stresses in any structural members likely to result in failure or collapse; or
(2) Those which are, or have become, so dilapidated, decayed, or unsafe, or which so substantially fail to provide the basic elements of shelter or safety that they are unfit for human habitation or dangerous to life or property; or
(3) Those which in the opinion of the director of buildings and inspections and a responsible officer of the Fire Division constitutes a serious fire hazard because of their use, construction, unprotected exposure, or lack of maintenance; or
(4) Those which are a hazard to the safety, health or general welfare of the occupants or the public; or
(5) Those which the Director has ordered vacated or kept vacant and which in the time provided by the order have not been brought into compliance with the CBC or into compliance with the terms and conditions of a current vacant building maintenance license.

Any such dangerous or unsafe building is herewith declared to be a public nuisance.

This building is located within a National and/or Local Historic District and may qualify for financial assistance for rehabilitation through grants or tax credits. Failure to comply with this order and/or failure to obtain a required COA will subject the owner to enforcement of Cincinnati Zoning Code Section 1451-11.







