**EXHIBIT**

_D_

# City of Cincinnati

**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**

Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708

JOHN JENNAGANS LLC
5615 SIDNEY RD
CINCINNATI OH 45238

**Re:621 DELHI AV**     **A.K.A. 623 Delhi - bpp 153-0003-0114**
BPP: 015300010003
**NOTICE OF VIOLATION**
Case number: B202503932

**NOTICE DATE- July 07, 2025**

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC).** Each code violation in the attached **violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by August 06, 2025. **Please call (513) 37, between 8:00 to 10:00 a.m., or e-mail: raymon.robinson@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If I do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the structure. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

You have a right to appeal certain orders under Section 1101-83 CBC within 30 days of the date of this notice. Appeals must be filed on the appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the Secretary of the Board of Housing Appeals at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202 (an appeal of an order to vacate a property is filed with the Secretary of the Board of Building Appeals, 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202). Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420.

The City of Cincinnati has enacted various codes that regulate housing standards and property maintenance throughout the City. Maintaining our homes and properties ensures the availability of decent and safe housing, contributes to an improved quality of life for all residents, and leads to an increase or stabilization of property values. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality housing and property conditions in your neighborhood.

Sincerely,

Ray Robinson
District Inspector
raymon.robinson@cincinnati-oh.gov

_____     Cert#310
E. Cunningham, OBBS Certified Building Official

DocID CODE6208V



## VIOLATION LISTING

**NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City of Cincinnati Website ( http://www.cincinnati-oh.gov/bldginsp/pages/-17928-/), or call 352-3271, for more information.

July 07, 2025

**INSPECTION FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1:  VACATE THE BUILDING - The building located at 621/623 Delhi Ave Parcel 153-00020114 was ordered condemned in
December 2020. The building sufferred a structural collapse along the first floor on July 2nd 2025. the building has not been repaired under permits to restore lawful occupancy.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

LANDLORD'S RELOCATION RESPONSIBILITY.

After January 31, 2024, landlords are required to provide relocation assistance to any residential tenant household displaced by a vacate order that was caused by the landlord's neglect or deferred maintenance, except in the following circumstances: (1) the hazard was caused by a natural disaster; (2) the hazard was caused by the tenant or tenant's guests; (3) utilities were disconnected after the tenant assumed responsibility for payment; (4) an eviction order or writ has been issued; or (5) the tenant has voluntarily agreed to relocation or accepted the landlord's offer of another unit that is compliant with CBC Sec. 871-14.

A landlord may comply with relocation assistance in two ways: either by (1) providing temporary housing that is compliant with the CBC, or by (2) payment of $2,500.00 to the household along with a refund of any security deposit and/or prepaid rent. If a landlord fails to comply with one of these two options within 3 business days of the vacate order, the tenant may file a claim to recover $2,500 or damages, whichever is greater.

Failure to comply is a Class D Civil Fine of $750.00 and will cause the City to seek a judgment from the landlord for the actual cost of relocation assistance provided by the City to the household.

CONTACT THE INSPECTOR WITHIN 3 BUSINESS DAYS TO CERTIFY COMPLIANCE WITH THIS SECTION.

2:  RENTAL REGISTRATION REQUIRED

Register this residential rental property with the City of Cincinnati Rental Registration Program within 10 days of the date of this notice. Registration with the Hamilton County Auditor does not constitute compliance with this order. Instructions on the required registration can be found on this website.
https://www.cincinnati-oh.gov/buildings/

Failure to register the property within 10 (ten) days of the date of this notice may result in issuance of a Class



B202503932

D Civil Fine of $750.00.

Sec. 874-11. - Appeals. Any person who has a bona fide controversy with the interpretation, application, or enforcement of this Chapter may submit a written petition for reconsideration to the Director under CBC Section 1101-80, "Director's Actions."

Sec. 874-5. - General Obligations of Owners and Persons in Control of Residential Rental Properties.

(a)The owner or person in control of a Residential Rental Property must file a Residential Rental Property registration with the director within 60 calendar days of the effective date of this ordinance or within 60 calendar days of assuming ownership, whichever is later.

