



**DATE- July 15, 2025**

JOHN JENNAGANS LLC
5615 SIDNEY RD
CINCINNATI OH 45238

**Re: 621 DELHI AV          UNIT# 0**
BPP: 015300010003

**NOTICE OF CODE VIOLATION**

Case number: B202503931

Dear: JOHN JENNAGANS LLC,

During a recent building inspection of your property located at 621 DELHI AV, our inspector identified conditions that require your attention. We would like the opportunity to work with you to resolve this matter.

Please call or e-mail the District Inspector **Shawn Fehn**, today at **(513) 615-8467**, if possible between 8:00 to 10:00 a.m., or you may e-mail: **shawn.fehn@cincinnati-oh.gov**

The **attached violation listing** includes the action necessary to correct the conditions identified, and each condition is a violation of the Cincinnati Municipal Code. Unless otherwise specified in a violation, take the corrective action necessary by August 15, 2025 to avoid enforcement. If the inspector does not hear from you within ten calendar days of July 15, 2025, the building code requires the inspector to post this notice on the property.

Most people resolve code violations working with thier building inspectors. Assistance programs are available for homeowners who are financially unable to address code violations. Please ask your building inspector for more information if you are interested in these options.

If you are not able to resolve concerns with your assigned inspector, you may file a petition with the Director of Buildings & Inspections for a written determination, per Section 1101-80, Cincinnati Building Code (CBC).

If you believe you will be adversely affected by this order, or if you have petitioned the Director and disagree with the determination, you have the right to file an appeal under Section 1101-83, CBC within 30 days of the date of this notice. To file an appeal, obtain and complete an appeal application form (visit the "Hearing & Appeals" section of the Buildings & Inspections website at www.cincinnati-oh.gov/buildings, or call (513) 352-1559.) File the appeal application along with the filing fee with the appropriate board. Appeals to orders to vacate property (Section 1101-81 CBC) should be filed with the Board of Building Appeals; all other appeals
B202503931



B202503931

July 15, 2025

should be filed with the Board of Housing Appeals. Both offices are located at 805 Central Avenue, Suite 500, Cincinnati, OH 45202. At your appeal hearing, you may appear in person or be represented by counsel; present arguments or contentions orally or in writing; and present evidence and examine witnesses.

We appreciate the opportunity to work with you to address these concerns. Your cooperation helps make Cincinnati a safer and healthier place to live.

Best Regards,

_____
Art Dahlberg, Chief Building Official
Director, Department of Buildings & Inspections

_____
Shawn Fehn, District Inspector

July 15, 2025

B202503931

## VIOLATION LISTING

July 15, 2025

**ABATEMENT FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to abatement fees pursuant to CMC Section 1101-64. If the following violations are not corrected within 60 days of this notice, the premises are subject to escalating quarterly fees to cover the costs of code enforcement. The fees are levied for each quarter the premises remains non-compliant. <u>Unpaid fees may be assessed to the property tax bill</u> for the premises and collected along with the biannual property taxes due.

1: DANGEROUS OPERATIONS

1101-43.4 Dangerous operations or conditions: Whenever, in the opinion of the director of buildings and inspections, any building is being constructed, altered, repaired or demolished in a careless or unworkmanlike manner so as to endanger life or property, or so as to violate any provision of the CBC and OBC, or where at any time adequate safeguards are not provided in or about any premises, to protect life and property, the director of buildings and inspections may order such operations discontinued until he is satisfied that adequate measures will be taken to comply with the provisions of the CBC and OBC, and that the work will proceed in a manner which will not endanger life or property, or he may order such changes to be made and such measures taken as he may deem necessary to protect life and property.
(Ordained by Ord. No. 67-1996, eff. Apr. 5, 1996; a. Ord. No. 59-2002, eff. March 28, 2002)

2: CONFORMANCE WITH CBC         - Obtain the Services of an Design Professional for building stabilization.

