IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **JOHN KLOSTERMAN** | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| **KONZA, LLC, et al.** | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |
| Defendants. | : | |

As required by Civil Rule 7.1, I certify that FRI Mason, LLC, doing business as Keller Williams and Advisors Realty, has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

*/s/ Jeffrey M. Nye*
Paul T. Saba, Esq. (0063723)
Jeffrey M. Nye, Esq. (0082247)
Bailey E. Sharpe, Esq. (0103565)
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2708
(513) 533-2999 (fax)
pts@sspfirm.com
jmn@sspfirm.com
bes@sspfirm.com
**Attorney for FRI Mason, LLC dba
Keller Williams Advisors Realty**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon all represented parties through the court's CM/ECF system and on the parties listed below by ordinary mail, on the date of filing.

John Klosterman
5615 Sidney Road
Cincinnati, Ohio 45238
*Pro Se Plaintiff*

                                                */s/ Jeffrey M. Nye, Esq.*
                                                Jeffrey M. Nye, Esq. (0082247)