IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **JOHN KLOSTERMAN** | : | Case No. 1:25-cv-00312-SJD-KLL |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| **KONZA, LLC, et al.** | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |

Notice is hereby given that Paul T. Saba, Jeffrey M. Nye, Bailey E. Sharpe, and the law firm of SSP Law Co., L.P.A. will appear as counsel for Defendant Jennifer Donathan in this matter.

    Respectfully submitted,

    */s/ Jeffrey M. Nye*
    Paul T. Saba, Esq. (0063723)
    Jeffrey M. Nye, Esq. (0082247)
    Bailey E. Sharpe, Esq. (0103565)
    SSP Law Co., L.P.A.
    2623 Erie Avenue
    Cincinnati, Ohio 45208
    (513) 533-2708
    (513) 533-2999 (fax)
    pts@sspfirm.com
    jmn@sspfirm.com
    bes@sspfirm.com
    **Attorney for FRI Mason, LLC dba**
    **Keller Williams Advisors Realty and Jennifer**
    **Donathan**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon all represented parties through the court's CM/ECF system and on the parties listed below by ordinary mail, on the date of filing.

John Klosterman
5615 Sidney Road
Cincinnati, Ohio 45238
*Pro Se Plaintiff*

> /s/ *Jeffrey M. Nye, Esq.*
> Jeffrey M. Nye, Esq. (0082247)