LETTER TO THE HONORABLE JUDGE MICHAEL R. BARRETT

John Klosterman
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610

July 21, 2025

The Honorable Judge Michael R. Barrett
United States District Court
Southern District of Ohio
101 East Fifth Street
Cincinnati, Ohio 45202

Re: United States v. Angel Strunk, Case No. 1:22-cr-00070-MRB
Victim Impact Statement

Dear Judge Barrett:

I write as the primary victim of Angel Strunk's criminal conduct, which extended far beyond the PPP fraud for which she has been convicted. While I acknowledge that July 22 sentencing relates specifically to her federal fraud conviction, I respectfully request the Court consider the full scope of her criminal conduct, which includes her central role in orchestrating my wrongful imprisonment through fabricated evidence and perjured testimony.

**SUMMARY OF STRUNK'S BROADER CRIMINAL ENTERPRISE IN SUIT AGAINST HER AND 7 OTHER DEFENDANTS IN FEDERAL CASE No. 1:25-cv-00312-SJD-KLL**



Angel Strunk was not merely a participant in PPP fraud—she was a key operative in a larger RICO enterprise that systematically defrauded me of over $4.5 million in property interests and orchestrated my wrongful incarceration for approximately one year. The federal fraud conviction represents only a fraction of her criminal conduct.

## ACTS COMMITTED BY ANGEL STRUNK

### 1. Obstruction of Justice (18 U.S.C. § 1503) and Witness Tampering (18 U.S.C. § 1512)

- Filing four separate false police reports alleging stalking
- Providing deliberately false testimony under oath during my criminal trial
- Coordinating with co-conspirators to suppress exculpatory evidence

## INDISPUTABLE PROOF OF FABRICATED STALKING ALLEGATIONS

The Evidence Speaks for Itself:

On September 17, 2021, Angel Strunk filed false police reports claiming I was stalking her at approximately 8:15 AM. However, documentary evidence conclusively proves this was physically impossible:

- U-Haul Receipt: 8:00 AM rental in Cincinnati
- Fuel Receipt #1: 8:28 AM in Delhi, Ohio
- Fuel Receipt #2: 10:46 AM in Hebron, Ohio
- Destination: Pittsburgh, PA for legitimate business

This timeline makes Strunk's allegations physically impossible. No person can be in two places simultaneously, yet Strunk maintained under oath that I was stalking her in Cincinnati at the time in Delhi obtaining fuel.

## MALICIOUS INTENT AND COORDINATED DECEPTION

Strunk's false allegations were not mistakes—they were calculated acts of malice designed to:

1. Neutralize my ability to expose the ongoing receivership fraud by having me incarcerated
2. Retaliate against my whistleblower activities with the FBI regarding PPP fraud and rental assistance fraud
3. Facilitate the continued looting of my property interests while I was wrongfully imprisoned

**Evidence of Coordination:**

- Phone records will show communication between Strunk and co-conspirator Joseph Lentine immediately after the alleged "stalking incident"
- Strunk claimed she had a doctor's appointment at 8:20 AM on September 17, 2021—a claim that discovery was denied to verify
- Prosecutor Susan Zerface coached Strunk to provide specific times for alleged incidents without factual foundation

## DEVASTATING IMPACT ON VICTIM

**Strunk's fabricated allegations resulted in:**

- Wrongful imprisonment for approximately one year
- Loss of my beloved wife of 40 years, who died while I was incarcerated on false charges
- Complete inability to protect my property interests during the "engineered sale" that cost me over $2.5 million
- Destruction of my reputation in the community where I had worked for over 45 years
- Severe emotional distress and trauma from false imprisonment

## CONTRAST WITH FAMILY'S CHARACTERIZATION

While Ms. Strunk's father portrays her as a reformed individual, the evidence shows a person who:

- Deliberately fabricated evidence to cause my wrongful imprisonment

- Showed no remorse during my criminal trial, maintaining her false testimony under oath
- Participated in a sophisticated criminal enterprise spanning multiple years
- Demonstrated callous disregard for the devastating impact of her false allegations

Recovery from addiction does not excuse or diminish the severity of orchestrating wrongful imprisonment through perjured testimony.

## REQUEST FOR APPROPRIATE SENTENCE

Given the full scope of Angel Strunk's criminal conduct—extending far beyond the PPP fraud conviction to include:

- Multiple RICO predicate acts
- Fabrication of evidence leading to wrongful imprisonment
- Deliberate perjury under oath
- Participation in a criminal enterprise that defrauded me of millions

I respectfully request this Court impose a sentence that:

1. Reflects the true severity of her criminal conduct beyond just the PPP fraud
2. Provides appropriate deterrence for others who might consider fabricating evidence
3. Acknowledges the devastating impact of her malicious false allegations
4. Ensures adequate time for genuine rehabilitation before she can harm other innocent victims

## CONCLUSION

Angel Strunk's conviction for PPP fraud is merely the tip of the iceberg. Her central role in fabricating evidence that caused my wrongful imprisonment represents a fundamental attack on our justice system itself. When individuals fabricate evidence to cause innocent people to be imprisoned, they strike at the very heart of constitutional protections that safeguard us all.

The documentary evidence of her fabricated stalking allegations is indisputable. No amount of claimed rehabilitation can undo the year of my life stolen through her deliberate lies, nor can it restore my wife's final year that was lost due to my wrongful incarceration.

I respectfully urge this Court to impose a sentence that reflects the full gravity of Angel Strunk's criminal conduct and provides appropriate justice for the devastating harm she has inflicted.

Respectfully submitted,

John Klosterman

Victim

Dated: July 21, 2025