UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **JOHN KLOSTERMAN** | : | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | Magistrate Karen L. Litkovitz |
| **KONZA, LLC, et al.** | : | DEFENDANT JENNIFER DONATHAN'S MOTION TO STRIKE |
| Defendants | : | |

Jennifer Donathan moves to strike doc. 79, which is titled "Plaintiff's Reply: Memorandum in Opposition to Jennifer Donathan's Motion to Dismiss."

The Local Rules permit the opposing party to file a single memorandum in opposition to a motion, and permit the movant to have the last word by filing a single reply in support of the motion. *See* S.D. Ohio Civ. R. 7.2(a)(2). "No additional memoranda beyond those enumerated are permitted except upon leave of court for good cause shown." *Id*.

This brief is the plaintiff's second opposition to Donathan's motion to dismiss (doc. 74). He previously opposed the motion in doc. 75 (and Donathan filed her reply in support of the motion at doc. 78). The plaintiff is not entitled to file a second brief and the Court should strike it for that reason. The Local Rules also cap briefs at 20 pages. *See* S.D. Ohio Civ. R. 7.2(a)(3). The plaintiffs' two briefs are a combined 36 pages, and the Court should strike them for that reason as well.

Respectfully submitted,

*/s/ Jeffrey M. Nye, Esq.*
Paul T. Saba, Esq. (0063723)
Jeffrey M. Nye, Esq. (0082247)
Bailey E. Sharpe, Esq. (0103565)
SSP Law Co., LPA
2623 Erie Avenue
Cincinnati, OH 45208
513-533-6714
513-533-2999 (fax)
pts@sspfirm.com
jmn@sspfirm.com
bes@sspfirm.com
**Attorneys for FRI Mason, LLC dba Keller Williams Advisors Realty and Jennifer Donathan**

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served on all represented parties via CM/ECF and on the party listed below by electronic mail on the date of filing.

*/s/ Jeffrey M. Nye, Esq.*
Jeffrey M. Nye, Esq. (0082247)

2