# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JOHN KLOSTERMAN, et al.,** | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| v. | Magistrate Karen L. Litkovitz |
| **KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al.** | |
| Defendants. | |

## MOTION TO WITHDRAW MOTION TO SEAL # 69

Plaintiff John Klosterman respectfully moves this Court for leave to withdraw his Motion to Seal Ex Parte Communication filed on October 17, 2025 (Doc. #69).

The circumstances that necessitated the Motion to Seal have materially changed. The motion addressed concerns regarding a non-party to this litigation following the conclusion of the federal government shutdown. As a result, the protective measures sought in the Motion to Seal are no longer necessary, and the ex parte communication is now moot.

This motion remains pending before the Court. No party has filed responsive briefing, and no party will be prejudiced by its withdrawal. Withdrawal will promote judicial economy

by eliminating the need for the Court to rule on a motion that is no longer necessary.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Withdraw, deem Document #69 withdrawn, and remove it from the Court's pending motions.

Respectfully submitted,

/s/ John Klosterman
John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all counsel of record, and courtesy copies will be emailed

/s/ John Klosterman