# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JOHN KLOSTERMAN, et al.,
   Plaintiff,

v.

KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al.,

   Defendants.

Case No. 1:25-cv-00312-SJD-KLL

Judge Susan J. Dlott
Magistrate Karen L. Litkovitz

---

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION Docket No. 79**

---

Plaintiff John Klosterman, pro se, hereby withdraws his Motion filed at Docket No. 79 regarding Defendant Jennifer Donathan's Motion in opposition and dismissal.

Upon further review, Plaintiff recognizes that his response exceeded the scope of appropriate reply briefing. Plaintiff apologizes to the Court and to Defendant's counsel for any confusion this may have caused. As a pro se litigant managing this complex RICO litigation, Plaintiff is still learning the local rules and appropriate filing procedures.

Plaintiff intends to address the substantive issues regarding Ms. Donathan's involvement through the proper procedural channels.

Respectfully submitted,

/s/ John Klosterman
John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, OH 45238
(513) 941-9901
johncklosterman@gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties through the court's CM/ECF system or Email on this 19 day of November, 2025.

John Klosterman

Jeffrey M. Nye, Esq.
Paul T. Saba, Esq. (0063723)
Jeffrey M. Nye, Esq. (0082247)
Bailey E. Sharpe, Esq. (0103565)
SSP Law Co., LPA
2623 Erie Avenue
Cincinnati, OH 45208
513-533-6714
513-533-2999 (fax)
pts@sspfirm.com
jmn@sspfirm.com
bes@sspfirm.com
Attorneys for FRI Mason, LLC
dba Keller Williams Advisors Realty
and Jennifer Donathan