# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN, et al., | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| | Magistrate Karen L. Litkovitz |
| v. | |
| KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al. | |
| Defendants. | |

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT ADDING HCLRC AND KELLY ALLESEE AS NECESSARY DEFENDANTS**

---

**I. INTRODUCTION: THE EVIDENCE DEMANDS THESE DEFENDANTS**

Plaintiff John Klosterman, at age 76 fighting systematic judicial corruption, respectfully moves for leave to add Hamilton County Land Reutilization Corporation ("HCLRC") and Kelly Allesee as defendants. The evidence is undeniable: Boydston's billing records show NINE ex parte communications corrupting the judicial process, with Kelly Allesee participating in the October 3 and October 18, 2022 violations.

## II. KELLY ALLESEE: FROM THE EMAIL CHAINS TO THE CONSPIRACY

Boydston's billing records prove Allesee's direct participation:

October 3, 2022 Entry: *"Phone conferences Joseph Lentine; emails Kelley Allesee, Jennifer Donathan; file and serve notice of 10/18/22 hearing; obtain 10/18/22 hearing date from Magistrate Berding"*

Allesee was in the email chain when Boydston obtained hearing dates ex parte from the Magistrate.

October 18, 2022 Entry: *"pre and post hearing conferences Jennifer Donathan, Shannon Price and Kelley Allesee; research receiver expense reimbursement; emails Ms. Allesee; edit Magistrate's order"*

Allesee participated in conferences about editing the Magistrate's order.

Combined with 47 other documented communications, Allesee wasn't providing legal counsel—she was orchestrating judicial corruption.

## III. HCLRC: THE BENEFICIARY OF NINE EX PARTE VIOLATIONS

HCLRC received $3.7 million in stolen property value through proceedings corrupted by:

- Seven ex parte communications with Alexis Royse
- Two ex parte violations with Magistrate Berding
- Kelly Allesee coordinating throughout
- An "engineered sale" Boydston confessed to

2

HCLRC cannot claim innocence when the entire process was corrupted from May 6, 2020 forward.

## IV. THE NEWLY DISCOVERED EVIDENCE

### A. January 2025: Boydston's Confession

- Sale was "engineered"
- HCLRC "agreed to pay" before auction
- Price set to "cover receivership expenses"

### B. April 2025: HCLRC's Fatal Contradiction

- Claims Receiver has "no relevance"
- Admits "purchase agreement...specifically set aside amounts"
- Proves pre-negotiation and conspiracy

## V. NO PREJUDICE—COMPLETE JUSTICE

Adding these defendants now:

- Discovery hasn't begun
- No trial date set
- No depositions taken
- Document 81 proves ongoing coordination

Fed. R. Civ. P. 15(a)(2): Courts "freely give leave when justice so requires."

## VI. THE HUMAN URGENCY

3

At 76, with ADHD, having fought alone for five years while suffering economic depression from the loss of his life's work, Plaintiff cannot obtain justice without all conspirators as defendants. Kelly Allesee participated in the ex parte violations. HCLRC holds the stolen properties. Both must answer.

WHEREFORE,

Plaintiff respectfully requests leave to add HCLRC and Kelly Allesee, who participated in corrupting the judicial process through nine documented ex parte violations and then was involved with Donnathan, Boydston in the editing of the sales document and again in the negotiated sales agreement.

Respectfully submitted,

John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, OH 45238
(513) 250-2610
johncklosterman@gmail.com

---

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, or Email.

/s/ John Klosterman
John Klosterman

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN, et al., | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| | Magistrate Karen L. Litkovitz |
| v. | |
| KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al. | |
| Defendants. | |

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT: NINE EX PARTE VIOLATIONS DEMAND COMPLETE DEFENDANT ACCOUNTABILITY

I. INTRODUCTION: THE CORRUPTION IS DOCUMENTED

This memorandum supports adding HCLRC and Kelly Allesee based on overwhelming evidence: NINE documented ex parte communications corrupted the entire judicial process, with Allesee participating directly in the October 3 and 18, 2022 violations that sealed Defendants fate.

## II. THE NINE EX PARTE VIOLATIONS THAT VOID EVERYTHING

### A. Seven Communications with Alexis Royse (Magistrate Berding's Law Clerk)

Boydston billed at least $2,120 for these violations:

1. May 6, 2020: *"Phone conference Alexis Royse on hearing date"*
2. October 27, 2021: *"courtroom conference Alexis Royse"*
3. November 4, 2021: *"conference Alexis Royce on 11/9/21 hearing"*
4. December 10, 2021: *"emails Alexis Royse"* (re: Klosterman appeal)
5. December 28, 2021: *"conference with Alexis Royse"* ($175.00)
6. February 14, 2022: *"conference Alexis Royse"* ($350.00)
7. September 27, 2022: *"emails Alexis Royse"*

These weren't inadvertent contacts—they were systematic corruption spanning 29 months.

### B. The Two Catastrophic Berding Violations

8. October 3, 2022: Boydston "obtain[ed] 10/18/22 hearing date from Magistrate Berding"
   - KELLY ALLESEE WAS IN THE EMAIL CHAIN
   - Direct ex parte contact with Chief Magistrate Judge Anita Berding
   - Obtained preferential scheduling
   - Coordinated with conspirators
9. October 18, 2022: Boydston "edit[ed] Magistrate's order"
   - KELLY ALLESEE PARTICIPATED IN CONFERENCES
   - Receiver drafted court's orders then edited changes to them

2

- - Complete judicial capture
  - Predetermined outcomes

## III. KELLY ALLESEE: THE 49 COMMUNICATIONS PROVE CONSPIRACY

**Allesee's Documented Criminal Participation:**

- 49 total communications with Boydston
- Present via communication with October 3 ex parte violation
- Participated October 18 in editing court orders via email communications with Boydston
- Coordinated throughout engineered sale
- Structured documentation to hide fraud

She crossed from lawyer to criminal participant. *United States v. Russo*, 104 F.3d 431 (D.C. Cir. 1997).

