# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN,<br>    Plaintiff, | Case No. 1:25-cv-312<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| KONZA, LLC, et al.,<br>    Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion to seal *ex parte* communication (Doc. 69), to which defendants did not respond, and his subsequent motion to withdraw the motion to seal (Doc. 82). *See* S.D. Ohio Civ. R. 5.2.1(a). Plaintiff explains the circumstances necessitating the sealing of certain communications have changed, and sealing is no longer necessary.

Plaintiff's motion to withdraw his motion to seal (Doc. 82) is **GRANTED**. Consequently, the motion to seal *ex parte* communication (Doc. 69) is **DENIED** as moot and withdrawn.

**IT IS SO ORDERED.**

Date: 12/3/2025

Karen L. Litkovitz
United States Magistrate Judge