# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION



| | |
|---|---|
| JOHN KLOSTERMAN, et al., | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| | Magistrate Karen L. Litkovitz |
| v. | |
| KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al. | PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM |
| Defendants. | |

Now comes Plaintiff John Klosterman, pro se, and respectfully moves this Court for leave to file a supplemental memorandum to Document #84 (Motion for Leave to File Third Amended Complaint).

GROUNDS FOR SUPPLEMENTATION:

1. **Clarification of Individual Capacity:** The supplemental memorandum clarifies that Kelly Allesee must be added as a defendant in her individual capacity, not official capacity, based on her personal participation in ex parte violations and fraudulent transactions.

Case: 1:25-cv-00312-SJD-KLL Doc #: 88 Filed: 12/08/25 Page: 2 of 3 PAGEID #: 1731

2. Legal Framework Requiring Emphasis: Federal Rule of Evidence 801(d)(2)(E) requires detailed explanation to demonstrate how co-conspirator Richard Boydston's sworn admissions at the January 2025 bench trial legally bind HCLRC, Kelly Allesee individually, Jennifer Donathan/Keller Williams and Dentons as co-conspirators.

3. Judicial Economy: These clarifications will assist the Court in understanding the complete legal basis for the amendment and prevent unnecessary motion practice regarding capacity and evidentiary issues.

4. No Prejudice: The supplement addresses the same facts, transactions, and parties already at issue. No new claims or theories are raised. Defendants will not be prejudiced as discovery has not commenced and no trial date is set.

PROCEDURAL BASIS:

Under Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7.1, courts permit supplemental briefing to clarify legal arguments and address matters requiring emphasis. The proposed supplement is four pages and directly supports the pending motion.

WHEREFORE, Plaintiff respectfully requests leave to file the attached Supplemental Memorandum clarifying (1) Kelly Allesee's individual liability and (2) the binding effect of co-conspirator admissions under Federal Rule of Evidence 801(d)(2)(E).

Respectfully submitted,

/s/ John Klosterman
JOHN KLOSTERMAN
Pro Se Plaintiff
5615 Sidney Road

Cincinnati, OH 45238
(513) 250-2610
johncklosterman@gmail.com

Date: December 8th, 2025

CERTIFICATE OF SERVICE

I certify that on December 8, 2025, this document was filed electronically via CM/ECF or Email, providing notice to all counsel of record.

_____

/s/ John Klosterman