IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Klosterman, | : | Case No. 1:25-cv-312 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Order Denying Plaintiff's Emergency |
| | : | Motion for Temporary Restraining Order, |
| Konza, LLC, *et al.*, | : | Preliminary Injunction, and Order |
| | : | Compelling Receiver's Final Accounting |
| Defendants. | : | to Preserve and Distribute RICO |
| | : | Proceeds |

This matter is before the Court on Plaintiff John Klosterman's Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Order Compelling Receiver's Final Accounting to Preserve and Distribute RICO Proceeds ("TRO Motion"). (Doc. 77.) Defendants Konza LLC, Richard Boydston, Dentons Bigham Greenebaum LLP, the City of Cincinnati, and Terry James filed a Joint Opposition to the TRO Motion, to which Plaintiff filed a Reply. (Docs. 81, 86.)

Plaintiff filed the TRO Motion while Motions to Dismiss his Amended Complaint filed by four sets of Defendants—seven of the named ten Defendants in total—were pending. (Docs 53–55, 74.) The Court issued an Order Granting Defendants' Motions to Dismiss Plaintiff's Amended Complaint on December 10, 2025. (Doc. 89.) Plaintiff's claims against Defendants Keller Williams Realty, the City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer Donathan have been dismissed with prejudice. (*Id.*) In the pending TRO Motion, Plaintiff seeks injunctive relief based on claims that have been dismissed. The Court cannot grant Plaintiff the relief he seeks based on dismissed claims.

1

Accordingly, the TRO Motion (Doc. 77) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge