# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JOHN KLOSTERMAN, et al.,** | Case No. 1:25-cv-00312-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| | Magistrate Karen L. Litkovitz |
| v. | |
| **KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al.** | **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENT TO RULE 59(e) MOTION** |
| Defendants. | |

---

Plaintiff respectfully requests leave to file a brief second supplement to his pending Motion for Reconsideration (Doc. 91) and first supplement filed December 16, 2025. Good cause exists:

1. **Newly Analyzed Evidence:** While preparing the December 16 supplement regarding HCLRC's December 8 admissions, Plaintiff discovered a direct contradiction in HCLRC's April 25, 2025 state court filing where they claimed "the Receiver's actions have no relevance to HCLRC." This directly contradicts their December 8 admission of being "entangled" in those same actions.

2. **Material to Reconsideration:** This contradiction demonstrates HCLRC's consciousness of guilt and supports both reconsideration and adding HCLRC and Kelly Allisee as defendants.

3. **No Prejudice:** The Court has not yet ruled on the pending motion, and this evidence directly addresses the Court's concerns about party relationships.

WHEREFORE, Plaintiff requests leave to file the attached Second Supplement.

Respectfully submitted,

/s/ John Klosterman
JOHN KLOSTERMAN
Pro Se Plaintiff
5616 Sidney Road
513-250-2610
johncklosterman@gmail.com

Dated: December 16, 2025

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I filed the foregoing document through the Court's ECF system, or email which will serve electronic copies on all counsel of record.

/s/ John Klosterman