# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN KLOSTERMAN, et al.,
   Plaintiff-Appellant,

v.

KONZA, LLC, RICHARD BOYDSTON,
and DENTONS BINGHAM
GREENEBAUM LLP, et al.,
   Defendants-Appellees.

Case No. 1:25-cv-00312-SJD-KLL
Judge Susan J. Dlott
Magistrate Karen L. Litkovitz

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Klosterman appeals to the United States Court of Appeals for the Sixth Circuit from the final Order entered in this action on December 10, 2025 (Doc. 89), granting Defendants' Motions to Dismiss and denying Plaintiff's Request for Leave to Add Extortion Claims.

Plaintiff appeals from the entirety of the December 10, 2025 Order, including but not limited to:

1. The dismissal with prejudice of all claims in the Amended Complaint against all Defendants;

2. The finding that this Court lacks subject-matter jurisdiction under the Rooker-Feldman doctrine;

3. The finding that this Court lacks subject-matter jurisdiction under the Barton doctrine;

4. The dismissal of claims based on lack of standing;

5. The dismissal of claims based on statute of limitations;

6. The dismissal of claims for failure to state a claim upon which relief can be granted;

7. The denial of Plaintiff's Request for Leave to Add Extortion Claims; and

8. All other rulings, findings, and determinations contained in the December 10, 2025 Order and (Doc. 94)

Respectfully submitted,

_____
/s/ John Klosterman

John Klosterman, Plaintiff-Appellant Pro Se
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

Dated: December 23, 2025

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a true and accurate copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____
John Klosterman