

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOHN KLOSTERMAN, et al.<br>1:25-cv-00312-SJD-KLL | Case No. |
| Plaintiff, | Judge Susan J. Dlott<br>Magistrate Judge Karen L. Litkovitz |
| vs. | |
| KONZA, LLC, et al., | NOTICE OF WITHDRAWAL OF<br>MOTION FOR RECONSIDERATION |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Klosterman hereby withdraws his Motion for Reconsideration (Doc. 91) filed December 11, 2025.

I. GROUNDS FOR WITHDRAWAL

Plaintiff filed his Motion for Reconsideration on December 11, 2025, requesting the Court rule within 15 days. More than 20 days have passed without ruling. Plaintiff filed Notice of Appeal (Doc. 92) on December 23, 2025.

Under Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), a notice of appeal filed while a Rule 59(e) motion is pending becomes effective when the district court disposes of the motion. By

withdrawing the pending motion, Plaintiff's appeal becomes effective immediately, allowing the appellate process to proceed without further delay.

## II. EFFECT OF WITHDRAWAL

Upon withdrawal of the Motion for Reconsideration:

1. The Notice of Appeal filed December 23, 2025 (Doc. 92) becomes effective immediately;

2. The Sixth Circuit Court of Appeals obtains jurisdiction over the appeal;

3. The district court retains no jurisdiction over the matters on appeal; and

4. The appellate briefing schedule proceeds as filed.

## III. NO PREJUDICE TO PARTIES

This withdrawal causes no prejudice to any party:

- All defendants have notice of the appeal filed December 23, 2025
- Withdrawal allows the appellate process to proceed on normal schedule
- Appellate briefing schedule will be established by the Sixth Circuit once the appeal becomes

effective

- No party has objected to the appeal proceeding

Withdrawal simply activates the appeal already filed and noticed to all parties, allowing the Sixth Circuit to establish a briefing schedule.

## IV. CONCLUSION

For these reasons, Plaintiff withdraws his Motion for Reconsideration (Doc. 91) filed December 11, 2025. The Notice of Appeal filed December 23, 2025 (Doc. 92) is now effective, and this matter should proceed in the Sixth Circuit Court of Appeals.

Respectfully submitted,

John Klosterman, Pro Se
5605 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I filed the foregoing electronically via the Court's CM/ECF system, which will send notice to all counsel of record or via email

John Klosterman