



Granted.
4:36 PM, Jan 22, 2026

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JOHN KLOSTERMAN, et al.,

   Plaintiffs,

v.

KONZA, LLC, RICHARD BOYDSTON, DENTONS BINGHAM GREENEBAUM LLP, CITY OF CINCINNATI, et al.

   Defendants.

Case No. 1:25-cv-00312-SJD-KLL

Judge Susan J. Dlott
Magistrate Karen L. Litkovitz

---

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW TEMPORARY RESTRAINING ORDER REQUEST FROM DOCUMENT #86**

---

Now comes Plaintiff John Klosterman, pro se, and respectfully moves this Court for leave to withdraw his request for Temporary Restraining Order contained within Document #86 filed December 1, 2025.

**GROUNDS FOR WITHDRAWAL:**