IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Klosterman, | : | |
| | : | Case No. 1:25-cv-312 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Konza, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 91) and Motion to Leave to File Second Supplement to Rule 59(e) Motion. (Docs. 91, 93). In these Motions, Plaintiff asked the Court to reconsider its December 10, 2025 Order Granting Defendants' Motions to Dismiss Plaintiff's Amended Complaint ("Dismissal Order"). Shortly after filing these Motions, Plaintiff filed a Notice of Appeal of the Dismissal Order. (Doc. 96.) He then filed a Notice of Withdrawal of Motion for Reconsideration so that his appeal of the Dismissal Order could proceed without delay. (Doc. 100.)

Because Plaintiff intends to appeal the Dismissal Order in the Sixth Circuit Court of Appeals rather than to have this Court reconsider its decision, the Motion for Reconsideration (Doc. 91) and the Motion to Leave to File Second Supplement to Rule 59(e) Motion (Doc. 93) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

1

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 27, 2026

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

    Re: Case No. 25-4021
        *John Klosterman v. Konza, LLC, et al*
        Originating Case No. 1:25-cv-00312

Dear Sir,

   This appeal has been docketed as case number **25-4021** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **February 26, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

        Appellee:    Appearance of Counsel
                         Disclosure of Corporate Affiliation
                         Application for Admission to 6th Circuit Bar (if applicable)

   The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                                 Sincerely yours,

                                                 s/Kelly Stephens

                                                 Appeal Case Manager: Ryan
                                                 Direct Dial No. 513-564-7079

cc: Mr. James D. Houston
     Mr. Jeffrey M. Nye
     Mr. Paul Saba
     Ms. Rebecca P. Salley
     Ms. Bailey Sharpe

Enclosure

JOHN KLOSTERMAN

       Plaintiff - Appellant

v.

KONZA, LLC; RICHARD BOYDSTON; DENTONS, BINGHAM AND GREENEBAUM, LLP; TRI-STATE ORGANIZATION, INC.; JOSEPH LENTINE, III; ANGEL STRUNK; JENNIFER DONATHAN; KELLER WILLIAMS REALTY; TERRY JAMES; CITY OF CINCINNATI, OH

       Defendants - Appellees