IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| JOHN KLOSTERMAN, et al<br>*Plaintiff,*<br>V.<br>KONZA, LLC, et al.,<br>*Defendants.* | Case No. 1:25-cv-00312-SJD-KLL<br>Judge Susan J. Dlott<br>Magistrate Judge Litkovitz |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF REMAINING CLAIMS AGAINST DEFENDANTS TRI-STATE ORGANIZATION, INC., JOSEPH LENTINE, AND ANGEL STRUNK

### WITHOUT PREJUDICE

Plaintiff John Klosterman ("Plaintiff"), proceeding *pro se*, hereby gives notice of voluntary dismissal without prejudice of all remaining claims against Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

### STATEMENT OF GROUNDS

1. On December 10, 2025, this Court entered an Order (Doc. 89) granting the motions to dismiss filed by Defendants Keller Williams Realty (FRI Mason, LLC), the City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer Donathan, and dismissing all claims against those seven Defendants with prejudice.

2. Three Defendants remain in this action: Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk.

3. Defendants Lentine and Strunk have never been served with process in this action. On January 13, 2026, the Court denied Plaintiff's motion for extension of time to serve these Defendants as futile. (Doc. 103.)

4. Defendant Tri-State Organization, Inc. has not filed any responsive pleading or motion for summary judgment in this action.

5. Because no Defendant named herein has served an answer or a motion for summary judgment, Plaintiff is entitled to dismiss these claims without prejudice as of right under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that "a plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

6. This voluntary dismissal is **without prejudice**, preserving Plaintiff's right to refile claims against these Defendants in a separate action should the need arise.

7. The purpose of this voluntary dismissal is to render the Court's December 10, 2025 Order (Doc. 89) a final judgment disposing of all claims against all parties, thereby perfecting appellate jurisdiction in the United States Court of Appeals for the Sixth Circuit under 28 U.S.C. § 1291. *See Catlin v. United States*, 324 U.S. 229, 233 (1945) (a final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment"); *Liberty Mutual Ins. Co. v. Wetzel*, 424 U.S. 737, 742–45 (1976).

## EFFECT OF THIS DISMISSAL

8. Upon the filing of this Notice, no claims remain pending in this action against any Defendant. The Court's December 10, 2025 Order (Doc. 89) is therefore a final, appealable judgment under 28 U.S.C. § 1291.

9. Plaintiff intends to file a new Notice of Appeal from the December 10, 2025 Order within 30 days of the date this Notice of Voluntary Dismissal is docketed.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Accept this Notice of Voluntary Dismissal without prejudice as to Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

b. Enter an order confirming that no claims remain pending in this action; and

c. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**John C. Klosterman**
*Plaintiff, Pro Se*

John Klosterman

5615 Sidney Road

Cincinnati, Ohio 45238

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was filed in person to the Court's CM/ECF system. Parties may access this filing through the CM/ECF system.

      Because Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk have never been served with process and have not appeared in this action, no service upon them is required.

_/s/ John Klosterman_
John Klosterman

*Plaintiff, Pro Se*