

# U.S. District Court

## Ohio Southern - Cincinnati

Receipt Date: Feb 13, 2026 11:43AM

Charles Klosterman

| Rcpt. No: 100006569 | | Trans. Date: Feb 13, 2026 11:43AM | | | Cashier ID: #KV (6469) |
|---|---|---|---|---|---|
| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #0000871676 | 02/13/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

Comments: 1:25-cv-312

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.