# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JOHN KLOSTERMAN,**
    **Plaintiff,**

**V.**

                                        Case No. 1:25-cv-00312-SJD-KLL

                                        Judge Susan J. Dlott

**KONZA, LLC, et al.,**
    **Defendants.**

---

### PLAINTIFF'S EMERGENCY MOTION TO WITHDRAW
### NOTICE OF VOLUNTARY DISMISSAL (DOC. #108)

---

## I. INTRODUCTION

Plaintiff John Klosterman respectfully moves this Court, on an emergency basis, to permit withdrawal of his Notice of Voluntary Dismissal of Remaining Claims Against Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk (Doc. #108), filed February 11, 2026. Withdrawal is necessary because the Sixth Circuit Court of Appeals has ruled that the strategy underlying Doc. #108 — voluntary dismissal without prejudice to manufacture appellate finality — constitutes an impermissible circumvention of the finality requirement. *Klosterman v. Konza, LLC*, No. 26-3118 (6th Cir. Feb. 20, 2026). Plaintiff now proceeds by the correct procedural mechanism identified by the Sixth Circuit.

## II. GROUNDS FOR WITHDRAWAL

1.  On February 11, 2026, Plaintiff filed Doc. #108, a Notice of Voluntary Dismissal Without Prejudice of claims against Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with the stated purpose of rendering the December 10, 2025 order a final judgment for appellate purposes.

2.  On February 20, 2026, the Sixth Circuit dismissed the resulting appeal (No. 26-3118) and expressly held that using voluntary dismissal without prejudice solely to obtain appellate jurisdiction is an impermissible circumvention of the finality requirement. *Rowland v. S. Health Partners, Inc.*, 4 F.4th 422, 425 (6th Cir. 2021).

3.  This Court has not yet entered a formal order accepting or acting upon Doc. #108. Accordingly, withdrawal is appropriate.

4.  Plaintiff does not seek to avoid a legitimate final judgment. Rather, Plaintiff seeks to proceed through the proper mechanism — Rule 54(b) certification and Rule 4(m) dismissal — as identified by both panels of the Sixth Circuit that reviewed this matter.

5.  No defendant will be prejudiced by this withdrawal, as none of the three remaining defendants — Tri-State Organization, Inc., Joseph Lentine, or Angel Strunk — has been served with process in this action, and none has filed an answer or motion for summary judgment.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an order

permitting withdrawal of Doc. #108 and restoring the status quo as of February 10, 2026, with

claims against Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk remaining on

the docket to be addressed by separate motion filed contemporaneously herewith.

Respectfully submitted,

John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, Ohio 45238
513-250-2610
johncklosterman@gmail.com

## ERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I filed this Motion with the Clerk of the

Court for the United States Court of Appeals for the Sixth Circuit via the CM/ECF system,

which will send notification to all counsel of record.C

John Klosterman, Pro Se

3