IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN KLOSTERMAN,
    Plaintiff,

V.                                        Case No. 1:25-cv-00312-SJD-KLL

                                               Judge Susan J. Dlott

KONZA, LLC, et al.,
    Defendants.

---

**EMERGENCY ORDER:
(1) PERMITTING WITHDRAWAL OF DOC. #108;
(2) DISMISSING UNSERVED DEFENDANTS PURSUANT TO RULE 4(m);
(3) CERTIFYING FINAL JUDGMENT PURSUANT TO RULE 54(b);
AND (4) DIRECTING CLERK TO ENTER FINAL JUDGMENT**

---

THIS MATTER is before the Court on Plaintiff John Klosterman's Emergency Motions filed contemporaneously herewith. The Court, having considered the motions and the full record in this case, hereby ORDERS as follows:

**1. WITHDRAWAL OF DOC. #108 GRANTED.**

Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #108), filed February 11, 2026, is hereby WITHDRAWN and shall have no force or effect. The claims against Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk are restored to the docket as of the date of this Order for the purposes set forth below.

1

2. **RULE 4(m) DISMISSAL.**

Pursuant to Federal Rule of Civil Procedure 4(m), and consistent with this Court's Order of January 13, 2026 (Doc. #103) denying Plaintiff's motion for extension of time to serve as futile, confirmed by the Honorable Susan J. Dlott, the following defendants are hereby DISMISSED WITHOUT PREJUDICE for failure to serve within the time permitted by Rule 4(m):

   (a) Tri-State Organization, Inc.;

   (b) Joseph Lentine; and

   (c) Angel Strunk.

This dismissal is entered by the Court pursuant to its own prior ruling denying service extension, and is not a voluntary dismissal by Plaintiff for purposes of the finality doctrine.

3. **RULE 54(b) CERTIFICATION.**

The Court hereby makes the following findings pursuant to Federal Rule of Civil Procedure 54(b):

   (a) This Court's Order of December 10, 2025 (Doc. #89) — granting motions to dismiss filed by Keller Williams Realty (FRI Mason, LLC), City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer

2

Donathan, and dismissing all claims against those seven defendants with prejudice — constitutes a FINAL JUDGMENT as to those seven defendants within the meaning of Rule 54(b).

(b) The Court expressly determines that there is NO JUST REASON FOR DELAY of appellate review of the December 10, 2025 order. Plaintiff faces imminent irreparable harm from the scheduled March 4, 2026 sheriff's sale of his property at 634 Delhi Pike, Cincinnati, Ohio. The claims against the seven dismissed defendants are fully separable from the Rule 4(m) dismissal entered herein. The Sixth Circuit Court of Appeals has twice dismissed Plaintiff's appeals solely for lack of appellate jurisdiction and has identified Rule 54(b) certification as the correct mechanism.

4. ENTRY OF FINAL JUDGMENT.

As a result of the Rule 4(m) dismissal entered in Paragraph 2 above and the Rule 54(b) certification entered in Paragraph 3 above, NO CLAIMS REMAIN PENDING in this action against any defendant. The Clerk is hereby directed to enter FINAL JUDGMENT in this case forthwith.

5. EMERGENCY BASIS.

In light of the March 4, 2026 sheriff's sale of Plaintiff's property at 634 Delhi Pike, this Order is entered on an EMERGENCY BASIS and shall take effect immediately upon entry.

SO ORDERED this _____ day of _____, 2026.


_____
HONORABLE SUSAN J. DLOTT
United States District Judge
Southern District of Ohio, Western Division