IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Klosterman,

    Plaintiff,

v.

Konza, LLC, *et al.*,

    Defendants.

Case No. 1:25-cv-312

Judge Susan J. Dlott

Judgment

Decision by Court: This action came to hearing before the Court. The issues have been heard and decisions have been rendered. **IT IS ORDERED AND ADJUDGED** that:

Defendants' Motions to Dismiss (Doc. 53–55, 74) are **GRANTED** and Klosterman's Request for Leave to Add Extortion Claims (Docs. 61–62) is **DENIED**. Klosterman's claims in the Amended Complaint are **DISMISSED WITH PREJUDICE** against Keller Williams Realty, the City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer Donathan; and

Klosterman's claims against Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).[1]

    **IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

---

[1] Federal Rule of Civil Procedure 54(b) certification is not necessary because the Court has resolved all claims against all parties. However, if the Sixth Circuit were to deem it necessary, the Court notes that there would not be any "just reason for delay" for an appeal of the Court's December 10, 2025 Dismissal Order (Doc. 89).

1