# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

John Klosterman,
    Plaintiff,

v.                                Case No. 1:25-cv-00312-SJD-KLL

                                     Judge Susan J. Dlott

Konza, LLC, et al.,

    Defendants.

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Klosterman hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following orders entered in this case:

1. The Judgment entered on February 25, 2026 (Doc. #117), which granted Defendants' Motions to Dismiss (Doc. #53–55, 74), denied Plaintiff's Request for Leave to Add Extortion Claims (Doc. #61–62), and dismissed Plaintiff's claims in the Amended Complaint with prejudice against Defendants Keller Williams Realty, the City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer Donathan;

2. The Order Dismissing Without Prejudice entered on February 25, 2026 (Doc. #116), which dismissed Plaintiff's claims against Defendants Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk under Federal Rule of Civil Procedure 4(m) for failure to timely effectuate service;

3. The Dismissal Order entered on December 10, 2025 (Doc. #89), which dismissed Plaintiff's Amended Complaint with prejudice on Defendants' Motions to Dismiss;

4. The Order Denying Extension of Time to Serve entered on January 13, 2026 (Doc. #103), which denied Plaintiff's request for additional time to serve Defendants Joseph Lentine and Angel Strunk;

5. All other interlocutory orders, rulings, and decisions that merged into the final judgment, including but not limited to orders denying Plaintiff's motions for preliminary injunction, temporary restraining order, and emergency relief.

## PARTIES TO THE APPEAL

Appellant: John Klosterman, Plaintiff below.

Appellees (dismissed with prejudice): Keller Williams Realty, the City of Cincinnati, Terry James, Konza LLC, Richard Boydston, Dentons Bingham Greenbaum LLP, and Jennifer Donathan.

Appellees (dismissed without prejudice under Rule 4(m)): Tri-State Organization, Inc., Joseph Lentine, and Angel Strunk.

## BASIS FOR APPELLATE JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1291, which grants the courts of appeals jurisdiction over appeals from "all final decisions of the district courts." The Judgment entered on February 25, 2026 (Doc. #117) is a final judgment disposing of all claims against all parties. The Court certified under Federal Rule of Civil Procedure 54(b) that there is no just

reason for delay. This Notice of Appeal is timely filed within 30 days of the entry of the Judgment as required by Federal Rule of Appellate Procedure 4(a)(1)(A).

## NOTE REGARDING PRIOR APPEAL

On February 13, 2026, Appellant filed a Notice of Appeal that was docketed as Sixth Circuit Case No. 26-3118. On February 20, 2026, the Sixth Circuit dismissed that appeal for lack of jurisdiction because the district court had not yet entered a final judgment with Rule 54(b) certification. On February 25, 2026, the district court entered the Judgment (Doc. #117) curing the jurisdictional defect identified by the Sixth Circuit. This Notice of Appeal is filed from that clean final judgment.

## NOTICE OF INTENT TO FILE MOTIONS

Appellant intends to file the following emergency motions promptly upon docketing of this appeal:

- Emergency Motion to Freeze Escrow Funds ($87,000 in receivership proceeds at risk of disbursement; state court affidavits due March 6, 2026; ruling expected March 12, 2026)

- Motion for Partial Summary Judgment on Liability (based on Defendants' own admissions)

- Supplemental Motion for Constructive Trust and Return of Fraudulently Obtained Properties

- Motion for Emergency Injunctive Relief and Class Action Claims

**FILING FEE**

The required filing fee of $605.00 is submitted herewith.

Respectfully submitted,

_____

John Klosterman, Pro Se
5615 Sidney Road
Cincinnati, Ohio 45238
(513) 250-2610
johncklosterman@gmail.com

Dated: February 26, 2026

---

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and accurate copy of the foregoing Notice of Appeal was filed via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

_____
John Klosterman, Pro Se