Generated: Feb 27, 2026 12:08PM   Page 1/1



# U.S. District Court

### Ohio Southern - Cincinnati

Receipt Date: Feb 27, 2026 12:08PM

John Klosterman

| Rcpt. No: 100006610 | Trans. Date: Feb 27, 2026 12:08PM | | | Cashier ID: #JMTn (6847) | |
|---|---|---|---|---|---|
| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender Type | Amt |
|---|---|---|
| CA | Cash | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $605.00

**Comments:** Case number: 1:25-cv-312 6 x $100 and 1 x $5

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.