B202503932



**DATE- July 07, 2025**

DAVID HATFIELD
621 DELHI RD UNIT 1
CINCINNATI OHIO 45204

**Re: 621 DELHI AV     A.K.A. 623 Delhi - bpp 153-0003-0114     UNIT# 0**
BPP: 015300010003

**NOTICE OF CODE VIOLATION -TENANT OR OCCUPANT**

Case number: B202503932

Dear: DAVID HATFIELD,

During a recent building inspection of the property located at 621 DELHI AV, our inspector identified conditions that require your attention. We would like the opportunity to work with you to resolve this matter.

Please call or e-mail the District Inspector ***Ray Robinson,*** today at **(513) 379-0168,** if possible between 8:00 to 10:00 a.m., or you may e-mail: ***raymon.robinson@cincinnati-oh.gov***

The **attached violation listing** includes the action necessary to correct the conditions identified, and each condition is a violation of the Cincinnati Municipal Code. Unless otherwise specified in a violation, take the corrective action necessary by August 06, 2025 to avoid enforcement. If the inspector does not hear from you within ten calendar days of July 07, 2025, the building code requires the inspector to post this notice on the property.

Most people resolve code violations working with thier building inspectors. Assistance programs are available for homeowners who are financially unable to address code violations. Please ask your building inspector for more information if you are interested in these options.

If you are not able to resolve concerns with your assigned inspector, you may file a petition with the Director of Buildings & Inspections for a written determination, per Section 1101-80, Cincinnati Building Code (CBC).

If you believe you will be adversely affected by this order, or if you have petitioned the Director and disagree with the determination, you have the right to file an appeal under Section 1101-83, CBC within 30 days of the date of this notice. To file an appeal, obtain and complete an appeal application form (visit the "Hearing & Appeals" section of the Buildings & Inspections website at www.cincinnati-oh.gov/buildings, or call (513) 352-1559.) File the appeal application along with the filing fee with the appropriate board. Appeals to orders to vacate property (Section 1101-81 CBC) should be filed with the Board of Building Appeals; all other appeals B202503932

B202503932 

July 07, 2025

should be filed with the Board of Housing Appeals. Both offices are located at 805 Central Avenue, Suite 500, Cincinnati, OH 45202. At your appeal hearing, you may appear in person or be represented by counsel; present arguments or contentions orally or in writing; and present evidence and examine witnesses.

We appreciate the opportunity to work with you to address these concerns. Your cooperation helps make Cincinnati a safer and healthier place to live.

Best Regards,

Art Dahlberg, Chief Building Official
Director, Department of Buildings & Inspections

Edward P. Cunningham, Deputy Director, OBBS Cert #310

Ray Robinson , District Inspector

## VIOLATION LISTING

July 07, 2025

## VACATE THE DWELLING UNIT

The dwelling you lease or occupy has been found to contain code violations that render the dwelling unfit for habitation. You and any other occupants of the unit are ordered to vacate the unit and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition. The violations are identified in the orders issued to the owner under case B202503932. Contact the inspector for more information on the violations and orders issued to the owner, or you may search by address or case numer B202503932 to review the case details and violations on the City Website:

http://cagismaps.hamilton-co.org/PropertyActivity/propertyMaintenance.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.

1101-65.1.1 Code violations:  When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.

1101-65.1.2  Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.

1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

NOTE: Tenants occupying this dwelling may qualify for relocation assistance and/or help with finding and moving to decent, safe and sanitary housing. Tenants may call #513-352-1911, for further information on assistance currently available.

LANDLORD'S RELOCATION RESPONSIBILITY.

After January 31, 2024, landlords are required to provide relocation assistance to any residential tenant household displaced by a vacate order that was caused by the landlord's neglect or deferred maintenance, except in the following circumstances: (1) the hazard was caused by a natural disaster; (2) the hazard was caused by the tenant or tenant's guests; (3) utilities were disconnected after the tenant assumed responsibility for payment; (4) an eviction order or writ has been issued; or (5) the tenant has voluntarily agreed to relocation or accepted the landlord's offer of another unit that is compliant with CBC Sec. 871-14.