Sec. 1101-39. - Special Professional Services.
1101-39.1 General: Where applications for unusual design or magnitude of construction are filed where required in Section 1704 OBC or where code reference standards in Appendix A OBC require special architectural or engineering inspections, the director of buildings and inspections may require special inspections or full-time project supervision by a registered architect or professional engineer. Such architect, engineer or special inspector shall supervise the work and be responsible for its conformity with the approved plans as they relate to safety and sanitation, keep daily records and submit reports as required by the director of buildings and inspections. Where the building official requires fill-time project supervision, the installation of an automatic sprinkler system may be supervised by a person certified under Section 3781.105 of the Revised Code in lieu of supervision by a registered architect or professional engineer.

3: OBTAIN PERMIT - For Stabilization of Buidling Collpase with the requirement of obtaining Special Professional Services.

Obtain the required permits for all work. Discontinue work until permits are obtained.

CBC SECTION: 1101-17.1 Permits required:
It shall be unlawful for any person to construct, enlarge, alter, repair, relocate, or demolish a structure of building equipment installed therein; change a structure to another use, or to allow any excavation or filling of land, without first filing an application and obtaining a proper permit from the Director of Buildings and Inspections, and paying the fee hereinafter prescribed for same.

CBC SECTION: 1101-19.3 Plans and specifications:
Except for minor repairs or as otherwise approved by the Director of Buildings and Inspection, all applications for building permits shall be accompanied by two sets of specifications and four sets of plans drawn to scale. One set of such plans and specification shall be return to the applicant when the permit is issued.

**PLEASE NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City


B202503931

of Cincinnati website, http://www.cincinnati-oh.gov/bldginsp/pages/-9284/) or call 352-3271 for more information. Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420. All repairs, except minor repairs and decorating, require building permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

B202503931



**DATE- July 15, 2025**

JOHN JENNAGANS  LLC
C/O JOHN KLOSTERMAN
5615 SIDNEY RD
CINCINNATI OHIO 45238

**Re: 621 DELHI AV        UNIT# 0**
BPP: 015300010003

**NOTICE OF CODE VIOLATION**

Case number: B202503931

Dear: JOHN JENNAGANS  LLC,

During a recent building inspection of your property located at 621 DELHI AV, our inspector identified conditions that require your attention. We would like the opportunity to work with you to resolve this matter.

Please call or e-mail the District Inspector **Shawn Fehn,** today at **(513) 615-8467,** if possible between 8:00 to 10:00 a.m., or you may e-mail: **shawn.fehn@cincinnati-oh.gov**

The **attached violation listing** includes the action necessary to correct the conditions identified, and each condition is a violation of the Cincinnati Municipal Code. Unless otherwise specified in a violation, take the corrective action necessary by August 15, 2025 to avoid enforcement. If the inspector does not hear from you within ten calendar days of July 15, 2025, the building code requires the inspector to post this notice on the property.

Most people resolve code violations working with thier building inspectors. Assistance programs are available for homeowners who are financially unable to address code violations. Please ask your building inspector for more information if you are interested in these options.

If you are not able to resolve concerns with your assigned inspector, you may file a petition with the Director of Buildings & Inspections for a written determination, per Section 1101-80, Cincinnati Building Code (CBC).

If you believe you will be adversely affected by this order, or if you have petitioned the Director and disagree with the determination, you have the right to file an appeal under Section 1101-83, CBC within 30 days of the date of this notice. To file an appeal, obtain and complete an appeal application form (visit the "Hearing & Appeals" section of the Buildings & Inspections website at www.cincinnati-oh.gov/buildings, or call (513) 352-1559.) File the appeal application along with the filing fee with the appropriate board. Appeals to orders to vacate property (Section 1101-81 CBC) should be filed with the Board of Building Appeals; all other appeals
B202503931



July 15, 2025

should be filed with the Board of Housing Appeals. Both offices are located at 805 Central Avenue, Suite 500, Cincinnati, OH 45202. At your appeal hearing, you may appear in person or be represented by counsel; present arguments or contentions orally or in writing; and present evidence and examine witnesses.