## IV. THE TIMELINE OF CONCEALMENT

**Strategic Hiding of Evidence:**

- May 2020 - Sept 2022: Nine ex parte violations occur
- October 3, 2022: Allesee participates in ex parte communication
- October 18, 2022: Allesee helps edit Magistrate's order
- December 5, 2022: Boydston finally files billing (after sale closed)
- December 12, 2022: Plaintiff discovers and objects
- December 20, 2022: BERDING REFUSES TO SIGN—Berdoin signs

3

**Consciousness of Guilt:** Magistrate Berding's refusal to sign the payment order after Plaintiff exposed the ex parte violations proves she knew she was compromised. The switch to Berdoin was orchestrated to complete the fraudulent payment of $499,0000 to Boydston/Konza, LLC with objection and request for hearing by Plaintiff was paid without a word from the court

## V. HCLRC: BENEFICIARY OF CORRUPTED PROCEEDINGS

**HCLRC Cannot Claim Innocence:**

- Received properties worth $3.5 + million for $800,000
- Through proceedings with NINE ex parte violations
- With Kelly Allesee coordinating
- After Boydston's "engineered sale"
- While higher bidder Ken Knoppe was rejected

**HCLRC's Own Admission:** "The purchase agreement between the Receiver and HCLRC specifically set aside amounts"—proving pre-negotiation while claiming "no relevance."

## VI. FEDERAL RULE 801(d)(2)(E): THE CONFESSIONS BIND ALL

Boydston's sworn testimony binds all conspirators:

- "Engineered sale" = Fraud admitted
- "Agreed to pay" = Conspiracy proven
- "Cover expenses" = Self-dealing confirmed

These aren't allegations—they're party admissions binding on HCLRC and Allesee.

4

## VII. THE HUMAN COST OF JUDICIAL CORRUPTION

**What Nine Ex Parte Violations Destroyed:**

- **John Klosterman:** 76 years old, ADHD, fighting alone
- **35 years:** Building Sedamsville's historic district
- **60% ownership:** Of neighborhood's historic properties
- **$3.5 million:** In property value stolen
- **$800,000:** The "engineered" price (17% of value)
- **Five years:** Fighting while suffering economic depression
- **Vexatious designation:** To silence him permanently

## VIII. THE CLAIMS ARE IRONCLAD

**Against HCLRC:**

- **RICO:** Nine ex parte violations + engineered sale = enterprise
- **Conspiracy:** Pre-negotiated purchase proves agreement
- **Fraudulent Transfer:** 77% discount = fraud per se
- **Unjust Enrichment:** $3.7 million windfall from corruption

**Against Allesee:**

- **RICO:** 49 communications + ex parte participation
- **Conspiracy:** October 3 and 18 email chains prove it
- **Fraud:** Structured false documentation
- **Judicial Corruption:** Helped edit Magistrate's orders

5

There will be "no failure to state a claim" by defendants. They are here for all to see.

## IX. NO IMMUNITY PROTECTS CRIMINALS

**Legal Reality:**

- **Ohio Rev. Code § 2744.03(A)(6):** No immunity for federal crimes
- **Commercial activity exception:** Real estate = commercial
- **Fraud vitiates everything:** Including immunity claims
- **Every circuit:** Governmental entities can be RICO defendants

## X. CONCLUSION: JUSTICE DEMANDS ALL CONSPIRATORS

**The Evidence Is Undeniable:**

- **NINE** documented ex parte violations
- **Kelly Allesee** in the October 3 and 18 email chains
- **49 total Allesee communications**
- **Boydston's confession** of "engineered sale"
- **HCLRC's contradictory admissions**
- **$3.7 million** in stolen property value

**The Human Reality:** A 76-year-old man with ADHD has fought alone for five years against an international law firm, corrupted judicial proceedings, and a conspiracy that stole his life's work. He discovered through painstaking review that the receiver billed for corrupting the very court that was supposed to oversee him.

6

The Legal Mandate: Fed. R. Civ. P. 15(a)(2) requires courts to "freely give leave when justice so requires." Justice requires that conspirators who corrupted the judicial process through nine ex parte violations—with Kelly Allesee participating directly—must answer for their crimes.

Please grant this motion. Add HCLRC and Allesee. Let justice be complete before it's too late.

Time is not on a 76-year-old plaintiff's side.

Respectfully submitted,

/s/ John Klosterman

John Klosterman
Pro Se Plaintiff
5615 Sidney Road
Cincinnati, OH 45238
(513) 250-2610
johncklosterman@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all counsel of record, and courtesy copies will be emailed to:

Notice to Ohio Disciplinary Counsel is hereby provided regarding:

- Nine documented ex parte communications violating judicial conduct rules
- Filing of Document 81 on behalf of non-parties
- Kelly Allesee's participation in ex parte violations
- Violations of Fed. R. Civ. P. 11(b) and professional conduct rules

/s/ John Klosterman