A landlord may comply with relocation assistance in two ways: either by (1) providing temporary housing that is compliant with the CBC, or by (2) payment of $2,500.00 to the household along with a refund of any security deposit and/or prepaid rent. If a landlord fails to comply with one of these two options within 3 business days of the vacate order, the tenant may file a claim to recover $2,500 or damages, whichever is greater.

Failure to comply is a Class D Civil Fine of $750.00 and will cause the City to seek a judgment from the landlord for the actual cost of relocation assistance provided by the City to the household.

B202503932

# City of Cincinnati



**Department of Buildings & Inspections**
**Division of Property Maintenance Code Enforcement**

Two Centennial Plaza - 805 Central Avenue, Suite 500 - Cincinnati, Ohio 45202 - P (513) 352-3275 - F (513) 564-1708

JOHN JENNAGANS LLC
C/O JOHN KLOSTERMAN
5615 SIDNEYRD
CINCINNATI OHIO 45238

**Re:621 DELHI AV**          **A.K.A. 623 Delhi - bpp 153-0003-0114**
BPP: 015300010003
**NOTICE OF VIOLATION**
Case number: B202503932

<strong>NOTICE DATE- July 07, 2025</strong>

To: JOHN JENNAGANS LLC,

**This letter is a notice of violation and order issued pursuant to 1101-61 Cincinnati Building Code (CBC).** Each code violation in the attached **violation listing** includes the action necessary to correct the violation. Unless otherwise specified in a violation, you are required to make the noted corrections by August 06, 2025. **Please call (513) 37, between 8:00 to 10:00 a.m., or e-mail: raymon.robinson@cincinnati-oh.gov, to acknowledge receipt of this notice and ask questions.** If I do not hear from you within ten days of the date of this notice, a copy of this notice will be posted on the structure. Failure to correct the noted defects within the time specified could result in civil or criminal enforcement actions. All repairs, except minor repairs and decorating, require permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

You have a right to appeal certain orders under Section 1101-83 CBC within 30 days of the date of this notice. Appeals must be filed on the appeal application form; be accompanied with the filing fee; state the grounds for the appeal; and be filed with the Secretary of the Board of Housing Appeals at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202 (an appeal of an order to vacate a property is filed with the Secretary of the Board of Building Appeals, 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202). Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420.

The City of Cincinnati has enacted various codes that regulate housing standards and property maintenance throughout the City. Maintaining our homes and properties ensures the availability of decent and safe housing, contributes to an improved quality of life for all residents, and leads to an increase or stabilization of property values. Your cooperation in correcting these violations will assist the City of Cincinnati in maintaining quality housing and property conditions in your neighborhood.

Sincerely,

Ray Robinson
District Inspector
raymon.robinson@cincinnati-oh.gov

_____ Cert#310
E. Cunningham, OBBS Certified Building Official

DocID-CODE6208V



B202503932

## VIOLATION LISTING

**NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City of Cincinnati Website ( http://www.cincinnati-oh.gov/bldginsp/pages/-17928-/), or call 352-3271, for more information.

July 07, 2025

**INSPECTION FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to inspection fees pursuant to CMC Section 1101-64. Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly inspection fee for each quarter the premises remains non-compliant. Unpaid fees may be assessed to the property tax bill for the premises and collected along with the biannual property taxes due.

1:  VACATE THE BUILDING - The building located at 621/623 Delhi Ave Parcel 153-00020114 was ordered condemned in
December 2020. The building sufferred a structural collapse along the first floor on July 2nd 2025. the building has not been repaired under permits to restore lawful occupancy.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

LANDLORD'S RELOCATION RESPONSIBILITY.