We appreciate the opportunity to work with you to address these concerns. Your cooperation helps make Cincinnati a safer and healthier place to live.

Best Regards,

*[signature]*

Art Dahlberg, Chief Building Official
Director, Department of Buildings & Inspections

*[signature]*

Shawn Fehn , District Inspector

B202503931

## VIOLATION LISTING

July 15, 2025

**ABATEMENT FEES CHARGED**- Notices of Violation issued after July 1, 2018, are subject to abatement fees pursuant to CMC Section 1101-64. If the following violations are not corrected within 60 days of this notice, the premises are subject to escalating quarterly fees to cover the costs of code enforcement. The fees are levied for each quarter the premises remains non-compliant. <u>Unpaid fees may be assessed to the property tax bill</u> for the premises and collected along with the biannual property taxes due.

1: DANGEROUS OPERATIONS

1101-43.4 Dangerous operations or conditions: Whenever, in the opinion of the director of buildings and inspections, any building is being constructed, altered, repaired or demolished in a careless or unworkmanlike manner so as to endanger life or property, or so as to violate any provision of the CBC and OBC, or where at any time adequate safeguards are not provided in or about any premises, to protect life and property, the director of buildings and inspections may order such operations discontinued until he is satisfied that adequate measures will be taken to comply with the provisions of the CBC and OBC, and that the work will proceed in a manner which will not endanger life or property, or he may order such changes to be made and such measures taken as he may deem necessary to protect life and property.
(Ordained by Ord. No. 67-1996, eff. Apr. 5, 1996; a. Ord. No. 59-2002, eff. March 28, 2002)

2: CONFORMANCE WITH CBC           - Obtain the Services of an Design Professional for building stabilization.

Sec. 1101-39. - Special Professional Services.
1101-39.1 General: Where applications for unusual design or magnitude of construction are filed where required in Section 1704 OBC or where code reference standards in Appendix A OBC require special architectural or engineering inspections, the director of buildings and inspections may require special inspections or full-time project supervision by a registered architect or professional engineer. Such architect, engineer or special inspector shall supervise the work and be responsible for its conformity with the approved plans as they relate to safety and sanitation, keep daily records and submit reports as required by the director of buildings and inspections. Where the building official requires fill-time project supervision, the installation of an automatic sprinkler system may be supervised by a person certified under Section 3781.105 of the Revised Code in lieu of supervision by a registered architect or professional engineer.

3: OBTAIN PERMIT - For Stabilization of Buidling Collpase with the requirement of obtaining Special Professional Services.

Obtain the required permits for all work. Discontinue work until permits are obtained.

CBC SECTION: 1101-17.1 Permits required:
It shall be unlawful for any person to construct, enlarge, alter, repair, relocate, or demolish a structure of building equipment installed therein; change a structure to another use, or to allow any excavation or filling of land, without first filing an application and obtaining a proper permit from the Director of Buildings and Inspections, and paying the fee hereinafter prescribed for same.

CBC SECTION: 1101-19.3 Plans and specifications:
Except for minor repairs or as otherwise approved by the Director of Buildings and Inspection, all applications for building permits shall be accompanied by two sets of specifications and four sets of plans drawn to scale. One set of such plans and specification shall be return to the applicant when the permit is issued.

**PLEASE NOTE:** Contractors hired to complete this work must be registered with the City of Cincinnati. See the City


B202503931

of Cincinnati website http://www.cincinnati-oh.gov/buildinsp/pages/-17928/) or call 352-1500 more information. Existing painted surfaces disturbed, if any, while performing this work may contain lead. To learn more about lead hazards go to EPA website: http://epa.gov/lead/pubs/leadinfo.htm#facts, or contact the Cincinnati Health Department at 357-7420. All repairs, except minor repairs and decorating, require building permits. Permits may be obtained at 805 Central Avenue, Suite 500, Cincinnati, Ohio 45202.