After January 31, 2024, landlords are required to provide relocation assistance to any residential tenant household displaced by a vacate order that was caused by the landlord's neglect or deferred maintenance, except in the following circumstances: (1) the hazard was caused by a natural disaster; (2) the hazard was caused by the tenant or tenant's guests; (3) utilities were disconnected after the tenant assumed responsibility for payment; (4) an eviction order or writ has been issued; or (5) the tenant has voluntarily agreed to relocation or accepted the landlord's offer of another unit that is compliant with CBC Sec. 871-14.

A landlord may comply with relocation assistance in two ways: either by (1) providing temporary housing that is compliant with the CBC, or by (2) payment of $2,500.00 to the household along with a refund of any security deposit and/or prepaid rent. If a landlord fails to comply with one of these two options within 3 business days of the vacate order, the tenant may file a claim to recover $2,500 or damages, whichever is greater.

Failure to comply is a Class D Civil Fine of $750.00 and will cause the City to seek a judgment from the landlord for the actual cost of relocation assistance provided by the City to the household.

CONTACT THE INSPECTOR WITHIN 3 BUSINESS DAYS TO CERTIFY COMPLIANCE WITH THIS SECTION.


2:  RENTAL REGISTRATION REQUIRED

Register this residential rental property with the City of Cincinnati Rental Registration Program within 10 days of the date of this notice. Registration with the Hamilton County Auditor does not constitute compliance with this order. Instructions on the required registration can be found on this website.
https://www.cincinnati-oh.gov/buildings/

Failure to register the property within 10 (ten) days of the date of this notice may result in issuance of a Class


B202503932

D Civil Fine of $750.00.

Sec. 874-11. - Appeals. Any person who has a bona fide controversy with the interpretation, application, or enforcement of this Chapter may submit a written petition for reconsideration to the Director under CBC Section 1101-80, "Director's Actions."

Sec. 874-5. - General Obligations of Owners and Persons in Control of Residential Rental Properties.

(a)The owner or person in control of a Residential Rental Property must file a Residential Rental Property registration with the director within 60 calendar days of the effective date of this ordinance or within 60 calendar days of assuming ownership, whichever is later.

# 621 DELHI AV

## Property Activity Record Details

### RECORD ID:

B202503932

### DESCRIPTION:

Code Enforcement - Buildings with Residences

## DILIGENCE CHECKS

| Ownership Diligence Check |
|---|
| **5000-Ownership Diligence Check** (Required) |
| **Yes / Recommended or Complete**<br>Date Added: 7/3/2025<br>Description: |
| **Comments:**<br><br>Auditor, Owner Affidavit, Tenant information<br><br>. |
| **Chk Sec of State** |
| **5006-Chk Sec of State** (Optional) |
| **No information available**<br>Date Added: n/a<br>Description:<br><br>. |
| **Chk VFPR & all file addresses** |
| **5004-Chk VFPR & all file addresses** (Optional) |
| **No information available**<br>Date Added: n/a<br>Description:<br><br>. |

| Rental Registration Check |
| --- |

**5002-Rental Registration Check** (Optional)

**No information available**
Date Added: n/a
Description:

.

| CONDITIONED ON SALE |
| --- |

**1700-CONDITIONED ON SALE** (Optional)

**No information available**
Date Added: n/a
Description:

.

## INSPECTION TIMELINE

| 10/7/2025 - Orders - Inspector Recommends Final Notice |
| --- |

Action: Pass Back

Comments: Hold until further notice

Entered By: JBass

| 10/6/2025 - Orders - Inspector Recommends Final Notice |
| --- |

Action: Yes

Comments: No progress visible on inspection. Send final

Entered By: RROBINSON

| 10/6/2025 - Orders - Re-Inspection |
| --- |

Action: Yes

Comments: No progress visible on inspection. Send final

Entered By: RROBINSON

| 7/11/2025 - Orders - Service of Notice |
| --- |

Action: Yes

Comments: Posted orders

Entered By: RROBINSON

### 7/3/2025 - Inspection

Action: Yes / Recommended or Complete

Comments: Inspected building with James Bass .

Entered By: GMEYER

### 7/7/2025 - Orders - Print Orders Letter

Action: Complete

Comments: Printed and mailed Notice of Violation to owner(s). Copy to inspector and to be scanned.