B202503931

# 621 DELHI AV

## Property Activity Record Details

### RECORD ID:

B202503931

### DESCRIPTION:

Code Enforcement - Buildings with Residences

## DILIGENCE CHECKS

### Ownership Diligence Check

**5000-Ownership Diligence Check** (Required)

**Approved**
Date Added: 7/3/2025
Description:

**Comments:**

Auditor - Owner Affidavit - SOS

.

### Chk Sec of State

**5006-Chk Sec of State** (Optional)

**Approved**
Date Added: 7/3/2025
Description:

.

### Chk VFPR & all file addresses

**5004-Chk VFPR & all file addresses** (Optional)

**No information available**
Date Added: n/a
Description:

.

**Rental Registration Check**

**5002-Rental Registration Check** (Optional)

**No information available**
Date Added: n/a
Description:

.

## INSPECTION TIMELINE

### 9/17/2025 - FEES- Abatement Invoices Isued

Action: Yes / Recommended or Complete

Comments: Not Available

Entered By: RGOODEN

### 7/21/2025 - Orders - Re-Inspection

Action: Yes

Comments: C230-No progress visible on inspection.

Entered By: SFEHN

### 7/21/2025 - Orders - Service of Notice

Action: Yes

Comments: C210-I posted a copy of orders on the premises.
C230-No progress visible on inspection.

Entered By: SFEHN

### 7/16/2025 - Orders - Print Orders Letter

Action: Complete

Comments: MAILED NOTICE OF VIOLATION AND COPY OF NOTICE TO BE SCANNED

Entered By: SMT

### 7/3/2025 - Inspection

Action: Yes

Comments: Posted Keep vacant signs on the property on front door and front window.

Entered By: MGILLESPIE

### 7/3/2025 - Orders - Print Orders Letter

Action: Yes / Recommended or Complete

Comments: Print Orders Please

Entered By: JBRUNNER

### 7/3/2025 - Orders - Supervisor Confirms Orders

Action: Yes / Recommended or Complete

Comments: Entered at Supevisr Status Chng

Entered By: JBRUNNER

### 7/3/2025 - Inspector Recommends Orders

Action: Yes / Recommended or Complete

Comments: Issuing orders after collapse.

Entered By: Jbrunner

### 7/3/2025 - Inspection

Action: Yes / Recommended or Complete

Comments: Issuing orders after collapse.

Entered By: Jbrunner

## **VIOLATIONS**

**Dangeous Conditions and Operat**

DANGEROUS OPERATIONS

1101-43.4 Dangerous operations or conditions: Whenever, in the opinion of the director of buildings and

inspections, any building is being constructed, altered, repaired or demolished in a careless or unworkmanlike manner so as to endanger life or property, or so as to violate any provision of the CBC and OBC, or where at any time adequate safeguards are not provided in or about any premises, to protect life and property, the director of buildings and inspections may order such operations discontinued until he is satisfied that adequate measures will be taken to comply with the provisions of the CBC and OBC, and that the work will proceed in a manner which will not endanger life or property, or he may order such changes to be made and such measures taken as he may deem necessary to protect life and property.
(Ordained by Ord. No. 67-1996, eff. Apr. 5, 1996; a. Ord. No. 59-2002, eff. March 28, 2002)

### OBTAIN PERMIT PLANS REQUIRED

OBTAIN PERMIT - For Stabilization of Buidling Collpase with the requirement of obtaining Special Professional Services.

Obtain the required permits for all work. Discontinue work until permits are obtained.