Entered By: JON

### 7/3/2025 - Orders - Print Orders Letter

Action: Yes / Recommended or Complete

Comments: Print Orders Please

Entered By: JBRUNNER

### 7/3/2025 - Orders - Supervisor Confirms Orders

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: JBRUNNER

### 7/3/2025 - Inspector Recommends Orders

Action: Yes / Recommended or Complete

Comments: Notice to Vacate after left side wall collapse

Entered By: JBrunner

| 7/3/2025 - Inspection |
|---|
| Action: 1-Very Good Condition<br><br>Comments: Notice to Vacate after left side wall collapse<br><br>Entered By: JBrunner |

## **VIOLATIONS**

### **VACATE THE BUILDING**

- The building located at 621/623 Delhi Ave Parcel 153-00020114 was ordered condemned in December 2020. The building sufferred a structural collapse along the first floor on July 2nd 2025. the building has not been repaired under permits to restore lawful occupancy.

You are ordered to vacate the building and keep it vacant until brought into compliance with the applicable provisions of the CBC and restored to a safe and sanitary condition.

CBC SECTION: 1101-65 Vacations and barricades:
The director of buildings and inspections shall be authorized to order any building or portion of any building vacated, or if it is vacant to remain vacated for one or more of the reasons set out below.
1101-65.1.1 Code violations: When a building is occupied, or any work, operation or construction is performed therein or thereon in violation of any of the provisions of this Code.
1101-65.1.2 Unsafe or unsanitary building: When in the opinion of the Director of Buildings and inspections the building is unsafe or unsanitary.
1101-65.1.3 Noncompliance: When the owner, agent, or tenant fails or refuses to comply with any lawful order issued by the director of buildings and inspections.

LANDLORD'S RELOCATION RESPONSIBILITY.

After January 31, 2024, landlords are required to provide relocation assistance to any residential tenant household displaced by a vacate order that was caused by the landlord's neglect or deferred maintenance, except in the following circumstances: (1) the hazard was caused by a natural disaster; (2) the hazard was caused by the tenant or tenant's guests; (3) utilities were disconnected after the tenant assumed responsibility for payment; (4) an eviction order or writ has been issued; or (5) the tenant has voluntarily agreed to relocation or accepted the landlord's offer of another unit that is compliant with CBC Sec. 871-14.

A landlord may comply with relocation assistance in two ways: either by (1) providing temporary housing that is compliant with the CBC, or by (2) payment of $2,500.00 to the household along with a refund of any security deposit and/or prepaid rent. If a landlord fails to comply with one of these two options within 3 business days of the vacate order, the tenant may file a claim to recover $2,500 or damages, whichever is greater.

Failure to comply is a Class D Civil Fine of $750.00 and will cause the City to seek a judgment from the landlord for the actual cost of relocation assistance provided by the City to the household.

CONTACT THE INSPECTOR WITHIN 3 BUSINESS DAYS TO CERTIFY COMPLIANCE WITH THIS SECTION.

### **REGISTRATION REQUIRED**

RENTAL

Register this residential rental property with the City of Cincinnati Rental Registration Program within 10 days of the date of this notice. Registration with the Hamilton County Auditor does not constitute compliance with this order. Instructions on the required registration can be found on this website. https://www.cincinnati-oh.gov/buildings/

Failure to register the property within 10 (ten) days of the date of this notice may result in issuance of a Class D Civil Fine of $750.00.

Sec. 874-11. - Appeals. Any person who has a bona fide controversy with the interpretation, application, or enforcement of this Chapter may submit a written petition for reconsideration to the Director under CBC Section 1101-80, "Director's Actions."

Sec. 874-5. - General Obligations of Owners and Persons in Control of Residential Rental Properties.

(a)The owner or person in control of a Residential Rental Property must file a Residential Rental Property registration with the director within 60 calendar days of the effective date of this ordinance or within 60 calendar days of assuming ownership, whichever is later.