CBC SECTION: 1101-17.1 Permits required:
It shall be unlawful for any person to construct, enlarge, alter, repair, relocate, or demolish a structure of building equipment installed therein; change a structure to another use, or to allow any excavation or filling of land, without first filing an application and obtaining a proper permit from the Director of Buildings and Inspections, and paying the fee hereinafter prescribed for same.

CBC SECTION: 1101-19.3 Plans and specifications:
Except for minor repairs or as otherwise approved by the Director of Buildings and Inspection, all applications for building permits shall be accompanied by two sets of specifications and four sets of plans drawn to scale. One set of such plans and specification shall be return to the applicant when the permit is issued.

### CONFORMANCE WITH CBC

- Obtain the Services of an Design Professional for building stabilization.

Sec. 1101-39. - Special Professional Services.
1101-39.1 General: Where applications for unusual design or magnitude of construction are filed where required in Section 1704 OBC or where code reference standards in Appendix A OBC require special architectural or engineering inspections, the director of buildings and inspections may require special inspections or full-time project supervision by a registered architect or professional engineer. Such architect, engineer or special inspector shall supervise the work and be responsible for its conformity with the approved plans as they relate to safety and sanitation, keep daily records and submit reports as required by the director of buildings and inspections. Where the building official requires fill-time project supervision, the installation of an automatic sprinkler system may be supervised by a person certified under Section 3781.105 of the Revised Code in lieu of supervision by a registered architect or professional engineer.

**city of CINCINNATI**
BUILDINGS & INSPECTIONS

MON_110

| | |
|---|---|
| Invoice Date: | 9/17/2025 |
| Due Date: | 10/19/2025 |
| Amount Due: | $49.35 |

*Make check payable to "The City of Cincinnati" & remit to:*

Dept. of Buildings & Inspections
Accounting- PMCE
805 Central Avenue, Suite 500
Cincinnati, Ohio 45202

**JOHN JENNAGANS LLC**
**C/O JOHN KLOSTERMAN**
**5615 SIDNEY RD**
**CINCINNATI OHIO 45238**

Location: **621 DELHI AV**
Case#: **B202503931**    Status: ORDERS

# INVOICE

R CODES
7/21/2025

*Please detach the top portion of this invoice and return it with the payment.*

This is an invoice for quarterly abatement fees. This fee is authorized by Section 1101-64 Cincinnati Building Code (CBC). The fee is to reimburse municipal costs of code enforcement, inspections, and administration.

**PLEASE TIMELY PAY THE FEE AS DIRECTED IN THIS LETTER TO AVOID COLLECTION. COLLECTION ACTIONMAY INCLUDE BUT IS NOT LIMITED TO ASSESSMENT OF THE FEES ON THE PROPERTY TAX BILL.**

Orders to correct code violations were issued to you as the owner or person in control of the property on 7/15/2025. That notice specified a compliance due date of 8/15/2025. As of our last inspection, the district inspector reports that the violations have not been corrected.

**If you have already completed the work, please call the Inspector Shawn Fehn, at (513) 615-8467, between , 8:00 to 10:00 a.m., or E-Mail: shawn.fehn@cincinnati-oh.gov. The inspector does not have information on fee invoicing, but will be glad to assist with code compliance related issues.**

Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly abatement fee for each quarter the premises remains non-compliant.

| Days Out of Compliance | Base Fee | Technology Surcharge | Fin. Recovery Surcharge | Training Surcharge | Total Fee | Due Date |
|---|---|---|---|---|---|---|
| 64 | $47.00 | $1.41 | $0.47 | $0.47 | $49.35 | 10/19/2025 |

Pay This Amount :    $49.35

**Unpaid fees may be assessed to the property tax bill for the location and collected along with the biannual property taxes due.**

Your cooperation in correcting the code violations issued 7/15/2025, will avoid additional the escalating abatement fees that will be due each quarter as well as further code enforcement action that may include fines and penalties. Correcting the violations will assist the City of Cincinnati and your neighbors in maintaining quality property conditions and property values in your neighborhood while protecting your own investment.

*If this abatement fee to cover municipal abatement activity costs will create an undue burden based upon your circumstances, you may request suspension of the fee. To be eligible for consideration you must have a plan to correct the violations that includes a method of funding. Also, a suspension cannot be granted where unreasonably hazardous conditions are allowed to exist. You may file a request for fee suspension by completing the prescribed form and submitting the request to the Director of Buildings & Inspections. The form and instructions for completing and submitting the request are available on the Department of Buildings & Inspections website at https://www.cincinnati-oh.gov/buildings/*

*Department of Buildings & Inspections, 805 Central Avenue, Cincinnati Ohio, 45202 - Information Ph. 513-352-3275*



MON_110

**Invoice Date:** 9/17/2025
**Due Date:** 10/19/2025
**Amount Due:** $49.35

*Make check payable to "The City of Cincinnati" & remit to:*

Dept. of Buildings & Inspections
Accounting- PMCE
805 Central Avenue, Suite 500
Cincinnati, Ohio 45202

JOHN JENNAGANS LLC
5615 SIDNEY RD
CINCINNATI OH 45238

**Location:** <u>621 DELHI AV</u>
**Case#:** B202503931    **Status:** ORDERS
R CODES
7/21/2025

# INVOICE

*Please detach the top portion of this invoice and return it with the payment.*

This is an invoice for quarterly abatement fees. This fee is authorized by Section 1101-64 Cincinnati Building Code (CBC). The fee is to reimburse municipal costs of code enforcement, inspections, and administration.

**PLEASE TIMELY PAY THE FEE AS DIRECTED IN THIS LETTER TO AVOID COLLECTION. COLLECTION ACTIONMAY INCLUDE BUT IS NOT LIMITED TO ASSESSMENT OF THE FEES ON THE PROPERTY TAX BILL.**

Orders to correct code violations were issued to you as the owner or person in control of the property on 7/15/2025. That notice specified a compliance due date of 8/15/2025. As of our last inspection, the district inspector reports that the violations have not been corrected.

**If you have already completed the work, please call the Inspector Shawn Fehn, at (513) 615-8467, between , 8:00 to 10:00 a.m., or E-Mail: shawn.fehn@cincinnati-oh.gov. The inspector does not have information on fee invoicing, but will be glad to assist with code compliance related issues.**

Failure to correct the following violations within the time specified in this notice subjects the premises to an escalating quarterly abatement fee for each quarter the premises remains non-compliant.

| Days Out of Compliance | Base Fee | Technology Surcharge | Fin. Recovery Surcharge | Training Surcharge | Total Fee | Due Date |
|---|---|---|---|---|---|---|
| 64 | $47.00 | $1.41 | $0.47 | $0.47 | $49.35 | 10/19/2025 |

**Pay This Amount :** $49.35

Unpaid fees may be assessed to the property tax bill for the location and collected along with the biannual property taxes due.

Your cooperation in correcting the code violations issued 7/15/2025, will avoid additional the escalating abatement fees that will be due each quarter as well as further code enforcement action that may include fines and penalties. Correcting the violations will assist the City of Cincinnati and your neighbors in maintaining quality property conditions and property values in your neighborhood while protecting your own investment.

*If this abatement fee to cover municipal abatement activity costs will create an undue burden based upon your circumstances, you may request suspension of the fee. To be eligible for consideration you must have a plan to correct the violations that includes a method of funding. Also, a suspension cannot be granted where unreasonably hazardous conditions are allowed to exist. You may file a request for fee suspension by completing the prescribed form and submitting the request to the Director of Buildings & Inspections. The form and instructions for completing and submitting the request are available on the Department of Buildings & Inspections website at https://www.cincinnati-oh.gov/buildings/*

*Department of Buildings & Inspections, 805 Central Avenue, Cincinnati Ohio, 45202 - Information Ph. 513-352-3275*